JUDGE ROBINSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

08 CV 3689

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Mitsubishi Electric Corporation, Samsung
Electronics Co., Ltd., Thomson Licensing,
Koninklijke Philips Electronics, N.V., U.S. Philips
Corporation, and The Trustees of Columbia
University in the City of New York,

                    Plaintiffs,

           - against -

Target Corporation and Doe Corporations 1-10,
fictitious names for corporations unknown to
Plaintiffs, who supply Target with its Trutech brand
MPEG-2-compliant products,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

C.A. No.

JURY TRIAL DEMANDED



APR 17 2008

U.S.D.C. S.D. N.Y.
CASHIERS

## COMPLAINT FOR PATENT INFRINGEMENT

      Plaintiffs Mitsubishi Electric Corporation (alternatively named Mitsubishi Denki

Kabushiki Kaisha) ("Mitsubishi"), Samsung Electronics Co., Ltd. ("Samsung"), Thomson Licensing

("Thomson"), Koninklijke Philips Electronics, N.V. ("KPENV") and U.S. Philips Corporation ("U.S.

Philips") (collectively "Philips"), and The Trustees of Columbia University in the City of New York

("Columbia") (collectively "Plaintiffs"), by their undersigned attorneys, for their complaint against

defendants Target Corporation ("Target") and Doe Corporations 1-10 (the "Doe Corporations")

(collectively "Defendants"), allege as follows:

### SUMMARY OF CLAIMS

      1.     This is a patent infringement action brought against Defendants by

Mitsubishi, Samsung, Thomson, Philips, and Columbia, because of Defendants' infringement of

Plaintiffs' patents which are all essential to the practice of the world-wide video compression

standard known as MPEG-2. Plaintiffs are owners of a number of patents essential to the

implementation of MPEG-2 as implemented in numerous devices produced by the Doe Corporations

and sold by Target under Target's "Trutech," or "TruTech," house brand name (hereinafter

"Trutech").

      2.    MPEG-2 is a compression technology that can be used for digital video

signals, i.e., moving picture signals in movies or television. To produce an MPEG-2 compliant

signal or bitstream, a digital video signal is compressed/encoded to remove redundant or visually

insignificant information. The encoding/compression reduces the amount of information needed to

represent the video signal so that it can be stored in a smaller storage area or transmitted in a lower

capacity communication channel. Alternatively, MPEG-2 enables storage or transmission of more or

higher fidelity video signals. For example, without compression, a 133-minute-long movie would

require more than 25 standard DVD discs for storage. Using MPEG-2, a good quality 133-minute-

long movie can be stored on a single DVD disc. In the case of terrestrial broadcast, MPEG-2 enables

transmission of a high definition television ("HDTV") signal of 1920 x 1080 pixel resolution on the

same frequency channel that currently carries a standard definition television signal of 720 x 480

pixel resolution. MPEG-2 also enables transmission of at least four standard definition television

signals in the same frequency channel that currently carries one standard definition television signal.

      3.    MPEG-2 is currently employed in and makes possible the storage, playing,

transmission, and reproduction of full-length films on DVD discs, digital terrestrial broadcast

television, digital satellite television broadcasts, and digital cable television. Numerous consumer

products thereby use software and/or hardware to encode and/or decode video in compliance with the

MPEG-2 compression standard, including, but not limited to, video telecommunications equipment;

disc players or recorders, including DVD players and recorders, personal video recorders, and digital

video recorders; television sets; personal computers; camcorders; cameras; video receivers, including

internet protocol televisions ("IPTV"), terrestrial, satellite and cable receivers, set top boxes, converters, or descramblers; and video game consoles/video game equipment ("MPEG-2 Products"). Consumer spending on MPEG-2 Products in the United States amounts to billions of dollars each year.

4.    Use of the patents in suit is essential to the practice of the MPEG-2 technology.

5.    At Target's request, the Doe Corporations manufacture and produce unlicensed MPEG-2 Products for sale by Target under Target's Trutech brand name. These MPEG-2 Products supplied by the Doe Corporations to Target, which Target sells under the Trutech brand name, include, but are not limited to, televisions with digital tuners, DVD players, and DVD recorders ("Trutech MPEG-2 Products"). Target also sells other unlicensed MPEG-2 Products under other third-party brand names. The Trutech MPEG-2 Products use the MPEG-2 standard for a variety of applications including transmitting, decoding, encoding, processing, and/or displaying digital video signals using MPEG-2 methods and devices.

6.    Defendants' infringing products include the Trutech DVD Player – Silver (TT320), Trutech 17" Widescreen LCD TV DVD – PVS31170S1W, Trutech 7" Portable DVD Player – Silver (PVS12701), Trutech 10" Undercabinet LCD TV/DVD Combo – KLV3112, Trutech 19" LCD TV/DVD/PC Monitor – PLV31199S1, Trutech DVD Recorder – T650-DR, Trutech DVD/VCR Dual Recorder, Trutech DVD Home Theater System, Trutech 7" Under-Cabinet TV/DVD Player – KLV3170, and Trutech Dual Deck DVD/VCR. (Exhibit ("Exh.") 1).

7.    Target is infringing the patents in suit by, among other things, selling in this country and in this judicial district the Trutech MPEG-2 Products, which employ the MPEG-2 patented technology. The Doe Corporations are infringing the patents in suit, by, among other

things, supplying the Trutech MPEG-2 Products to Target for sale in this country and in this judicial district.

8.    Target had an opportunity to license the patents in suit by either licensing one or more such patents directly from the individual Plaintiffs or, in the alternative, by taking a license from MPEG LA, L.L.C. ("MPEG LA"), which offers a non-discriminatory patent portfolio license under many patents essential to the practice of MPEG-2 technology, including all patents in suit ("MPEG-2 Patent Portfolio License"). *See, e.g.*, Letter from Monique Williams (administrative assistant at MPEG LA) to Timothy Baer (General Counsel, Target) (December 5, 2005); Letter from Dean Skandalis (Vice President, Licensing, MPEG LA) to Timothy Baer (July 20, 2007) (Exh. 2). Target has not entered into any license with Plaintiffs or the license offered by MPEG LA.

9.    Individual licenses with each of the Plaintiffs or the MPEG-2 Patent Portfolio License likewise have been available to the Doe Corporations. Moreover, the Doe Corporations also could pay royalties on behalf of Target if Target entered into licenses with the Plaintiffs or the MPEG-2 Patent Portfolio License.

10.    MPEG LA was established in 1996 to provide the marketplace with non-discriminatory access to as many of the patents which are essential to MPEG-2 technology as possible. MPEG LA is a non-exclusive licensee of each of the patents in suit as well as numerous other patents essential to the practice of the MPEG-2 technology. MPEG LA has the non-exclusive authority to sublicense the approximately 150 MPEG-2 patent families offered in the MPEG-2 Patent Portfolio License throughout the world — including the patents in suit — on non-discriminatory and reasonable terms. Approximately 1,300 licensees located throughout the world have executed the standard MPEG-2 Patent Portfolio License offered by MPEG LA. MPEG LA's licensing program began after the United States Department of Justice reviewed the circumstances surrounding the

formation of MPEG LA and its standard MPEG-2 Patent Portfolio License, among other things, and issued a favorable Business Review Letter.

11.    Each plaintiff is committed to license the patents in suit on reasonable terms. As an alternative, Defendants, and indeed any potential licensee, can get a license from MPEG LA as a convenience to the licensee. The MPEG LA license adds an alternative choice to the marketplace, in addition to, not instead of, bilateral licenses with each of the licensors, including the Plaintiffs herein.

12.    Best Buy Purchasing, L.L.C., a subsidiary of Best Buy Co., Inc., and numerous other consumer electronics companies that compete with Target have executed the license that Target willfully refuses to execute.

## JURISDICTION AND VENUE

13.    This is an action for patent infringement under Title 35 of the United States Code. This Court has subject matter jurisdiction under 28 U.S.C. § 1338. Upon information and belief, Target is incorporated in Minnesota and is authorized to do business in New York, and is in fact doing business in the Southern District of New York. Both Target and the Doe Corporations have purposefully sold infringing products both directly and through regular distribution channels knowing such infringing products would be used and/or sold in this judicial district.

14.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and § 1400(b).

## THE PARTIES

15.    Plaintiff Mitsubishi is a corporation of Japan, having its principal place of business in Tokyo, Japan.

16.    Plaintiff Samsung is a corporation of Korea, having its principal place of business in Seoul, Korea.

17.    Plaintiff Thomson is a corporation of France, having its principal place of business in Boulogne-Billancourt Cedex, France.

18.    Plaintiff KPENV is a corporation of Netherlands, having its principal place of business in Amsterdam, The Netherlands.

19.    Plaintiff U.S. Philips is a Delaware corporation, having its principal place of business in Briarcliff Manor, New York.

20.    Plaintiff Columbia is a New York not-for-profit entity, having its principal place of business in New York, New York.

21.    Upon information and belief, defendant Target is a Minnesota corporation, having its principal place of business in Minneapolis, Minnesota.

22.    Upon information presently available to Plaintiffs, the number, names, and location of the defendant Doe Corporations are unknown.  Plaintiffs expect to obtain this information during discovery.

## DEFENDANTS' INFRINGEMENT

23.    While Target sells numerous third party-branded MPEG-2 Products from a variety of consumer electronics companies, many of whom are MPEG LA licensees, Target also competes directly with these consumer electronic companies through sales of MPEG-2 Products under the Target "Trutech" brand and through sales of other unlicensed products under third-party brand names.

24.    Trutech MPEG-2 Products are manufactured by the Doe Corporations for Target which then sells these MPEG-2 Products within the United States and in this judicial district. Such products have not been licensed, by either Target or the Doe Corporations, under the patents in suit.  MPEG LA has approached Target several times about Target selling MPEG-2 Products without a license, including the Trutech MPEG-2 Products, but Target insisted that its vendors had paid any

MPEG-2 royalties on Target's behalf. *See, e.g.*, E-mail from Huong Nguyen (attorney for Target) to Dean Skandalis (February 16, 2007) (Exh. 3). Target has never presented evidence that the Doe Corporations paid royalties on Target's behalf and, in fact, no one has ever paid on the Doe Corporations' or Target's behalf.

25. The Trutech MPEG-2 Products are purposely shipped by Defendants through an established distribution channel and are knowingly sold by Target, among other places, within this judicial district. In addition to its online store and retail stores throughout the United States, Target has ten retail stores in this judicial district where it sells the infringing products directly. (Exh. 4).

26. The manufacture, use, and sale by Defendants of the Trutech MPEG-2 Products — which do any one or more of the following: transmit, decode, encode, process, or display digital video signals using MPEG-2 methods and devices — directly and/or indirectly infringe the patents in suit.

27. Target has published and continues to publish product descriptions and advertisements on the Internet and in newspapers for the Trutech MPEG-2 Products. (Exh. 1).

28. Defendants contributorily infringe the patents in suit by selling the Trutech MPEG-2 Products in this judicial district and elsewhere, knowing that such MPEG-2 Products are especially made and/or especially adapted for use in infringement of the patents in suit. Without such MPEG-2 hardware and/or software included in the Trutech MPEG-2 Products, video that is encoded in MPEG-2 format cannot be decoded and viewed on the Trutech MPEG-2 Products.

29. Target actively induces the infringement of the patents in suit by offering for sale and by selling, encouraging, and instructing others to use the Trutech MPEG-2 Products, knowing that the use of these products to transmit, decode, encode, process, and/or display digital video signals using MPEG-2 methods and devices, causes others to infringe the patents in suit.

30.   Defendants' infringing actions are without the consent or authority of Plaintiffs. Defendants do not now and have never possessed a license under any of the patents in suit. MPEG LA repeatedly offered Target a license, and thus an opportunity to respect Target's intellectual property obligations, but Target refused. (Exh. 2). Moreover, each Plaintiff is committed to bilaterally license the patents in suit on reasonable terms.

31.   Target had actual knowledge of the patents in suit prior to engaging in acts of infringement. For many years, Target has been on notice about which types of products incorporate MPEG-2 technology and that sale of these MPEG-2 Products infringe numerous patents unless the products are licensed and royalties are paid. Moreover, for several years, Target has repeatedly received express notice that the sale and use in the United States of the Trutech MPEG-2 Products infringe the patents in suit. Target received this notice from telephone conversations, including conversations between MPEG LA and Target in April and November 2006, as well as various written communications, including by letter, fax, and e-mail from MPEG LA sent during 2006 and 2007. *See*, *e.g.*, Trutech Communications Between MPEG LA and Target (2006-2007) (Exh. 5). Thus, infringement of the patents in suit by Target is willful. This is an exceptional case and, accordingly, Plaintiffs are entitled to enhanced damages and their attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

32.   Each plaintiff has suffered irreparable injury for which there is no adequate remedy at law as a result of Defendants' infringement of the patents in suit. Pursuant to 35 U.S.C. § 283, Plaintiffs are entitled to an injunction against further infringement by an order preventing Defendants from manufacturing any unlicensed MPEG-2 Products and selling these unlicensed products in the United States.

## FIRST CAUSE OF ACTION

33.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

34.    Mitsubishi is the legal owner by assignment of United States Letters Patent No. 5,072,295 ("the '295 patent"). (Exh. 6).

35.    Defendants have infringed and are infringing the '295 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

36.    Unless enjoined, Defendants will continue to infringe the '295 patent.

## SECOND CAUSE OF ACTION

37.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

38.    Mitsubishi is the legal owner by assignment of United States Letters Patent No. 5,990,960 ("the '960 patent"). (Exh. 7).

39.    Defendants have infringed and are infringing the '960 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

40.    Unless enjoined, Defendants will continue to infringe the '960 patent.

## THIRD CAUSE OF ACTION

41.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

42.    Mitsubishi is the legal owner by assignment of United States Letters Patent No. 6,097,759 ("the '759 patent"). (Exh. 8).

43.    Defendants have infringed and are infringing the '759 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

44.    Unless enjoined, Defendants will continue to infringe the '759 patent.

### FOURTH CAUSE OF ACTION

45.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

46.    Samsung is the legal owner by assignment of United States Letters Patent No. 5,654,706 ("the '706 patent"). (Exh. 9).

47.    Defendants have infringed and are infringing the '706 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

48.    Unless enjoined, Defendants will continue to infringe the '706 patent.

### FIFTH CAUSE OF ACTION

49.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

50.    Samsung is the legal owner by assignment of United States Letters Patent No. 6,680,975 ("the '975 patent"). (Exh. 10).

51.    Defendants have infringed and are infringing the '975 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

52.    Unless enjoined, Defendants will continue to infringe the '975 patent.

## SIXTH CAUSE OF ACTION

53.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

54.    Thomson is the legal owner by assignment of United States Letters Patent No. 5,422,676 ("the '676 patent"). (Exh. 11).

55.    Defendants have infringed and are infringing the '676 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

56.    Unless enjoined, Defendants will continue to infringe the '676 patent.

## SEVENTH CAUSE OF ACTION

57.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

58.    Thomson is the legal owner by assignment of United States Letters Patent No. 7,020,204 ("the '204 patent"). (Exh. 12).

59.    Defendants have infringed and are infringing the '204 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

60.    Unless enjoined, Defendants will continue to infringe the '204 patent.

## EIGHTH CAUSE OF ACTION

61.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

62.    KPENV is the legal owner by assignment of United States Letters Patent No. 5,606,539 ("the '539 patent"). (Exh. 13).

63.    Defendants have infringed and are infringing the '539 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

64.    Unless enjoined, Defendants will continue to infringe the '539 patent.

### NINTH CAUSE OF ACTION

65.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

66.    U.S. Philips is the legal owner by assignment of United States Letters Patent No. 5,844,867 ("the '867 patent"), while KPENV is the exclusive licensee of the '867 patent in the field of products that comply with the MPEG-2 standard.  (Exh. 14).

67.    Defendants have infringed and are infringing the '867 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

68.    Unless enjoined, Defendants will continue to infringe the '867 patent.

### TENTH CAUSE OF ACTION

69.    The allegations contained in paragraphs 1 through 32 above are repeated and realleged as if fully set forth herein.

70.    Columbia is the legal owner by assignment of United States Letters Patent Reissue No. 35,093 ("the '093 patent").  (Exh. 15).

71.    Defendants have infringed and are infringing the '093 patent by making, using, offering for sale, or selling MPEG-2 Products throughout the United States or importing into the United States MPEG-2 Products, in violation of 35 U.S.C. §§ 271(a)-(c).

72.    Unless enjoined, Defendants will continue to infringe the '093 patent.

WHEREFORE, Plaintiffs demand judgment as follows:

1.    Adjudging, finding, and declaring the Defendants are infringing the patents in suit.

2.    Permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendants, from infringing the patents in suit.

3.    Awarding the respective Plaintiffs an accounting and damages against Defendants in a sum to be determined at trial, together with interest and costs as fixed by the Court; all of these damages to be enhanced in amount up to treble the amount of compensatory damages, as provided by 35 U.S.C. § 284.

4.    Awarding Plaintiffs their reasonable attorneys' fees, costs, and disbursements in this action pursuant to 35 U.S.C. § 285.

5.    Granting Plaintiffs such other and further relief as is just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues that may be so tried.

SULLIVAN & CROMWELL LLP

OF COUNSEL:

Kenneth Rubenstein
Evan L. Kahn
Anthony C. Coles
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000

By: _____
Garrard R. Beeney
Alexis M. DeVane
Emma Gilmore
Andrew E. Gelfand
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Plaintiffs*
*Mitsubishi Electric Corp.,*
*Samsung Electronics Co., Ltd.,*
*Thomson Licensing,*
*Koninklijke Philips Electronics, N.V.,*
*U.S. Philips Corp., and*
*The Trustees of Columbia University in the*
  *City of New York*

Dated: April 17, 2008

# Exhibit 1



All Products ▾   GO

Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.   Apply now ▸ 

**◀◀ Previous Page**

**Browse Similar Items**

Single + Multi Disc Players
All DVD Players
All TruTech

**Recently Viewed Items**



Trutech® 10"
Undercabinet LCD
TV/DVD Combo -
KLV3112

Our Price: **$299.99**



Trutech® 20" Flat Screen
TV - Silver (T2000-FT)

Our Price: **$139.99**
stores only



🔍 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★

🚚 Holiday Shipping Info

**Availability :**
Usually ships within 1 to 2 days.
This item is available online and in stores.

Pricing, promotions, and availability may
vary by location and online.

Warranty Information

# Trutech® DVD Player -
Silver (TT320)

## $29.99

**Quantity:** 1

➕ **ADD TO CART**

··· OR ···

Sign-in for 1-Click

↻ ADD TO CLUB WEDD
🅑 ADD TO TARGET BABY
🅑 ADD TO TARGET LISTS

··· OR ···

**Find it at a Target store**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |
| --- | --- | --- | --- |

- Plays DVD-ROM, DVD+/-R/RW, SVCD/VCD, CD-ROM, CD-R/RW and 8 and 12 cm discs Inputs
- Plays JPEG and MP3 video and audio files
- Progressive Scan (Y-Pb/Cb-Pr/Cr) and S-Video components
- Includes remote control with batteries and A/V cable
- 2Hx9Wx9L"; 3.8 lbs.; For customer service, call 1-888-211-8609
- DVD Player

**Better Together**



| All Products ▾ | GO |

Sign In | New Guest?

  Save 10% when you open a REDcard™ credit account.    Apply now ▶ 

◀◀ Previous Page

**Browse Similar Items**

TVs up to 20"
All Flat Panel TVs
LCD Flat Panel TVs
All TruTech
Flat Panel TVs For Small Rooms
Combo Flat Panel TVs
TVs for Smaller Rooms
All Combo TVs
All TVs
Kitchen Solutions
Electronics Bestsellers
TV + Home Theater Bestsellers

**Recently Viewed Items**



Trutech® DVD Player - Silver (TT320)

Our Price: **$29.99**



Trutech® 10" Undercabinet LCD TV/DVD Combo - KLV3112

Our Price: **$299.99**



🔍 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★

💬 Holiday Shipping Info

**Availability :**
Usually ships within 1 to 2 days.
This item is available online and in stores.

Pricing, promotions, and availability may vary by location and online.

# Trutech® 17" Widescreen LCD TV DVD - PVS31170S1W

## $299.99

Quantity: [1]

⊕ **ADD TO CART**

OR

Sign-in for 1-Click

⊘ ADD TO CLUB WEDD
⊘ ADD TO TARGET BABY
⊘ ADD TO TARGET LISTS

—— OR ——

Find it at a Target store

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- 17.0 " Screen TV / DVD Combo
- NTSC/ATSC Built-In
- Additional Functions: DVD Player

**Guests Who Viewed This Item Also Viewed**



 **GO**    Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.    Apply now ▸ 

**‹‹ Previous Page**

**Browse Similar Items**

Mobile Video

Single + Multi Disc Players

Portable DVD Players

All DVD Players

**Recently Viewed Items**



Trutech® 17" Widescreen LCD TV DVD - PVS31170S1W

Our Price: **$299.99**



Trutech® DVD Player - Silver (TT320)

Our Price: **$29.99**



Trutech® 10" Undercabinet LCD TV/DVD Combo - KLV3112

Our Price: **$299.99**





🔍 **VIEW LARGER IMAGE**

**Avg. Guest Rating:** ★★★★★

⟦ 🚚 **Holiday Shipping Info** ⟧

**Availability :**

Usually ships within 1 to 2 days.

This item is available online and in stores.

Pricing, promotions, and availability may vary by location and online.

# Trutech® 7" Portable DVD Player - Silver (PVS12701)

## $89.99

Quantity: 1

⊕ **ADD TO CART**

···· OR ····

Sign-in for 1-Click

↻ ADD TO CLUB WEDD

◖ ADD TO TARGET BABY

◖ ADD TO TARGET LISTS

OR

**Find it at a Target store**

| FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO |

- Dolby Digital, downmix to 2-channel with built-in speaker
- DVD, MiniDVD, CD, CD-R/RW, MP3 and JPG media formats
- Includes 2-hour battery, remote control, A/V cable, AC adapter and car power adapter
- UL listed
- 2Hx6-1/2Wx8-1/3L"; 2 lb.; For customer service, call 1-888-252-6252

**Better Together**

Buy this Trutech® 7" Portable DVD Player - Silver (PVS12701) with Targus 7" Portable DVD



◄◄ Previous Page

All Products ▾  GO

Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.    Apply now ▸ 

**Browse Similar Items**

TVs up to 20"
All DVD Players
All Flat Panel TVs
LCD Flat Panel TVs
Under-Cabinet Flat Panel TVs
DVD + TV Combo Players
All TruTech
Flat Panel TVs For Small Rooms
Combo Flat Panel TVs
TVs for Smaller Rooms
All Combo TVs
All TVs
All Kitchen + Under-Cabinet TVs
FCC Tuner Compliance
Kitchen Solutions

**Recently Viewed Items**



Trutech® 7" Portable DVD Player - Silver (PVS12701)
Our Price: **$89.99**



Trutech® 17" Widescreen LCD TV DVD - PVS31170S1W



 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★

Holiday Shipping Info

**Availability :**
Item arriving in 2 to 6 weeks. Order now.
This item is available online and in stores.

# Trutech® 10" Undercabinet LCD TV/DVD Combo - KLV3112

## $299.99

**Quantity:** 1

⊕ **ADD TO CART**

· OR ·
Sign-in for 1-Click

ADD TO CLUB WEDD
ADD TO TARGET BABY
ADD TO TARGET LISTS

· OR ·

**Find it at a Target store**

Pricing, promotions, and availability may vary by location and online.

**CONSUMER ALERT:** This television receiver has only an analog broadcast tuner and will require a converter box after February 17, 2009 to receive over-the-air broadcasts with an antenna because of the U.S.'s transition to digital broadcasting. Analog-only TVs should continue to work as before with cable and satellite TV services, gaming consoles, VCRs, DVD players, and similar products. For more information, call the Federal Communications Commission at 1-888-225-5322 (TTY: 1-888-835-5322), or visit the commission's digital-television Web site at: www.dtv.gov.

FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- Form Meets Function
- 10.0 " Screen Under Cabinet Television
- Standard Definition/Traditional TV
- Stereo Speakers
- Additional Functions: DVD Player
- Accessories Included: Mounting Kit, Operation Manual, Remote Control



 

All Products ▾  GO

Sign In | New Guest?

Save 10% when you open a REDcard℠ credit account.    Apply now ▸ 

**◀◀ Previous Page**

**Browse Similar Items**

TVs up to 20"
LCD Flat Panel TVs
All TruTech
All TVs

**Recently Viewed Items**



Trutech® 10"
Undercabinet LCD
TV/DVD Combo -
KLV3112

Our Price: **$299.99**



Trutech® 7" Portable
DVD Player - Silver
(PVS12701)

Our Price: **$89.99**



Trutech® 17" Widescreen
LCD TV DVD -
PVS31170S1W

Our Price: **$299.99**



 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★

🚚 Holiday Shipping Info

**Availability :**
Usually ships within 1 to 2 days.
This item is available online and in stores.

Pricing, promotions, and availability may
vary by location and online.

# Trutech® 19" LCD TV/DVD/PC Monitor - PLV31199S1

## $329.99

Quantity: 1

➕ ADD TO CART

—— OR ——

Sign-in for 1-Click

⊕ ADD TO CLUB WEDD
⊕ ADD TO TARGET BABY
⊕ ADD TO TARGET LISTS

—— OR ——

Find it at a Target store

**FEATURES** | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

- 19.0 " Screen LCD Flat Panel Television with LCD Technology for Crisp Images and Thin Design, LCD Technology
- Includes LCD Television, Speakers, Stand, Remote Control, Flat-Panel LCD TV for Great Images with No Burn-In, Desk Stand, Color TV
- HD Display When Connected to an Optional HD Source
- NTSC/ATSC Built-In
- Video Features: JPEG Viewer to See Your Favorite Photos on the TV, Zoom Feature, On-Screen Adjustment Menu, TFT Liquid Crystal Display (LCD)
- Audio Features: MTS, Broadcast Stereo

⊕ SEE MORE INFORMATION

**Guests Who Viewed This Item Also Viewed**



All Products ▾ GO    Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.    Apply now ▸ 

‹‹ Previous Page

**Browse Similar Items**

DVD Recorders
All DVD Players
All TruTech
FCC Tuner Compliance

**Recently Viewed Items**



Trutech® 20" Flat Screen TV - Silver (T2000-FT)

Our Price: **$139.99**
stores only



Trutech® 19" LCD TV/DVD/PC Monitor - PLV31199S1

Our Price: **$329.99**



Trutech® 10" Undercabinet LCD TV/DVD Combo - KLV3112

Our Price: **$299.99**

# Trutech® DVD Recorder - T650-DR

## $99.99
stores only



Quantity: 1

⊙ ADD TO CLUB WEDD
⊙ ADD TO TARGET BABY
⊙ ADD TO TARGET LISTS

OR

**Find it at a Target store**

⊙ VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★
**Availability :**
This item is available in stores, but is not available online.

Prices and availability may vary by location.

**CONSUMER ALERT:** This television receiver has only an analog broadcast tuner and will require a converter box after February 17, 2009 to receive over-the-air broadcasts with an antenna because of the U.S.'s transition to digital broadcasting. Analog-only TVs should continue to work as before with cable and satellite TV services, gaming consoles, VCRs, DVD players, and similar products. For more information, call the Federal Communications Commission at 1-888-225-5322 (TTY: 1-888-835-5322), or visit the commission's digital-television Web site at: www.dtv.gov.

| FEATURES | DESCRIPTION | ADDITIONAL INFO |
|---|---|---|

- DVD Recorder with Hard Drive with Recorder
- Features Direct Dubbing to Record Videos From VHS to DVD
- Inputs: A/V Composite - Side; Outputs: A/V Composite Video
- Includes Remote Control
- Compatible with DVD
- Product Weight: 2.4 Kg.

⊙ SEE MORE INFORMATION



All Products ▼ GO

Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.    Apply now ▶ 

**◄◄ Previous Page**

**Browse Similar Items**

VCRs
DVD Recorders
Single + Multi Disc Players
All DVD Players
DVD + VCR Combo Players
All TruTech
FCC Tuner Compliance

**Recently Viewed Items**



Trutech® DVD Recorder - T650-DR

Our Price: **$99.99**
stores only

Trutech® 20" Flat Screen TV - Silver (T2000-FT)

Our Price: **$139.99**
stores only

Trutech® 19" LCD TV/DVD/PC Monitor - PLV31199S1

Our Price: **$329.99**



VIEW LARGER IMAGE

# Trutech® DVD/VCR Dual Recorder

## $199.99
stores only

Quantity: 1

ADD TO CLUB WEDD
ADD TO TARGET BABY
ADD TO TARGET LISTS

OR

**Find it at a Target store**

**Avg. Guest Rating:** ★★★★★
**Availability :**
This item is available in stores,
but is not available online.

Prices and availability may vary by location.

**CONSUMER ALERT:** This television receiver has only an analog broadcast tuner and will require a converter box after February 17, 2009 to receive over-the-air broadcasts with an antenna because of the U.S.'s transition to digital broadcasting. Analog-only TVs should continue to work as before with cable and satellite TV services, gaming consoles, VCRs, DVD players, and similar products. For more information, call the Federal Communications Commission at 1-888-225-5322 (TTY: 1-888-835-5322), or visit the commission's digital-television Web site at: www.dtv.gov.

FEATURES | DESCRIPTION | ADDITIONAL INFO

- DVD Player Recorder/VCR Combo with Recorder
- Plays DVD+R/RWs
- Record Time: 8.0 Hr.
- Dolby Digital
- Recording Modes: SLP, XP, SP
- Features Record Favorite TV Shows/Movies Direct from Source

SEE MORE INFORMATION



◄◄ Previous Page

All Products ▾  **GO**

Sign In | New Guest?



  Save 10% when you open a REDcard™ credit account.    Apply now ▸ 

**Browse Similar Items**

Complete Home Theater Systems

All DVD Players

All Speakers

Speaker Systems

All TruTech

**Recently Viewed Items**



Trutech® DVD/VCR Dual Recorder

Our Price: **$199.99**
stores only



Trutech® DVD Recorder - T650-DR

Our Price: **$99.99**
stores only



Trutech® 20" Flat Screen TV - Silver (T2000-FT)

Our Price: **$139.99**
stores only



🔍 VIEW LARGER IMAGE

# Trutech® DVD Home Theater System

## $79.99
stores only

**Quantity:** 1

⊕ ADD TO CLUB WEDD

⊕ ADD TO TARGET BABY

⊕ ADD TO TARGET LISTS

OR

**Find it at a Target store**

**Avg. Guest Rating:** ★★★★★

**Availability :**

This item is available in stores, but is not available online.

Prices and availability may vary by location.

FEATURES | DESCRIPTION | ADDITIONAL INFO

- Home Theater System
- 150 Watts Per Second
- Audio Features: 5.1 Channel Surround Sound
- 5 Speakers
- Speaker Type: Satellite Speakers
- Video Features: DVD Multi-Angle and Zoom, Multi-Angle Selection, Zoom Feature, Repeat Disc/Track/A-B

⊕ SEE MORE INFORMATION

**Guests Who Viewed This Item Also Viewed**





Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.    Apply now ▸ 

**‹‹ Previous Page**

**Browse Similar Items**

TVs up to 20"

All DVD Players

All Flat Panel TVs

LCD Flat Panel TVs

Under-Cabinet Flat Panel TVs

DVD + TV Combo Players

All TruTech

Combo Flat Panel TVs

All Combo TVs

All TVs

All Kitchen + Under-Cabinet TVs

FCC Tuner Compliance

Kitchen Solutions

**Recently Viewed Items**



Trutech® DVD Home Theater System

Our Price: **$79.99**
stores only



Trutech® DVD/VCR Dual Recorder

Our Price: **$199.99**
stores only



🔍 **VIEW LARGER IMAGE**

**Avg. Guest Rating:** ★★★★★

**Availability :**
This item is available in stores, but is not available online.

# Trutech® 7" Under-Cabinet TV/ DVD Player - KLV3170

**$179.99**
stores only

**Quantity:** [1]

⊕ ADD TO CLUB WEDD
⊕ ADD TO TARGET BABY
⊕ ADD TO TARGET LISTS

———— OR ————

**Find it at a Target store**

Prices and availability may vary by location.

**CONSUMER ALERT:** This television receiver has only an analog broadcast tuner and will require a converter box after February 17, 2009 to receive over-the-air broadcasts with an antenna because of the U.S.'s transition to digital broadcasting. Analog-only TVs should continue to work as before with cable and satellite TV services, gaming consoles, VCRs, DVD players, and similar products. For more information, call the Federal Communications Commission at 1-888-225-5322 (TTY: 1-888-835-5322), or visit the commission's digital-television Web site at: www.dtv.gov.

| FEATURES | DESCRIPTION | ADDITIONAL INFO |

- 7.0 " Screen Under Cabinet Television
- Standard Definition/Traditional TV
- Additional Functions: DVD Player, AM/FM Radio
- Compatible with JPEG, CDs, DVDs Formats



All Products ▾  GO

Sign In | New Guest?

  Save 10% when you open a REDcard℠ credit account.    Apply now ▸ 

◀◀ Previous Page

**Browse Similar Items**

VCRs
Single + Multi Disc Players
All DVD Players
DVD + VCR Combo Players
All TruTech

**Recently Viewed Items**



Trutech® 7" Under-Cabinet TV/ DVD Player - KLV3170

Our Price: **$179.99**
stores only



Trutech® DVD Home Theater System

Our Price: **$79.99**
stores only

Trutech® DVD/VCR Dual Recorder

Our Price: **$199.99**
stores only



# Trutech® Dual Deck DVD/VCR

## $59.99
stores only

**Quantity:** 1

⊕ ADD TO CLUB WEDD
⊕ ADD TO TARGET BABY
⊕ ADD TO TARGET LISTS

OR

**Find it at a Target store**

🔍 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★

**Availability :**
This item is available in stores, but is not available online.

Prices and availability may vary by location.

| FEATURES | DESCRIPTION | ADDITIONAL INFO |

- DVD/DVR Combo with DVD Player
- Plays DVD-R/RWs
- Record Time: 8.0 Hr.
- Dolby Digital
- Recording Modes: LP, SLP, EP
- Features Progressive Scan

⊕ SEE MORE INFORMATION

**Guests Who Viewed This Item Also Viewed**



# stay merry with savings

**$649**
REG. 699.99
MAGNAVOX 32"
1080i WIDESCREEN
LCD HDTV No. 32MF337B.
• 3-yr. Extended Service Plan
for this TV, **Low Price** $59
• 10% off selected GE
audio and video cables.

**$278**
REG. 329.99 I. TRUTECH® 19"
1080i WIDESCREEN LCD HDTV
WITH BUILT-IN DVD PLAYER
PC input for use as a computer monitor.
No. PLV31199S1.
• 3-yr. Extended Service Plan for this TV,
**Low Price** $29





**34⁹⁹**
**SALE** I MAGNAVOX DVD PLAYER
Full size with progressive scan. No. MDV460.

**OUR LOWEST PRICE
OF THE SEASON!**
**56⁸⁸**
**SALE** I TRUTECH® progressive-scan
DVD player with VCR. No. ZV220TTB.

Screens are measured diagonally, shown with simulated picture.



7.99 EACH
FACEPLATE

FREE $20 TARGET
PREPAID PHOTO CARD™
with purchase of this camera!
Bonus offers and Target exclusive offers.
Quantity limited, no rain checks.

Kodak



**$79**    **SALE** I 7" DIGITAL LIVING PHOTO FRAME
has 15-picture memory and speakers. Clear acrylic
frame comes with white faceplate.
• Digital Living clip-on faceplate, **sale** 7.99 each
Electronics Dept.

**$99**    KODAK C813 DIGITAL CAMERA
6.2 megapixels, 3x optical zoom and
2.4" LCD display.
• Kodak 2GB SD media card, **sale** 19.99

6

# Exhibit 2



4601 Willard Avenue, Suite 200
Chevy Chase, Maryland 20815
301 986.6660
FAX 301 986.8575

December 5, 2005

Mr. Timothy R. Baer
General Counsel
Target Corporation
777 Nicollet Mall
Minneapolis, MN 55402-2055
USA

Dear Mr. Baer:

Per your request, please find enclosed an information packet containing a copy of the
MPEG-2 Patent Portfolio License and additional background information about MPEG
LA.

Becoming a Licensee is very easy to do. Simply fill in the necessary information on page
1 (official corporate name and principal place of business), page 24 (include phone, fax
and e-mail) and page 31 (print name of signatory below signature line); sign on page 31
(Affiliates may be added in accordance with Section 2.9); and return the copy for
execution by MPEG LA. Following that, we will return a copy to you along with
detailed payment and reporting instructions, and you will be a Licensee. There are no
upfront fees, no minimums and no certifications; coverage is provided and royalties are
paid on products from June 1, 1994 forward.

If you have any questions, please feel free to contact Mr. John Hanshaw at the phone and
fax numbers listed above and/or jhanshaw@mpegla.com.

We look forward to hearing from you again soon.

Best regards,

Monique Williams
Administrative Assistant

Enc: MPEG-2 Patent Portfolio License

FedEx | Ship Manager | Label 7925 9744 4198

From:    Origin ID:    (301)986-6660
Licensing Department
MPEG LA, LLC
4601 WILLARD AVENUE
SUITE 200
CHEVY CHASE, MD 20815



Ship Date: 05DEC05
ActWgt: 1 LB
System#: 3156529/INET2300
Account#: S *********

REF: M2 INFO PK



Delivery Address Bar Code

SHIP TO:    (301)986-6660        BILL SENDER

**Mr. Timothy R. Baer**
**Target Corporation**
**777 Nicollet Mall**

**Minneapolis, MN 55402**



**STANDARD OVERNIGHT**          **TUE**

Deliver By:
TRK#    **7925 9744 4198**    FORM    06DEC05
0201
                                    **MSP**    A1

**55402**    -MN-US

**NR MICA**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

4601 Willard Avenue, Suite 200
Chevy Chase, Maryland 20815
USA
Voice +1 301 986 6660
Fax +1 301 986 8575



**Via FedEx**

July 20, 2007

Mr. Timothy R. Baer
Executive Vice President,
    General Counsel and Corporate Secretary
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

Dear Mr. Baer,

We understand that Target Corporation ("Target") offers products with MPEG-2 functionality such as DVD players under Target's TruTech brand name. Therefore, Target needs to assure that it is properly licensed under patents essential for MPEG-2 technology. For that purpose, MPEG LA has communicated for some time with Ms. Huong Nguyen in Target's legal department, but unfortunately, my recent e-mails to Ms. Nguyen have been returned as undeliverable and this matter remains unresolved. Therefore, I would very much appreciate your assistance in addressing this matter yourself or directing me to the appropriate person on your staff to handle patent licensing matters.

By way of background, our MPEG-2 Patent Portfolio License provides efficient access to essential MPEG-2 patents from 25 patent owners in a single license. Each patent in the MPEG-2 License has been evaluated by independent patent experts and found to be essential for use of the MPEG-2 Video and Systems Standard. Any company that offers MPEG-2 products needs to be licensed under these essential patents and will benefit from the coverage our MPEG-2 License provides.

Normally, Target would need to negotiate individual licenses for all of the patents directly with each of the 25 patent owners, but the MPEG-2 Patent Portfolio License makes it easy to obtain coverage for these patents under one license. The patent owners are committed to assuring that all MPEG-2 users are licensed, and you may also hear from them directly.

The benefit of the MPEG-2 License is also very well accepted by the marketplace. MPEG LA's Licensees now number more than 1,200 and make most of the MPEG-2 products in the current world market. Target is noticeably absent from the list of Licensees, so we look forward to Target joining them.

For your reference, an information packet containing our MPEG-2 Patent Portfolio License and background information about MPEG LA is enclosed. The License is very straightforward, but I will be glad to answer any questions. Please feel free reach me at the contact information listed above or via e-mail at dskandalis@mpegla.com.

I look forward to hearing from you and thank you in advance for your assistance.

Best regards,

Dean Skandalis
Vice President, Licensing
MPEG LA, LLC

# Exhibit 3

**Elaine Harvey**

| | |
|---|---|
| **From:** | Dean Skandalis |
| **Sent:** | Monday, June 25, 2007 6:19 PM |
| **To:** | 'Huong.Nguyen' |
| **Subject:** | RE: MPEG-2 License |

Hi, Huong.

Can you please confirm if you have received my messages below and let me know how you would like to proceed?

Regards,
Dean

-----Original Message-----
From: Dean Skandalis
Sent: Friday, May 25, 2007 1:52 PM
To: Huong.Nguyen
Subject: RE: MPEG-2 License

Hi, Huong.

Back in February, you indicated that you were gathering documentation from your vendors which would confirm that applicable royalty payments were being made to MPEG LA on behalf of Target's end products. Unfortunately, we have not received that documentation and Target's products remain unlicensed.

Can you please provide me with an update? The patent owners have been very patient up to this point, but their patience cannot be expected to last indefinitely. Therefore, I thank you in advance for your prompt reply.

Regards,
Dean

-----Original Message-----
From: Huong.Nguyen [mailto:Huong.Nguyen@target.com]
Sent: Friday, February 16, 2007 4:41 PM
To: Dean Skandalis
Subject: RE: MPEG-2 License

Dear Dean,

The information we are receiving back from our vendors is that they are already paying for MPEG-2 licensing fees on behalf of Target. They are in the process of gathering the documentation, but the progress has been slow due to the Chinese New Year. There are also questions as to which documents would be sufficient to show proof of payment.

I will contact you once I have the documentation from the vendors. If you would like to speak in the meantime, we can set up a conference call. Please let me know if you wish to do so.

Sincerely,
Huong

-----Original Message-----
From: Dean Skandalis [mailto:DSkandalis@mpegla.com]
Sent: Wednesday, February 14, 2007 9:42 AM
To: Huong.Nguyen
Subject: RE: MPEG-2 License

Hi, Houng.

Can you please provide me with an update regarding this matter?

1

Regards,
Dean

-----Original Message-----
From: Dean Skandalis
Sent: Tuesday, January 30, 2007 3:15 PM
To: Huong.Nguyen
Subject: RE: MPEG-2 License

Hello, Houng.

Thank you for your message.

While I understand that Target may still be investigating this matter with its vendors,
please understand that Target (not its vendors) is the responsible party for the payment
of royalties on Target's end products (for example, TruTech branded products).  Therefore,
we should not let this matter delay any longer due to Target's vendors.  We would of
course welcome Target to provide documentation confirming in detail that royalty payments
have already been made to MPEG LA by Target's vendors on behalf of Target's end products,
but to this point, MPEG LA has not received any such information and Target's outstanding
liability remains unresolved.

I would be happy to have another telephone call, but I also think it would be most
worthwhile to schedule something when you have new information to discuss.  Therefore,
please let me know when you would like to do that.

Best regards,
Dean

-----Original Message-----
From: Huong.Nguyen [mailto:Huong.Nguyen@target.com]
Sent: Monday, January 29, 2007 8:23 PM
To: Dean Skandalis
Subject: RE: MPEG-2 License

Dear Dean,

We are still investigating this matter with our vendors, but if you would like to have a
conference, please let me know and we can set up a time.

Sincerely,
Huong

-----Original Message-----
From: Dean Skandalis [mailto:DSkandalis@mpegla.com]
Sent: Thursday, January 25, 2007 3:53 PM
To: Huong.Nguyen
Subject: MPEG-2 License

Hi, Huong.

Since I haven't heard from you following our telephone call in early November 2006, I
wanted to check the status and find out where things stand with respect to Target's
conclusion of the MPEG-2 Patent Portfolio License.  Please let me know.

Best regards,
Dean

Dean Skandalis
Vice President, Licensing
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
U.S.A.

2

+1-301-986-6660 Telephone
+1-301-986-8575 Fax

dskandalis@mpegla.com

http://www.mpegla.com

# Exhibit 4



## New York Locations

| Store Name | Address | City/State/ZIP | Phone |
|---|---|---|---|
| Boulevard Mall | 1575 Niagara Falls Blvd | Amherst, NY 14228 | (716) 831-8750 |
| Bay Shore | 838 Sunrise Hwy | Bay Shore, NY 11706 | (631) 969-8958 |
| Riverdale | 40 W 225th St #50 | Bronx, NY 10463 | (718) 733-7199 |
| Atlantic Terminal | 139 Flatbush Ave | Brooklyn, NY 11217 | (718) 290-1109 |
| Brooklyn College | 1598 Flatbush Ave | Brooklyn, NY 11210 | (718) 637-5005 |
| Gateway | 519 Gateway Dr | Brooklyn, NY 11239 | (718) 235-6032 |
| North Buffalo | 2626 Delaware Ave | Buffalo, NY 14216 | (716) 447-0094 |
| Central Islip | 160 N Research Pl | Central Islip, NY 11722 | (631) 297-2011 |
| Walden Galleria | 1750 Walden Ave | Cheektowaga, NY 14225 | (716) 896-0493 |
| Cicero | 8061 Brewerton Rd | Cicero, NY 13039 | (315) 698-2380 |
| Clifton Park | 26 Crossing Blvd | Clifton Park, NY 12065 | (518) 371-6520 |
| College Point | 13505 20th Ave | College Point, NY 11356 | (718) 661-4346 |
| Colonie Northway | 1440 Central Ave | Colonie, NY 12205 | (518) 489-1112 |
| Commack | 98 Veterans Memorial Hwy | Commack, NY 11725 | (631) 462-8969 |
| Commack South | 4 Henry St | Commack, NY 11725 | (631) 462-5507 |
| Copiague | 1149 Sunrise Hwy | Copiague, NY 11726 | (631) 841-5056 |
| Cheektowaga | 4920 Transit Rd | Depew, NY 14043 | (716) 608-2020 |
| Queens Place | 8801 Queens Blvd | Elmhurst, NY 11373 | (718) 760-5656 |
| Big Flats | 930 County Road 64 | Elmira, NY 14903 | (607) 796-5910 |
| Penfield | 2161 Fairport Nine Mile Point Rd | Fairport, NY 14450 | (585) 377-0360 |
| Farmingdale | 100 Willow Park Ctr | Farmingdale, NY 11735 | (631) 962-0270 |
| Fayetteville | 340 Towne Dr | Fayetteville, NY 13066 | (315) 637-6205 |
| Hicksville | 2003 Broadway Mall | Hicksville, NY 11801 | (516) 806-2096 |
| Irondequoit | 500 Medley Centre Pkwy | Irondequoit, NY 14622 | (585) 797-0089 |
| Lansing | 40 Catherwood Rd | Ithaca, NY 14850 | (607) 257-3387 |
| Kingston | 1300 Ulster Ave | Kingston, NY 12401 | (845) 336-2045 |
| Latham | 675 Troy Schenectady Rd | Latham, NY 12110 | (518) 782-0348 |
| Levittown | 3850 Hempstead Tpke | Levittown, NY 11756 | (516) 731-9392 |
| Clay | 3857 State Route 31 | Liverpool, NY 13090 | (315) 652-5157 |
| Medford | 2975 Horseblock Rd | Medford, NY 11763 | (631) 286-0287 |
| Middletown | 1 N Galleria Dr | Middletown, NY 10941 | (845) 692-3700 |
| Monroe | 128 Bailey Farm Rd | Monroe, NY 10950 | (845) 783-5686 |

| | | | |
|---|---|---|---|
| **Mt. Kisco** | 195A N Bedford Rd | Mount Kisco, NY 10549 | (914) 602-0004 |
| **Mt. Vernon** | 500 East Sandford Blvd | Mount Vernon, NY 10550 | (914) 530-3000 |
| **New Hartford** | 1 Sangertown Sq Ste 3 | New Hartford, NY 13413 | (315) 738-0471 |
| **Newburgh** | 50 Route 17 K | Newburgh, NY 12550 | (845) 838-7120 |
| **Niagara Falls** | 7414 Niagara Falls Blvd | Niagara Falls, NY 14304 | (716) 283-0085 |
| **Orchard Park** | 5622 Amanda Ln | Orchard Park, NY 14127 | (716) 821-9511 |
| **Poughkeepsie** | 2001 South Rd | Poughkeepsie, NY 12601 | (845) 297-0938 |
| **Queensbury** | 578 Aviation Rd Ste 1S | Queensbury, NY 12804 | (518) 792-6016 |
| **East Greenbush** | 625 3rd Ave Ext | Rensselaer, NY 12144 | (518) 283-6476 |
| **Riverhead** | 1150 Old Country Rd | Riverhead, NY 11901 | (631) 208-9424 |
| **Greece** | 600 Greece Ridge Center Dr | Rochester, NY 14626 | (585) 225-0240 |
| **Henrietta** | 2325 Marketplace Dr | Rochester, NY 14623 | (585) 424-3370 |
| **Saratoga Springs** | 3031 Route 50 | Saratoga Springs, NY 12866 | (518) 226-0003 |
| **Niskayuna** | 428 Balltown Rd | Schenectady, NY 12304 | (518) 346-8540 |
| **South Setauket** | 255 Pond Path Rd | South Setauket, NY 11720 | (631) 580-5356 |
| **Spring Valley** | 50 Spring Valley Market Pl | Spring Valley, NY 10977 | (845) 371-5013 |
| **Staten Island** | 2900 Veterans Rd W | Staten Island, NY 10309 | (718) 701-6205 |
| **Camillus** | 3657 W Genesee St | Syracuse, NY 13219 | (315) 233-0600 |
| **Valley Stream** | 500 W Sunrise Hwy | Valley Stream, NY 11581 | (516) 568-9264 |
| **Binghamton Vestal** | 3112 Vestal Pkwy E | Vestal, NY 13850 | (607) 729-6611 |
| **Victor** | 7500 Commons Blvd | Victor, NY 14564 | (585) 425-0800 |
| **Watertown** | 21800 Towne Center Dr | Watertown, NY 13601 | (315) 786-2540 |
| **Webster** | 1050 Ridge Rd | Webster, NY 14580 | (585) 216-3000 |
| **Clarkstown** | 4120 Palisades Center Dr | West Nyack, NY 10994 | (845) 348-6440 |
| **Westbury** | 999 Corporate Dr | Westbury, NY 11590 | (516) 222-1003 |
| **White Plains** | 9 City Pl | White Plains, NY 10601 | (914) 821-0012 |
| **Eastern Hills** | 8290 Transit Rd | Williamsville, NY 14221 | (716) 639-1945 |

Privacy + Security | Terms + Conditions

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.

# Find it at a **Target** store

CLOSE ✕

🖶 PRINT THIS PAGE



**Trutech® 7" Portable DVD Player - Silver (PVS12701)**
ASIN: B000AV532Y    DPCI: 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

**Below are the nearest Target stores and current item availability information.**

## Search Results for "10601"


CHANGE LOCATION

**NOTE:** Prices, promotions, styles and availability may vary by store and online. We constantly strive to provide you with accurate item availability information, but because item quantities are constantly changing, the inventory information provided below is only an approximate indication of an item's in-stock status and an item's availability cannot be guaranteed.

Sort by: Distance ▼  GO

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|

**0.04 miles**
 VIEW MAP +DETAILS

**White Plains**
9 City Pl, White Plains, NY 10601
Phone: (914) 821-0012
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**9.53 miles**
VIEW MAP +DETAILS

**Mt. Vernon**
500 East Sandford Blvd, Mount Vernon, NY 10550
Phone: (914) 530-3000
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**10.73 miles**
VIEW MAP +DETAILS

**Clarkstown**
4120 Palisades Center Dr, West Nyack, NY 10994
Phone: (845) 348-6440
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**11.81 miles**
VIEW MAP +DETAILS

**Stamford**
21 Broad St, Stamford, CT 06901
Phone: (203) 388-0006
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**13.00 miles**
VIEW MAP +DETAILS

**Mt. Kisco**
195A N Bedford Rd, Mount Kisco, NY 10549
Phone: (914) 602-0004
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**13.28 miles**
VIEW MAP +DETAILS

**Riverdale**
40 W 225th St #50, Bronx, NY 10463
Phone: (718) 733-7199
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**14.33 miles**  **Spring Valley**

VIEW MAP +DETAILS

50 Spring Valley Market Pl, Spring Valley, NY 10977
Phone: (845) 371-5013
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**17.00 miles**  **Hackensack**

VIEW MAP +DETAILS

630 Main St, Hackensack, NJ 07601
Phone: (201) 678-0599
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**17.60 miles**  **College Point**

VIEW MAP +DETAILS

13505 20th Ave, College Point, NY 11356
Phone: (718) 661-4346
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**18.88 miles**  **Edgewater**

VIEW MAP +DETAILS

543 River Rd, Edgewater, NJ 07020
Phone: (201) 402-0252
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**




CLOSE ⊗

# Find it at a Target store

🖶 PRINT THIS PAGE



**Trutech® 19" LCD TV/DVD/PC Monitor – PLV31199S1**
ASIN: B000V7O17K    DPCI: 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

**Below are the nearest Target stores and current item availability information.**

## Search Results for "10601"

**CHANGE LOCATION**

**NOTE:** Prices, promotions, styles and availability may vary by store and online. We constantly strive to provide you with accurate item availability information, but because item quantities are constantly changing, the inventory information provided below is only an approximate indication of an item's in-stock status and an item's availability cannot be guaranteed.

Sort by: Distance ▾ 

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|

**0.04 miles**

**White Plains**
9 City Pl, White Plains, NY 10601
Phone: (914) 821-0012
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.
Available

**9.53 miles**

**Mt. Vernon**
500 East Sandford Blvd, Mount Vernon, NY 10550
Phone: (914) 530-3000
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.
Limited Availability

**11.81 miles**

**Stamford**
21 Broad St, Stamford, CT 06901
Phone: (203) 388-0006
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.
Limited Availability

**13.28 miles**

**Riverdale**
40 W 225th St #50, Bronx, NY 10463
Phone: (718) 733-7199
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.
Available

**14.33 miles**
**Spring Valley**
50 Spring Valley Market Pl, Spring Valley, NY 10977
Phone: (845) 371-5013
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.
Limited Availability

**17.00 miles**
**Hackensack**
630 Main St, Hackensack, NJ 07601
Phone: (201) 678-0599
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.
Available

**17.60 miles**   **College Point**

13505 20th Ave, College Point, NY 11356          **Limited**
Phone: (718) 661-4346                             **Availability**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm.

**18.88 miles**   **Edgewater**

543 River Rd, Edgewater, NJ 07020                 **Limited**
Phone: (201) 402-0252                             **Availability**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm.

**20.79 miles**   **North Bergen Commons**

7101 Tonnelle Ave, North Bergen, NJ 07047
Phone: (201) 520-1701                             **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm.

**499.55 miles**   **Mt. Kisco**

195A N Bedford Rd, Mount Kisco, NY 10549
Phone: (914) 602-0004                             **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to
10:00pm; Su: 8:00am to 9:00pm.

**CLOSE** ✖

# Find it at a Target store

🖶 PRINT THIS PAGE



**Trutech® DVD Recorder – T650-DR**
ASIN: B000HE297G    DPCI: 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

**Below are the nearest Target stores and current item availability information.**

## Search Results for "10601"

CHANGE LOCATION

**NOTE:** Prices, promotions, styles and availability may vary by store and online. We constantly strive to provide you with accurate item availability information, but because item quantities are constantly changing, the inventory information provided below is only an approximate indication of an item's in-stock status and an item's availability cannot be guaranteed.

Sort by: | Distance ▾ | 

| DISTANCE | STORE | AVAILABILITY |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| **0.04 miles**<br /> | **White Plains**<br />9 City Pl, White Plains, NY 10601<br />Phone: (914) 821-0012<br />Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **9.53 miles**<br /> | **Mt. Vernon**<br />500 East Sandford Blvd, Mount Vernon, NY 10550<br />Phone: (914) 530-3000<br />Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **10.73 miles**<br /> | **Clarkstown**<br />4120 Palisades Center Dr, West Nyack, NY 10994<br />Phone: (845) 348-6440<br />Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **11.81 miles**<br /> | **Stamford**<br />21 Broad St, Stamford, CT 06901<br />Phone: (203) 388-0006<br />Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **13.00 miles**<br /> | **Mt. Kisco**<br />195A N Bedford Rd, Mount Kisco, NY 10549<br />Phone: (914) 602-0004<br />Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **13.28 miles**<br />VIEW MAP +DETAILS | **Riverdale**<br />40 W 225th St #50, Bronx, NY 10463<br />Phone: (718) 733-7199<br />Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |

**14.33 miles**

**Spring Valley**

VIEW MAP + DETAILS

50 Spring Valley Market Pl, Spring Valley, NY 10977
Phone: (845) 371-5013
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Out Of Stock**

**17.00 miles**

**Hackensack**

VIEW MAP + DETAILS

630 Main St, Hackensack, NJ 07601
Phone: (201) 678-0599
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Out Of Stock**

**17.60 miles**

**College Point**

VIEW MAP + DETAILS

13505 20th Ave, College Point, NY 11356
Phone: (718) 661-4346
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Out Of Stock**

**18.88 miles**

**Edgewater**

VIEW MAP + DETAILS

543 River Rd, Edgewater, NJ 07020
Phone: (201) 402-0252
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Limited Availability**

CLOSE ⊗

# Find it at a Target store

 PRINT THIS PAGE

 **Trutech® DVD/VCR Dual Recorder**
ASIN: B000OV4KYW   DPCI: 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

**Below are the nearest Target stores and current item availability information.**

## Search Results for "10601"

CHANGE LOCATION

**NOTE:** Prices, promotions, styles and availability may vary by store and online. We constantly strive to provide you with accurate item availability information, but because item quantities are constantly changing, the inventory information provided below is only an approximate indication of an item's in-stock status and an item's availability cannot be guaranteed.

Sort by: Distance  GO

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|
| **0.04 miles** | **White Plains** | |
| VIEW MAP + DETAILS | 9 City Pl, White Plains, NY 10601<br>Phone: (914) 821-0012<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Limited Availability** |
| **9.53 miles** | **Mt. Vernon** | |
| VIEW MAP + DETAILS | 500 East Sandford Blvd, Mount Vernon, NY 10550<br>Phone: (914) 530-3000<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Limited Availability** |
| **10.73 miles** | **Clarkstown** | |
| VIEW MAP + DETAILS | 4120 Palisades Center Dr, West Nyack, NY 10994<br>Phone: (845) 348-6440<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Limited Availability** |
| **11.81 miles** | **Stamford** | |
| VIEW MAP + DETAILS | 21 Broad St, Stamford, CT 06901<br>Phone: (203) 388-0006<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Limited Availability** |
| **13.00 miles** | **Mt. Kisco** | |
| VIEW MAP + DETAILS | 195A N Bedford Rd, Mount Kisco, NY 10549<br>Phone: (914) 602-0004<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |
| **13.28 miles** | **Riverdale** | |
| VIEW MAP + DETAILS | 40 W 225th St #50, Bronx, NY 10463<br>Phone: (718) 733-7199<br>Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm. | **Out Of Stock** |

**14.33 miles**   **Spring Valley**

VIEW MAP +DETAILS    50 Spring Valley Market Pl, Spring Valley, NY 10977    **Limited Availability**
Phone: (845) 371-5013
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**17.00 miles**   **Hackensack**

VIEW MAP +DETAILS    630 Main St, Hackensack, NJ 07601    **Limited Availability**
Phone: (201) 678-0599
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**17.60 miles**   **College Point**

VIEW MAP +DETAILS    13505 20th Ave, College Point, NY 11356    **Out Of Stock**
Phone: (718) 661-4346
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**18.88 miles**   **Edgewater**

VIEW MAP +DETAILS    543 River Rd, Edgewater, NJ 07020    **Available**
Phone: (201) 402-0252
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

CLOSE 

# Find it at a Target store

🖶 PRINT THIS PAGE



**Trutech® DVD Home Theater System**
ASIN: B000J3YNJC    DPCI: 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

Below are the nearest Target stores and current item availability information.

## Search Results for "10601"

**CHANGE LOCATION**

NOTE: Prices, promotions, styles and availability may vary by store and online. We constantly strive to provide you with accurate item availability information, but because item quantities are constantly changing, the inventory information provided below is only an approximate indication of an item's in-stock status and an item's availability cannot be guaranteed.

Sort by: [ Distance ▾ ]   GO

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|

**0.04 miles**



**White Plains**
9 City Pl, White Plains, NY 10601
Phone: (914) 821-0012
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

Limited Availability

**9.53 miles**



**Mt. Vernon**
500 East Sandford Blvd, Mount Vernon, NY 10550
Phone: (914) 530-3000
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

Available

**10.73 miles**



**Clarkstown**
4120 Palisades Center Dr, West Nyack, NY 10994
Phone: (845) 348-6440
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

Limited Availability

**11.81 miles**



**Stamford**
21 Broad St, Stamford, CT 06901
Phone: (203) 388-0006
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

Out Of Stock

**13.00 miles**



**Mt. Kisco**
195A N Bedford Rd, Mount Kisco, NY 10549
Phone: (914) 602-0004
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

Available

**13.28 miles**

**Riverdale**
40 W 225th St #50, Bronx, NY 10463
Phone: (718) 733-7199
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

Out Of Stock

**14.33 miles**

**Spring Valley**

50 Spring Valley Market Pl, Spring Valley, NY 10977
Phone: (845) 371-5013
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Available**

**17.00 miles**

**Hackensack**

630 Main St, Hackensack, NJ 07601
Phone: (201) 678-0599
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Out Of Stock**

**17.60 miles**

**College Point**

13505 20th Ave, College Point, NY 11356
Phone: (718) 661-4346
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Limited Availability**

**18.88 miles**

**Edgewater**

543 River Rd, Edgewater, NJ 07020
Phone: (201) 402-0252
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**Out Of Stock**

CLOSE 

# Find it at a Target store

🖶 **PRINT THIS PAGE**



**Trutech® Dual Deck DVD/VCR**
ASIN: B000OV7OWM    DPCI: 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

**Below are the nearest Target stores and current item availability information.**

## Search Results for "10601"

 **CHANGE LOCATION**

**NOTE:** Prices, promotions, styles and availability may vary by store and online. We constantly strive to provide you with accurate item availability information, but because item quantities are constantly changing, the inventory information provided below is only an approximate indication of an item's in-stock status and an item's availability cannot be guaranteed.

Sort by: [Distance ▾] **GO**

| DISTANCE | STORE | AVAILABILITY |
|---|---|---|

---

**0.04 miles**

 **White Plains**
9 City Pl, White Plains, NY 10601    **Available**
Phone: (914) 821-0012
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**9.53 miles**

 **Mt. Vernon**
500 East Sandford Blvd, Mount Vernon, NY 10550    **Available**
Phone: (914) 530-3000
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**10.73 miles**

 **Clarkstown**
4120 Palisades Center Dr, West Nyack, NY 10994    **Available**
Phone: (845) 348-6440
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**11.81 miles**

 **Stamford**
21 Broad St, Stamford, CT 06901    **Available**
Phone: (203) 388-0006
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**13.00 miles**

 **Mt. Kisco**
195A N Bedford Rd, Mount Kisco, NY 10549    **Available**
Phone: (914) 602-0004
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**13.28 miles**

 **Riverdale**
40 W 225th St #50, Bronx, NY 10463    **Available**
Phone: (718) 733-7199
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**14.33 miles**  **Spring Valley**
VIEW MAP +DETAILS
50 Spring Valley Market Pl, Spring Valley, NY 10977
Phone: (845) 371-5013                                    **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**17.00 miles**  **Hackensack**
VIEW MAP +DETAILS
630 Main St, Hackensack, NJ 07601
Phone: (201) 678-0599                                    **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**17.60 miles**  **College Point**
VIEW MAP +DETAILS
13505 20th Ave, College Point, NY 11356
Phone: (718) 661-4346                                    **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

**18.88 miles**  **Edgewater**
VIEW MAP +DETAILS
543 River Rd, Edgewater, NJ 07020
Phone: (201) 402-0252                                    **Available**
Hours: M-Fr: 8:00am to 10:00pm; Sa: 8:00am to 10:00pm; Su: 8:00am to 9:00pm.

# Exhibit 5

**Elaine Harvey**

| | |
|---|---|
| **From:** | John Hanshaw |
| **Sent:** | Friday, May 26, 2006 4:47 PM |
| **To:** | Huong.nguyen@target.com |
| **Cc:** | Elaine Harvey; Monique Williams; Kealy Sloan |
| **Subject:** | MPEG-2 follow up |

Via E-mail and Fax

Dear Huong,

Following up on our correspondence in April (below), I wanted to find out how I may assist you in concluding the MPEG-2 License to provide coverage for Target's TruTech brand DVD players. Please let me know how you would like to proceed.

As a separate matter, we also note that Target Corporation is still offering a variety of unlicensed MPEG-2 products such as DVD players from various suppliers/brands including AMW, Astar, Coby, Curtis, Eddie Bauer, Hello Kitty, Initial, Kreisen, MaxPlay, Memorex, Mustek, Nexta, Pyle, The Solution, and Yahoo.

As a result of the failure of these products to be licensed, Target Corporation is also left in an infringing position and may be held responsible for the royalties on these products. For your information, Section 2.2 of MPEG-2 License provides coverage for MPEG-2 Decoding Products (e.g., DVD players) and Section 3.1.1 provides for the applicable royalty of $2.50 per unit.

If you have questions or require additional information, please let me know. I'm happy to help and look forward to your prompt reply.

Best regards,

John

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com
tel 301-986-6660
fax 301-986-8575


-----Original Message-----
From: John Hanshaw
Sent: Thursday, April 27, 2006 5:57 PM
To: Huong.nguyen@target.com
Cc: Kealy Sloan
Subject: MPEG-2 License

Dear Huong,

Good to speak with you on the phone.

As noted in our conversation, under the MPEG-2 Patent Portfolio License, coverage is provided and royalties are paid on the MPEG-2 end product. As such, the party that offers such MPEG-2 end product for sale to the end user, either directly or through a chain of distribution, is responsible for paying the applicable royalties.

In that regard, since the "TruTech" brand is a brand of Target, Target is responsible for the applicable royalties on TruTech branded MPEG-2 products.

1

There is nothing in the MPEG-2 License that would prevent a third party OEM supplier from paying royalties on behalf of Target's end products, but that is a matter between Target and its suppliers, having nothing to do with MPEG LA.  I note that even in the case where royalties are paid by a third party on behalf of Target's end products, Target still will need to conclude the License in order to assure coverage and also will need to submit appropriate royalty reports in order to allow for the proper reconciliation of any royalties paid by the suppliers on behalf of Target's end products.

I hope this information is helpful.  If you have any questions, please let me know.  I look forward to hearing from you and to working with you on the prompt conclusion of the License with Target.

Warm regards,

John

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com
tel 301-986-6660
fax 301-986-8575



4601 Willard Avenue Suite 200
Chevy Chase, Maryland 20815
301 986.6660
FAX 301 986.8575

## *Fax Transmittal*

| Date | May 30, 2006 |
|---|---|
| To | Ms. Huong Nguyen |
| Company | Target Corporation |
| Fax | +1 612 696 3731 |
| From | John Hanshaw |
| Pages | 2 |
| Regarding | MPEG-2 Licensing |

Dear Ms. Nguyen,

Following up on our correspondence in April (below), I wanted to find out how I may assist you in concluding the MPEG-2 License to provide coverage for Target's TruTech brand DVD players. Please let me know how you would like to proceed.

As a separate matter, we also note that Target Corporation is still offering a variety of unlicensed MPEG-2 products such as DVD players from various suppliers/brands including AMW, Astar, Coby, Curtis, Eddie Bauer, Hello Kitty, Initial, Kreisen, MaxPlay, Memorex, Mustek, Nexta, Pyle, The Solution, and Yahoo.

As a result of the failure of these products to be licensed, Target Corporation is also left in an infringing position and may be held responsible for the royalties on these products. For your information, Section 2.2 of MPEG-2 License provides coverage for MPEG-2 Decoding Products (e.g., DVD players) and Section 3.1.1 provides for the applicable royalty of $2.50 per unit.

If you have questions or require additional information, please let me know. I'm happy to help and look forward to your prompt reply.

Best regards,

*John*

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com

LIMITED LIABILITY COMPANY
WORLD HEADQUARTERS   DENVER   COLORADO   USA

● Page 2                                                                      May 30, 2006

tel 301-986-6660
fax 301-986-8575

-----Original Message-----
From: John Hanshaw
Sent: Thursday, April 27, 2006 5:57 PM
To: Huong.nguyen@target.com
Cc: Kealy Sloan
Subject: MPEG-2 License

Dear Huong,

Good to speak with you on the phone.

As noted in our conversation, under the MPEG-2 Patent Portfolio License, coverage is provided
and royalties are paid on the MPEG-2 end product.  As such, the party that offers such MPEG-2
end product for Sale to the end user, either directly or through a chain of distribution, is
responsible for paying the applicable royalties.

In that regard, since the "TruTech" brand is a brand of Target, Target is responsible for the
applicable royalties on TruTech branded MPEG-2 products.

There is nothing in the MPEG-2 License that would prevent a third party OEM supplier from
paying royalties on behalf of Target's end products, but that is a matter between Target and its
suppliers, having nothing to do with MPEG LA.  I note that even in the case where royalties are
paid by a third party on behalf of Target's end products, Target still will need to conclude the
License in order to assure coverage and also will need to submit appropriate royalty reports in
order to allow for the proper reconciliation of any royalties paid by the suppliers on behalf of
Target's end products.

I hope this information is helpful.  If you have any questions, please let me know.  I look forward
to hearing from you and to working with you on the prompt conclusion of the License with
Target.

Warm regards,

*John*

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com
tel 301-986-6660
fax 301-986-8575

**TRANSMISSION REPORT**

```
                              PAGE     : 001
                              TIME     : MAY-30-06  15:17
                              TEL NUMBER1:
                              TEL NUMBER2:
                              NAME     :
```

| NBR. | FILE NBR | DATE | TIME | DURATION | PGS | TO | DEPT NBR | ACCOUNT | MODE | STATUS |
|------|----------|------|------|----------|-----|------|----------|---------|------|--------|
| 624 | 031 | MAY-30 | 15:16 | 00/32 | 002 | 16126963731 | | | EC 603 | OK |

**Elaine Harvey**

| | |
|---|---|
| **From:** | Dean Skandalis |
| **Sent:** | Tuesday, October 03, 2006 5:05 PM |
| **To:** | 'Huong.Nguyen' |
| **Subject:** | RE: MPEG-2 License follow up |

Hi, Houng.

I just tried calling you at the number you provided below, but I reached your voicemail. Please let me know if there is another number I should call.

Best regards,
Dean

-----Original Message-----
From: Dean Skandalis
Sent: Tuesday, October 03, 2006 12:16 PM
To: Huong.Nguyen
Cc: Elaine Harvey
Subject: RE: MPEG-2 License follow up

Thank you.  I look forward to speaking with you then.

Best regards,
Dean

-----Original Message-----
From: Huong.Nguyen [mailto:Huong.Nguyen@target.com]
Sent: Tuesday, October 03, 2006 12:06 PM
To: Dean Skandalis
Subject: RE: MPEG-2 License follow up

Dear Dean,

I am available at 4pm Central Time today.  You can reach me at 612-696-2249.

Sincerely,
Huong

-----Original Message-----
From: Dean Skandalis [mailto:DSkandalis@mpegla.com]
Sent: Monday, October 02, 2006 8:56 AM
To: Huong.Nguyen
Cc: Elaine Harvey
Subject: RE: MPEG-2 License follow up

Dear Houng,

Tuesday afternoon will be fine and I suggest arranging the call for 4:00PM Central Time. Please let me know if that works for you and provide me with the telephone number where I should reach you.

Best regards,
Dean

-----Original Message-----
From: Huong.Nguyen [mailto:Huong.Nguyen@target.com]
Sent: Sunday, October 01, 2006 11:36 PM
To: Dean Skandalis
Subject: RE: MPEG-2 License follow up

Dear Dean:

1

Tuesday later afternoon would work best for me.  Please let me know if that will work with your schedule.

Sincerely,
Huong

---

From: Dean Skandalis [mailto:DSkandalis@mpegla.com]
Sent: Fri 9/29/2006 12:09 PM
To: Huong.Nguyen
Cc: Elaine Harvey
Subject: RE: MPEG-2 License follow up


Dear Mr. Houng,

Thank you for your response.  The best days for me next week will be Monday and Tuesday (2-3 October).  Please let me know which day is better for you and the time that will be most convenient.

Best regards,
Dean

-----Original Message-----
From: Huong.Nguyen [mailto:Huong.Nguyen@target.com]
Sent: Friday, September 29, 2006 12:43 PM
To: Dean Skandalis
Subject: RE: MPEG-2 License follow up

Dear Mr. Skandalis,

If you would like, we could schedule a teleconference to discuss this matter.  Please let me know your availability for the next week.

Sincerely,
Huong

-----Original Message-----
From: Dean Skandalis [mailto:DSkandalis@mpegla.com]
Sent: Friday, September 29, 2006 11:27 AM
To: Huong.Nguyen
Subject: RE: MPEG-2 License follow up

Mr. Huong,

Can you please give me a status update on this matter?

Thank you,

Dean Skandalis
Vice President, Licensing
MPEG LA

-----Original Message-----
From: Dean Skandalis
Sent: Thursday, September 21, 2006 3:59 PM
To: 'Huong.Nguyen'
Subject: RE: MPEG-2 License follow up

Mr. Huong,

I have not heard from you in response to my message below, so I wanted to make sure you received it.  Please confirm.

As mentioned, I will be glad to discuss this matter on the telephone or in person, but I

2

need to hear from you in order to make the necessary arrangements.

Therefore, I thank you in advance for your prompt reply.

Regards,

Dean Skandalis

-----Original Message-----
From: Dean Skandalis
Sent: Friday, September 01, 2006 1:16 PM
To: 'Huong.Nguyen'
Subject: RE: MPEG-2 License follow up

Dear Mr. Huong,

I would like to pick up where you left off in your communications with John Hanshaw
(below) regarding Target's need to be licensed for the use of MPEG-2 technology in its
TruTech brand DVD players.

This matter needs to be addressed promptly and I will be glad to discuss it via email,
telephone or in person.  Simply let me know which is most convenient for you.

Best regards,

Dean Skandalis
Vice President, Licensing
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
U.S.A.

+1-301-986-6660 Telephone
+1-301-986-8575 Fax

dskandalis@mpegla.com

http://www.mpegla.com


-----Original Message-----
From: John Hanshaw
Sent: Thursday, June 08, 2006 12:23 PM
To: Huong.Nguyen
Subject: RE: MPEG-2 follow up

Dear Huong,

Thank you for your response.

We appreciate your cooperation and look forward to hearing from you again very soon.

Warm regards,

John

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com
tel 301-986-6660
fax 301-986-8575

3

-----Original Message-----
From: Huong.Nguyen [mailto:Huong.Nguyen@target.com]
Sent: Tuesday, June 06, 2006 8:39 PM
To: John Hanshaw
Subject: RE: MPEG-2 follow up

Dear John,

We are still attempting to investigate this matter and will contact you as soon as we have the information necessary for a complete response.
In the meantime, should I have any further questions, I will contact you.

Thank you for your patience as we gather our information.

Sincerely,
Huong

-----Original Message-----
From: John Hanshaw [mailto:JHanshaw@mpegla.com]
Sent: Friday, May 26, 2006 3:47 PM
To: Huong.Nguyen
Cc: Elaine Harvey; Monique Williams; Kealy Sloan
Subject: MPEG-2 follow up

Via E-mail and Fax

Dear Huong,

Following up on our correspondence in April (below), I wanted to find out how I may assist you in concluding the MPEG-2 License to provide coverage for Target's TruTech brand DVD players.  Please let me know how you would like to proceed.

As a separate matter, we also note that Target Corporation is still offering a variety of unlicensed MPEG-2 products such as DVD players from various suppliers/brands including AMW, Astar, Coby, Curtis, Eddie Bauer, Hello Kitty, Initial, Kreisen, MaxPlay, Memorex, Mustek, Nexta, Pyle, The Solution, and Yahoo.

As a result of the failure of these products to be licensed, Target Corporation is also left in an infringing position and may be held responsible for the royalties on these products.  For your information, Section 2.2 of MPEG-2 License provides coverage for MPEG-2 Decoding Products (e.g., DVD players) and Section 3.1.1 provides for the applicable royalty of $2.50 per unit.

If you have questions or require additional information, please let me know.  I'm happy to help and look forward to your prompt reply.

Best regards,

John

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com
tel 301-986-6660
fax 301-986-8575

-----Original Message-----
From: John Hanshaw
Sent: Thursday, April 27, 2006 5:57 PM
To: Huong.nguyen@target.com
Cc: Kealy Sloan

4

Subject: MPEG-2 License

Dear Huong,

Good to speak with you on the phone.

As noted in our conversation, under the MPEG-2 Patent Portfolio License, coverage is provided and royalties are paid on the MPEG-2 end product.
As such, the party that offers such MPEG-2 end product for Sale to the end user, either directly or through a chain of distribution, is responsible for paying the applicable royalties.

In that regard, since the "TruTech" brand is a brand of Target, Target is responsible for the applicable royalties on TruTech branded MPEG-2 products.

There is nothing in the MPEG-2 License that would prevent a third party OEM supplier from paying royalties on behalf of Target's end products, but that is a matter between Target and its suppliers, having nothing to do with MPEG LA.  I note that even in the case where royalties are paid by a third party on behalf of Target's end products, Target still will need to conclude the License in order to assure coverage and also will need to submit appropriate royalty reports in order to allow for the proper reconciliation of any royalties paid by the suppliers on behalf of Target's end products.

I hope this information is helpful.  If you have any questions, please let me know.  I look forward to hearing from you and to working with you on the prompt conclusion of the License with Target.

Warm regards,

John

John Hanshaw
Licensing Associate
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815
jhanshaw@mpegla.com
tel 301-986-6660
fax 301-986-8575

**Elaine Harvey**

| | |
|---|---|
| **From:** | Dean Skandalis |
| **Sent:** | Wednesday, November 01, 2006 3:00 PM |
| **To:** | huong.nguyen@target.com |
| **Subject:** | Today's call |

Hi, Huong.

Below are the dial-in details for our call at 4:00PM CT (5:00PM ET).

Dial-in number: 866-285-7780
Access code: 2233132.

I look forward to speaking with you this afternoon.

Best regards,
Dean

Dean Skandalis
Vice President, Licensing
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
U.S.A.

+1-301-986-6660 Telephone
+1-301-986-8575 Fax

dskandalis@mpegla.com

http://www.mpegla.com

4601 Willard Avenue, Suite 200
Chevy Chase, Maryland 20815
USA
Voice +1 301 986 6660
Fax +1 301 986 8575



**Via FedEx**

July 20, 2007

Mr. Timothy R. Baer
Executive Vice President,
    General Counsel and Corporate Secretary
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

Dear Mr. Baer,

We understand that Target Corporation ("Target") offers products with MPEG-2 functionality such as DVD players under Target's TruTech brand name. Therefore, Target needs to assure that it is properly licensed under patents essential for MPEG-2 technology. For that purpose, MPEG LA has communicated for some time with Ms. Huong Nguyen in Target's legal department, but unfortunately, my recent e-mails to Ms. Nguyen have been returned as undeliverable and this matter remains unresolved. Therefore, I would very much appreciate your assistance in addressing this matter yourself or directing me to the appropriate person on your staff to handle patent licensing matters.

By way of background, our MPEG-2 Patent Portfolio License provides efficient access to essential MPEG-2 patents from 25 patent owners in a single license. Each patent in the MPEG-2 License has been evaluated by independent patent experts and found to be essential for use of the MPEG-2 Video and Systems Standard. Any company that offers MPEG-2 products needs to be licensed under these essential patents and will benefit from the coverage our MPEG-2 License provides.

Normally, Target would need to negotiate individual licenses for all of the patents directly with each of the 25 patent owners, but the MPEG-2 Patent Portfolio License makes it easy to obtain coverage for these patents under one license. The patent owners are committed to assuring that all MPEG-2 users are licensed, and you may also hear from them directly.

The benefit of the MPEG-2 License is also very well accepted by the marketplace. MPEG LA's Licensees now number more than 1,200 and make most of the MPEG-2 products in the current world market. Target is noticeably absent from the list of Licensees, so we look forward to Target joining them.

For your reference, an information packet containing our MPEG-2 Patent Portfolio License and background information about MPEG LA is enclosed. The License is very straightforward, but I will be glad to answer any questions. Please feel free reach me at the contact information listed above or via e-mail at dskandalis@mpegla.com.

I look forward to hearing from you and thank you in advance for your assistance.

Best regards,

Dean Skandalis
Vice President, Licensing
MPEG LA, LLC

FedEx | Ship Manager | Label

Page 1 of 1



From: Origin ID: GAIA (301)986-6660
Licensing Department
MPEG LA, LLC
4601 WILLARD AVENUE
SUITE 200
CHEVY CHASE, MD 20815

Ship Date: 20JUL07
ActWgt: 1 LB
System#: 3156529/INET7061
Account#: S *********



**Delivery Address Bar Code**

SHIP TO: (612)304-6073        BILL SENDER

**Mr. Timothy R. Baer**
**Target Corporation**
**777 Nicollet Mall**

**Minneapolis, MN 55402**

Ref #   MPEG-2 Letter
Invoice #
PO #
Dept #

TRK#  7902 9630 4128
0201

MON - 23JUL     A1
STANDARD OVERNIGHT

**NR-MICA**

MSP
MN-US
55402

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

JUL-31-2007  15:22    TARGET BRANDS, INC.                          612 696 3399    P.01

RECEIVED

AUG 0 1 2007



TARGET /M2

**Target Brands, Inc.**
**1000 Nicollet Mall, TPS-3165**
**Minneapolis, MN  55403**

# FAX COVER SHEET

July 31, 2007

Page 1 of 2 Pages

| To: | Company: | Phone: | Fax: |
|---|---|---|---|
| Dean Skandalis | MPEG LA | 301/986-6660 | 301/986-8575 |

| From: | Company: | Phone: | Fax: |
|---|---|---|---|
| Michael Kroll | Target Brands, Inc. | 612/696-2249 | 612/696-3399 |

## MESSAGE

Please see attached letter.

**IF YOU HAVE ANY PROBLEMS WITH OR NEED TO VERIFY THIS TRANSMISSION, PLEASE CALL KATIE AT (612) 696-5298.**

*NOTE: This facsimile contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above.  If you or your employer is not the intended recipient of this facsimile or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this facsimile or the information contained in it is strictly prohibited.  If you have received this facsimile in error, please immediately notify the person named above by telephone and return the original facsimile to us at the above address via the U.S. Postal Service.  Thank You.*

TBI # 589188

JUL-31-2007  15:22    TARGET BRANDS, INC.              612 696 3399    P.02



**TARGET**

RECEIVED

AUG 0 1 2007

Michael J. Kroll
Direct (612) 696-2249
Fax: (612) 696-3399
Michael.Kroll@Target.com

July 31, 2007

*Via Facsimile and U.S. Mail*

MPEG LA
Attn: Mr. Dean Skandalis
4601 Willard Avenue
Suite 200
Chevy Chase, MD 20815

Re:    Target's File No.: 2006-002598

Dear Mr. Skandalis:

We have received your letter of July 20, 2007, addressed to Mr. Timothy Baer. Please note that Ms. Nguyen is no longer with Target Corporation. Please address all communications regarding this matter to my attention.

We are in the process of investigating this matter and will contact you shortly.

Sincerely,

Michael J. Kroll
Intellectual Property Counsel

**Elaine Harvey**

| | |
|---|---|
| **From:** | Dean Skandalis |
| **Sent:** | Thursday, August 16, 2007 10:44 AM |
| **To:** | 'Michael.Kroll@Target.com' |
| **Subject:** | RE: MPEG-2 Patent Portfolio License |

Dear Mr. Kroll,

It has been a couple of weeks since my message below, so I wanted to follow up and find out how I may be of assistance in your review of the MPEG-2 Patent Portfolio License. Please let me know.

Best regards,
Dean Skandalis

-----Original Message-----
From: Dean Skandalis
Sent: Thursday, August 02, 2007 7:35 AM
To: Michael.Kroll@Target.com
Subject: MPEG-2 Patent Portfolio License

Dear Mr. Kroll,

Thank you for your letter dated 31 July 2007.  I appreciate you responding to my letter addressed to Timothy Baer and thank you for letting me know that Ms. Nguyen is no longer with Target Corporation.

I am also glad to hear that you are reviewing this matter and I stand ready to assist you in that regard.  Therefore, please let me know what information you require from us and we will be happy to provide it.

I look forward to hearing from you and to working with you on the conclusion of this matter.

Best regards,
Dean

Dean Skandalis
Vice President, Licensing
MPEG LA
4601 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
U.S.A.

+1-301-986-6660 Telephone
+1-301-986-8575 Fax

dskandalis@mpegla.com

http://www.mpegla.com

1

# Exhibit 6

# United States Patent [19]

## Murakami et al.

[11] Patent Number: **5,072,295**

[45] Date of Patent: **Dec. 10, 1991**

[54] **ADAPTIVE QUANTIZATION CODER/DECODER WITH LIMITER CIRCUITRY**

[75] Inventors: **Tokumichi Murakami; Yoshiaki Kato; Hideo Ohira, all of Kanagawa, Japan**

[73] Assignee: **Mitsubishi Denki Kabushiki Kaisha, Tokyo, Japan**

[21] Appl. No.: **569,927**

[22] Filed: **Aug. 20, 1990**

[30]      **Foreign Application Priority Data**

Aug. 21, 1989 [JP]   Japan ................................. 1-215233

[51] Int. Cl.$^5$ ............................................. H04N 7/13
[52] U.S. Cl. ............................... 358/136; 358/135
[58] Field of Search .................. 358/136, 135; 375/27, .375/122

[56]            **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,636,856 | 1/1987 | Starck | 358/135 |
| 4,743,967 | 5/1988 | Takenaka et al. | 358/136 |
| 4,891,698 | 1/1990 | Mattausch et al. | 358/136 X |
| 4,893,184 | 1/1990 | Mattausch et al. | 358/136 X |

*Primary Examiner*—Victor R. Kostak
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks

[57]            **ABSTRACT**

An adaptive quantization coder/decoder having a limiter in a quantization coding module so that a reconstruction value of a quantization level is not in excess of a predetermined allowable range, or providing a limiter in a local quantization decoding module so that an output signal level falls within a predetermined allowable range, or providing a limiter in a quantization decoding module so that the output signal level falls within the predetermined allowable range.

**6 Claims, 8 Drawing Sheets**





Fig. 1



Fig. 2



*Fig. 3*



*Fig. 4*



*Fig. 5*
(PRIOR ART)

# Fig. 6



# Fig. 7



WHEN THE QUANTIZATION STEP-SIZE g=32

*Fig. 8*



WHEN THE QUANTIZATION STEP-SIZE g=30

5,072,295

1

# ADAPTIVE QUANTIZATION CODER/DECODER WITH LIMITER CIRCUITRY

## BACKGROUND OF THE INVENTION

The present invention is directed to a quantizer for compressing an amount of information of digital signals and also to a coder/decoder employing this quantizer.

Referring to FIG. 5, there is illustrated a prior art adaptive quantization coder/decoder reported in, e.g., [A Proposal of Coding Control Method for MC.DCT Coding Scheme] written by Kato et al (The National Convention of Information and Systems Group; The Institute of Electronic, Information and Communication Engineers, 1987). In FIG. 5, the numeral 1 designates a subtracter; 2 a transform unit; 3 a quantization coder; 4 a coding unit; 5 a quantization decoder; 6 an inverse transform unit; 7 an adder; 8 a frame memory; 9 an adaptive coding control unit; 10 a transmission channel; and 11 a decoding unit.

Operations of the system depicted in FIG. 5 will next be described. On the transmitting side, a difference signal between a digitized input image signal 100 and a predictive signal 101 which is a previous frame signal of the frame memory 8 is obtained by the subtracter 1. The thus obtained difference signal is defined as a predictive error signal 102. The predictive error signal 102 is transformed into a transform coefficient 103 of a frequency domain in the transform unit 2 by a transform function such as, e.g., a discrete cosine transform. The transform coefficient 103 is quantized to a discrete level (hereinafter referred to as a quantization level) 105 by the quantization coder 3 in accordance with a quantization step-size 104 provided by the adaptive coding control unit 9. A code is allocated to the quantization level 105 by means of the coding unit 4, as a result of which coded data 106 is transmitted together with information of the quantization step-size 104 to the transmission channel 10. The transform unit 2, the quantization coder 3 and the coding unit 4 are combined to constitute a quantization coding module. A decode transform coefficient 107 is obtained from the quantization level 105 by the quantization decoder 5, employing the quantization step-size 104. The decode transform coefficient 107 undergoes an inverse transform in the inverse transform unit 6 to thereby, obtain a decode predictive error signal 108. A local quantization decoding module is composed of the quantization decoder 5 and the inverse transform unit 6 on the transmitting side. The decode predictive error signals 108 is added to the predictive signal 101 by the adder 7. The added value is held as a local decode signal 109 in the frame memory 8 to be used as a predictive signal 101 of the next frame.

On the other hand, coding data 110 transmitted via the transmission channel 10 is decoded to a quantization level 111 by the decoding unit 11 on the receiving side. A decode transform coefficient 112 is obtained from the quantization level 111 by means of the quantization decoder 5, employing the quantization step-size 104 given from the decoding unit 11. The decode transform coefficient 112 undergoes an inverse transform in the inverse transform unit 6, thus acquiring a decode predictive error signal 113. A quantization decoding module consists of the decoding unit 11, the quantization decoder 5 and the inverse transform unit 6 on the receiving side. The decode predictive error signal 113 is added to a predictive signal 114 by the adder 7. The thus added signal is outputted as a decode signal 115 and

2

at the same moment held in the frame memory 8 to be used as a predictive signal 114 of the next frame.

The quantization coder 3 for effecting the quantization as the quantization step-size 104 is adaptively controlled will hereinafter be described. Each dynamic range of the digitized input image signal 100 and the predictive signal 101 is from 0 to 255, i.e., 8 bits. In this case, the dynamic range of the predictive error signal 102 is from $-255$ to 255, viz., 9 bits (1 bit of which is a sign bit). The 9 bit predictive error signal 102 is arranged in ($8 \times 8$) blocks and transformed into the transform coefficient 103 of the frequency domain of a 2 dimensional discrete cosine transform. In consequence of this, the dynamic range of the transform coefficient 103 ranges from $-2048$ to 2047, i.e., 12 bits (1 bit of which is a sign bit). Hence, the dynamic ranges of the input signal to the quantization coder 3 and of the output signal from the quantization decoder 5 are from $-2048$ to 2047. It is now assumed that a characteristic of the quantizer is defined, for simplicity, as a linear quantization characteristic of a mid-tread type wherein the quantization step-size shown in the following formula (1) is constant at all the decision levels.

$$q_{dec}(n) = (| n | \times g) \times n / |n|$$

$$q_{rep}(n) = \tfrac{1}{2}\{q_{dec}(n) + q_{dec}(n + n / |n|)\}$$

$$q_{rep}(O) = 0 \tag{1}$$

where $q_{dec}(n)$ is the decision level, $q_{rep}(n)$ is the reconstruction value, g is the quantization step-size, and n is the quantization index. Here, g is the positive even number. Turning to FIG. 6, there is shown a quantization characteristic in this case. In FIG. 6, the horizontal axis indicates the decision level of the quantizer, while the vertical axis indicates the reconstruction value. For example, when the transform coefficient CO is prescribed such as $3 g \leqq CO < 4 g$, CO is quantized to $3 g$, and the quantization index, which undergoes a coding transmission, becomes 3. More specifically, as illustrated in FIG. 7, when the quantization step-size g is set to 32, the transform coefficient CO, which is prescribed such as $64 \leqq CO < 96$, is quantized to a reconstruction value 80. A magnitude of the quantization step-size corresponds to the fineness of the quantization. The quantization becomes less fine with the increasing quantization step-size g. A difference (quantization error) between the input value and the reconstruction value increases, thereby causing a deterioration in the quality of the decoded image. The dynamic range of the input value is, as discussed above, fixed. Therefore, when the quantization step-size g is large, the dynamic range of the coded quantization index decreases to thereby reduce the amount of information to be transmitted. When the quantization step-size g is, e.g., 16, the dynamic range of the quantization index ranges from $-128$ to 127. In contrast, when the quantization step-size g is 64, the dynamic range of the quantization index is from $-32$ to 31. Hence, it is possible to optimize the relationship between the quality of the decoded image and the amount of information to be transmitted by adaptively controlling the quantization step-size g in accordance with the image inputted.

Supposing that the quantization step-size g is varied and set to 30, a quantization characteristic at that time is shown in FIG. 8. Namely, the transform coefficient CO, which is prescribed such as $2040 \leqq CO \leqq 2047$, is quan-

5,072,295

3

tized to a reconstruction value 2055. In the case of being negative, the transform coefficient CO, which is pre-scribed such as $-2048 \leqq CO \leqq 2040$, is similarly quan-tized to a reconstruction value $-2055$.

There arises, however, the following problem inher-ent in the prior art adaptive quantization coder/decoder having the above-described construction. There exists a possibility that the reconstruction value outputted when changing the quantization step-size exceeds an allow-able range of inputting at the next stage. For instance, a value outputted from the quantization decoder in the quantization decoding module rises beyond the allow-able range, resulting in a failure of operation.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention, which has been devised to obviate the foregoing prob-lem, to provide an adaptive quantization coder/decoder wherein a reconstruction value to be outputted does not exceed an allowable input range of the next stage, and no operation failure occurs.

The adaptive quantization coder/decoder according to the present invention is characterized by providing a limiter in a quantization coding module so that a recon-struction value of a quantization level is not in excess of a predetermined allowable range, or providing a limiter in a local quantization decoding module so that an out-put signal level falls within a predetermined allowable range, or providing a limiter in a quantization decoding module so that the output signal level falls within the predetermined allowable range.

The adaptive quantization coder/decoder of the in-vention is arranged such that the reconstruction value of the quantization level does not exceed the predeter-mined allowable range by virtue of the limiter provided in the quantization coding module, or alternatively the output signal level falls within the predetermined allow-able range by virtue of the limiter provided in the quan-tization decoding module.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the present invention will become apparent during the following discussion taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a block diagram showing a first embodiment of an adaptive quantization coder/decoder according to the present invention;

FIG. 2 is a block diagram showing a second embodi-ment of the adaptive quantization coder/decoder of the invention;

FIG. 3 is a chart illustrating a characteristic of a limiter A provided in a quantization coding module according to the present invention;

FIG. 4 is a chart illustrating a characteristic of a limiter B provided in a quantization decoding module or a local quantization decoding module according to the present invention;

FIG. 5 is a block diagram depicting a prior art adapt-ive quantization coder/decoder;

FIG. 6 is a chart of assistance in explaining a quanti-zation characteristic; and

FIGS. 7 and 8 are explanatory charts each showing the quantization characteristic when quantization step-sizes are set to 32, and 30, respectively.

4

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Illustrative embodiments of the present invention will hereinafter be described with reference to the accompa-nying drawings. In a first embodiment shown in FIG. 1, the numeral 12 represents a limiter A provided in a quantization coding module. Designated at 13 is a lim-iter B provided in a quantization decoding module. Other components are the same as those depicted in FIG. 5.

An operation of the limiter A of the quantization coding module will be explained referring to FIG. 1. The operation starts by, as in the prior art, quantizing a transform coefficient 103 to a quantization level 105 in a quantization coder 3 by a quantization step-size 104. Next, whether or not a reconstruction value exceeds an allowable dynamic range, herein from $-2048$ to 2047, of an input signal of the next stage is judged from the quantization step-size 104 and the quantization level 105 by means of the limiter A 12. If greater than the dy-namic range, there is outputted a quantization level 116 restricted closer by 1 level to the origin. To be specific, as illustrated in FIG. 3, when the quantization step-size g is 30, a transform coefficient ranging from 2010 to 2047 is quantized to 2025. FIG. 3 shows a case where the transform coefficient is positive. In the case of being negative, the transform coefficient ranging from $-2010$ to $-2048$ is likewise quantized to $-2025$.

An operation of the limiter B provided in the quanti-zation decoding module depicted also in FIG. 1 will be described with reference to FIG. 2. Inputted to the limiter B 13 is a decode transform coefficient 112 con-ceived as an output signal from a quantization decoder 5 of the decoding module. If a value thereof exceeds the allowable dynamic range, the value is restricted to fall within a dynamic range of the transform coefficient. A transform coefficient 118 thus restricted is then output-ted. In accordance with a second embodiment shown in FIG. 2, instead of the limiter A of the quantization coding module depicted in FIG. 1, a decode transform coefficient 107 of the quantization decoder 5 is re-stricted within the allowable dynamic range by the limiter B 13 in the local quantization decoding module. A transform coefficient 117 thus restricted is outputted. Namely, in the limiter B, as illustrated in FIG. 4, when the quantization step-size g is 30, the transform coeffici-ent ranging from 2040 to 2047 is outputted as a numeric value of 2047. FIG. 4 demonstrates a case where the transform coefficient is positive. In the case of being negative, the transform coefficient ranging from $-2040$ to $-2048$ is similarly outputted as $-2048$.

In accordance with the first and second embodi-ments, the limiters are provided respectively on the transmitting and receiving sides of the system. How-ever, the effects are, as a matter of course, exhibited by providing the limiter on one side alone.

As discussed above, according to the present inven-tion, the limiter A or B is provided in the quantization coding module or the local quantization decoding mod-ule; or the limiter B is provided in the quantization decoding module. With this arrangement, the recon-struction value of the discrete level due to the quantiza-tion decoding does not exceed the allowable range of the input signal of the next stage; or alternatively the output signal level falls within the allowable range. This in turn prevents any operation failure from occurring when effecting the quantization decoder.

5,072,295

5

Although the illustrative embodiments of the present invention have been described in detail with reference to the accompanying drawings, it is to be understood that the present invention is not limited to those embodiments. Various changes or modifications may be effected therein by one skilled in the art without departing from the scope or the spirit of the invention.

What is claimed is:

1. In a coder for compressively transforming each of digital input signals of a finite word length by quantizing said each input signal to a discrete level while adaptively varying a quantization step-size per said digital input signal,

an adaptive quantization coder comprising

an quantization coding module for coding said input signal by quantizing said input signal;

a local decoding module for generating a local decode signal from a quantized value of said input signal; and

a frame memory for storing said local decode signal, characterized in that said quantization coding module includes:

means for generating an initial reconstruction value of a discrete level from said quantized value of said input signal;

detecting means for detecting when said initial reconstruction value exceeds a predetermined allowable range,

limiting means for generating a final reconstruction value, said final reconstruction value being equal to said initial reconstruction value when said initial reconstruction value falls within the predetermined allowable range, said final reconstruction value being limited to a discrete level closer by 1 level to an origin within said allowable range when said initial reconstruction value exceeds the predetermined allowable range.

2. The coder as set forth in claim 1, wherein said quantization coding module is composed of a transform unit for receiving and linearly transforming a difference signal between said input signal and said local decode signal, a quantizer for receiving and quantizing a signal from said transform unit, a limiter for restricting an output signal from said quantizer within a predetermined allowable range and a coding unit for receiving and coding a signal from said limiter.

3. In a coder for compressively transforming each of digital input signals of a finite word length by quantizing said each input signal to a discrete level while adaptively varying a quantization step-size per said digital input signal,

an adaptive quantization coder comprising:

a quantization coding module for coding said input signal by quantizing said input signal;

a local decoding module for generating a local decode signal from a quantized value of said input signal; and

a frame memory for storing said local decode signal, characterized in that said local decoding module is composed of a quantization decoder for receiving and reversely quantizing a discrete level generated after being quantized, a limiter for restricting an output signal from said quantization decoder within a predetermined allowable range and an inverse transform unit for receiving and inversely linearly transforming a signal from said limiter.

4. In a decoder for decoding a coded signal compressively transformed by quantizing each of input signals

6

of a finite word length to a discrete level while adaptively varying a quantization step-size per said digital input signal,

an adaptive quantization decoder comprising:

a quantization decoding module for generating a decode signal after receiving a coded signal; and

a frame memory for storing said decode signal,

characterized in that said quantization decoding module is composed of a decoding unit for receiving and decoding said coded signal, a quantization decoder for receiving and reversely quantizing a decode signal from said decoding unit, a limiter for restricting said output signal from said quantization decoder within a predetermined allowable range and an inverse transform unit for receiving and inversely transforming a signal from said limiter.

5. In an adaptive quantization coding/decoding system consisting of a coder for compressively transforming each of digital input signals of a finite word length by quantizing said each input signal to a discrete level while adaptively varying a quantization step-size per said digital input signal and a decoder for decoding a coded signal,

the improvement characterized by said coder including:

a quantization coding module for coding said input signal by quantizing said input signal;

a local decoding module for generating a local decode signal from a quantized value of said input signal; and

a frame memory for storing said local decode signal, said quantization coding module having means for generating an initial reconstruction value of a discrete level from said quantized value of said input signal;

detecting means for detecting when said initial reconstruction value exceeds a predetermined allowable range,

limiting means for generating a final reconstruction value, said final reconstruction value being equal to said initial reconstruction value when said initial reconstruction value falls within the predetermined allowable range, said final reconstruction value being limited to a discrete level closer by 1 level to an origin within said allowable range when said initial reconstruction value exceeds the predetermined allowable range,

said decoder including:

a quantization decoding module for generating a decode signal after receiving said coded signal; and

a frame memory, for storing said decode signal.

6. In an adaptive quantization coding/decoding system consisting of a coder for compressively transforming each of digital input signals of a finite word length by quantizing said each input signal to a discrete level while adaptively varying a quantization step-size per said digital input signal and a decoder for decoding a coded signal,

the improvement characterized by said coder including:

a quantization coding module for coding said input signal by quantizing said input signal;

a local decoding module for generating a local decode signal from a quantized value of said input signal; and

a frame memory for storing said local decode signal, said local decoding unit being composed of a quantization decoder for receiving and reversely quan-

5,072,295

7

tizing a discrete level generated after being quantized, a limiter for restricting an output signal from said quantization decoder within a predetermined allowable range and an inverse transform unit for receiving and inversely linearly transforming a signal from said limiter,

said decoder including:

a quantization decoding module for generating a decode signal after receiving said coded signal; and

a frame memory for storing said decode signal,

8

said quantization decoding module is composed of a decoding unit for receiving and decoding said coded signal, a quantization decoder for receiving and reversely quantizing a decode signal from said decoding unit, a limiter for restricting said output signal from said quantization decoder within a predetermined allowable range and an inverse transform unit for receiving and inversely transforming a signal from said limiter.

*   *   *   *   *

# Exhibit 7

US005990960A

# United States Patent [19]

## Murakami et al.

[11] Patent Number: 5,990,960

[45] Date of Patent: Nov. 23, 1999

[54] **IMAGE SIGNAL CODING SYSTEM**

[75] Inventors: **Tokumichi Murakami; Kohtaro Asai; Hirofumi Nishikawa; Yoshihisa Yamada**, all of Kanagawa-ken, Japan

[73] Assignee: **Mitsubishi Denki Kabushiki Kaisha**, Tokyo, Japan

[21] Appl. No.: **09/207,919**

[22] Filed: **Dec. 9, 1998**

### Related U.S. Application Data

[62] Division of application No. 08/803,235, Feb. 20, 1997, Pat. No. 5,867,220, which is a continuation of application No. 08/121,293, Sep. 13, 1993, Pat. No. 5,638,127, which is a division of application No. 07/962,299, Oct. 16, 1992, Pat. No. 5,274,442.

[30] **Foreign Application Priority Data**

Oct. 22, 1991 [JP] Japan .................................. 3-273843
Feb. 4, 1992 [JP] Japan ..................................... 4-80654

[51] Int. Cl.[6] ........................................... H04N 7/32
[52] U.S. Cl. ........................................ 348/409; 348/415
[58] Field of Search .................................. 348/384, 390, 348/400, 401, 402, 403, 404, 405, 409, 415, 416, 420; 382/232, 233, 236, 238

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,437,119 | 3/1984 | Matsumoto et al. ................. 348/412 |
| 4,546,386 | 10/1985 | Matsumoto et al. ................. 348/412 |
| 4,571,618 | 2/1986 | Hatori et al. ..................... 348/412 |
| 4,675,733 | 6/1987 | Tanimoto ........................... 348/399 |
| 4,691,329 | 9/1987 | Juri et al. ......................... 348/420 |
| 4,703,351 | 10/1987 | Kondo ............................. 348/415 |
| 4,772,947 | 9/1988 | Kono ................................ 348/420 |
| 4,783,698 | 11/1988 | Harney ............................ 348/390 |
| 4,849,812 | 7/1989 | Borgers ........................... 348/400 |
| 4,931,869 | 6/1990 | Amor et al. ....................... 348/403 |
| 5,045,938 | 9/1991 | Sugiyama .......................... 348/408 |
| 5,046,119 | 9/1991 | Hoffert et al. .................... 348/391 |
| 5,068,724 | 11/1991 | Krause et al. ..................... 348/402 |

| | | |
|---|---|---|
| 5,083,720 | 1/1992 | Krause ............................ 348/413 |
| 5,091,782 | 2/1992 | Krause et al. ..................... 348/400 |
| 5,157,747 | 10/1992 | Nuhara ............................. 348/416 |
| 5,193,004 | 3/1993 | Wang et al. ....................... 348/420 |
| 5,274,442 | 12/1993 | Murakami et al. .................. 348/405 |
| 5,347,309 | 9/1994 | Takahashi ......................... 348/420 |
| 5,416,523 | 5/1995 | Murakami et al. .................. 348/420 |
| 5,428,693 | 6/1995 | Murakami .......................... 348/415 |
| 5,583,657 | 12/1996 | Jeong .............................. 348/408 |
| 5,638,127 | 6/1997 | Murakami et al. .................. 348/419 |
| 5,767,909 | 6/1998 | Jung ............................... 348/403 |
| 5,838,825 | 11/1998 | Obayashi .......................... 382/233 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 385654 | 2/1989 | European Pat. Off. . |
| 484140 | 5/1992 | European Pat. Off. . |
| 490799 | 6/1992 | European Pat. Off. . |
| 499307 | 8/1992 | European Pat. Off. . |
| 510972 | 10/1992 | European Pat. Off. . |
| 62-102685 | 5/1987 | Japan . |
| 63-224491 | 9/1988 | Japan . |
| 1278184 | 11/1989 | Japan . |
| 220082 | 8/1990 | Japan . |
| 3001688 | 1/1991 | Japan . |
| 3097320 | 4/1991 | Japan . |
| 4-167382 | 6/1992 | Japan . |
| 4178088 | 6/1992 | Japan . |
| 4-252690 | 9/1992 | Japan . |
| 4-288790 | 10/1992 | Japan . |
| 5022718 | 1/1993 | Japan . |
| WO 9210060 | 6/1992 | WIPO . |

*Primary Examiner*—Bryan Tung

[57] **ABSTRACT**

An adaptive blocking coding system selects an effective blocking of an input image signal to be encoded in accordance with the correlation between fields, even if motion is detected between the fields. The blocking patterns include an individual field blocking, a non-interlace blocking, a split blocking and an inverted split blocking. Further, the coding system searches for motion from both odd and even fields of a frame for producing a motion, compensated prediction signal in order to provide high-efficient coding.

**10 Claims, 21 Drawing Sheets**





*Fig. 1* (PRIOR ART)



ODD FIELD

*Fig. 2(A)*

PRIOR ART



EVEN FIELD

*Fig. 2(B)*

PRIOR ART



NON-INTERLACED FRAME

*Fig. 2(C)*

PRIOR ART



NON-INTERLACE IS SUITABLE

*Fig. 3(A)*

PRIOR ART

NON-INTERLACE IS NOT SUITABLE

*Fig. 3(B)*

PRIOR ART



INDIVIDUAL FIELD BLOCKING IS SUITABLE

*Fig. 3(C)*

PRIOR ART

○: ODD FIELD    □: EVEN FIELD

(THIS DENOTATION IS USED ONLY HERE.)



*Fig. 4* (PRIOR ART)

Fig. 5



Fig. 6(A)  Fig. 6(B)  Fig. 6(C)  Fig. 6(D)

INDIVIDUAL FIELD BLOCKING

NON-INTERLACE BLOCKING

SPLIT BLOCKING

INVERTED SPLIT BLOCKING

LINE NO.

Fig. 6

○ ODD FIELD
● EVEN FIELD



Fig. 7

## Fig. 8





*Fig. 9*

INTERPOLATION SECTION



*Fig. 10(A)*  ODD FIELD IN THE PRECEDING FRAME



*Fig. 10(B)*  ODD FIELD IN THE PRESENT FRAME

Fig. 11





Fig.12

# Fig. 13



INTERPOLATION  SECTION



Fig. 14



Fig.15

BLOCKING SELECTION SECTION



PRESENT
FRAME (ODD)

PRESENT
FRAME (EVEN)

*Fig. 16*

*Fig. 16(A)*

*Fig. 16(B)*



*Fig. 16(C)*

## Fig. 17



BLOCKING FORMING SECTION

## Fig. 18



BLOCKING DECOMPOSING SECTION



Fig.19



Fig. 20



Fig. 21

# Fig. 22



ACCUMULATED FREQUENCY COMPONENTS



*Fig. 23*

5,990,960

# 1

## IMAGE SIGNAL CODING SYSTEM

This application is a divisional of application Ser. No. 08/803,235, filed on Feb. 20, 1997, now U.S. Pat. No. 5,867,220 which is a continuation of application Ser. No. 08/121,293, filed Sep. 13, 1993, now U.S. Pat. No. 5,638, 127, which is a divisional of application Ser. No. 07/962,299 filed Oct. 16, 1992, now U.S. Pat. No. 5,274,442, the entire contents of which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION:

### 1. Field of the Invention

The present invention relates to an image coding system for coding an image signal with high efficiency.

### 2. Description of the Prior Art

As is known in the art, means for eliminating redundant components included in an image signal is used for coding an image signal. A typical approach to image coding is the transform coding method wherein an image is divided into blocks, an orthogonal transform is carried out for each of the blocks, and the transform coefficients are encoded.

In the case of television signals such as an NTSC signal, interlaced scanning is used whereby an image signal of one frame is scanned twice, once in the odd field and once in the even field. The two fields scan different but complementary spaces of an image. The fields have image information at different times but there is a relatively strong correlation therebetween because the scanned lines of the two fields are alternate and adjacent. There is a technique in which coding is carried out after combining the fields and dividing them into blocks when coding an image signal produced by the interlaced scanning.

FIG. 1 is a block diagram showing the structure of an embodiment of "High Efficiency Image Coding System" described in the Japanese Patent Public Disclosure No. 1688/1991. In FIG. 1, the coding system includes a non-interlacing section 1, a motion detecting section 2, a non-interlace blocking section 3, an individual field blocking section 4, an orthogonal transform section 5, a quantizing section 6 for quantizing a conversion coefficient at the output of the orthogonal transform section 5, and coding section 7.

In operation, a series of input image signals 100, which are produced by the interlaced scanning method and applied to each field, are converted to a non-interlaced signal 101 in the non-interlacing section 1 as indicated in FIG. 2(C). As shown, the pixels belonging to the odd field and the pixels belonging to the even field appear alternately in every other line.

When an object is stationary and the correlation between adjacent lines is high, it is effective to use a non-interlaced signal and to code the image signal in a block including components from both fields. FIG. 3(A) shows an example of such a condition. On the other hand, when an object is moving, the correlation between adjacent lines is lowered and it is considered to be effective to execute the coding in units of individual fields. This is because a non-interlaced signal is used for the moving object results in discontinuation as shown in FIG. 3(B), causing a power to be generated in high frequency coefficients during the transform coding. In this case, the blocking as indicated in FIG. 3(C) is adequate.

Thus, the motion detector 2 detects the motion of an object and changes the operation when the object is detected as being stationary by a signal 103 indicating motion, to conduct the blocking shown in FIG. 3(A) (hereinafter, this

# 2

arrangement of FIG. 3(A) is called the non-interlace blocking) in the non-interlace blocking circuit 3. If the object is detected to be moving, the motion detector 2 changes the operation to conduct the blocking shown in FIG. 3(C) (hereinafter, this arrangement of FIG. 3(C) is called the individual field blocking) in the individual field blocking circuit 4.

The blocks obtained by changing the blocking as explained above are subjected to the discrete cosine transformation (DCT) in the orthogonal transform section 5. The transform coefficients obtained as described above are quantized in the quantizing section 6, and a variable length code is assigned in the coding section 7 in accordance with the occurrence probability of respective events.

Since a conventional image coding system has been structured as described above, it has been difficult to realize the blocking utilizing the correlation between fields when an object is moving. Moreover, such a system has not utilized the property of different intensities in power distribution of the coefficients after conversion caused by the difference in arrangement of pixels within the block. In addition, there is the difference in power between the stationary blocks and moving blocks. The moving blocks having a high signal power which has not been utilized.

FIG. 4 is a block diagram of another conventional inter-frame predictive coding system described, for example, in the transactions on the 3rd HDTV International Work Shop, "A Study on HDTV Signal Coding with Motion Adaptive Noise Reduction" (Vol 3, 1989). In FIG. 4, this system comprises a frame memory 21, a motion detecting section 22, a subtracter 23, a coding section 24, a local decoding section 25, an adder 26 and a multiplexing section 27. Although omitted in this figure, the encoded date is decoded at a receiving side in order to reproduce the transmitted signal.

In operation, the motion of an object between the current field and the field of the same type of the preceding frame is detected block by block, the block consisting of a plurality of pixels of an input image signal 201 which is provided by the interlaced scanning method and formed of frames, each frame having both odd and even fields. The motion between odd fields is detected in the motion detecting section 22 by searching the block which has the most distinctive resemblance to the currently processing block among the already encoded blocks 202, adjacent to the position corresponding to the currently processing block in the odd fields stored within the frame memory 91. The degree of resemblance is evaluated by using an absolute sum of differential values or a square sum of differential values of the corresponding pixels in both blocks. The amount of motion in both horizontal and vertical directions between the current block and the block determined to be the most similar is provided as a motion vector 203. The frame memory 21 outputs a motion compensated prediction signal 204 corresponding to this motion vector 203.

A prediction error signal 205 obtained in the subtracter 23 by subtracting the motion compensated prediction signal 204 from the input signal 201 is applied to the coding circuit 24 in which the spatial redundancy is removed. Since low frequency components of an image signal generally occupy a greater part of the power thereof information can be compressed by quantizing high power portions with a large number of bits and quantizing low power portions with a small number of bits. According to an example of this information compression method, the frequency conversion is carried out for an 8×8 pixels block by conducting an

5,990,960

3

orthogonal transform such as a discrete cosine transform to scalar-quantize the transform coefficients. The scalar-quantized coding data 206 is sent to the local decoding section 25 and to the multiplexing section 27. The multiplexing section 27 conducts multiplexing and encoding for the coding data 206 and the motion vector 203 to output these signals to a transmission line 209.

Meanwhile, the local decoding circuit 25 executes the inverse operation of the operation in the coding section 24, namely the inverse scalar quantization and inverse orthogonal transform to obtain a decoded error signal 207. The motion compensated prediction signal 204 is added to the decoded error signal 207 in the adder 26 and stored in the frame memory 21 to detect motion of the odd field of the next frame.

In addition, the motion of the even fields of the input image signal 201 with respect to the already encoded field of the frame memory 21 is also detected for the coding of the motion compensated prediction error signal. As described above, in the conventional interframe predictive coding system, redundancy with respect to time included in moving image signals is removed by the motion compensated prediction coding and redundancy with respect to space is removed by the orthogonal transform.

Since the conventional interframe predictive coding system is structured to individually encode both the odd field and even field by predicting the current (present) odd field from the odd field of the already encoded frame and predicting the current even field from the even field of the already encoded frame, the encoding efficieny is low because the spatial correlation existing between the continuous fields, produced by the interlaced scanning method, is not used.

### SUMMARY OF THE INVENTION

The present invention has been proposed to overcome the problems in the prior art. Therefore it is an object of the present invention not only to adaptively discriminate between a block which is effective for non-interlace blocking and a block which is effective for individual field blocking, but also to enhance coding efficiency by adding a class of blocking so that field correlation is used even for a moving image, the quantization accuracy is controlled and the scanning sequence of transform coeffecients is changed in accordance with switching of the blocking.

It is another object of the present invention to provide a coding system for searching motion from both odd and even fields of the frame which is already encoded in order to predict each present field.

It is a further object of the present invention to provide a coding system for enabling highly efficient coding by realizing blocking for adaptively switching the field and frame in the block block of coding of prediction errors.

According to the first aspect of the present invention, an adaptive blocking image coding system encodes an input image signal obtained by interlaced scanning in a unit of the block of M pixels×N lines. More specifically, the adaptive blocking image coding system comprises blocking means for selectively forming a first type block including only the pixels of M pixels×N lines belonging to the odd field of the input image signal or the pixels of M pixels×N lines belonging to the even field thereof, a second type block wherein the pixels of the M pixels×N/2 lines belonging to the odd field and the pixels of the N/2 lines belonging to the even field are arranged alternately in every other line corresponding to scanning positions on a display screen, a third type block

4

wherein the pixels of M pixels×N/2 lines belonging to the odd field are arranged in the upper or lower half of the block and the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half of the block, and a fourth type block wherein the pixels of M pixels×N/2 lines belonging to the odd field are arranged in the upper or lower half of the block, the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half of the block and the pixels of either field are inverted upside down in the vertical direction with respect to the display screen. The system further includes blocking determining means for determining the type of blocking by the blocking means, a transform means for orthogonally transforming the block formed by the blocking means, quantizing means for quantizing the transform coefficient obtained by the transform means, and coding means for encoding the quantized index obtained by the quantizing means.

With the structure described above, the block of the M pixels×N lines if obtained by one blocking selected from the non-interlace blocking where the pixels of M pixels×N/2 lines belonging to the odd field and the pixels of M pixels×N/2 lines belonging to the even field are arranged in every other line corresponding to the scanning positions on the display screen, an arrangement (hereinafter, called split blocking) where the pixels of M pixels×N/2 lines belonging to the odd number field are arranged in the upper half or lower half block and the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half block, and an arrangement (hereinafter, called inverted split blocking) where the pixels of M pixels×N/2 lines belonging to the odd field are arranged in the upper or lower half block, the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half block and the pixels of either field are inverted in the vertical direction with respect to the display screen. The obtained block is orthogonally transformed the transform coefficients are quantized, and then the quantization index is encoded.

According to the second aspect of the present invention, the quantizing means for quantizing the transform coefficient in the adaptive blocking image coding system variably controls the quantization accuracy in accordance with the type of arrangement blocking-processed by the blocking means.

More specifically, one of the arrangements including individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is orthogonally transformed, the transform coefficient is quantized and the quantizing index is encoded with the quantization accuracy in accordance with the information, indicating the selected blocking.

According to the third aspect of the present invention, the coding means for encoding the quantizing index produced when quantizing the transform coefficient in the adaptive blocking image coding system determines the scanning sequence (path), for quantizing the transform coefficient in accordance with the type of arrangement to be blocking-processed by the blocking means.

More specifically, one of the arrangements to be blocking-processed by the individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is orthogonally transformed, the transform coefficient is quantized, and the quantizing index is encoded with the quantization accuracy and the scanning sequence in accordance with the information indicating the selected blocking.

According to the fourth aspect of the present invention, the adaptive blocking image coding system comprises

5,990,960

**5**

blocking determining means for selecting the type of arrangement to be blocking-processed in accordance with the value obtained by multiplying a predetermined weighting coefficient with the pixels of each line included in the block and then totaling such multiplied values.

More particularly, one of the arrangements to be blocking-processed by individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is selected by the value obtained by multiplying the predetermined weighting coefficient with the pixels of each line included in the block and then totaling such multiplied values. The selected block is orthogonally transformed, the transform coefficient is quantized and the quantizing index is encoded.

According to the fifth aspect of the present invention, the adaptive blocking image coding system also comprises a blocking determining means for selecting the type of arrangement which has the minimum coefficient power of a predetermined high frequency component among the transform coefficients obtained by discrete cosine transform of the block.

In other words, one of the arrangements to be blocking-processed by individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is selected in such a manner that the coefficient power of the predetermined high frequency element component is the minimum among the transform coefficients obtained by discrete cosine transform of the block. The determined block is orthogonally transformed, the transform coefficient is quantized, and the quantizing index is encoded.

According to the sixth aspect of the present invention, there is provided a coding system which individually searches the motion from both odd and even fields of the already encoded frame in order to predict the field to be encoded, the system comprising the following elements:
(a) input means for inputting an input signal to be encoded;
(b) a field memory for storing signals based on the input signal by dividing it into a plurality of fields such as the odd field and even field;
(c) predictive signal output means for outputting predictive signals of a plurality of types predicting the change of input signal on the basis of signal stored in the field memory;
(d) a selector for selecting a predictive signal from the predictive signals provided by the predictive signal output means; and
(e) coding means for encoding the input signal using the relationship between the predictive signal selected by the selector and the input signal from the input means.

With such an arrangement, the coding system can provide stabilized prediction efficiency regardless of motion of an object by making reference to both fields of the already encoded frame for the purpose of prediction.

According to the seventh aspect of the present invention, the coding system is structured to realize adaptive prediction from the searched two kinds of motion compensated predictive signals and a plurality of predictive signals combining interpolation signals of these motion compensated predictive signals.

Since the coding system as constructed utilizes a predictive signal produced by interpolating the predictive signals from both fields of the already encoded frame motion at the intermediate point of time and space of the two fields used for the prediction can be considered. Moreover, this coding system also functions as a low-pass filter, whereby the prediction efficiency can be improved and the encoded image is stabilized.

**6**

According to the eighth aspect of the present invention, the coding system executes the encoding, for example encoding prediction error signals, by adaptively switching the encoding operation from blocking of the pixels of only the odd field or even field of the frame for encodement to blocking of both odd and even fields for encodement, the system comprising the following elements:
(a) input means for inputting an input signal to be encoded by dividing into a plurality of fields such as an odd field and even field;
(b) a blocking selection section for selecting, at the time of blocking and encoding the signal from the input means, a block suitable for the encoding between the block consisting of the signal of only one kind of field and the block consisting of the signal combining signals of a plurality of fields;
(c) a block forming section for forming a block selected by the blocking selection section; and
(d) coding means for encoding a block formed by the block forming section.

The coding system having such a structure provides high efficiency encoding by selecting the blocking method most suitable for the encoding, i.e., blocking the pixels of only either of the odd field or even field, or blocking the pixels of both odd and even fields.

According to the ninth aspect of the present invention, the coding system also comprises a concrete selecting means for adaptively switching the block selection. This selecting means includes any one of the following selecting mans:
(a) selecting means for selecting the block with the least amount of encoding information from a plurality kinds of block;
(b) selecting means for selecting the block with the least amount of encoding errors from a plurality kinds of block; and
(c) selecting means for selecting the block with the least amount of high-frequency components in the signal to be encoded from a plurality kinds of block.

The coding system having such a structure enables adaptive switching of the blocking by selecting the blocking with less encoding information, the blocking with less encoding errors, or the blocking with less high frequency components included in the signal to be encoded, from the blocking of the pixels of one of only the odd or even field or the blocking of the pixels of both odd and even fields.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be more fully understood from the following detailed description and the accompanying drawings in which:

FIG. 1 is a block diagram of an image coding system in the prior art;

FIGS. 2(A) through 2(C) are diagrams for explaining non-interlace blocking;

FIGS. 3(A) through 3(C) are diagrams for explaining an adaptive blocking of the prior art;

FIG. 4 is a block diagram showing the structure of another coding system of the prior art;

FIG. 5 is a block diagram of an embodiment of the present invention;

FIG. 6 and FIGS. 6(A) through 6(D) are diagrams for explaining adaptive blocking in the embodiment shown in FIG. 5;

FIG. 7 is a block diagram showing the structure of an adaptive field/frame coding system of another embodiment of the present invention;

5,990,960

7

FIG. 8 is a diagram showing an exemplary input image signal;

FIG. 9 is a block diagram showing an example of the structure of an interpolating section shown in FIG. 7;

FIGS. 10(A) and 10(B) are diagrams for explaining the operation of a motion detecting circuit;

FIG. 11 is a diagram for explaining the operation for using a motion compensated predictive signal in the embodiment shown in FIG. 7;

FIG. 12 is a block diagram showing the structure of an adaptive field/frame coding system according to another embodiment of the present invention;

FIG. 13 is a block diagram showing another example or the interpolating section;

FIG. 14 is a block diagram showing an adaptive field/frame coding system according to embodiment of the present invention;

FIG. 15 is a block diagram showing an example of the structure of the blocking selection section;

FIG. 16 and FIGS. 16(A) through 16(C) are diagrams showing a structural example of the block selected by the blocking selecting section;

FIG. 17 is a block diagram showing a structural example of the blocking forming section;

FIG. 18 is a block diagram showing a structural example of the blocking decomposing section;

FIG. 19 is a block diagram showing another structural example of the blocking selecting section;

FIG. 20 is a block diagram showing another structural example of the blocking selecting section;

FIG. 21 is a block diagram showing a structural example of the frequency analyzing section;

FIG. 22 is a diagram showing an example of the accumulated frequency components; and

FIG. 23 is a block diagram showing another structural example of the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Referring to FIG. 5, an embodiment of the present invention is shown as an adaptive blocking image coding system. In FIG. 5, the image coding system comprises a non-interlacing section 1 for conducting non-interlace processing; a blocking determination section 8; an individual field blocking section 4; a non-interlace blocking section 3; a split blocking section 9; an inverted split blocking section 10; an orthogonal transform section 11; a quantizing section 12 and coding section 13. Such various types of blocking are shown in FIG. 6. FIGS. 6A–6D show individual field blocking non-interlace blocking, split blocking and inverted split blocking, respectively.

The operation will be explained with reference to FIG. 5 and FIGS. 6A–6D. The input image signal series 100 which is scanned by the interlace scanning method and is inputted field by field is converted into a non-interlaced signal 101 in the non-interlace section 1.

FIG. 2 shows a profile of non-interlace processing in the prior art similar to the non-interlace processing in the present invention. When (A) is defined as an input image signal from the odd field and (B) as an input image signal of the even field, the non-interlaced signal 101 shown in (C), alternately combining the lines from respective fields can be obtained.

The individual field blocking section 4 executes, as shown in FIG. 6(A), blocking in which the fields are processed

8

individually. This blocking is effective when the correlation between the fields is not available because of quick motion.

The non-interlace blocking section 3 executes the blocking shown in FIG. 6(B). In the case of a stationary or still image, a continuous image can be obtained by non-interlaced processing of the fields. The wavelength of the signal thereby becomes substantially longer, resulting in power being concentrated on low frequency components in the successive transform coding.

The split blocking section 9 conducts the blocking as shown in FIG. 6(C). This blocking is effective in the case where the correlation between the fields exists but the fields are noncontinuous when non-interlace blocking is carried out.

The inverted split blocking section 10 conducts the blocking shown in FIG. 6(D). This blocking is also effective in the case where the correlation between fields exists but the fields are noncontinuous when non-interlace blocking is carried out. This blocking prevents discontinuation at the center of the block when the split blocking method is used.

The blocking determining section 8 determines the optimum blocking from a plurality of blockings as explained above and outputs a blocking arrangement selecting signal 102 for selecting the determined blocking. Here, it is important to enhance the concentration of power, on the low frequency coefficients in the transform coding. For this purpose, it is effective to evaluate the amplitude of high frequency components in each blocking and select the blocking hasting the minimum amplitude.

In one of the evaluation methods, a weight is multiplied with the pixels of each line and the obtained values are then totaled. For example, the weight of +1 is given to the lines 0, 2, 4, 6 using the line numbers shown in FIG. 6, and the weight of −1 is given to the lines 1, 3, 5, 7. Thereafter, the obtained values are totaled to obtain the absolute value of the sum. Moreover, the weight +1 is given to the lines 8, 10, 12, 14, and the weight −1 is given to the lines 9, 11, 13, 15. The obtained values are then totaled to also obtain the absolute values of the sum. Both absolute values are totaled. Thus, the weighting is inverted alternately for respective lines and it is equivalent to the evaluation of the maximum frequency component when non-interlace blocking has been conducted.

Further, the weight +1 is given to the lines 0, 4, 8, 12 and the weight −1 to the lines 2, 6, 10, 14. The obtained values are totaled to obtain the absolute value of the sum. In addition, the weight +1 is given to the lines 1, 5, 9, 13 and the weight −1 to the lines 3, 7, 11, 15. The obtained values are then totaled to obtain the absolute value of the sum. These absolute values are also totaled to evaluate the maximum frequency component of the individual field blocking.

In addition, the weight +1 is given to the lines 0, 4, 1, 5 and the weight −1 to the lines 2, 6, 3, 7. The obtained values are totaled to obtain the absolute value of the sum. The weight +1 is also given to the lines 8, 12, 9, 13 and the weight −1 to the lines 10, 14, 11, 15. The obtained values are totaled to obtain the absolute value of the sum. Both absolute values are then totaled to evaluate the maximum frequency component of the split blocking.

The weight +1 is given to the lines 0, 4, 7, 3 and the weight −1 to the lines 2, 6, 5, 1. The obtained values are totaled to obtain the absolute value of the sum. Moreover, the weight +1 is given to the lines 8, 12, 15, 11 and the weight −1 to the lines 10, 14, 13, 9. The obtained values are totaled to obtain the absolute value of the sum. These absolute values are totaled to evaluate the maximum frequency component of the inverted split blocking.

5,990,960

**9**

In another method for evaluation of each blocking, the number of orthogonal transformed coefficients having an amplitude larger than a predetermined threshold value for the respective blockings is counted, and the blocking having the minimum number is selected.

The orthogonal transform section 11 carried out the orthogonal transform of the selected block to obtain the transform coefficients. The obtained transform coefficients are quantized in a fixed sequence by the quantizing section 12. In this case, some difference lies in the power of the coefficients depending on the type of blocking. In general, non-interlace blocking tends to be selected for a stationary region and the power is comparatively small.

Meanwhile, since the correlation between fields becomes small in a quick motion area, individual field blocking is often selected and the power is large. Moreover, split blocking and inverted split blocking are considered to be intermediate to the above two blockings. Therefore, efficiency can be improved by variably controlling quantization accuracy in accordance with the type of blocking.

The quantizing accuracy can also be controlled variably in accordance with not only the type of blocking but also the combination of actual signal power and quantization error power. In this case, it is also possible to execute variable length coding by combining the information indicating type of blocking and the information indicating quantization accuracy.

Indexes obtained by quantizing the coefficients are encoded in the coding section 13. In this case, the coefficients are scanned from those having a larger coefficient power to those having a smaller one in order to enhance the efficiency of encoding. For the coefficients having a power lower than a certain specified value, the encoding may cease. Therefore, it is very convenient if the power distribution can be anticipated. There is a tendency with respect to the distribution of power of the coefficients that the power is increased as the frequency is lower. However, if the blocking is adaptively changing, as in the present invention, the coefficients having lower power do not always correspond to low frequency components. Then, the coding efficiency can be improved by changing the scanning sequence or path in accordance with the type of blocking.

Since the present invention is structured as explained above, the following effects can be obtained.

The coding efficiency of transform coding is improved by switching the blocking of an image signal scanned by the interlaced scanning method into an adapted blocking. Moreover, the efficient assignment of information quantity can be realized by variably controlling the quantizing accuracy of transform coefficients correspondingly to the switching of the blocking. In addition, the encoding efficiency can also be improved in transform coding by changing the scanning sequence of the transform coefficients within the block.

Referring now to FIG. 7, a structural diagram of an adaptive field/frame coding system according to another embodiment of the present invention is shown. The system includes an odd field memory 28 for storing local decoded signals of odd fields, an even field memory 29 for storing local decoded signals of even fields, an interpolation section 20 for interpolating a predictive signal with motion compensated from the two fields, and a selector 21 for selecting a predictive signal which gives the optimum prediction from three signals of the signals predicted from the odd and even fields and the interpolated predictive signal. In FIG. 7, sections 200, 300 and 500 enclosed by a broken line

**10**

respectively denote motion detecting means, predicting error signal output means and coding means.

FIG. 8 shows a profile of input image signals 201 which are scanned by the interlaced scanning method, wherein the odd and even fields are alternately applied. FIG. 8 shows the fields in the coordinates where time is plotted on the horizontal axis and vertical direction on the vertical axis. In FIG. 8, K1 indicates an odd field of the first frame, while G1, an even field of the first frame. In the same manner, K2 is an odd field of the second frame, while G2, an even field of the second frame.

FIG. 9 is a block diagram of an example of the interpolating section 20. A simple arithmetic mean of the motion compensated prediction signal 204a from the inputted odd fields and the motion compensated prediction signal 204b from the inputted even fields is obtained and is used as an interpolation predictive signal 204c.

The operation will be explained with reference to FIGS. 7, 8 and 9. Motion of the odd fields and even fields of the present frame in relation to the preceding frame is detected in units of blocks including pixels (n×m) in response to the input image signal 201 which is scanned by the interlace scanning method and includes the odd and even fields alternately. The motion of the odd fields between the present and the preceding frames is detected by searching, in the motion detecting section 22, the block which most resembles the currently processed block in the image signal 201 from the blocks adjacent 202a to the position corresponding to the currently encoded object in the already encoded odd fields stored within the odd field memory 28.

As shown in FIG. 10, for example, it is assumed that image H1 exists within one block unit (n×m) in the preceding frame, and the image moves to position H2 from position H1 in the present input image signal. The motion detecting section 22 outputs a motion vector 203 which indicates the block has moved horizontally to H2 from H1. In this case, since motion is not detected in the vertical direction, the motion vector 203 has the value of 0 with regard to vertical direction. The motion in the horizontal and vertical directions thus obtained is outputted as the motion vector 203.

The odd field memory 28 outputs a motion compensated prediction signal 204a corresponding to this motion vector 203. Similarly, compensation for motion of the even fields in the preceding frame is carried out in the motion detecting section 22, by searching the block resembling the currently processed block from the adjacent blocks 202b within the even field memory 29 and outputting the result as the motion vector 203. The motion compensated prediction signal 204b corresponding to this motion vector 203 is outputted from the even field memory 29.

The interpolation processing is carried out in the interpolating section 20 shown in FIG. 9, by using the motion compensated prediction signals 204a and 204b to generate the interpolation predictive signal 204c, signal 204a being generated by motion compensated in accordance with the motion vector 203 and provided from the odd field memory 28, and motion compensated predictive signal 204b being generated by motion compensated in accordance with the motion vector 203 and provided from the second field memory 9. A predictive signal having the minimum error signal power with respect to the currently encoding object block of the input image signal 201 is selected by the selector 21 from among the motion compensated prediction signal 204a obtained from the odd field, the motion compensated prediction signal 204b obtained from the even field, and the interpolated motion compensated prediction signal 204c, and then the predictive signal 210 is produced.

5,990,960

11

FIG. 11 is a diagram showing the operation explained above. It is assumed that the odd field memory 28 shown in FIG. 7 stores an odd field K1 of the preceding (previous) frame, while the even field memory 29 of FIG. 7 stores an even field G1 of the preceding frame. Here, the case where an odd field K2 and an even field G2 are included in the current (present) frame of the input image signal 201 will be discussed. First, when the odd field K2 is inputted, the motion compensated prediction signal 204a from the odd field K1 of the preceding frame stored in the odd field memory 28 is provided to the selector 21. In the same manner, the even field G1 of the preceding frame stored in the even field memory 29 is provided to the selector 21 as the motion compensated prediction signal 204b. Then, the data of K1 and G1 are applied to the interpolating section 20 and the interpolation processing as shown in FIG. 9 is conducted. Thereafter, such data is supplied to the selector 21 as the motion compensated prediction signal 204c. The selector 21 compares these three kinds of motion compensated prediction signals 204a, 204b, 204c and the input image signal 201 to select the prediction signal which has the minimum error signal power.

In the same manner, the selector 21 is responsive to the even field G2 of the current frame to receive the prediction signal 204a based on the odd field K1 stored in the odd field memory 28, the motion compensated prediction signal 204b based on the even field G1 stored in the even field memory 29, and the motion compensated prediction signal 204c obtained by the interpolation process on the basis of these motion compensated prediction signals 204a, 204b based on both fields, and to select the prediction signal which has the minimum error signal power.

In this embodiment (FIG. 7), the interpolation section is provided to conduct the interpolation processing based on the motion compensated prediction signals 204a, 204b from the odd field memory 28 and even field memory 29 and thereby motion compensated prediction signal 204c is produced. However, it is also possible that the interpolation section 20 is not used as shown in FIG. 12. In this case, the motion compensated prediction signal is generated in the selector 21 on the basis of the preceding odd field K1 stored in the odd field memory 28 and the preceding even field G1 stored in the even field memory 29 and the selector 21 selects the prediction signal minimizing the error signal power in these two kinds of motion compensated prediction signals 204a, 204b.

Further, in the embodiment shown in FIG. 7 the simple arithmetic mean has been used for the interpolation section, but coding ensuring higher prediction efficiency can be realized by utilizing a weighted arithmetic mean taking into consideration field distance, as will be explained hereunder with reference to FIG. 13.

FIG. 13 is a block diagram of an example of the interpolation circuit 20. The motion compensated prediction signal 204a from the odd field is multiplied by a weight α based on the distance to the field to be encoded, and the motion compensated prediction signal 204b from the even field is multiplied by a weight β based on the distance to the field to be encoded. Thereafter, the arithmetic mean of these values is obtained and the output thereof is used as interpolation predictive signal 204c.

The practical value of the weighting by the interpolation section 20 in relation to the embodiment shown in FIG. 13 will be explained with reference to FIG. 11.

As shown in FIG. 11, when T is considered a unit of time for inputting an odd field or an even field, there is a time

12

difference of 2T between odd field K1 and odd field K2. On the other hand, there is a time difference of T between even field G1 and odd field K2. Thus, the weights α and β can be determined by utilizing such time differences. For example, since the odd field K1 has a time distance of 2 T, the weight α is set to 1. Also, since even field G1 has a time distance of T from odd field K2, the value of weight can be increased for the field having the lesser time distance by setting the value of β B to 2. In the same manner, odd field K1 has a time distance of 3 T from odd field K2 and even field G1 has a time difference of 2 T. Thus, it is possible to give the value of weight which is proportional to the time difference by setting α to 2 and β to 3 for weighting even field G2.

In the embodiment shown in FIG. 13, the weights α and β are determined in the interpolation section on the basis of time distance. However, it is also possible that the weight α to be given to the odd field is always set, for example, larger or smaller than weight β to be given to the even field regardless of the time distance. Further, in this embodiment, weights α and β used for the odd fields are different from those used for the even fields, but the weights for the odd fields may be equal to those for the even fields. In addition, in this embodiment only weights α and β are used, but the weights may be determined in accordance with the other coefficients, for example, a coefficient having a quadratic function or another function having particular characteristics. Moreover, weights α and β do not have to be restricted only to one kind of value; it is possible that several kinds of weights α and β are prepared and selected in accordance with the kind of input signal or the characteristic of input signal.

Another embodiment of the present invention will be explained with reference to FIG. 14.

The embodiment shown in FIG. 14 comprises a blocking selection section 82 for selecting between an individual blocking of a prediction error signal for the odd and even fields and a non-interlace blocking including both odd and even fields; a blocking forming section 83 for conducting the blocking in accordance with the output of the blocking selection section 82; and a blocking decomposing section 84 for decomposing the blocking to form the original field in accordance with the block selection output. Section 400 enclosed by a broken line denotes blocking means and the other sections 200, 300, 500 are similar to those shown in FIG. 7.

FIG. 15 is a block diagram of an example of the blocking selection section 82. The prediction error signal 205 is stored in the odd field memory 31 for the odd field and in the even field memory 32 for the even field. As shown in FIG. 16(a) and 16(b), a block of p=16, q=16 is considered. The individual field blocking section 33 executes the blocking including the pixels of either of the odd or even field within the block of (p pixelsxq lines), and these pixels are encoded in a coding section 35. As shown in FIG. 16(c), a non-interlace blocking section 34 executes the blocking of (p pixelsxq lines) included in the block by alternately arranging the pixels of both odd and even fields, and these pixels are encoded in a coding circuit 36. The information quantity comparing section 37 compares the quantity of data encoded in the coding section 35 and the coding circuit 36, and outputs a blocking selection signal 211 indicating the blocking having the least amount of information.

FIG. 17 is a block diagram of an example of the blocking forming section 83. The prediction error signal 205 is stored in the odd field memory 41 for the odd field and in the even field memory 42 for the even field. In accordance with the

blocking selection signal 211 supplied from the blocking selection section 82, the blocking forming section 43 selects the blocking of the prediction error signals stored in the odd field memory 41 and even field memory 42 from the blocking including pixels of either of the odd or even field within the block of (p pixelsxq lines) and the blocking including pixels of both odd and even fields within the block of (p pixelsxq lines), and then outputs the blocked prediction error signal.

FIG. 18 is a block diagram of an example of the blocking decomposing section 84. The data decoded by a local decoding circuit 25 is applied to the blocking decomposing section 44 in which the blocking is decomposed in accordance with the blocking selection signal 211 from the blocking selecting section 82, and the decomposed block is then stored in the individual field memories 45, 46. The stored data is supplied as a decoded error signal 207.

The operation of this embodiment is explained hereunder.

The prediction error signal 205 obtained by subtracting the prediction signal 210 from an input signal 201 in a difference circuit 23 is sent to the blocking forming section 83 shown in FIG. 17 and to the blocking selection section S8 shown in FIG. 15. The blocking selection section 82 produces the blocking selection signal 211 for selecting the blocking including the pixels of either the odd or e-en field in the block of (p pixelsxq lines), or the blocking including the pixels of both odd and even fields in the block of (p pixelsxq lines). The blocking forming section 83 conducts individual field blocking or non-interlace blocking in units of (pxq) blocks in accordance with the blocking selection signal 211. The blocked signal Is applied to the coding circuit 24. The coding section 24 execute the orthogonal transform and sends the encoded data 206 which is a scalar-quantized transform coefficient to both the local decoding section 25 and the multiplexing section 28.

After the inverse scalar-quantization and inverse orthogonal transform by the local decoding section 25, the data is decomposed into the odd and even fields in the blocking decomposing section shown in FIG. 18 which decomposes the blocking into the fields in accordance with the blocking selection signal 211 in order to obtain the decoded difference signal 207. The local decoded signal 208 obtained by adding a predictive signal 210 to the decoded difference signal 207 in the adder 207 is stored in the first field memory 28 when it is the odd field or in the second field memory 29 when it is the even field, to detect the motion of each field of the next frame.

In this embodiment, a unit of blocks is formed of p=16, q=16, but it is desirable that the values of p and q have the following relationship with the block size nxm used by the motion detecting section 22 as explained in the embodiment shown in FIG. 7:

p=n, q=2m

Since DCT transform is often carried out in the block unit of 8 pixelsx8 lines, the size of 16 pixelsx16 lines combining four block units is selected as the values of p and q in the blocking forming section. In this example, since P=n, n=16 pixels. Also, since q=2m, m=8. Thus, it is desirable that the number of lines be reduced to 8 because the motion detecting section 22 detects motion for both the odd and even fields. Meanwhile, since it is possible to employ the blocking combining the odd field and even field in the blocking forming section, it is desirable to form a block of 16 lines including the odd and even fields.

In the embodiment shown in FIG. 14, the blocking has been selected by comparing the quantity of information

generated as shown in FIG. 15, but coding based on the quality of encoding can be realized by selecting the blocking on the basis of the comparison of encoding quality as shown in FIG. 19.

FIG. 19 is a block diagram of an example of the blocking selection section 82. The predicting error signal 205 is stored in the odd field memory 51 for the odd field and in the even field memory 52 for the even field. The individual field blocking section 53 realizes the blocking including the pixels of either the odd field or the even field within the block of (p pixelsxq lines), and the coding/decoding section 55 enables encoding/decoding. At the same time, the non-interlace blocking section 54 realizes the blocking including the pixels of both fields within the block of (p pixelsxq lines), and the coding/decoding circuit 56 enables coding/decoding. The difference between the encoded/decoded data of the individual field blocking and the data just before the encoding is compared with the difference between the encoded/decoded data of the combined field blocking and the data just before the encoding, by the error comparator 59 in order to select the blocking with less errors and to provide an output as the blocking selection signal 211.

In the embodiment shown in FIG. 14, the quantity of generated information has been compared for the selection of the block, while in the embodiment shown in FIG. 19, the encoding errors have been compared. However, encoding with higher efficiency can be realized when conducting encoding utilizing the orthogonal transform, by selecting the blocking on the basis of the comparison of frequency components produced by the difference of blocking as shown in FIG. 20.

FIG. 20 is a block diagram of an example of the blocking selection circuit 82. The predicting error signal 205 is stored in the odd field memory 61 for the odd field and in the even field memory 62 for the even field. The individual field blocking section 63 executes the blocking including the pixels of only either the odd field or even field within the block of (p pixelsxq lines), and a frequency analyzing section 65 such as that shown in FIG. 21 executes the frequency analysis. The non-interlace blocking circuit 64 executes the blocking including pixels of both fields within the block of (p pixelsxq lines), and a frequency analyzing circuit 66 such as that shown in FIG. 21 executes the frequency analysis. The blocking with fewer high-frequency components is selected from the individual field blocking and the combined field blocking to output the blocking selection signal 211.

FIG. 21 is a block diagram of an example of the frequency analyzing sections 65 and 66. The signal obtained by individually blocking the odd and even fields from the individual field blocking circuit 63, and the signal obtained by blocking the pixels of both odd and even fields from the non-interlace blocking section 64, are supplied to sections 65 and 66. These signals are converted to a signal in the frequency domain from a signal in the pixel domain using the orthogonal transform 68. The high-frequency components are extracted from the converted signal in the frequency domain by a high-frequency component selector 69 and the extracted high-frequency components are totaled by a high-frequency component accumulator 70. The accumulated high-frequency components are compared in a high-frequency component comparing section 67 to select the blocking with fewer amount high-frequency components.

FIG. 22 shows an example of the components accumulated by the high-frequency component adder 70 from the orthogonal transformed frequency domain signal. Here, eight components, for example, having the maximum frequency component in the vertical frequency component, are selected.

5,990,960

15

In this embodiment, the coding section 24 does not use the selection information of predictive signals or the selection information of blocking, but according to another embodiment shown in FIG. 23, finer control is possible and high encoding quality can be realized by inputting an output of the selector 11 as the selection signal for the predictive signal and the blocking selection signal as the selection signal for the blocking to the coding section 24 and by controlling the encoding characteristic with the selected prediction signal and the information of the selected blocking.

As explained above, the embodiment of FIG. 7 relates to a system for realizing predictive coding of an input image signal obtained by the interlaced scanning method with the motion compensation. The system includes motion detecting means for obtaining, for the odd or even field of the input image signal, the amount of displacement, in order to carry out the individual motion compensated prediction, in units of the block of (n pixels×m lines) (n and m: positive integer) from both the odd and even fields of the already encoded frame, and the prediction error signal output means for selecting, with a selector 21, the predictive signal indicating the optimum prediction from signals including a first predictive signal 204a obtained by the motion compensation from the odd field, a second predictive signal 204b obtained by the motion compensation from the even field, and a third predictive signal 204c obtained by interpolating the first and second predictive signals in order to obtain the difference from the field of the input signal and output the result as the prediction error signal.

Moreover, the embodiment of FIG. 7 is an adaptive field/frame coding system characterized in that the interpolation means for obtaining the third predictive signal is the simple arithmetic mean of the first predictive signal and the second predictive signal.

Thus, the hardware can be minimized in size and encoding with higher prediction efficiency can be realized by generating an interpolation signal of the predictive signal by simply obtaining the arithmetic mean of both predicted odd and even fields with motion compensation.

Further, the embodiment of FIG. 13 is an adaptive field/frame coding system characterized in that the interpolation means for obtaining the third predictive signal is the weighted arithmetic mean of the first predictive signal and the second predictive signal, also considering the time distance of the field used for the prediction and the field to be encoded.

Thus, encoding ensuring very high prediction efficiency can be realized by generating the interpolation signal from the weighted arithmetic mean of both predicted odd and even fields with the motion compensation, while considering the time distance of the field used for the prediction and the field to be encoded.

The embodiment shown in FIG. 14 is an adaptive field/frame coding system comprising means for enabling encoding by selecting blocking including the pixels of either the odd field or even field within the block of (p pixels×q lines), or blocking including the pixels of both odd and even fields within the block of (p pixels×q lines), in order to encode the prediction error signal for the odd and even fields of the input image signal in units of the block of (p pixels×q lines) (p and q: positive integer).

Moreover, the embodiment of FIG. 14 is an adaptive field/frame coding system characterized in that the blocking means for enabling encoding while selecting the blocks comprises selecting means for selecting the blocking with less information for encoding from blocking including

16

the pixels of only one of the odd field and even field within the block of (p pixels×q lines), and blocking including the pixels of both odd and even fields within the block of (p pixels×q lines).

The embodiment shown in FIG. 19 is an adaptive field/frame coding system characterized in that the blocking means for enabling encoding while selecting the blocks comprises means for selecting the blocking with less encoding error from blocking including the pixels of only one of the odd field and even field within the block of (p pixels×q lines), and blocking including the pixels of both odd and even fields within the block of (p pixels×q lines).

The embodiment shown in FIG. 20 is an adaptive field/frame coding system characterized in that the blocking means for enabling encoding while selecting the blocks comprises selecting means for selecting the blocking with less high-frequency components included in the signal to be encoded from blocking including the pixels of only one of the odd field and even field within the block of (p pixels×q lines), and blocking including the pixels of both odd and even fields within the block of (p pixels×q lines).

In addition, the embodiment shown in FIG. 23 is an adaptive field/frame coding system characterized by enabling encoding while selecting the quantization characteristic of the transform coefficient in accordance with the selected predictive signal and the selected blocking, in the case of employing the orthogonal transformer and carrying out encoding by the quantization of transform coefficient in the coding section for the encoding in units of the block of (p pixels×q lines).

In the above embodiments, an input image signal 201 is formed of the frame including the odd field and even field. However, the use of the odd field and even field is intended to show only an example, and the field is not restricted to the odd or even field. The present invention can be useful whenever one frame is divided into fields, the odd field and even field being only examples of such fields of a frame. For instance, the present invention can also be applied to a case of storing data by dividing the frame into two fields every two lines by, for example defining the first field as the 1st and 2nd lines and the second field as the 3rd and 4th lines, and defining the first field as the 5th and 6th lines and the second field as the 7th line and 8th line, etc. Moreover, in addition to dividing a frame into two kinds of fields, such as the odd field and the even field or the first field and the second field, the present invention can also be applied to the case of dividing a frame into more than two fields, for example, three or four kinds of fields. In such a case, the number of field memories corresponds to the number of kinds of fields, and the processing explained above is carried out for each field.

In the above embodiments, the blocking selection section selects the blocking from two kinds of blocking, including the blocking of the pixels of only one of the odd field and even field and the blocking of the pixels of both odd and even fields. However, the blocking may include various combinations when two or more fields are prepared in addition to the odd and even fields. The blocks shown in FIGS. 16(a), (b), (c) are only examples and various block forming methods may be used to form the block other than the blocks of FIG. 16.

In the above embodiments, the blocking means shown in FIG. 14 is used with the prediction error signal output means and motion detecting means. Even if the sections other than the blocking means 400 are replaced with conventional means, the 8th and 9th aspects explained above can be provided.

5,990,960

17 18

According to the 6th and 7th aspect explained above, a stable encoded image with high efficiency can be obtained by individually searching the motion from each field of the already encoded frame to predict each field and by conducting adaptive prediction from the searched motion compensated predictive signals (and interpolation signals).

In addition, according to the 8th and 9th aspects explained above, a stable encoded image with high efficiency can also be obtained by adaptively selecting the encoding from the blocking of the pixels of only one of the fields of the frame to be encoded, and the encoding after conducting the blocking of the pixels of the respective fields when encoding the prediction error signal.

What is claimed is:

1. A video signal encoder for encoding a first motion video signal representative of sequential video images including first and second video images into a second motion video signal comprising:

a predictive error signal generator for generating a predictive error signal representative of the error in the second video image based on a prediction formed at least in part from the first video image;

a coder for transform coding the predictive error signal to produce a coded predictive error signal, said coder varying the scanning sequence of the transform coefficients thereof;

a local decoder detecting the scanning sequence of transform coefficients used in transform coding, and decoding the transform coefficients of the coded predictive error signal to produce information representative of the first motion video signal including the first video image;

a combiner, operatively connected to said local decoder, and combining the predictive error signal with a predictive signal;

a field memory, operatively connected to said combiner, for storing information representative of the first video image as plural image fields;

a predictive signal generator, operatively connected to said field memory, and supplying the predictive signal from the plural fields stored in said field memory to said predictive error signal generator and said combiner;

wherein a signal representative of the second video image of the first motion video signal is assembled from the predictive error signal developed from a difference between the first video image and the second video image;

wherein the coded predictive error signal from said coder is output as the second motion video signal.

2. The encoder of claim 1 wherein said coder varies the scanning sequence used in transform coding based on encoding efficiency.

3. The encoder of claim 1 wherein:

said predictive error signal generator includes a subtracter, operatively connected to said predictive signal generator, and subtracting the predictive signal from a signal representative of the second video image of the first motion video signal to form the predictive error signal; and

a block former, operatively connected to said subtracter, and forming the predictive error signal into blocks;

said coder being operatively connected to said block former, and encoding the blocked predictive error signal to form the coded predictive error signal.

4. A video signal conversion system for converting between a first motion video signal representative of sequen-

tial video images including first and second video images and a second motion video signal comprising:

a decoder detecting the scanning sequence of transform coefficients used in transform coding, and decoding the transform coefficients to produce information representative of the first and second video images;

a field memory for storing information representative of the first video image as plural image fields;

a predictive signal generator, operatively connected to said field memory, and supplying a predictive signal from the plural fields stored in said field memory;

wherein a signal representative of the second video image is assembled from a predictive error signal output from said decoder and developed from a difference between the first video image and the second video image; and

a combiner, operatively connected to said field memory, and combining the signal representative of the second video image with the predictive signal produced by said predictive signal generator.

5. The video signal conversion system of claim 4 wherein the scanning sequence used in transform coding the transform coefficients is determined based on coding efficiency.

6. The video signal conversion system of claim 4 wherein the conversion system converts from the first motion video signal to the second video signal.

7. The video signal conversion system of claim 4 wherein said field memory stores plural image fields and said predictive signal generator supplies plural predictive signals from the plural image fields, said predictive signal generator including,

an interpolator, operatively connected to said field memory, interpolating at least some of the plurality of predictive signals and generating an interpolated predictive signal which is different from any of the plurality of predictive signals supplied by said predictive signal generator, and

a selector, receiving the plural predictive signals and the interpolated predictive signal, and selecting a predictive signal from the plurality of predictive signals and the interpolated predictive signal.

8. The video signal conversion system of claim 7 wherein said combiner includes an adder, said adder adding the predictive error signal and the interpolated signal produced by said interpolator and supplying the output thereof to said field memory.

9. The video signal conversion system of claim 7 further comprising:

a subtracter, operatively connected to said selector, and subtracting one of the plural predictive signals including the interpolative predictive signal from a signal representative of the second video image of the first motion video signal to form the predictive error signal; and

an encoder, operatively connected to said subtracter, and encoding the predictive error signal to form an encoded predictive error signal, wherein said encoder varies the scanning sequence used in transform coding the transform coefficients;

said decoder being operatively connected to said encoder, for decoding the encoded predictive error signal for supply to said combiner.

10. The video signal conversion system of claim 7 wherein the interpolator produces the interpolated predictive signal by computing the arithmetic mean of at least some of the plural predictive signals.

* * * * *

# Exhibit 8

US006097759A

# United States Patent [19]

## Murakami et al.

| | |
|---|---|
| [11] | Patent Number: **6,097,759** |
| [45] | Date of Patent: **Aug. 1, 2000** |

[54] **IMAGE SIGNAL CODING SYSTEM**

[75] Inventors: **Tokumichi Murakami; Kohtaro Asai; Hirofumi Nishikawa; Yoshihisa Yamada**, all of Kanagawa-ken, Japan

[73] Assignee: **Mitsubishi Denki Kabushiki Kaisha**, Tokyo, Japan

[21] Appl. No.: **09/444,455**

[22] Filed: **Nov. 22, 1999**

### Related U.S. Application Data

[62] Division of application No. 09/207,919, Dec. 9, 1998, Pat. No. 5,990,960, which is a division of application No. 08/803,235, Feb. 20, 1997, Pat. No. 5,867,220, which is a continuation of application No. 08/121,293, Sep. 13, 1993, Pat. No. 5,638,127, which is a division of application No. 07/962,299, Oct. 16, 1992, Pat. No. 5,274,442.

[30] **Foreign Application Priority Data**

Oct. 22, 1991 [JP] Japan ..................... 3-273843
Feb. 4, 1992 [JP] Japan ..................... 4-80654

[51] Int. Cl.[7] ..................................... H04N 7/36
[52] U.S. Cl. ................. 375/240; 348/409; 348/415
[58] Field of Search ..................... 348/384, 390, 348/400, 401, 402, 403, 404, 405, 409, 415, 416, 420; 382/232, 233, 236, 238

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,437,119 | 3/1984 | Matsumoto et al. | 348/412 |
| 4,546,386 | 10/1985 | Matsumoto et al. | 348/412 |
| 4,571,618 | 2/1986 | Hatori et al. | 348/412 |
| 4,675,733 | 6/1987 | Tanimoto | 348/399 |
| 4,691,329 | 9/1987 | Juri et al. | 348/420 |
| 4,703,351 | 10/1987 | Kondo | 348/415 |
| 4,772,947 | 9/1988 | Kono | 348/420 |
| 4,783,698 | 11/1988 | Harney | 348/390 |
| 4,849,812 | 7/1989 | Borgers | 348/400 |
| 4,931,869 | 6/1990 | Amor et al. | 348/403 |
| 5,045,938 | 9/1991 | Sugiyama | 348/408 |
| 5,046,119 | 9/1991 | Hoffert et al. | 348/391 |
| 5,068,724 | 11/1991 | Krause et al. | 348/402 |

| | | | |
|---|---|---|---|
| 5,083,720 | 1/1992 | Krause | 348/413 |
| 5,091,782 | 2/1992 | Krause et al. | 348/400 |
| 5,157,747 | 10/1992 | Nuhara | 348/416 |
| 5,193,004 | 3/1993 | Wang et al. | 348/420 |
| 5,274,442 | 12/1993 | Murakami et al. | 348/405 |
| 5,347,309 | 9/1994 | Takahashi | 348/420 |
| 5,416,523 | 5/1995 | Murakami et al. | 348/420 |
| 5,428,693 | 6/1995 | Murakami | 348/415 |
| 5,583,657 | 12/1996 | Jeong | 348/408 |
| 5,638,127 | 6/1997 | Murakami et al. | 348/412 |
| 5,767,909 | 6/1998 | Jung | 348/403 |
| 5,838,825 | 11/1998 | Obayashi | 382/233 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 385654 | 2/1989 | European Pat. Off. . |
| 484140 | 5/1992 | European Pat. Off. . |
| 490799 | 6/1992 | European Pat. Off. . |
| 499307 | 8/1992 | European Pat. Off. . |
| 510972 | 10/1992 | European Pat. Off. . |
| 58-137379 | 8/1983 | Japan . |
| 62-102685 | 5/1987 | Japan . |
| 63-224491 | 9/1988 | Japan . |
| 1278184 | 11/1989 | Japan . |

(List continued on next page.)

#### OTHER PUBLICATIONS

Chiang, et al. "Compatible Coding of Digital Interlaced HDTV Using Prediction of the Even Fields from the Odd Fields", Apr. 9, 1991, pp. 523–530.

*Primary Examiner*—Bryan Tung

[57] **ABSTRACT**

An adaptive blocking coding system selects an effective blocking of an input image signal to be encoded in accordance with the correlation between fields, even if motion is detected between the fields. The blocking patterns include an individual field blocking, a non-interlace blocking, a split blocking and an inverted split blocking. Further, the coding system searches for motion from both odd and even fields of a frame for producing a motion compensated prediction signal in order to provide high-efficient coding.

**10 Claims, 21 Drawing Sheets**



**6,097,759**
Page 2

FOREIGN PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 4178088 | 6/1992 | Japan | . |
| | | | 4-252690 | 9/1992 | Japan | . |
| 220082 | 8/1990 | Japan . | 4-288790 | 10/1992 | Japan | . |
| 3001688 | 1/1991 | Japan . | 3097320 | 4/1991 | Japan . | |
| 3097320 | 4/1991 | Japan . | 5022718 | 1/1993 | Japan | . |
| 4-167882 | 6/1992 | Japan . | WO 9210060 | 6/1992 | WIPO | . |



Fig. 1 (PRIOR ART)



ODD FIELD

*Fig. 2(A)*

PRIOR ART



EVEN FIELD

*Fig. 2(B)*

PRIOR ART



NON-INTERLACED FRAME

*Fig. 2(C)*

PRIOR ART



NON-INTERLACE IS
SUITABLE

*Fig. 3(A)*

PRIOR ART

NON-INTERLACE IS
NOT SUITABLE

*Fig. 3(B)*

PRIOR ART



INDIVIDUAL FIELD BLOCKING IS SUITABLE

*Fig. 3(C)*

PRIOR ART

○: ODD FIELD      □: EVEN FIELD

(THIS DENOTATION IS USED ONLY HERE.)



*Fig. 4* (PRIOR ART)



Fig. 5

Fig. 6

LINE NO.

Fig. 6(A)
INDIVIDUAL FIELD BLOCKING

Fig. 6(B)
NON-INTERLACE BLOCKING

Fig. 6(C)
SPLIT BLOCKING

Fig. 6(D)
INVERTED SPLIT BLOCKING

o ODD FIELD
• EVEN FIELD



Fig. 7

*Fig. 8*



*Fig. 9*



INTERPOLATION SECTION

*Fig. 10(A)*  ODD FIELD IN THE PRECEDING FRAME



*Fig. 10(B)*  ODD FIELD IN THE PRESENT FRAME



*Fig. 11*





Fig.12

# Fig. 13



INTERPOLATION SECTION



*Fig. 14*



Fig. 15



Fig. 16

Fig. 16(A)

Fig. 16(B)

Fig. 16(C)

## Fig. 17



BLOCKING FORMING SECTION

## Fig. 18



BLOCKING DECOMPOSING SECTION

Case 7:08-cv-03689-SCR    Document 1-9    Filed 04/17/2008    Page 20 of 33



Fig. 19



Fig. 20



Fig. 21

FREQUENCY ANALYZING SECTION

# Fig. 22



ACCUMULATED FREQUENCY COMPONENTS



Fig. 23

6,097,759

1

## IMAGE SIGNAL CODING SYSTEM

This application is a divisional of application Ser. No. 09/207,919, filed on Dec. 9, 1998, now U.S. Pat. No. 5,990,960, which is a divisional of application Ser. No. 08/803,235, filed on Feb. 20, 1997, now U.S. Pat. No. 5,867,220, which is a continuation of application Ser. No. 08/121,293, filed on Sep. 13, 1993, now U.S. Pat. No. 5,638,127, which is a divisional of application Ser. No. 07/962,299, filed on Oct. 16, 1992, now U.S. Pat. No. 5,274,442, the entire contents of which are hereby incorporated by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an image coding system for coding an image signal with high efficiency.

2. Description of the Prior Art

As is known in the art, means for eliminating redundant components included in an image signal is used for coding an image signal. A typical approach to image coding is the transform coding method wherein an image is divided into blocks, an orthogonal transform is carried out for each of the blocks, and the transform coefficients are encoded.

In the case of television signals such as an NTSC signal, interlaced scanning is used whereby an image signal of one frame is scanned twice, once in the odd field and once in the even field. The two fields scan different but complementary spaces of an image. The fields have image information at different times but there is a relatively strong correlation therebetween because the scanned lines of the two fields are alternate and adjacent. There is a technique in which coding is carried out after combining the fields and dividing them into blocks when coding an image signal produced by the interlaced scanning.

FIG. 1 is a block diagram showing the structure of an embodiment of "High Efficiency Image Coding System" described in the Japanese Patent Public Disclosure No. 1688/1991. In FIG. 1, the coding system includes a non-interlacing section 1, a motion detecting section 2, a non-interlace blocking section 3, an individual field blocking section 4, an orthogonal transform section 5, a quantizing section 6 for quantizing a conversion coefficient at the output of the orthogonal transform section 5, and coding section 7.

In operation, a series of input image signals 100, which are produced by the interlaced scanning method and applied to each field, are converted to a non-interlaced signal 101 in the non-interlacing section 1 as indicated in FIG. 2(C). As shown, the pixels belonging to the odd field and the pixels belonging to the even field appear alternately in every other line.

When an object is stationary and the correlation between adjacent lines is high, it is effective to use a non-interlaced signal and to code the image signal in a block including components from both fields. FIG. 3(A) shows an example of such a condition. On the other hand, When an object is moving, the correlation between adjacent lines is lowered and it is considered to be effective to execute the coding in units of individual fields. This is because a non-interlaced signal is used for the moving object results in discontinuation as shown in FIG. 3(B), causing a power to be generated in high frequency coefficients during the transform coding. In this case, the blocking as indicated in FIG. 3(C) is adequate.

Thus, the motion detector 2 detects the motion of an object and changes the operation when the object is detected

2

as being stationary by a signal 103 indicating motion, to conduct the blocking shown in FIG. 3(A) (hereinafter, this arrangement of FIG. 3(A) is called the non-interlace blocking) in the non-interlace blocking circuit 3. If the object is detected to be moving, the motion detector 2 changes the operation to conduct the blocking shown in FIG. 3(C) (hereinafter, this arrangement of FIG. 3(C) is called the individual field blocking) in the individual field blocking circuit 4.

The blocks obtained by changing the blocking as explained above are subjected to the discrete cosine transformation (DCT) in the orthogonal transform section 5. The transform coefficients obtained as described above are quantized in the quantizing section 6, and a variable length code is assigned in the coding section 7 in accordance with the occurrence probability of respective events.

Since a conventional image coding system has been structured as described above, it has been difficult to realize the blocking utilizing the correlation between fields when an object is moving. Moreover, such a system has not utilized the property of different intensities in power distribution of the coefficients after conversion caused by the difference in arrangement of pixels within the block. In addition, there is the difference in power between the stationary blocks and moving blocks, the moving blocks having a high signal power which has not been utilized.

FIG. 4 is a block diagram of another conventional interframe predictive coding system described, for example, in the transactions on the 3rd HDTV International Work Shop, "A Study on HDTV Signal Coding with Motion Adaptive Noise Reduction" (Vol 3, 1989). In FIG. 4, this system comprises a frame memory 21, a motion detecting section 22, a subtracter 23, a coding section 24, a local decoding section 25, an adder 26 and a multiplexing section 27. Although omitted in this figure, the encoded data is decoded at a receiving side in order to reproduce the transmitted signal.

In operation, the motion of an object between the current field and the field of the same type of the preceding frame is detected block by block, the block consisting of a plurality of pixels of an input image signal 201 which is provided by the interlaced scanning method and formed of frames, each frame having both odd and even fields. The motion between odd fields is detected in the motion detecting section 22 by searching the block which has the most distinctive resemblance to the currently processing block among the already encoded blocks 202, adjacent to the position corresponding to the currently processing block in the odd fields stored within the frame memory 21. The degree of resemblance is evaluated by using an absolute sum of differential values or a square sum of differential values of the corresponding pixels in both blocks. The amount of motion in both horizontal and vertical directions between the current block and the block determined to be the most similar is provided as a motion vector 203. The frame memory 21 outputs a motion compensated prediction signal 204 corresponding to this motion vector 203.

A prediction error signal 205 obtained In the subtracter 23 by subtracting the motion compensated prediction signal 204 from the input signal 201 is applied to the coding circuit 24 in which the spatial redundancy is removed. Since low frequency components of an image signal generally occupy a greater part of the power thereof, information can be compressed by quantizing high power portions with a large number of bits and quantizing low power portions with a small number of bits. According to an example of this

6,097,759

3

information compression method, the frequency conversion is carried out for an 8×8 pixels block by conducting an orthogonal transform such as a discrete cosine transform to scalar-quantized the transform coefficients. The scalar-quantized coding data 206 is sent to the local decoding section 25 and to the multiplexing section 27. The multiplexing section 27 conducts multiplexing and encoding for the coding data 206 and the motion vector 203 to output these signals to a transmission line 209.

Meanwhile, the local decoding circuit 25 executes the inverse operation of the operation in the coding section 24, namely the inverse scalar quantization and inverse orthogonal transform to obtain a decoded error signal 207. The motion compensated prediction signal 204 is added to the decoded error signal 207 in the adder 26 and stored in the frame memory 21 to detect motion of the odd field of the next frame.

In addition, the motion of the even fields of the input image signal 201 with respect to the alread encoded field of the frame memory 21 is also detected for the coding of the motion compensated prediction error signal. As described above, in the conventional interframe predictive coding system, redundancy with respect to time included in moving image signals is removed by the motion compensated prediction coding and redundancy with respect to space is removed by the orthogonal transform.

Since the conventional interframe predictive coding system is structured to individually encode both the odd field and even field by predicting the current (present) odd field from the odd field of the already encoded frame and predicting the current even field from the even field of the already encoded frame, the encoding efficiency is low because the spatial correlation existing between the continuous fields, produced by the interlaced scanning method, is not used.

SUMMARY OF THE INVENTION

The present invention has been proposed to overcome the problems in the prior art. Therefore it is an object of the present invention not only to adaptively discriminate between a block which is effective for non-interlace blocking and a block which is effective for individual field blocking, but also to enhance coding efficiency by adding a class of blocking so that field correlation is used even for a moving image, the quantization accuracy is controlled and the scanning sequence of transform coeffecients is changed in accordance with switching of the blocking.

It is another object of the present invention to provide a coding system for searching motion from both odd and even fields of the frame which is already encoded in order to predict each present field.

It is a further object of the present invention to provide a coding system for enabling highly efficient coding by realizing blocking for adaptively switching the field and frame in the block coding of prediction errors.

According to the first aspect of the present invention, an adaptive blocking image coding system encodes an input image signal obtained by interlaced scanning in a unit of the block of M pixels×N lines. More specifically, the adaptive blocking image coding system comprises blocking means for selectively forming a first type block including only the pixels of M pixels×N lines belonging to the odd field of the input image signal or the pixels of M pixels×N lines belonging to the even field thereof, a second type block wherein the pixels of the M pixels×N/2 lines belonging to the odd field and the pixels of the N/2 lines belonging to the even field are

4

arranged alternately in every other line corresponding to scanning positions on a display screen, a third type block wherein the pixels of M pixels×N/2 lines belonging to the odd field are arranged in the upper or lower half of the block and the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half of the block, and a fourth type block wherein the pixels of M pixels×N/2 lines belonging to the odd field are arranged in the upper or lower half of the block, the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half of the block and the pixels of either field are inverted upside down in the vertical direction with respect to the display screen. The system further includes blocking determining means for determining the type of blocking by the blocking means, a transform means for orthogonally transforming the block formed by the blocking means, quantizing means for quantizing the transform coefficient obtained by the transform means, and coding means for encoding the quantized index obtained by the quantizing means.

With the structure described above, the block of the M pixels×N lines if obtained by one blocking selected from the non-interlace blocking where the pixels of M pixels×N/2 lines belonging to the odd field and the pixels of M pixels× N/2 lines belonging to the even field are arranged in every other line corresponding to the scanning positions on the display screen, an arrangement (hereinafter, called split blocking) where the pixels of M pixels×N/2 lines belonging to the odd number field are arranged in the upper half or lower half block and the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half block, and an arrangement (hereinafter, called inverted split blocking) where the pixels of M pixels×N/2 lines belonging to the odd field are arranged in the upper or lower half block, the pixels of M pixels×N/2 lines belonging to the even field are arranged in the remaining half block and the pixels of either field are inverted in the vertical direction with respect to the display screen. The obtained block is orthogonally transformed the transform coefficients are quantized, and then the quantization index is encoded.

According to the second aspect of the present invention, the quantizing means for quantizing the transform coefficient in the adaptive blocking image coding system variably controls the quantization accuracy in accordance with the type of arrangement blocking-processed by the blocking means.

More specifically, one of the arrangements including individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is orthogonally transformed, the transform coefficient is quantized and the quantizing index is encoded with the quantizing accuracy in accordance with the information, indicating the selected blocking.

According to the third aspect of the present invention, the coding means for encoding the quantizing index produced when quantizing the transform coefficient in the adaptive blocking image coding system determines the scanning sequence (path) for quantizing the transform coefficient in accordance with the type of arrangement to be blocking-processed by the blocking means.

More specifically, one of the arrangements to be blocking-processed by the individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is orthogonally transformed, the transform coefficient is quantized, and the quantizing index is encoded with the quantization accuracy and the scanning sequence in accordance with the information indicating the selected blocking.

6,097,759

<table>
<tr><td>5</td><td>6</td></tr>
</table>

According to the fourth aspect of the present invention, the adaptive blocking image coding system comprises blocking determining means for selecting the type of arrangement to be blocking-processed in accordance with the value obtained by multiplying a predetermined weighting coefficient with the pixels of each line included in the block and then totaling such multiplied values.

More particularly, one of the arrangements to be blocking-processed by individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is selected by the value obtained by multiplying the predetermined weighting coefficient with the pixels of each line included in the block and then totaling such multiplied values. The selected block is orthogonally transformed, the transform coefficient is quantized and the quantizing index is encoded.

According to the fifth aspect of the present invention, the adaptive blocking image coding system also comprises a blocking determining means for selecting the type of arrangement which has the minimum coefficient power of a predetermined high frequency component among the transform coefficients obtained by discrete cosine transform of the block.

In other words, one of the arrangements to be blocking-processed by individual field blocking, non-interlace blocking, split blocking, or inverted split blocking is selected in such a manner that the coefficient power of the predetermined high frequency element component is the minimum among the transform coefficients obtained t)y discrete cosine transform of the block. The determined block is orthogonally transformed, the transform coefficient is quantized, and the quantizing index is encoded.

According to the sixth aspect of the present invention, there is provided a coding system which individually searches the motion from both odd and even fields of the already encoded frame in order to predict tile field to be encoded, the system comprising the following elements:

(a) input means for inputting an input signal to be encoded;

(b) a field memory for storing signals based on the input signal by dividing it into a plurality of fields such as the odd field and even field;

(c) predictive signal output means for outputting predictive signals of a plurality of types predicting the change of input signal on the basis of signal stored in the field memory;

(d) a selector for selecting a predictive signal from the predictive signals provided by the predictive signal output means; and

(e) coding means for encoding the input signal using the relationship between the predictive signal selected by the selector and the input signal from the input means.

With such an arrangement, the coding system can provide stabilized prediction efficiency regardless of motion of an object by making reference to both fields of the already encoded frame for the purpose of prediction.

According to the seventh aspect of the present invention, the coding system is structured to realize adaptive prediction from the searched two kinds of motion compensated predictive signals and a plurality of predictive signals combining interpolation signals of these motion compensated predictive signals.

Since the coding system as constructed utilizes a predictive signal produced by interpolating the predictive signals from both fields of the already encoded frame, motion at the intermediate point of time and space of the two fields used

for the prediction can be considered. Moreover, this coding system also functions as a low-pass filter, whereby the prediction efficiency can be improved and the encoded image is stabilized.

According to the eighth aspect of the present invention, the coding system executes the encoding, for example encoding prediction error signals, by adaptively switching the encoding operation from blocking of the pixels of only the odd field or even field of the frame for encodement to blocking of both odd and even fields for encodement, the system comprising the following elements:

(a) input means for inputting an input signal to be encoded by dividing into a plurality of fields such as an odd field and even field;

(b) a blocking selection section for selecting, at the time of blocking and encoding the signal from the input means, a block suitable for the encoding between the block consisting of the signal of only one kind of field and the block consisting of the signal combining signals of a plurality of fields;

(c) a block forming section for forming a block selected by the blocking selection section; and

(d) coding means for encoding a block formed by the block forming section.

The coding system having such a structure provides high efficiency encoding by selecting the blocking method most suitable for the encoding, i.e., blocking the pixels of only either of the odd field or even field, or blocking the pixels of both odd and even fields.

According to the ninth aspect of the present invention, the coding system also comprises a concrete selecting means for adaptively switching the block selection. This selecting means includes any one of the following selecting mans:

(a) selecting means for selecting the block with the least amount of encoding information from a plurality kinds of block;

(b) selecting means for selecting the block with the least amount of encoding errors from a plurality kinds of block; and

(c) selecting means for selecting the block with the least amount of high-frequency components in the signal to be encoded from a plurality kinds of block.

The coding system having such a structure enables adaptive switching of the blocking by selecting the blocking with less encoding information, the blocking with less encoding errors, or the blocking with less high frequency components included in the signal to be encoded, from the blocking of the pixels of one of only the odd or even field or the blocking of the pixels of both odd and even fields.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be more fully understood from the following detailed description and the accompanying drawings in which:

FIG. 1 is a block diagram of an image coding system in the prior art;

FIG. 2 is a diagram for explaining non-interlace blocking;

FIG. 3 is a diagram for explaining an adaptive blocking of the prior art;

FIG. 4 is a block diagram showing the structure of another coding system of the prior art;

FIG. 5 is a block diagram of an embodiment of the present invention;

FIG. 6 is a diagram for explaining adaptive blocking in the embodiment shown in FIG. 5;

6,097,759

7

FIG. 7 is a block diagram showing the structure of an adaptive field/frame coding system of another embodiment of the present invention;

FIG. 8 is a diagram showing an exemplary input image signal;

FIG. 9 is a block diagram showing an example of the structure of an interpolating section shown in FIG. 7;

FIG. 10 is a diagram for explaining the operation of a motion detecting circuit

FIG. 11 is a diagram for explaining for using a motion compensated predictive signal in the embodiment shown in FIG. 7;

FIG. 12 is a block diagram showing the structure of an adaptive field/frame coding system according to another embodiment of the present invention;

FIG. 13 is a block diagram showing another example of the interpolating section;

FIG. 14 is a block diagram showing an adaptive field/frame coding system according to embodiment of the present invention;

FIG. 15 is a block diagram showing an example of the structure of the blocking selection section;

FIG. 16 is a diagram showing a structural example of the block selected by the blocking selecting section;

FIG. 17 is a block diagram showing a structural example of the blocking forming section;

FIG. 18 is a block diagram showing a structural example of the blocking decomposing section;

FIG. 19 is a block diagram showing another structural example of the blocking selecting section;

FIG. 20 is a block diagram showing another structural example of the blocking selecting section;

FIG. 21 is a block diagram showing a structural example of the frequency analyzing section;

FIG. 22 is a diagram showing an example of the accumulated frequency components; and

FIG. 23 is a block diagram showing another structural example of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 5, an embodiment of the present invention is shown as an adaptive blocking image coding system. In FIG. 5, the image coding system comprises a non-interlacing section 1 for conducting non-interlace processing; a blocking determination section 8; an individual field blocking section 4; a non-interlace blocking section 3; a split blocking section 9; an inverted split blocking section 10; an orthogonal transform section 11; a quantizing section 12 and coding section 13. Such various types of blocking are shown in FIG. 6. FIGS. 6A–6D show individual field blocking non-interlace blocking, split blocking and inverted split blocking, respectively.

The operation will be explained with reference to FIG. 5 and FIGS. 6A–6D. The input image signal series 100 which is scanned by the interlace scanning method and is inputted field by field is converted into a non-interlaced signal 101 in the non-interlace section 1.

FIG. 2 shows a profile of non-interlace processing in the prior art similar to the non-interlace processing in the present invention. When (A) is defined as an input image signal from the odd field and (B) as an input image signal of the even field, the non-interlaced signal 101 shown in (C), alternately combining the lines from respective fields, can be obtained.

8

The individual field blocking section 4 executes, as shown in FIG. 6(A), blocking in which the fields are processed individually. This blocking is effective when the correlation between the fields is not available because of quick motion.

The non-interlace blocking section 3 executes the blocking shown in FIG. 6(B). In the case of a stationary or still image, a continuous image can be obtained by non-interlaced processing of the fields. The wavelength of the signal thereby becomes substantially longer, resulting in power being concentrated on low frequency components in the successive transform coding.

The split blocking section 9 conducts the blocking as shown in FIG. 6(C). This blocking is effective in the case where the correlation between the fields exists but the fields are noncontinuous when non-interlace blocking is carried out.

The inverted split blocking section 10 conducts the blocking shown in FIG. 6(D). This blocking is also effective in the case where the correlation between fields exists but the fields are noncontinuous when non-interlace blocking is carried out. This blocking prevents discontinuation at the center of the block when the split blocking method is used.

The blocking determining section 8 determines the optimum blocking from a plurality of blockings as explained above and outputs a blocking arrangement selecting signal 102 for selecting the determined blocking. Here, it is important to enhance the concentration of power, on the low frequency coefficients in the transform coding. For this purpose, it is effective to evaluate the amplitude of high frequency components in each blocking and select the blocking having the minimum amplitude.

In one of the evaluation methods, a weight is multiplied with the pixels of each line and the obtained values are then totaled. For example, the weight of +1 is given to the lines 0, 2, 4, 6 using the line numbers shown in FIG. 6, and the weight of −1 is given to the lines 1, 3, 5, 7. Thereafter, the obtained values are totaled to obtain the absolute value of the sum. Moreover, the weight +1 is given to the lines 8, 10, 12, 14, and the weight −1 is given to the lines 9, 11, 13, 15. The obtained values are then totaled to also obtain the absolute values of the sum. Both absolute values are totaled. Thus, the weighting is inverted alternately for respective lines and it is equivalent to the evaluation of the maximum frequency component when non-interlace blocking has been conducted.

Further, the weight +1 to the lines 0, 4, 8, 12 and the weight −1 to the lines 2, 6, 10, 14. The obtained values are totaled to obtain the absolute value of the sum. In addition, the weight +1 is given to the lines 1, 5, 9, 13 and the weight −1 to the lines 3, 7, 11, 15. The obtained values are then totaled to obtain the absolute value of the sum. These absolute values are also totaled to evaluate the maximum frequency component of the individual field blocking.

In addition, the weight +1 is given to the lines 0, 4, 1, 5 and the weight −1 to the lines 2, 6, 3, 7. The obtained values are totaled to obtain the absolute value of the sum. The weight +1 is also given to the lines 8, 12, 9, 13 and the weight −1 to the lines 10, 14, 11, 15. The obtained values are totaled to obtain the absolute value of the sum. Both absolute values are then totaled to evaluate the maximum frequency component of the split blocking.

The weight +1 is given to the lines 0, 4, 7, 3 and the weight −1 to the lines 2, 6, 5, 1. The obtained values are totaled to obtain the absolute value of the sum. Moreover, the weight +1 is given to the lines 8, 12, 15, 11 and the weight −1 to the lines 10, 14, 13, 9. The obtained values are

6,097,759

9                                                    10

totaled to obtain the absolute value of the sum. These absolute values are totaled to evaluate the maximum frequency component of the inverted split blocking.

In another method for evaluation of each blocking, the number of orthogonal transformed coefficients having an amplitude larger than a predetermined threshold value for the respective blockings is counted, and the blocking having the minimum number is selected.

The orthogonal transform section 11 carried out the orthogonal transform of the selected block to obtain the transform coefficients. The obtained transform coefficients are quantized in a fixed sequence by the quantizing section 12. In this case, some difference lies in the power of the coefficients depending on the type of blocking. In general, non-interlace blocking tends to be selected for a stationary region and the power is comparatively small.

Meanwhile, since the correlation between fields becomes small in a quick motion area, individual field blocking is often selected and the power is large. Moreover, split blocking and inverted split blocking are considered to be intermediate to the above two blockings. Therefore, efficiency can be improved by variably controlling quantization accuracy in accordance with the type of blocking.

The quantizing accuracy can also be controlled variably in accordance with not only the type of blocking but also the combination of actual signal power and quantization error power. In this case, it is also possible to execute variable length coding by combining the information indicating type of blocking and the information indicating quantization accuracy.

Indexes obtained by quantizing the coefficients are encoded in the coding section 13. In this case, the coefficients are scanned from those having a larger coefficient power to those having a smaller one in order to enhance the efficiency of encoding. For the coefficients having a poster lower than a certain specified value, the encoding may cease. Therefore, it is very convenient if the power distribution can be anticipated. There is a tendency with respect to the distribution of power of the coefficients that the power is increased as the frequency is lower. However, if the blocking is adaptively changing, as in the present invention, the coefficients having lower power do not always correspond to low frequency components. Then, the coding efficiency can be improved by changing the scanning sequence or path in accordance with the type of blocking.

Since the present invention is structured as explained above, the following effects can be obtained.

The coding efficiency of transform coding is improved by switching the blocking of an image signal scanned by the interlaced scanning method into an adapted blocking. Moreover, the efficient assignment of information quantity can be realized by variably controlling the quantizing accuracy of transform coefficients correspondingly to the switching of the blocking. In addition, the encoding efficiency can also be improved in transform coding by changing the scanning sequence of the transform coefficients within the block.

Referring now to FIG. 7, a structural diagram of an adaptive field/frame coding system according to another embodiment of the present invention is shown. The system includes an odd field memory 28 for storing local decoded signals of odd fields, an even field memory 29 for storing local decoded signals of even fields, an interpolation section 20 for interpolating a predictive signal with motion compensated from the two fields, and a selector 21 for selecting a predictive signal which gives the optimum prediction from

three signals of the signals predicted from the odd and even fields and the interpolated predictive signal. In FIG. 7, sections 200, 300 and 500 enclosed by a broken line respectively denote motion detecting means, predicting error signal output means and coding means.

FIG. 8 shows a profile of input image signals 201 which are scanned by the interlaced scanning method, wherein the odd and even fields are alternately applied. FIG. 8 shows the fields in the coordinates where time is plotted on the horizontal axis and vertical direction on the vertical axis. In FIG. 8, K1 indicates an odd field of the first frame, while G1, an even field of the first frame. In the same manner, K2 is an odd field of the second frame, while G2, an even field of the second frame.

FIG. 9 is a block diagram of an example of the interpolating section 20. A simple arithmetic mean of the motion compensated prediction signal 204a from the inputted odd fields and the motion compensated prediction signal 204b from the inputted even fields is obtained and is used as an interpolation predictive signal 204c.

The operation will be explained with reference to FIGS. 7, 8 and 9. Motion of the odd fields and even fields of the present frame in relation to the preceding frame is detected in units of blocks including pixels (n×m) in response to the input image signal 201 which is scanned by the interlace scanning method and includes the odd and even fields alternately. The motion of the odd fields between the present and the preceding frames is detected by searching, in the motion detecting section 22, the block which most resembles the currently processed block in the image signal 201 from the blocks adjacent 202a to the position corresponding to the currently encoded object in the already encoded odd fields stored within the odd field memory 28.

As shown in FIG. 10, for example, it is assumed that image H1 exists within one block unit (n×m) in the preceding frame, and the image moves to position H2 from position H1 in the present input image signal. The motion detecting section 22 outputs a motion vector 203 which indicates the block has moved horizontally to 112 from H1. In this case, since motion is not detected in the vertical direction, the motion vector 203 has the value of 0 with regard to vertical direction. The motion in the horizontal and vertical directions thus obtained is outputted as the motion vector 203.

The odd field memory 28 outputs a motion compensated prediction signal 204a corresponding to this motion vector 203. Similarly, compensation for motion of the even fields in the preceding frame is carried out in the motion detecting section 22, by searching the block resembling the currently processed block from the adjacent blocks 202b within the even field memory 29 and outputting the result as the motion vector 203. The motion compensated prediction signal 204b corresponding to this motion vector 203 is outputted from the even field memory 29.

The interpolation processing is carried out in the interpolating section 20 shown in FIG. 9, by using the motion compensated prediction signals 204a and 204b to generate the interpolation predictive signal 204c, signal 204a being generated by motion compensated in accordance with the motion vector 203 and provided from the odd field memory 28, and motion compensated predictive signal 204b being generated by motion compensated in accordance with the motion vector 203 and provided from the second field memory 9. A predictive signal having the minimum error signal power with respect to the currently encoding object block of the input image signal 201 is selected by the selector 21 from among the motion compensated prediction

6,097,759

11

12

signal 204a obtained from the odd field, the motion compensated prediction signal 204b obtained from the even field, and the interpolated motion compensated prediction signal 204c, and then the predictive signal 210 is produced.

FIG. 11 is a diagram showing the operation explained above. It is assumed that the odd field memory 28 shown in FIG. 7 stores an odd field K1 of the preceding (previous) frame, while the even field memory 29 of FIG. 7 stores an even field G1 of the preceding frame. Here, the case where an odd field K2 and an even field G2 are included in the current (present) frame of the input image signal 201 will be discussed. First, when the odd field K2 is inputted, the motion compensated prediction signal 204a from the odd field K1 of the preceding frame stored in the odd field memory 28 is provided to the selector 21. In the same manner, the even field G1 of the preceding frame stored in the even field memory 29 is provided to the selector 21 as the motion compensated prediction signal 204b. Then, the data of K1 and G1 are applied to the interpolating section 20 and tile interpolation processing as shown in FIG. 9 is conducted. Thereafter, such data is supplied to the selector 21 as the motion compensated prediction signal 204c. The selector 21 compares these three kinds of motion compensated prediction signals 204a, 204b, 204c and the input image signal 201 to select the prediction signal which has the minimum error signal power.

In the same manner, the selector 21 is responsive to the even field G2 of the current frame to receive the prediction signal 204a based on the odd field K1 stored in the odd field memory 28, the motion compensated prediction signal 204b based on the even field G1 stored in the even field memory 29, and the motion compensated prediction signal 204c obtained by the interpolation process on the basis of these motion compensated prediction signals 204a, 204b based on both fields, and to select the prediction signal which has the minimum error signal power.

In this embodiment (FIG. 7), the interpolation section is provided to conduct the interpolation processing based on the motion compensated prediction signals 204a, 204b from the odd field memory 28 and even field memory 29 and thereby motion compensated prediction signal 204c is produced. However, it is also possible that the interpolation section 20 is not used as shown in FIG. 12. In this case, the motion compensated prediction signal is generated in the selector 21 on the basis of the preceding odd field K1 stored in the odd field memory 28 and the preceding even field G1 stored in the even field memory 29 and the selector 21 selects the prediction signal minimizing the error signal power in these two kinds of motion compensated prediction signals 204a, 204b.

Further, in the embodiment shown in FIG. 7, the simple arithmetic mean has been used for the interpolation section, but coding ensuring higher prediction efficiency can be realized by utilizing a weighted arithmetic mean taking into consideration field distance, as will be explained hereunder with reference to FIG. 13.

FIG. 13 is a block diagram of an example of the interpolation circuit 20. The motion compensated prediction signal 204a from the odd field is multiplied by a weight α based on the distance to the field to be encoded, and the motion compensated prediction signal 204b from the even field is multiplied by a weight β based on the distance to the field to be encoded. Thereafter, the arithmetic mean of these values is obtained and the output thereof is used as interpolation predictive signal 204c.

The practical value of the weighting by the interpolation section 20 in relation to the embodiment shown in FIG. 13 will be explained with reference to FIG. 11.

As shown in FIG. 11, when T is considered a unit of time for inputting an odd field or an even field, there is a time difference of 2T between odd field K1 and odd field K2. On the other hand, there is a time difference of T between even field G1 and odd field K2. Thus, the weights α and β can be determined by utilizing such time differences. For example, since the odd field K1 has a time distance of 2T, the weight α is set to 1. Also, since even field G1 has a time distance of T from odd field K2, the value of weight can be increased for the field having the lesser time distance by setting the value of β to 2. In the same manner, odd field K1 has a time distance of 3T from even field G2 and even field G1 has a time difference of 2T. Thus, it is possible to give the value of weight which is proportional to the time difference by setting α to 2 and β to 3 for weighting even field G2.

In the embodiment shown in FIG. 13, the weights α and β are determined in the interpolating section on the basis of time distance. However, it is also possible that the Weight a to be given to the odd field is always set, for example, larger or smaller than weight β to be given to the even field regardless of the time distance. Further, in this embodiment, weights α and β used for the odd fields are different from those used for the even fields but the weights for the odd fields may be equal to those for the even fields. In addition, in this embodiment only weights α and β are used, but the weights may be determined in accordance with the other coefficients, for example, a coefficient having a quadratic function or another function having particular characteristics. Moreover, weights α and β do not have to be restricted only to one kind of value; it is possible that several kinds of weights α and β are prepared and selected in accordance with the kind of input signal or the characteristic of input signal.

Another embodiment of the present invention will be explained with reference to FIG. 14.

The embodiment shown in FIG. 14 comprises a blocking selection section 82 for selecting between an individual blocking of a prediction error signal for the odd and even fields and a non-interlace blocking including both odd and even fields; a blocking forming section 83 for conducting the blocking in accordance with the output of the blocking selection section 82; and a blocking decomposing section 84 for decomposing the blocking to form the original field in accordance with the block selection output. Section 400 enclosed by a broken line denotes blocking means and the other sections 200, 300, 500 are similar to those shown in FIG. 7.

FIG. 15 is a block diagram of an example of the blocking selection section 82. The prediction error signal 205 is stored in the odd field memory 31 for the odd field and in the even field memory 32 for the even field. As shown in FIG. 16(a) and 16(b), a block of p=16, q=16 is considered. The individual field blocking section 33 executes the blocking including the pixels of either of the odd or even field within the block of (p pixels×q lines), and these pixels are encoded in a coding section 35. As shown in FIG. 16(c), a non-interlace blocking section 34 executes the blocking of (p pixels×q lines) included in the block by alternately arranging the pixels of both odd and even fields, and these pixels are encoded in a coding circuit 36. The information quantity comparing section 37 compares the quantity of data encoded in the coding section 35 and the coding circuit 36, and outputs a blocking selection signal 211 indicating the blocking having the least amount of information.

FIG. 17 is a block diagram of an example of the blocking forming section 83. The prediction error signal 205 is stored

6,097,759

13

in the odd field memory 41 for the odd field and in the even field memory 42 for the even field. In accordance with the blocking selection signal 211 supplied from the blocking selection section 82, the blocking forming section 43 selects the blocking of the prediction error signals stored in the odd field memory 41 and even field memory 42 from the blocking including pixels of either of the odd or even field within the block of (p pixelsxq lines) and the blocking including pixels of both odd and even fields within the block of (p pixelsxq lines), and then outputs the blocked prediction error signal.

FIG. 18 is a block diagram of an example of the blocking decomposing section 84. The data decoded by a local decoding circuit 25 is applied to the blocking decomposing section 44 in which the blocking is decomposed in accordance with the blocking selection signal 211 from the blocking selecting section 82, and the decomposed block is then stored in the individual field memories 45, 46. The stored data is supplied as a decoded error signal 207.

The operation of this embodiment is explained hereunder.

The prediction error signal 205 obtained by subtracting the prediction signal 210 from an input signal 201 in a difference circuit 23 is sent to the blocking forming section 83 shown in FIG. 17 and to the blocking selection section 82 shown in FIG. 15. The blocking selection section 82 produces the blocking selection signal 211 for selecting the blocking including the pixels of either the odd or even field in the block of (p pixelsxq lines), or the blocking including the pixels of both odd and even fields in the block of (p pixelsxq lines). The blocking forming section 83 conducts individual field blocking or non-interlace blocking in units of (pxq) blocks in accordance with the blocking selection signal 211. The blocked signal is applied to the coding circuit 24. The coding section 24 execute the orthogonal transform and sends the encoded data 206 which is a scalar-quantized transform coefficient to both the local decoding section 25 and the multiplexing section 28.

After the inverse scalar-quantization and inverse orthogonal transform by the local decoding section 25, the data is decomposed into the odd and even fields in the blocking decomposing section shown in FIG. 18 which decomposes the blocking into the fields in accordance with the blocking selection signal 211 in order to obtain the decoded difference signal 207. The local decoded signal 208 obtained by adding a predictive signal 210 to the decoded difference signal 207 in the adder 207 is stored in the first field memory 28 when it is the odd field or in the second field memory 29 when it is the even field, to detect the motion of each field of the next frame.

In this embodiment, a unit of blocks is formed of p=16, q=16, but it is desirable that the values of p and q have the following relationship with the block size nxm used by the motion detecting section 22 as explained in the embodiment shown in FIG. 7:

p=n, q=2m

Since DCT transform is often carried out in the block unit of 8 pixelsx8 lines, the size of 16 pixelsx16 lines combining four block units is selected as the values of p and q in the blocking forming section. In this example, since P=n, n=16 pixels. Also, since q=2m, m=8. Thus, it is desirable that the number of lines be reduced to 8 because the motion detecting section 22 detects motion for both the odd and even fields. Meanwhile, since it is possible to employ the blocking combining the odd field and even field in the blocking forming section, it is desirable to form a block of 16 lines including the odd and even fields.

14

In the embodiment shown in FIG. 14, the blocking has been selected by comparing the quantity of information generated as shownman in FIG. 15, but coding based on the quality of encoding can be realized by selecting the blocking on the basis of the comparison of encoding quality as shown in FIG. 19.

FIG. 19 is a block diagram of an example of the blocking selection section 82. The predicting error signal 205 is stored in the odd field memory 51 for the odd field and in the even field memory 52 for the even field. The individual field blocking section 53 realizes the blocking including the pixels of either the odd field or the even field within the block of (p pixelsxq lines), and the coding/decoding section 55 enables encoding/decoding. At the same time, the non-interlace blocking section 54 realizes the blocking including the pixels of both fields within the block of (p pixelsxq lines), and the coding/decoding circuit 56 enables coding/decoding. The difference between the encoded/decoded data of the individual field blocking and the data just before the encoding is compared with the difference between the encoded/decoded data of the combined field blocking and the data just before the encoding, by the error comparator 59 in order to select the blocking with less errors and to provide an output as the blocking selection signal 211.

In the embodiment shown in FIG. 14, the quantity of generated information has been compared for the selection of the block, while in the embodiment shown in FIG. 19, the encoding errors have been compared. However, encoding with higher efficiency can be realized when conducting encoding utilizing the orthogonal transform, by selecting the blocking on the basis of the comparison of frequency components produced by the difference of blocking as shown in FIG. 20.

FIG. 20 is a block diagram of an example of the blocking selection circuit 82. The predicting error signal 205 is stored in the odd field memory 61 for the odd field and in the even field memory 62 for the even field. The individual field blocking section 63 executes the blocking including the pixels of only either the odd field or even field within the block of (p pixelsxq lines), and a frequency analyzing section 65 such as that shown in FIG. 21 executes the frequency analysis. The non-interlace blocking circuit 64 executes the blocking including pixels of both fields within the block of (p pixelsxq lines), and a frequency analyzing circuit 66 such as that shown in FIG. 21 executes the frequency analysis. The blocking with fewer high-frequency components is selected from the individual field blocking and the combined field blocking to output the blocking selection signal 211.

FIG. 21 is a block diagram of an example of the frequency analyzing sections 65 and 66. The signal obtained by individually blocking the odd and even fields from the individual field blocking circuit 63, and the signal obtained by blocking the pixels of both odd and even fields from the non-interlace blocking section 64, are supplied to sections 65 and 66. These signals are converted to a signal in the frequency domain from a signal in the pixel domain using the orthogonal transform 68. The high-frequency components are extracted from the converted signal in the frequency domain by a high-frequency component selector 69 and the extracted high-frequency components are totaled by a high-frequency component accumulator 70. The accumulated high-frequency components are compared in a high-frequency component comparing section 67 to select the blocking with fewer amount high-frequency components.

FIG. 22 shows an example of the components accumulated by the high-frequency component adder 70 from the

6,097,759

15

orthogonal transformed frequency domain signal. Here, eight components, for example, having the maximum frequency, component in the vertical frequency component, are selected.

In this embodiment, the coding section 24 does not use the selection information of predictive signals or the selection information of blocking, but according to another embodiment shown in FIG. 23, finer control is possible and high encoding quality can be realized by inputting an output of the selector 11 as the selection signal for the predictive signal and the blocking selection signal as the selection signal for the blocking to the coding section 24 and by controlling the encoding characteristic with the selected prediction signal and the information of the selected blocking.

As explained above, the embodiment of FIG. 7 relates to a system for realizing predictive coding of an input image signal obtained by the interlaced scanning method with the motion compensation. The system includes motion detecting means for obtaining, for the odd or even field of the input image signal, the amount of displacement, in order to carry out the individual motion compensated prediction, in units of the block of (n pixelsxm lines) (n and m: positive integer) from both the odd and even fields of the already encoded frame, and the prediction error signal output means for selecting, with a selector 21, the predictive signal indicating the optimum prediction from signals including a first predictive signal 204a obtained by the motion compensation from the odd field, a second predictive signal 204b obtained by the motion compensation from the even field, and a third predictive signal 204c obtained by interpolating the first and second predictive signals in order to obtain the difference from the field of the input signal and output the result as the prediction error signal.

Moreover, the embodiment of FIG. 7 is an adaptive field/frame coding system characterized in that the interpolation means for obtaining the third predictive signal is the simple arithmetic mean of the first predictive signal and the second predictive signal.

Thus, the hardware can be minimized in size and encoding with higher prediction efficiency can be realized by generating an interpolation signal of the predictive signal by simply obtaining the arithmetic mean of both predicted odd and even fields with motion compensation.

Further, the embodiment of FIG. 13 is an adaptive field/frame coding system characterized in that the interpolation means for obtaining the third predictive signal is the weighted arithmetic mean of the first predictive signal and the second predictive signal, also considering the time distance of the field used for the prediction and the field to be encoded.

Thus, encoding ensuring very high prediction efficiency can be realized by generating the interpolation signal from the weighted arithmetic mean of both predicted odd and even fields with the motion compensation, while considering the time distance of the field used for the prediction and the field to be encoded.

The embodiment shown in FIG. 14 is an adaptive field/frame coding system comprising means for enabling encoding by selecting blocking including the pixels of either the odd field or even field within the block of (p pixelsxq lines), or blocking including the pixels of both odd and even fields within the block of (p pixelsxq lines), in order to encode the prediction error signal for the odd and even fields of the input image signal in units of the block of (p pixelsxq lines) (p and q: positive integer).

Moreover, the embodiment shown in FIG. 14 is an adaptive field/frame coding system characterized in that the blocking means for enabling encoding while selecting the blocks comprises selecting means for selecting the blocking with less information for encoding from blocking including

16

the pixels of only one of the odd field and even field within the block of (p pixelsxq lines), and blocking including the pixels of both odd and even fields within the block of (p pixelsxq lines).

The embodiment shown in FIG. 19 is an adaptive field/frame coding system characterized in that the blocking means for enabling encoding while selecting the blocks comprises means for selecting the blocking smith less encoding error from blocking including the pixels of only one of the odd field and even field within the block of (p pixelsxq lines), and blocking including the pixels of both odd and even fields within the block of (p pixelsxq lines).

The embodiment shown in FIG. 20 is an adaptive field/frame coding system characterized in that the blocking means for enabling encoding while selecting the blocks comprises selecting means for selecting the blocking with less high-frequency components included in the signal to be encoded from blocking including the pixels of only one of the odd field and even field within the block of (p pixelsxq lines), and blocking including the pixels of both odd and even fields within the block of (p pixelsxq lines).

In addition, the embodiment shown in FIG. 23 is an adaptive field/frame coding system characterized by enabling encoding while selecting the quantization characteristic of the transform coefficient in accordance with the selected predictive signal and the selected blocking, in the case of employing the orthogonal transformer and carrying out encoding by the quantization of transform coefficient in the coding section for the encoding in units of the block of (p pixelsxq lines).

In the above embodiments, an input image signal 201 is formed of the frame including the odd field and even field. However, the use of the odd field and even field is intended to show only an example, and the field is not restricted to the odd or even field. The present invention can be useful whenever one frame is divided into fields, the odd field and even field being only examples of such fields of a frame. For instance, the present invention can also be applied to a case of storing data by dividing the frame into two fields every two lines by, for example defining the first field as the 1st and 2nd lines and the second field as the 3rd and 4th lines, and defining the first field as the 5th and 6th lines and the second field as the 7th line and 8th line. etc. Moreover, in addition to dividing a frame into two kinds of fields, such as the odd field and the even field or the first field and the second field, the present invention can also be applied to the case of dividing a frame into more than two fields, for example, three or four kinds of fields. In such a case, the number of field memories corresponds to the number of kinds of fields, and the processing explained above is carried out for each field.

In the above embodiments, the blocking selection section selects the blocking from two kinds of blocking, including the blocking of the pixels of only one of the odd field and even field and the blocking of the pixels of both odd and even fields. However, the blocking may include various combinations when two or more fields are prepared in addition to the odd and even fields. The blocks shown in FIGS. 16(a), (b), (c) are only examples and various block forming methods may be used to form the block other than the blocks of FIG. 16.

In the above embodiments, the blocking means shown in FIG. 14 is used with the prediction error signal output means and motion detecting means. Even if the sections other than the blocking means 400 are replaced with conventional means, the 8th and 9th aspects explained above can be provided.

According to the 6th and 7th aspect explained above, a stable encoded image with high efficiency can be obtained by individually searching the motion from each field of the already encoded frame to predict each field and by conduct-

6,097,759

17

18

ing adaptive prediction from the searched motion compensated predictive signals (and interpolation signals). In addition, according to the 8th and 9th aspects explained above, a stable encoded image with high efficiency can also be obtained by adaptively selecting the encoding from the blocking of the pixels of only one of the fields of the frame to be encoded, and the encoding after conducting the blocking of the pixels of the respective fields when encoding the prediction error signal.

What is claimed is:

1. A video signal encoder for encoding a first motion video signal representative of sequential video images including first and second video images into a second motion video signal comprising:

a predictive error signal generator for generating a predictive error signal representative of the error in the second video image based on a prediction formed at least in part from the first video image;

a coder for transform coding the predictive error signal to produce a coded predictive error signal, said coder varying the scanning sequence of the transform coefficients thereof;

a local decoder detecting the scanning sequence of transform coefficients used in transform coding, and decoding the transform coefficients of the coded predictive error signal to produce information representative of the first motion video signal including the first video image;

a combiner, operatively connected to said local decoder, and combining the predictive error signal with a predictive signal;

an image data memory, operatively connected to said combiner, for storing information representative of the first video image as image data;

a predictive signal generator, operatively connected to said image data memory, and supplying the predictive signal from the image data stored in said image data memory to said predictive error signal generator and said combiner;

wherein a signal representative of the second video image of the first motion video signal is assembled from the predictive error signal developed from a difference between the first video image and the second video image;

wherein the coded predictive error signal from said coder is output as the second motion video signal.

2. The encoder of claim 1 wherein said coder varies the scanning sequence used in transform coding based on encoding efficiency.

3. The encoder of claim 1 wherein:

said predictive error signal generator includes a subtracter, operatively connected to said predictive signal generator, and subtracting the predictive signal from a signal representative of the second video image of the first motion video signal to form the predictive error signal; and

a block former, operatively connected to said subtracter, and forming the predictive error signal into blocks;

said coder being operatively connected to said block former, and encoding the blocked predictive error signal to form the coded predictive error signal.

4. A video signal conversion system for converting between a first motion video signal representative of sequential video images including first and second video images and a second motion video signal comprising:

a decoder detecting the scanning sequence of transform coefficients used in transform coding, and decoding the transform coefficients to produce information representative of the first and second video images;

an image data memory for storing information representative of the first video image as image data;

a predictive signal generator, operatively connected to said image data memory, and supplying a predictive signal from the image data stored in said image data memory;

wherein a signal representative of the second video image is assembled from a predictive error signal output from said decoder and developed from a difference between the first video image and the second video image; and

a combiner, operatively connected to said image data memory, and combining the signal representative of the second video image with the predictive signal produced by said predictive signal generator.

5. The video signal conversion system of claim 4 wherein the scanning sequence used in transform coding the transform coefficients is determined based on coding efficiency.

6. The video signal conversion system of claim 4 wherein the conversion system converts from the first motion video signal to the second motion video signal.

7. The video signal conversion system of claim 4 wherein said image data memory stores said image data and said predictive signal generator supplies plural predictive signals from the image data, said predictive signal generator including,

an interpolator, operatively connected to said image data memory, interpolating at least some of the plurality of predictive signals and generating an interpolated predictive signal which is different from any of the plurality of predictive signals supplied by said predictive signal generator, and

a selector, receiving the plural predictive signals and the interpolated predictive signal, and selecting a predictive signal from the plurality of predictive signals and the interpolated predictive signal.

8. The video signal conversion system of claim 7 wherein said combiner includes an adder, said adder adding the predictive error signal and the interpolated signal produced by said interpolator and supplying the output thereof to said image data memory.

9. The video signal conversion system of claim 7 further comprising:

a subtracter, operatively connected to said selector, and subtracting one of the plural predictive signals including the interpolative predictive signal from a signal representative of the second video image of the first motion video signal to form the predictive error signal; and

an encoder, operatively connected to said subtracter, and encoding the predictive error signal to form an encoded predictive error signal, wherein said encoder varies the scanning sequence used in transform coding the transform coefficients;

said decoder being operatively connected to said encoder, for decoding the encoded predictive error signal for supply to said combiner.

10. The video signal conversion system of claim 7 wherein the interpolator produces the interpolated predictive signal by computing the arithmetic mean of at least some of the plural predictive signals.

* * * * *

# Exhibit 9

US005654706A

# United States Patent [19]

## Jeong

[11] Patent Number: 5,654,706

[45] Date of Patent: *Aug. 5, 1997

[54] SYSTEM FOR VARIABLE LENGTH DECODING DIGITAL TRANSMISSION DATA WHICH HAS BEEN COMPRESSED BY SELECTING A SCANNING PATTERN

[75] Inventor: Jechang Jeong, Seoul, Rep. of Korea

[73] Assignee: Samsung Electronics Co., Ltd., Kyungki-do, Rep. of Korea

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,602,549.

[21] Appl. No.: 768,468

[22] Filed: Dec. 18, 1996

### Related U.S. Application Data

[63] Continuation of Ser. No. 532,987, Sep. 22, 1995, Pat. No. 5,602,549, which is a continuation of Ser. No. 95,468, Jul. 23, 1993, Pat. No. 5,497,153.

[30]     Foreign Application Priority Data

Jul. 23, 1992 [KR]   Rep. of Korea ............... 92-13171

[51] Int. Cl.6 ........................................ H03M 7/40
[52] U.S. Cl. ........................... 341/67; 348/408
[58] Field of Search ................. 341/67; 348/404

[56]          References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,754,336 | 6/1988 | Nishizawa | 348/415 |
| 4,821,119 | 4/1989 | Gharavi | 348/402 |
| 4,908,862 | 3/1990 | Kaneko et al. | 348/409 |
| 4,972,260 | 11/1990 | Fujikawa . | |
| 5,021,891 | 6/1991 | Lee . | |
| 5,134,396 | 7/1992 | Sirat et al. | 341/51 |
| 5,227,878 | 7/1993 | Puri et al. | 348/416 |
| 5,367,629 | 11/1994 | Chu et al. | 348/403 |
| 5,424,778 | 6/1995 | Sugiyama | 348/403 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0301712 | 2/1989 | European Pat. Off. . |
| 62-145988 | 6/1987 | Japan . |
| 3 266564 | 11/1991 | Japan . |

#### OTHER PUBLICATIONS

Mutsima Ohta, et al., "A Comparison of Various Entropy Coding Methods for MCT/DCT Hybrid Coding", Mar. 19, 1987, pp. 17–24.

*Primary Examiner*—Howard L. Williams
*Attorney, Agent, or Firm*—Sughrue, Mion, Zinn, Macpeak & Seas

[57]          ABSTRACT

A system for variable-length-coding and variable-length-decoding digital data divided into a block unit of a predetermined size which includes variable-length-coding each block data according to various scanning patterns, accumulating the various lengths of variable-length-coded data, selecting a scanning pattern corresponding to a minimum accumulated length, transmitting the variable-length-coded data according to the selected scanning pattern and scanning the transmitted data according to the same scanning pattern as applied to variable-length-coding process, thereby the scanned data being variable-length-decoded. As a result, data compression can be improved efficiently by means of utilizing an optimized scanning pattern for variable-length-coding and variable-length-decoding of the block data.

45 Claims, 4 Drawing Sheets



FIG . 1 (PRIOR ART)



FIG . 2 (PRIOR ART)



FIG .3A        FIG .3B        FIG .3C
(PRIOR ART)    (PRIOR ART)    (PRIOR ART)



8×8 BLOCK DATA    8×8 QUANTIZATION    [RUN-LEVEL] CODING
                  COEFFICIENTS        WITH ZIGZAG
                                      SCANNING PATTERN

FIG .4 (PRIOR ART)





FIG. 5

FIG . 6



FIG . 7A          FIG . 7B          FIG . 7C

5,654,706

1

# SYSTEM FOR VARIABLE LENGTH DECODING DIGITAL TRANSMISSION DATA WHICH HAS BEEN COMPRESSED BY SELECTING A SCANNING PATTERN

This is a continuation of application Ser. No. 08/532,987 filed Sep. 22, 1995, now U.S. Pat. No. 5,602,549 which is a Continuation Application of prior application Ser. No. 08/095,468, Jul. 15, 1993, now U.S. Pat. No. 5,497,153.

## FIELD OF THE INVENTION

The present invention relates to a system for coding and decoding digital data, and more particularly to a coding and decoding system for variable-length-coding the digital data of a predetermined size with an optimized scanning pattern among various scanning patterns and decoding the variable-length-coded data, thereby improving further a compression of transmission data. The present disclosure is based on the disclosure of Korean Patent Application No. 92-13171 filed Jul. 23, 1992, which disclosure is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Recently, a method for coding a video and audio signal into digital data so as to be transmitted or stored in a storing unit, and decoding the coded digital data so as to be reproduced has been used in a system for transmitting and receiving a video and audio signal. However, there is needed a technique for compressing further the quantity of transmission data so as to optimize a transmission efficiency of data in such a coding and decoding system. There have been a transformation coding method, a Differential Pulse Code Modulation (DPCM) method, a vector quantization method and a variable-length-coding method, etc., as methods for coding such transmitted or stored digital data. The coding methods compress a total quantity of data, by removing redundancy data which is included in the transmitted or stored digital data.

The video data of each frame is divided into a block unit of a predetermined size and data-processed in a coding and decoding system for transmitting and receiving the video signal. Each block data or differential data between block data is orthogonal-transformed, so that the video data is transformed into transformation coefficients in the frequency domain. There have been a Discrete Cosine Transform (DCT), a Walsh-Hadamard Transform (WHT), a Discrete Fourier Transform (DFT) and a Discrete Sine Transform (DST), etc., as block data transformation methods. The transformation coefficients obtained by such transformation methods are coded properly according to the characteristic of coefficient data, so that compressed data is gained or increased. Since one's sight is more sensitive to the low frequency than the high frequency, the data in the high frequency is reduced under data-processing. Accordingly, the quantity of the coded data can be decreased.

FIG. 1 represents a schematic block diagram of a conventional coding apparatus of a video data. First, an input terminal 10 is input with N×N blocks (which is generally represented as $N_1 \times N_2$, and which for the convenience of explanation, is assumed as $N_1 = N_2 = N$). The block data input through the input terminal 10 is added to a predetermined feedback data in a first adder A1, thereby calculating differential data between the two data (i.e., between the input data and the feedback data). An orthogonal transformer 11 discrete-cosine-transforms input differential data, thereby

2

causing the differential data to be transformed into coefficients in the frequency domain. A quantizer 12 changes coefficients transformed through a predetermined quantizing process into representative values of various levels. Then, the quantizer 12 variably quantizes the output data from the orthogonal transformer 11 according to a quantization level (Q) input from a buffer 14. A variable length coder 13 variable-length-codes the block data taking statistical characteristics of the quantization coefficients into consideration, thereby transmitting Compressed data ($V_{CD}$). A variable-length-coding procedure with respect to the video data will be described hereinafter. The buffer 14 is input with a compression data from the variable length coder 13 and outputs the data to a transmission channel at a constant speed. Then, the quantization level (Q) is output for controlling the quantity of input data, so as to prevent an overflow or an underflow in transmission data.

Generally, there are similar patterns between adjacent frames in the video data. Accordingly, in case of slight movement of an image, the motion of the image is estimated by comparing a present frame with previous frames. A motion vector (MV) is calculated as a result of the motion estimation. A motion compensation is achieved from previous frames with a motion vector. The quantity of differential data between block data obtained from motion compensation and block data input to the input terminal 10 is very small, so that the data can be further compressed in the above coding process. A feedback loop for performing the motion estimation and motion compensation includes a dequantizer 15, an inverse orthogonal-transformer 16, a frame memory 17, a motion estimator 18 and a motion compensator 19. The dequantizer 15 and inverse orthogonal-transformer 16 dequantizes and inversely discrete-cosine-transforms the quantization coefficients output from the quantizer 12, and transforms them into video data in the spatial domain. A second adder A2 adds the video data output from the inverse orthogonal-transformer 16 to the feedback data input via a second switch SW2, thereby outputting a resultant block data. The block data output from the second adder A2 is sequentially stored in the frame memory 17, thereby reconstructing a frame. A motion estimator 18 catches the block data, which is the most similar data in pattern with the block data input via the input terminal 10, from the frame data stored in the frame memory 17, and calculates the motion vector MV for estimating the motion of images from the two block data. The motion vector MV is transmitted to a receiver and the motion compensator 19, in order to be used in a decoding system. The motion compensator 19 reads out the block data corresponding to the motion vector MV from the frame data in the frame memory 17, and inputs the read data to the first adder A1. As described above, the first adder A1 calculates a differential data between the block data input from the input terminal 10 and the block data input from the motion compensator 19, then the differential data is coded, and the coded data is transmitted to the receiver. Moreover, the two switches SW1 and SW2 in FIG. 1 are refresh switches for refreshing the data in the unit of a frame or block of a predetermined size, in order to prevent the difference between coded data of frames and unprocessed data of frames due to the accumulation of the differential data. The coded video data ($V_{CD}$) is transmitted to the receiver and input to a decoder such as is shown in FIG. 2. A variable length decoder 21 decodes the input video data ($V_{CD}$) via an inverse process of variable-length-coding. A dequantizer 22 decodes quantization coefficients input from the variable length decoder 21, thereby outputting transformation coef-

5,654,706

| 3 | 4 |

ficients in the frequency domain. An inverse orthogonal-transformer 23 transforms the transformation coefficients in the frequency domain, which are input from the quantizer 22, into the video data in the spatial domain. The motion vector MV output from the motion estimator 18 of the coder is input to a motion compensator 24 of the decoder. The motion compensator 24 reads out the block data corresponding to the motion vector MV from the frame data stored in a frame memory 24, and inputs the read data to an adder A. The adder A adds the differential data output from the inverse orthogonal-transformer 23 to the block data input from the motion compensator 24, thereby outputting resultant reconstructed block data. A switch SW connected to an output terminal of the motion compensator 24 plays the same role with the refresh switches as the above described coder in FIG. 1.

There has been used a Huffman Code for variable-length-coding in a conventional coding system. Huffman Coding allocates different codes in length according to a probability of a predetermined symbol in the input data. That is, the higher the probability is, the shorter a code is allocated, and the lower the probability is, the longer a code is allocated. In coding by means of Huffman algorithm, in the case where there are multiforms of symbols in abundance, and numbers of symbols have low probabilities, when long codes are allocated for a plurality of rare symbols by the Huffman algorithm, data-processing comes to be further complicated in the process of coding and decoding. In order to solve these problems, in the case that a code with a predetermined fixed length is allocated for a distribution area of a plurality of rare symbols (which is hereinafter assumed as an escape area), the complexity of the data-processing is greatly reduced, even if an average code length can be increased more than an average value of original Huffman codes.

FIG. 3A shows a two-dimensional 8×8 block of data, FIG. 3B shows a two-dimensional 8×8 block of quantization coefficients which transform the block data into data in the frequency domain and quantize the transformed data, and FIG. 3C shows the zigzag scan of the quantization coefficients from low frequency to high frequency, and codes the scanned coefficients into [run-level] symbols, considering that most quantization coefficients are "0" in the low frequency domain. The run means the number of 0's being between coefficients not "0", the level represent absolute values of coefficients not "0". In the case of the 8×8 data of FIGS. 3A–3C, the run can have values from "0" to "63". In the case that the quantization output is an integer value from "−255" to "255" the level is a value from "1" to "255" and the sign is separately indicated.

FIG. 4 shows an escape area and a regular area classified according to probabilities of [run level] symbols. A probability of symbols with a large value of run and/or level in [run level] symbols is very low statistically. A distribution area of symbols with a low probability, is allocated as an escape area, in which the symbols are represented by an escape sequence of fixed length, and a regular Huffman code is allocated for the other area (regular area). For example, in the case of 8×8 block data, the escape sequence consists of 6-bit escape symbols, 6-bit runs for representing from "0" to "63", 8-bit levels for showing from "1" to "255" and a sign bit of 1-bit. Accordingly, the escape sequence has the fixed length of 21 bits.

A conventional variable-length-coding system has utilized a zigzag scanning pattern (described in FIGS. 3A–3C) for N×N quantization coefficients in variable-length-coding the video data, because energies of the video signal are concentrated at the low frequency domain centering around

DC components. However, the energy of the video signal can be more widely distributed to frequency components of a horizontal orientation or a vertical orientation according to the pattern of the video signal. Therefore, a conventional zigzag scanning pattern is not an optimized scanning pattern for variable-length-coding the video data. Accordingly, the scanning pattern which can be adaptably changed to a horizontal orientation or a vertical orientation according to the distribution characteristics of the video data, are desirable for variable-length-coding and variable-length-decoding.

SUMMARY OF THE INVENTION

Therefore, to solve the above problems, it is one object of the present invention to provide a variable-length-coding system which adopts an optimized scanning pattern in accordance with data distribution characteristics for every block data and variable-length-codes every block data, in variable-length-coding the digital data which are partitioned into blocks of a predetermined size.

It is another object of the present invention to provide a variable-length-decoding system which variable-length-decodes a corresponding block data according to the same optimized scanning pattern as selected in the process of variable-length-coding for every block data.

The one object of the present invention, in a method for variable-length-coding the digital data which are divided into the block unit of a predetermined size, is achieved by the following steps. The method comprises the steps of scanning the block data according to various scanning patterns, and coding the scanned data to [run level] symbols in accordance with each of the scanning patterns; variable-length-coding respectively diverse [run level] symbols coded according to the various scanning patterns; accumulating separately the various lengths of data which are variable-length-coded at the variable-length-coding steps according to the various scanning patterns; selecting a scanning pattern corresponding to a minimum value among accumulated values of lengths of variable-length-coded data obtained at the accumulating steps according to the various scanning patterns; and selecting as transmission data, that data which is variable-length-coded during the variable-length-coding step according to the scanning pattern selected at the selecting step.

Another object of the present invention, in a method for variable-length-decoding the data which are variable-length-coded in a block unit of a predetermined size, is achieved by the following steps. The method comprises the steps of inputting variable-length-coded data by means of the above variable-length-coding method and scanning pattern data corresponding to the selected scanning pattern; variable-length-decoding the input variable-length-coded data; outputting a predetermined scan address corresponding to the input scanning pattern data; decoding variable-length-decoded [run level] symbols at variable-length-decoding step according to the scan address, thereby transforming the symbols into predetermined coefficients.

BRIEF DESCRIPTION OF THE DRAWINGS

The objects and features of the present invention will become more apparent from the consideration of the following detailed description taken in conjunction with the accompanying drawings in which:

FIG. 1 is a block diagram showing an embodiment of a conventional coder.

FIG. 2 is a block diagram showing an embodiment of a conventional decoder.

5,654,706

| 5 | 6 |

FIGS. 3A–3C are diagrams for explaining a conventional scanning pattern and a coding process.

FIG. 4 is a diagram for explaining a distribution state of variable-length-coded data.

FIG. 5 is a block diagram showing an embodiment of a variable-length-coder in accordance with the present invention.

FIG. 6 is a block diagram showing an embodiment of a variable length decoder in accordance with the present invention.

FIGS. 7A–7C are diagrams for explaining the scanning patterns in the apparatus of FIGS. 5 and 6.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The preferred embodiment of the present invention will be described below with reference to the accompanying drawings.

FIG. 5 shows a variable length coder in accordance with an embodiment of the present invention. The coder of FIG. 5 comprises $N$ coefficient storing units (CM1-$CM_N$) for respectively storing the quantization coefficients of quantized block data; $N$ scan address output units ($SAG_1$-$SAG_N$) for inputting different scan addresses to each of the coefficient storing units; $N$ [run level] coders ($CD_1$-$CD_N$) for [run level] coding coefficients in each of the coefficient storing units according to respective scanning patterns; $N$ variable length coders ($VLC_1$-$VLC_N$) for variable-length-coding [run level] symbols output from each of the [run-level] coders according to a variable-length-coding map; $N$ buffers ($BF_1$-$BF_N$) for storing the variable-length-coding data of each of the variable length coders; $N$ accumulators ($ACCM_1$-$ACCM_N$) for separately accumulating the lengths of variable-length coded data output from each of the variable length coders; a minimum selector 52 for selecting a minimum value among accumulated lengths in $N$ accumulators; and a selecting switch 54 for selecting and transmitting the buffer output of variable-length coding channels selected in the minimum selector.

First, the quantization coefficients which are quantized in a block unit of a predetermined size, are stored in each of the $N$ coefficient storing units (CM1-$CM_N$). The first, second, and $N$ coefficient storing units are respectively input the first, second, and $N$ scan addresses which are separately output from the first, second, and $N$ scan address output units. Described below is a coding channel for the first coefficient storing unit ($CM_1$) among $N$ coefficient storing units which are scanned by each of the $N$ scan addresses.

The quantization coefficients stored in the first coefficient storing unit ($CM_1$) are scanned toward a predetermined scanning orientation by the first scan address, and coded to a [run level] symbol in the first [run level] coder ($CD_1$). The first variable length coder ($VLC_1$) variable-length-codes the [run-level] symbol input from the first [run level] coder ($CD_1$) according to a predetermined variable-length-coding map, and respectively outputs variable-length-coded data ($D_{VLC}$) and the length of the variable-length-coded data ($L_{VLC}$). The variable-length-coded data ($D_{VLC}$) output from the first variable length coder ($VLC_1$) is stored in the first buffer ($BF_1$), and the length of the variable-length-coded data ($L_{VLC}$) is input and accumulated to the first accumulator ($ACCM_1$) which accumulates the lengths of code that are coded by the first unit ($VLC_1$). The first accumulator ($ACCM_1$) consists of an adder (AI) and an accumulated length storing unit ($LM_1$). The length of the variable-length-coded data ($L_{VLC}$) which is input from the first variable

length coder ($VLC_1$) is added to accumulated lengths which are feedback from the first accumulated length storing unit ($LM_1$) in the adder (AI). The first accumulated length storing unit ($LM_1$) restores an update accumulated length output from the adder (AI). A series of such coding channels are applied to the quantization coefficients of the second, third, and $N$ coefficient storing units (CM$_2$, CM$_3$, CM$_N$). However, patterns for scanning the quantization coefficients in a block unit which are respectively stored in $N$ coefficient storing units, are different from each other. FIG. 7 shows an embodiment of each other's different scanning patterns. A scanning pattern of FIG. 7A has a scanning orientation of 0 degrees, FIG. 7B shows a scanning pattern having a scanning orientation of 30 degrees, and FIG. 7C is a scanning pattern having a scanning orientation of 45 degrees. In channels of variable-length-coding with various scanning patterns, $N$ accumulators ($ACCM_1$-$ACCM_N$) respectively provide the accumulated length data stored in each of the accumulated length storing units, to $N$ input terminals of the minimum selector 52 for a minimum value of accumulated lengths. Each of the output terminals of $N$ buffers ($BF_1$-$BF_N$), which stores the variable-length-coded data according to $N$ types of scanning patterns, are separately connected to $N$ input terminals of the selecting switch 54. The minimum selector 52 selects a minimum value among the accumulated length data input from each of the $N$ accumulated length storing units ($LM_1$-$LM_N$). The minimum selector 52 outputs a scanning pattern data ($D_{SCAN}$) which represents scanning patterns of variable-length-coding channels with a selected minimum value of accumulated lengths, and provides a predetermined selecting control signal (SEL) corresponding to the selected minimum value of accumulated lengths to the selecting switch 54. The selecting switch 54 selects and outputs a variable-length-coded data ($D_{VLC}$) with the minimum value of accumulated lengths among the input data which are respectively input to $N$ input terminals.

Whenever a minimum value is selected, that is, the variable-length-coding of every block data is completed, the minimum selector 52 generates a reset signal (RST), thereby resetting the $N$ buffers ($BF_1$-$BF_N$) and the $N$ accumulated length storing units ($LM_1$-$LM_N$). The variable-length-coded data ($D_{VLC}$) and the scanning pattern data ($D_{SCAN}$), which are output from the variable length coder, are transmitted to the receiver and supplied to a decoder.

FIG. 6 shows an embodiment of a variable length decoder in accordance with the present invention. Referring to FIG. 6, the input variable-length-coded data ($D_{VLC}$) are input to a variable length decoder 61 are transformed to the [run level] symbol according to a variable-length-decoding map. Moreover, the scanning pattern data ($D_{SCAN}$) transmitted from the coder are input to a scanning pattern selector 62 which stores each of the scanning addresses corresponding to various scanning patterns (1, $N$ scans). The scanning pattern selector 62 selects and outputs scan addresses ($ADDR_S$) corresponding to the input scanning pattern data ($D_{SCAN}$). A run level decoder 63 transforms the [run level] symbols input from the variable length decoder 61 into a two-dimensional array of quantization coefficients according to the scan addresses ($ADD_S$) input from the scanning pattern selector 62. Then, the quantization coefficients are provided to a dequantizer.

As described above, the variable-length-coding system in accordance with the present invention variable-length-codes every block data according to diverse scanning patterns, and then transmits both a scanning pattern which minimizes the length of variable-length-coded data and variable-length-coded data according to the scanning pattern. At that time,

5,654,706

7

the variable-length-decoding system in accordance with the present invention variable-length-decodes the transmitted variable-length-coded data according to the same scanning pattern as utilized in the process of variable-length-coding. As a result, the system for variable-length-coding and variable-length-decoding can further compress the transmission data.

While the present invention has been illustrated and described in connection with two-dimensional data, the present invention can be applied to a coding and decoding system which utilizes multi-dimensional data.

What is claimed is:

1. A method of decoding data, comprising the steps of:
transforming variable length coded data into symbol data;
converting said symbol data into quantization coefficients by run level decoding said symbol data; and
scanning said quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data.

2. The method of decoding data according to claim 1, wherein the step of scanning comprises transforming said quantization coefficients into two-dimensional quantization coefficients.

3. The method of decoding data according to claim 2, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

4. The method of decoding data according to claim 1, further comprising the step of dequantizing said quantization coefficients after said scanning step.

5. The method of decoding data according to claim 1, wherein said scan pattern data indicates one of a plurality of scanning patterns including a zigzag scanning pattern and another scanning pattern.

6. The method of decoding data according to claim 5, wherein said another scanning pattern is an alternate scanning pattern.

7. A decoding apparatus comprising:
a variable length decoder for transforming variable length coded data into symbol data; and
a run level decoder for converting said symbol data into quantization coefficients and for scanning said quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data.

8. The decoding apparatus as recited in claim 7, wherein said run level decoder transforms said quantization coefficients into two-dimensional quantization coefficients when scanning said quantization coefficients.

9. The method of decoding data according to claim 8, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

10. The decoding apparatus as recited in claim 7, further comprising:
a dequantizer for dequantizing said coefficients after said coefficients are scanned.

11. The decoding apparatus as recited in claim 7, further comprising:
a storage device for storing a plurality of scanning patterns; and
means for outputting a scanning order in accordance with said specific scanning pattern among said plurality of scanning patterns.

8

12. The decoding apparatus as recited in claim 11, wherein said plurality of scanning patterns includes a zigzag scanning pattern and an alternate scanning pattern.

13. A decoding apparatus comprising:
means for transforming variable length coded data into symbol data;
means for converting said symbol data into quantization coefficients by run level decoding said symbol data; and
means for scanning said quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data.

14. The decoding apparatus as recited in claim 13, wherein said means for scanning said quantization coefficients transforms said quantization coefficients into two-dimensional quantization coefficients.

15. The method of decoding data according to claim 14, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

16. The decoding apparatus as recited in claim 13, further comprising:
means for dequantizing said quantization coefficients after said quantization coefficients are scanned.

17. The decoding apparatus as recited in claim 13, further comprising:
a storage means for storing a plurality of scanning patterns; and
means for outputting a scanning order in accordance with said specific scanning pattern among said plurality of scanning patterns.

18. The decoding apparatus as recited in claim 17, wherein said plurality of scanning patterns includes a zigzag scanning pattern and an alternate scanning pattern.

19. A method of decoding data, comprising the steps of:
transforming variable length coded data into symbol data by variable length decoding said data, said symbol data having a run value and a level value; and
transforming quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data, wherein the values of said quantization coefficients are determined in accordance with said run value and said level value of said symbol data.

20. The method of decoding data according to claim 19, wherein said transforming step is accomplished with a run level decoder.

21. The method of decoding data according to claim 19, wherein said transformed quantization coefficients are two-dimensional quantization coefficients.

22. The method of decoding data according to claim 21, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

23. The method of decoding data according to claim 19, further comprising the step of dequantizing said quantization coefficients after said transforming step.

24. The method of decoding data according to claim 19, wherein said scan pattern data indicates one of a plurality of scanning patterns including a zigzag scanning pattern and another scanning pattern.

5,654,706

9

25. The method of decoding data according to claim 24, wherein said another scanning pattern is an alternate scanning pattern.

26. A method of decoding data, comprising the steps of;

transforming variable length coded data into symbol data by variable length decoding said data, each of said symbol data having a run value and a level value; and

transforming quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data;

wherein the value of each of said quantization coefficient is determined in accordance with said run value and said level of said symbol data.

27. A method of decoding data, comprising the steps of:

transforming variable length coded data into symbol data by variable length decoding said data, each of said symbol data having a run value and a level value;

determining quantization coefficients in accordance with said run value and said level value; and

transforming quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data.

28. A decoding apparatus comprising:

a variable length decoder for transforming variable length coded data into symbol data, said symbol data having a run value and a level value; and

a transforming device for transforming quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data, wherein the values of said quantization coefficients are determined in accordance with said run value and said level value of said symbol data.

29. The decoding apparatus as recited in claim 28, wherein said transforming device transforms said quantization coefficients into two-dimensional quantization coefficients.

30. The method of decoding data according to claim 29, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

31. The decoding apparatus as recited in claim 28, further comprising:

a dequantizer for dequantizing said coefficients after said coefficients are transformed.

32. The decoding apparatus as recited in claim 28, further comprising:

a storage device for storing a plurality of scanning patterns; and

means for outputting a scanning order in accordance with said specific scanning pattern among said plurality of scanning patterns.

33. The decoding apparatus as recited in claim 32, wherein said plurality of scanning patterns includes a zigzag scanning pattern and an alternate scanning pattern.

10

34. A decoding apparatus comprising:

means for transforming variable length coded data into symbol data, said symbol data having a run value and a level value; and

means for transforming quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data, wherein the values of said quantization coefficients are determined in accordance with said run value and said level value of said symbol data.

35. The decoding apparatus as recited in claim 34, wherein said transformed quantization coefficients are two-dimensional quantization coefficients.

36. The method of decoding data according to claim 35, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

37. The decoding apparatus as recited in claim 34, further comprising:

means for dequantizing said coefficients after said coefficients are transformed.

38. The decoding apparatus as recited in claim 34, further comprising:

means for storing a plurality of scanning patterns; and

means for outputting a scanning order in accordance with said specific scanning pattern among said plurality of scanning patterns.

39. The decoding apparatus as recited in claim 38, wherein said plurality of scanning patterns includes a zigzag scanning pattern and an alternate scanning pattern.

40. A method of decoding data, comprising the steps of:

converting variable length coded data into symbol data;

transforming said symbol data into quantization coefficients by run level decoding said symbol data; and

scanning said quantization coefficients in accordance with a specific scanning pattern selected from a plurality of scanning patterns in response to scan pattern data.

41. The method of decoding data according to claim 40, wherein the step of scanning comprises transforming said quantization coefficients into two-dimensional quantization coefficients.

42. The method of decoding data according to claim 41, wherein said two-dimensional quantization coefficients are quantization coefficients stored at memory locations based on said specific scanning pattern such that said quantization coefficients stored at said memory locations correspond to a two-dimensional array of said quantization coefficients.

43. The method of decoding data according to claim 40, further comprising the step of dequantizing said quantization coefficients after said scanning step.

44. The method of decoding data according to claim 40, wherein said scan pattern data indicates one of a plurality of scanning patterns including a zigzag scanning pattern and another scanning pattern.

45. The method of decoding data according to claim 44, wherein said another scanning pattern is an alternate scanning pattern.

* * * * *

# Exhibit 10

US006680975B1

(12) **United States Patent**                         (10) Patent No.:     **US 6,680,975 B1**
    Jeong et al.                                        (45) Date of Patent:     *Jan. 20, 2004

(54) **SIGNAL ENCODING AND DECODING SYSTEM AND METHOD**

(75) Inventors: **Je-Chang Jeong**, Seoul (KR); **Hen-Hee Mun**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Kyonggi-Do (KR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 376 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/703,649**

(22) Filed: **Nov. 2, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/024,305, filed on Mar. 1, 1993, now Pat. No. 6,263,026.

(30) **Foreign Application Priority Data**

Feb. 29, 1992 (KR) .............................................. 92-3398

(51) Int. Cl.[7] .................................................. H04N 7/12
(52) U.S. Cl. .............................................. 375/240.23
(58) Field of Search .................... 375/240.23, 240.24, 375/240.25, 240.26, 240.62, 246, 253; 348/400.1, 423.1; 382/245–246

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,144,547 A | 3/1979 | Stoffel | 358/133 |
| 4,754,336 A | 6/1988 | Nishizawa | 358/133 |
| 4,821,119 A | 4/1989 | Gharavi | 348/402 |
| 4,985,766 A | 1/1991 | Morrison et al. | 358/136 |
| 5,045,938 A | 9/1991 | Sugiyama | 358/133 |
| 5,057,917 A | 10/1991 | Shalkauser et al. | 358/135 |
| 5,073,820 A | 12/1991 | Nakagawa et al. | 358/133 |
| 5,107,345 A | 4/1992 | Lee | 358/136 |
| 5,136,371 A | 8/1992 | Savatier et al. | 358/135 |
| 5,218,435 A * | 6/1993 | Lim et al. | 375/240.16 |
| 5,227,878 A | 7/1993 | Puri et al. | 348/416 |
| 5,253,055 A * | 10/1993 | Civanlar et al. | 375/240.24 |
| 5,260,781 A * | 11/1993 | Soloff et al. | 375/240.11 |
| 5,276,525 A * | 1/1994 | Gharavi | 382/245 |
| 5,321,776 A | 6/1994 | Shapiro | 382/240 |
| 5,414,780 A * | 5/1995 | Carnahan | 382/276 |
| 5,757,973 A * | 5/1998 | Wilkinson et al. | 382/246 |

* cited by examiner

*Primary Examiner*—Vu Le
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57) **ABSTRACT**

A multi-scanner scans a signal according to several different patterns. A scanning pattern selector determines which scanning pattern produced the most efficient coding result, for example, for runlength coding, and outputs a coded signal, coded most efficiently, and a selection signal which identifies the scanning pattern found to be most efficient.

**93 Claims, 4 Drawing Sheets**





Fig. 1
PRIOR ART



Fig. 2

























FIGURE 4

US 6,680,975 B1

1

## SIGNAL ENCODING AND DECODING SYSTEM AND METHOD

This is a Continuation of application Ser. No. 08/024,305 filed Mar. 1, 1993 now U.S. Pat. No. 6,263,026, the disclosure of which is incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to a signal compressing system. A system according to the present invention is particularly suited for compressing image signals. The present disclosure is based on the disclosure in Korean Patent Application No. 92-3398 filed Feb. 29, 1992, which disclosure is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

Image signals may be compressed by motion-compensated interframe discrete cosine transform (DCT) coding such as is defined by a MPEG (Moving Picture Expert Group) international standard. This form of signal compression has attracted much attention in the field of high definition television (HDTV).

FIG. 1 is a block diagram of such a conventional motion-compensated interframe DCT coder. In the shown coder, an image signal is divided into a plurality of sub-blocks. The sub-blocks are all of the same size, for example 8×8, 16×16, . . . . A motion estimator 40 produces a motion vector, defined by the difference between the current image signal and a one-frame delayed image signal, output by a frame memory 30. The motion vector is supplied to a motion compensator 50 which compensates the delayed image signal from the frame memory 30 on the basis of the motion vector. A first adder 8a serves to produce the difference between the present frame and the delayed, motion compensated frame. A discrete cosine transform portion 10 processes the difference signal, output by the first adder 8a, for a sub-block. The motion estimator 40 determines the motion vector by using a block matching algorithm.

The discrete cosine transformed signal is quantized by a quantizer 20. The image signal is scanned in a zig-zag manner to produce a runlength coded version thereof. The runlength coded signal comprises a plurality of strings which include a series of "0"s, representing the run length, and an amplitude value of any value except "0".

The runlength coded signal is dequantized by a dequantizer 21, inversely zig-zag scanned and inversely discrete cosine transformed by an inverse discrete cosine transforming portion 11. The transformed image signal is added to the motion-compensated estimate error signal by a second adder 8b. As a result the image signal is decoded into a signal corresponding to the original image signal.

Refresh switches RSW1, RSW2 are arranged between the adders 8a, 8b and the motion compensator 40 so as to provide the original image signal free from externally induced errors.

The runlength coded signal is also supplied to a variable length coder 60 which applies a variable length coding to the runlength coded image signal. The variable length coded signal is then output through a FIFO transfer buffer 70 as a coded image signal.

In motion-compensated adaptive DCT coding, the interframe signal can be easily estimated or coded by way of motion compensation, thereby obtaining a high coding efficiency, since the image signal has a relatively high correlation along the time axis. That is, according to the

2

afore-mentioned method, the coding efficiency is high because most of the energy of a discrete cosine transformed signal is compressed at the lower end of its spectrum, resulting in long runs of "0"s in the runlength coded signal.

However, the scanning regime of the afore-mentioned method does not take account of differences in the spectrum of the motion-compensated interframe DCT signal with time.

A method is known wherein one of a plurality of reference modes is previously selected on the basis of the difference between the present block and that of a previous frame and the image signal is scanned by way of a scanning pattern under the selected mode and suitably quantized. With such a method, however, three modes are employed to compute the energies of the intermediate and high frequency components of the image signal in accordance with the inter-frame or the intraframe modes in order to determine the appropriate mode. This mode determining procedure is undesirable complicated.

### SUMMARY OF THE INVENTION

According to the present invention, there is provided a signal compressing system, comprising coding means for scanning an input signal according to a plurality of different scanning patterns to provided coded versions thereof and selection means for selecting a said scanning pattern which produces efficient coding according to a predetermined criterion and outputting a scanning pattern signal identifying the selected scanning pattern.

Preferably, the input signal is an inherently two-dimensional signal, for example, an image signal.

Preferably, the coding means codes the input signal according to a runlength coding regime.

Preferably, the system includes a variable length coder to variably length code the coded signal, produced by scanning according to the selected scanning pattern.

Preferably, the system includes discrete cosine transformer means to produce said input signal. The transformer means may be a motion-compensated interframe adaptive discrete cosine transformer.

### BRIEF DESCRIPTION OF THE DRAWINGS

An embodiment of the present invention will now be described, by way of example, with reference to FIGS. 2 and 3 of the accompanying drawings, in which:

FIG. 1 is a block diagram of a conventional adaptive interframe DCT coding system employing a motion compensating technique;

FIG. 2 is a block diagram of a coding system embodying the present invention; and

FIGS. 3A–3H show various possible scanning patterns according to the present invention.

FIG. 4 is a block diagram of a decoding system according to the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 2, an input signal is divided into equal-sized sub-blocks, for example, 8×8, 16×16, . . . . A motion estimator 40 determines a motion vector by comparing the current frame and a one frame delayed signal from a frame memory 30.

The motion vector is supplied to a motion compensator 60 which, in turn, compensates the delayed frame signal for

US 6,680,975 B1

3

movement. A first adder 8a produces a difference signal representing the difference between the present frame and the delayed, motion-compensated frame. A DCT coder 10 DCT-codes the difference signal. The DCT coded image signal is quantized by a quantizer 20 and then dequantized by a dequantizer 21. The dequantized signal is supplied to a second adder 8b, via IDCT 11, which adds it to the output of the motion compensator 11. This produces a signal corresponding to the original image signal.

The output of the motion compensator 50 is applied to the adders 8a, 8b by refresh switches RSW2 and RSW1, respectively.

The quantized image signal is also supplied to a multi-scanner 80 which scans it according to a plurality of pre-determined patterns.

A scanner pattern selector 90 selects the scanning pattern which produces the minimum number of bits to represent the current sub-block. The scanning pattern selector also produces selection data which identifies the selected scanning pattern.

The image signal output by the scanning pattern selector 90 is variable length coded by a variable length coder 60. The variable length coder 60 compresses the image signal output by the scanning pattern selector 90. The variable length coder 60 operates such that a large proportion of the data samples are each represented by a small number of bits while a small proportion of the data samples are each represented by a large number of bits.

When a discrete cosine transformed image signal is quantized and runlength coded, the number of "0"s is increased over all, while the number of "0"s decreases as the magnitude of the signal increases. Accordingly, data compression is achieved because "0" can be represented by only a few bits and "255" can be represented by a relatively large number of bits.

Both the variable length coded signal and the selection data are supplied to a multiplexer MUX1 which multiplexes the variable length coded signal and the selection data, and optionally additional information such as teletext.

Since the variable length coded signal has data words of different lengths, a transfer buffer 70 is employed to temporarily store the multiplexed signal and output it at a constant rate.

The original image signal is reconstructed at a remote station by performing the appropriate inverse scanning of the runlength coded signal in accordance with the multiplexed scanning pattern selection data.

FIG. 4 shows a decoding system at a remote station that receives and extracts the encoded data. In FIG. 4, demultiplexer 100 receives coded data and, in an operation inverse to that performed at the coding system, extracts the variable length encoded data, the scanning pattern information and the additional information that had been multiplexed together at the coding system. Variable length decoder 110 variable length decodes the variable length encoded data, and scanner 120 receives the variable length decoded data and reconstructs the original sub-block using a scanning pattern indicated by the extracted scanning pattern selection signal. The scanner would necessarily have to select one from a plurality pattern that was available for encoding. Using components having the same margin as dequantizers 21 and 1 DCT 11 in the encoder system, dequantizer 120 dequantizes the signal output from the scanner 120, and inverse discrete cosine transformer 140 performs an inverse discrete cosine transform function on the output of dequantizer 130, to output decoded data.

4

FIGS. 3A to 3H show possible scanning patterns employed by the multi-scanner 80. Additional scanning patterns will be apparent to those skilled in the art. However, if the number of patterns becomes too large, the coding efficiency is degraded as the selection data word becomes longer.

As described above, according to the present invention, the quantized image signal is scanned according to various scanning patterns, and then the most efficient pattern is selected. A suitable measure of efficiency is the number of bits required to runlength code the image signal.

What is claimed is:

1. A video signal compression system, comprising:

a scanner which is operative to simultaneously scan a set of video spatial frequency coefficients of an individual sub-block according to a plurality of different scanning patterns to produce a plurality of sets of reordered coefficients;

a scanning pattern selector operative to select from the plurality of sets of reordered coefficients a set of reordered coefficients which produces the most efficient coding according to a predetermined criterion and to produce a pattern signal indicating the scanning pattern corresponding to the selected set of reordered coefficients; and

an entropy coder operative to entropy encode the selected set of reordered coefficients and output an entropy encoded signal.

2. The video signal compression system according to claim 1, further comprising a combining unit which combines into one signal the pattern signal produced by said scanning pattern selector and the entropy encoded signal.

3. The video signal compression system according to claim 2 wherein said combining unit is a multiplexer.

4. The video signal compression system according to claim 3, wherein said multiplexer receives additional information and multiplexes the additional information, the pattern signal and the entropy encoded signal.

5. The video signal compression system according to claim 4, wherein the additional information is teletext information.

6. The video signal compression system according to claim 1, wherein said scanner produces the plurality of sets of reordered coefficients according to a runlength coding regime.

7. The video signal compression system according to claim 1, further comprising a discrete cosine transformer for use in generating the set of video spatial frequency coefficients.

8. The video signal compression system according to claim 1, wherein said entropy encoder is a variable length coder.

9. A video signal compression system, comprising:

means for simultaneously scanning a set of video spatial frequency coefficients of an individual sub-block according to a plurality of different scanning patterns to produce a plurality of sets of reordered coefficients;

means for selecting a scanning pattern from the plurality of sets of reordered coefficients which produces a set of reordered coefficients having the most efficient coding according to a predetermined criterion and for outputting a pattern signal indicating the scanning pattern corresponding to the selected set of reordered coefficients; and

means for entropy encoding the selected set of reordered coefficients and for outputting an entropy encoded signal.

US 6,680,975 B1

5

10. The video signal compression system according to claim 9, further comprising means for combining the pattern signal produced by said scanning pattern selector and the entropy encoded signal.

11. The video signal compression system according to claim 10, wherein said means for combining is a multiplexer.

12. The video signal compression system according to claim 11, wherein said multiplexer receives additional information and multiplexes the additional information, the pattern signal and the entropy encoded signal.

13. The video signal compression system according to claim 12, wherein the additional information is teletext information.

14. The video signal compression system according to claim 9, wherein said means for scanning produces the plurality of sets of reordered coefficients according to a runlength coding regime.

15. The video signal compression system according to claim 9, further comprising discrete cosine transformer means for use in generating the set of video spatial frequency coefficients.

16. The video signal compression system according to claim 9, wherein said means for entropy encoding is a variable length coder.

17. A decoder for decompressing a compressed video signal, the compressed video signal containing entropy encoded data representing a set of video spatial frequency coefficients of an individual sub-block which have been scanned using a selected one of a plurality of different scanning patterns to produce a set of reordered coefficients, and also containing a pattern signal indicating the selected one of the plurality of different scanning patterns, wherein the selected scanning pattern produces the most efficient coding according to a predetermined criterion, the decoder comprising:

an entropy decoder operative to decode the entropy encoded data and to output entropy decoded data; and

a scanner operative to scan the entropy decoded data according to the one selected pattern of the plurality of different scanning patterns as indicated by the pattern signal.

18. A decoder for decoding a coded data signal containing a compressed video signal and a pattern signal, the decoder comprising:

an entropy decoder to which is applied the compressed video signal, the compressed video signal including entropy encoded data representing a set of video spatial frequency coefficients of an individual sub-block which have been scanned using a specific pattern selected from a plurality of different scanning patterns to produce a set of reordered coefficients, wherein the specific scanning pattern produces the most efficient coding according to a predetermined criterion, said entropy decoder being operative to entropy decode the entropy encoded data and to output entropy decoded data; and

a scanner operative to scan the entropy decoded data responsive to the pattern signal, and to output scanned data, wherein the pattern signal indicates the specific scanning pattern.

19. The decoder according to claim 18 wherein the coded data signal further includes additional information.

20. The decoder according to claim 19, wherein the entropy encoded data, the pattern signal and the additional information are multiplexed together as part of the coded data signal, and wherein said decoder further includes a demultiplexer which demultiplexes the entropy encoded data, the pattern signal and the additional information.

6

21. The decoder according to claim 18 wherein the entropy encoded data and the pattern signal are multiplexed together as part of the coded data signal.

22. The decoder according to claim 18, wherein the entropy encoded data is encoded according to a variable length encoding regime.

23. The decoder according to claim 18, wherein the scanner scans the entropy decoded data according to a runlength decoding regime.

24. The decoder of claim 18, further comprising a dequantizer which dequantizes the scanned data output by said scanner and outputs dequantized data.

25. The decoder of claim 24, further comprising an inverse discrete cosine transformer which inverse discrete cosine transforms the dequantized data output by said dequantizer.

26. A decoder, comprising:

decoding means to which is applied a coded data signal including a compressed video signal, the compressed video signal including entropy encoded data representing a set of video spatial frequency coefficients of an individual sub-block which have been scanned using a selected one of a plurality of different scanning patterns to produce a set of reordered coefficients and, the coded data signal also including a pattern signal indicating the selected one of the plurality of different scanning patterns, wherein the selected scanning pattern produces the most efficient coding according to a predetermined criterion, said decoding means for entropy decoding the entropy encoded data and for outputting entropy decoded data; and

scanning means for scanning the entropy decoded data according to the selected pattern indicated by the pattern signal.

27. The decoder according to claim 26, wherein the coded data signal further includes additional information.

28. The decoder according to claim 26, wherein the entropy encoded data and the pattern signal are multiplexed together as part of the coded data signal, and wherein said decoder further includes a demultiplexing means for demultiplexing the entropy encoded data, the pattern signal and the additional information.

29. The decoder according to claim 26, wherein the entropy encoded data is encoded according to a variable length encoding regime.

30. The decoder according to claim 26, wherein the scanning means scans the entropy decoded data according to a runlength decoding regime.

31. The decoder according to claim 26, further comprising dequantizing means for dequantizing the scanned data output by said scanning means and for outputting dequantized data.

32. The decoder according to claim 31, further comprising inverse discrete cosine transformer means for inverse discrete cosine transforming the dequantized data output by said dequantizing means.

33. A decoding apparatus for decoding a coded data signal which includes entropy encoded data representing a set of video spatial frequency coefficients of an individual sub-block, the set of video spatial frequency coefficients having been reordered from an original order according to a scanning pattern selected from a plurality of scanning patterns, the coded data signal also including a pattern signal indicating the selected scanning pattern, the decoding apparatus comprising:

an entropy decoder which entropy decodes the entropy encoded data to produce entropy decoded data; and

7

a scanning unit which receives the entropy decoded data and returns the set of video spatial frequency coefficients of an individual sub-block to the original order according to the selected scanning pattern indicated in the pattern signal.

34. The decoding apparatus according to claim 33, wherein the coded data signal further includes additional information.

35. The decoding apparatus according to claim 34, wherein the entropy encoded data, the pattern signal and the additional information are multiplexed together as part of the coded data signal and wherein said decoding apparatus further includes a demultiplexer which demultiplexes the entropy encoded data, the pattern signal and the additional information.

36. The decoding apparatus according to claim 33, wherein the entropy encoded data and the pattern signal are multiplexed as part of the coded data signal.

37. The decoding apparatus according to claim 33, wherein the entropy encoded data is encoded according to a variable length encoding regime.

38. The decoding apparatus according to claim 33, wherein the scanning unit scans the entropy decoded data according to a runlength decoding regime.

39. The decoding apparatus of claim 3, further comprising a dequantizer which dequantizes the scanned data output by said scanning unit and outputs dequantized data.

40. The decoding apparatus of claim 39, further comprising an inverse discrete cosine transformer which inverse discrete cosine transforms the dequantized data output by said dequantizer.

41. A method of compressing a video signal, comprising:

simultaneously scanning a set of video spatial frequency coefficients of an individual sub-block according to a plurality of different scanning patterns to produce a plurality of sets of reordered coefficients;

selecting a scanning pattern from the plurality of sets of reordered coefficients which produces a set of reordered coefficients having the most efficient coding according to a predetermined criterion and outputting a pattern signal indicating the scanning pattern corresponding to the selected set of reordered coefficients; and

entropy encoding the selected set of reordered coefficients and outputting an entropy encoded signal.

42. The method of claim 41, further comprising a step of multiplexing the pattern signal produced by said scanning pattern selector and the entropy encoded signal.

43. The method of claim 42, wherein said multiplexing step further includes receiving additional information and multiplexing the additional information, the pattern signal and the entropy encoded signal.

44. The method of claim 43, wherein the additional information is teletext information.

45. The method of claim 41, wherein said scanning step produces the plurality of sets of reordered coefficients according to a runlength coding regime.

46. The method of claim 41, wherein the set of video spatial frequency coefficients is generated using a discrete cosine transformer.

47. The method of claim 41, wherein said entropy encoding is variable length coding.

48. A method of decoding a compressed video signal, comprising:

receiving a coded data signal, the coded data signal including a compressed video signal having entropy encoded data representing a set of video spatial fre-

8

quency coefficients of an individual sub-block which have been scanned using a selected one of a plurality of different scanning patterns to produce a set of reordered coefficients, the coded data signal also including a pattern signal indicating the selected one of the plurality of different scanning patterns, wherein the selected scanning pattern produces the most efficient coding according to a predetermined criterion;

entropy decoding the entropy encoded data and outputting entropy decoded data; and

scanning the entropy decoded data according to the selected pattern indicated by the pattern signal and outputting scanned data.

49. The method of claim 48, wherein the coded data signal further includes additional information.

50. The method of claim 49, wherein the entropy encoded data, the pattern signal and the additional information are multiplexed together as part of the coded data signal and wherein said decoding step further includes demultiplexing the entropy encoded data, the pattern signal and the additional information.

51. The method of claim 48, wherein the entropy encoded data and the pattern signal are multiplexed together as part of the coded data signal.

52. The method of claim 48, wherein the entropy encoded data is encoded according to a variable length encoding regime.

53. The method of claim 48, wherein the scanning step comprises scanning the entropy decoded data according to a runlength decoding regime.

54. The method of claim 48, further comprising a step of dequantizing the scanned data output by said scanning step and outputting dequantized data.

55. The method of claim 54, further comprising a step of inverse discrete cosine transforming the dequantized data output by said dequantizing step.

56. A method of decoding a coded data signal which includes entropy encoded data representing a set of video spatial frequency coefficients of an individual sub-block, the set of video spatial frequency coefficients having been reordered from an original order according to a scanning pattern selected from a plurality of scanning patterns, the coded data signal also including a pattern signal indicating the selected scanning pattern, the method comprising:

entropy decoding the entropy encoded data to produce entropy decoded data; and

scanning the entropy decoded data and returning the set of video spatial frequency coefficients of an individual sub-block to the original order according to the selected scanning pattern indicated in the pattern signal.

57. The method of claim 56, wherein the coded data signal further includes additional information.

58. The method of claim 57, wherein the entropy encoded data, the pattern signal and the additional information are multiplexed together as part of the coded data signal and wherein the method further comprises demultiplexing the entropy encoded data, the pattern signal and the additional information.

59. The method of claim 56, wherein the entropy encoded data and the pattern signal are multiplexed together as part of the coded data signal.

60. The method of claim 56, wherein the entropy encoded data is encoded according to a variable length encoding regime.

61. The method of claim 56, wherein in said scanning step the entropy decoded data is scanned according to a runlength decoding regime.

9

62. The method of claim 56, further comprising a step of dequantizing the scanned data output by said scanning step and outputting dequantized data.

63. The method of claim 62, further comprising a step of inverse discrete cosine transforming the dequantized data output by said dequantizing step.

64. A video signal compression system, comprising:

a multi-scanner which is operative to simultaneously scan a set of video spatial frequency coefficients of an individual sub-block according to a plurality of different scanning patterns to produce a plurality of sets of reordered coefficients;

a scanning pattern selector operative to select from the plurality of sets of reordered coefficients a set of reordered coefficients which produces the most efficient coding according to a predetermined criterion and to produce a pattern signal indicating the scanning pattern corresponding to the selected set of reordered coefficients;

an entropy coder operative to entropy encode the selected set of reordered coefficients and to output entropy encoded data;

an entropy decoder operative to decode the entropy encoded data and to output entropy decoded data; and

a scanner which is operative to scan the entropy decoded data according to the scanning pattern corresponding to the selected set of reordered coefficients as indicated by the pattern signal and to output scanned data.

65. The video signal compression system according to claim 64, further comprising:

a combiner which combines additional information with the entropy encoded data and the pattern signal to produce a combined signal; and

a unit which receives the combined signal, extracts the additional information therefrom, and transmits the entropy encoded data to said entropy decoder and the pattern signal to said scanner.

66. The video signal compression system according to claim 65, wherein said combiner is a multiplexer and said unit which receives the combined signal is a demultiplexer.

67. The video signal compression system according to claim 65, wherein the additional information is teletext information.

68. The video signal compression system according to claim 64, wherein said multi-scanner produces the plurality of sets of reordered coefficients according to a runlength coding regime.

69. The video signal compression system according to claim 64, further comprising a discrete cosine transformer for use in generating the set of video spatial frequency coefficients.

70. The video signal compression system according to claim 64, wherein said entropy encoder is a variable length coder.

71. The video signal compression system according to claim 64, wherein the scanner scans the entropy decoded data according to a runlength decoding regime.

72. The video signal compression system according to claim 64, further comprising a dequantizer which dequantizes the scanned data output by said scanner and outputs dequantized data.

73. The video signal compression method according to claim 72, further comprising an inverse discrete cosine transformer which inverse discrete cosine transforms the dequantized data output by said dequantizer.

10

74. A video signal compression system, comprising:

multi-scanning means for simultaneously scanning a set of video spatial frequency coefficients of an individual sub-block according to a plurality of different scanning patterns to produce a plurality of sets of reordered coefficients;

scanning pattern selecting means for selecting from the plurality of sets of reordered coefficients a set of reordered coefficients which produces the most efficient coding according to a predetermined criterion and for producing a pattern signal indicating the scanning pattern corresponding to the selected set of reordered coefficients;

entropy coding means for entropy encoding the selected set of reordered coefficients and outputting entropy encoded data;

entropy decoding means for decoding the entropy encoded data and outputting entropy decoded data; and

scanning means for scanning the entropy decoded data according to the scanning pattern corresponding to the selected set of reordered coefficients as indicated by the pattern signal and outputting scanned data.

75. The video signal compression system according to claim 74, further comprising:

combining means for combining additional information with the entropy encoded data and the pattern signal to produce a combined signal; and

de-coupling means for receiving the combined signal, extracting the additional information therefrom, and transmitting the entropy encoded data to said entropy decoding means and the pattern signal to said scanning means.

76. The video signal compression system according to claim 75, wherein said combining means is a multiplexer and said de-coupling means is a demultiplexer.

77. The video signal compression system according to claim 75, wherein the additional information is teletext information.

78. The video signal compression system according to claim 74, wherein said multi-scanning means produces the plurality of sets of reordered coefficients according to a runlength coding regime.

79. The video signal compression system according to claim 74, further comprising a discrete cosine transforming means for use in generating the set of video spatial frequency coefficients.

80. The video signal compression system according to claim 74, wherein said entropy encoding means is a variable length coder.

81. The video signal compression system according to claim 74, wherein said scanning means scans the entropy decoded data according to a runlength decoding regime.

82. The video signal compression system according to claim 74, further comprising dequantizing means for dequantizing the scanned data output by said scanning means and outputting dequantized data.

83. The video signal compression system according to claim 81, further comprising inverse discrete cosine transforming means for inverse discrete cosine transforming the dequantized data output by said dequantizing means.

84. A video signal compression method, comprising:

simultaneously scanning a set of video spatial frequency coefficients of an individual sub-block according to a plurality of different scanning patterns to produce a plurality of sets of reordered coefficients;

selecting from the plurality of sets of reordered coefficients a set of reordered coefficients which produces the

US 6,680,975 B1

11

most efficient coding according to a predetermined criterion and producing a pattern signal indicating the scanning pattern corresponding to the selected set of reordered coefficients;

entropy encoding the selected set of reordered coefficients and outputting entropy encoded data;

decoding the entropy encoded data and outputting entropy decoded data; and

scanning the entropy decoded data according to the scanning pattern corresponding to the selected set of reordered coefficients as indicated by the pattern signal and outputting scanned data.

85. The video signal compression method according to claim 83, further comprising steps of:

combining additional information with the entropy encoded data and the pattern signal to produce a combined signal; and

receiving the combined signal and extracting the additional information therefrom, the entropy encoded data therefrom for use in the decoding step, and the pattern signal therefrom for use in the step of scanning the entropy decoded data.

86. The video signal compression method according to claim 85, wherein said combining step multiplexes the additional information with the entropy encoded data and the pattern signal to produce the combined signal and said extracting step de-multiplexes the additional information, the entropy encoded data, and the pattern signal.

12

87. The video signal compression method according to claim 85, wherein the additional information is teletext information.

88. The video signal compression method according to claim 84, wherein said step of scanning the set of video spatial frequency coefficients produces the plurality of sets of reordered coefficients according to a runlength coding regime.

89. The video signal compression method according to claim 84, further comprising a step of generating the set of video spatial frequency coefficients by discrete cosine transformation.

90. The video signal compression method according to claim 84, wherein said entropy encoding is variable length coding.

91. The video signal compression method according to claim 84, wherein in said step of scanning the entropy decoded data, the entropy decoded data are scanned according to a runlength decoding regime.

92. The video signal compression method according to claim 84, further comprising dequantizing the scanned data, output in said step of scanning the entropy decoded data, and outputting dequantized data.

93. The video signal compression method according to claim 92, further comprising inverse discrete cosine transforming the dequantized data.

*  *  *  *  *

# Exhibit 11

US005422676A

## United States Patent [19]

### Herpel et al.

| | |
|---|---|
| [11] | Patent Number: **5,422,676** |
| [45] | Date of Patent: **Jun. 6, 1995** |

[54] **SYSTEM FOR CODING AN IMAGE REPRESENTATIVE SIGNAL**

[75] Inventors: **Carsten Herpel; Heinz-Werner Keesen**, both of Hanover, Germany

[73] Assignee: **Deutsche Thomson-Brandt GmbH**, Villengen-Schwenningen, Germany

[21] Appl. No.: **141,804**

[22] Filed: **Oct. 22, 1993**

[30] **Foreign Application Priority Data**

Apr. 25, 1991 [DE] Germany ............... 41 13 505.9

[51] Int. Cl.6 ................... H04N 7/133; H04N 7/137
[52] U.S. Cl. .................... 348/420; 348/407
[58] Field of Search ................. 348/400, 407, 420;
H04N 7/133, 7/137

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,849,812 | 7/1989 | Borgers et al. | 348/400 |
| 5,091,782 | 4/1992 | Krause et al. | 348/400 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 262555 | 9/1987 | European Pat. Off. |
| 290085 | 4/1988 | European Pat. Off. |
| 1381730 | 3/1988 | U.S.S.R. |

#### OTHER PUBLICATIONS

W. Jass et al., "A Hybrid DCT–Coder with Local Adaptivity for the Interlaced HDTV–Transmission with 140 Mbit/s", Proceedings of the SPIE Image Processing Algorithms and Techniques, Feb. 12–14, 1990, pp. 378–388.
R. Kutra, Block Adaptive Frame/Field DCT Coding Decided by the Vertical Difference Test, Proceedings

of the Third International Workshop on HDTV, Aug. 30–Sep. 1, 1989, pp. 739–748.
P. Vogel, Videobild auf der Datenleitung, Funkschau, vol. 60, No. 26, Dec. 16, 1988, pp. 60–63.
DeWith, P. H. N., Motion–Adaptive Intraframe Transform Coding of Video Signals, Philips Journal of Research, vol. 44, No. 2/3, pp. 345–364, FIG. 3.
Ericsson, S., Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding, IEEE Transactions on Communications, vol. COM–33, No. 12, Dec. 1985.
Kamangar, F. A. et al., Interfield Hybrid Coding of Component Color Television Signals, IEEE Transactions on Communications, vol. COM–29, No. 12, Dec. 1981, pp. 1740–1753.
Progressive Picture Transmission Using Interleaved Blocks, Electronics Letters, 5 Dec. 1985, vol. 21, No.25/26, pp. 1181–1182, FIG. 1.

*Primary Examiner*—Howard W. Britton
*Attorney, Agent, or Firm*—Joseph S. Tripoli; Eric P. Herrmann; Ronald H. Kurdyla

[57] **ABSTRACT**

A hybrid Discrete Cosine Transform (DCT) coder processes blocks of (e.g., 8×8) pixels from interlaced or progressive scaned image signals. Processing of image lines by the coder is modified in the presence of image motion to avoid switching between 8×8 and 2×(4×8) transformations. For motion, the lines of two vertically superimposed image blocks are rearranged to produce first and second modified blocks. The modified first block contains pixels from lines in a first field, and the modified second block contains pixels from lines in an associated adjacent second field.

**10 Claims, 3 Drawing Sheets**





| 11 | 11 | 11 | 11 |
| 12 | 12 | 12 | 12 |
| 13 | 13 | 13 | 13 |
| 14 | 14 | 14 | 14 |

| 11 | 11 | 11 | 11 |
| 13 | 13 | 13 | 13 |
| 21 | 21 | 21 | 21 |
| 23 | 23 | 23 | 23 |

| 21 | 21 | 21 | 21 |
| 22 | 22 | 22 | 22 |
| 23 | 23 | 23 | 23 |
| 24 | 24 | 24 | 24 |

| 12 | 12 | 12 | 12 |
| 14 | 14 | 14 | 14 |
| 22 | 22 | 22 | 22 |
| 24 | 24 | 24 | 24 |

FIG.1a          FIG.1b



FIG. 2



FIG. 3



FIG. 4

5,422,676

1

## SYSTEM FOR CODING AN IMAGE REPRESENTATIVE SIGNAL

This is a continuation of PCT application PCT/EP 92/00843 filed Apr. 14, 1992 by Carsten Herpel and Heinz-Werner Keesen titled "Process for Coding Picture Signals".

## BACKGROUND OF THE INVENTION

This invention relates to a system for coding image signals such as by means of a DCT (Discrete Cosine Transform), for example.

A transformation circuit for facilitating an 8*8 or a 2*(4*8) DCT transformation is described in DE 36 42 664. Switching between an 8*8 and a 2*(4*8) DCT may be accomplished in response to the state of a logic level on a control line.

## SUMMARY OF THE INVENTION

An object of the invention is to provide a system for coding image signals by means of a codec suitable for processing both progressively scanned and interlace scanned image signals.

In a system according to the present invention, before coding with a hybrid coder which can process blocks of progressively scanned picture elements (pixels), line sections from respective blocks of interlace scanned picture elements within two vertically superimposed blocks are arranged such that only line sections from one field of an image signal are contained within each of these blocks. Image motion is detected and the line sections are re-sorted within the superimposed blocks in the presence of dynamic image content.

According to a method for hybrid coding of image signals proposed by ISO-MPEG (International Organisation for Standardization, Motion Picture Expert Group) under Standard Proposal number ISO 11172, progressively scanned input signals are DCT processed in blocks, whereby respective blocks of 8*8 picture elements are coded or decoded and a sequence of interframe coded images is replaced as regular intervals by intra-frame coded images. The effectiveness of the coding is also a function of the relatively high spatial correlation of picture elements within such blocks. If interlaced source signals are to be processed by such a hybrid decoder, coding effectiveness decreases if dynamic image content or the data rate required for coding increases. This results because every second line derives from a block having different phases of motion, and correlation of picture elements within such a block decrease. In contrast, coding effectiveness is maintained in the presence of a static image. With a dynamic image, image lines associated with a first field from two superimposed 8*8 picture element blocks are now combined into a first 8*8 block, and lines associated with a corresponding second field from these two superimposed 8*8 picture element blocks are combined into a second 8*8 block, and are applied in this form to the hybrid coder.

Due to such reorganisation of the input signals, it is not necessary to switch between 8*8 and a 2*(4*8) DCT transformation in the hybrid coder as in DE 36 42 664. Instead, an 8*8 DCT can also be advantageously performed for a dynamic image.

A motion detector indicates whether a static or dynamic image is present, and re-sorting or addressing of the lines is done accordingly. Such motion information may be added to the coded data for the respective block

2

by means of a bit per block or double block. During decoding, the corresponding lines are arranged in the original sequence whereby the motion information is evaluated. According to the MPEG standard, four luminance picture element blocks arranged in the shape of a square are combined into a macroblock. Advantageously, two of the superimposed blocks of such a macroblock form a pair in the above-mentioned sense. Accordingly, one bit per macroblock can indicate the re-sorting.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the location of image lines within blocks for static (a) and dynamic (b) images.

FIG. 2 is a block diagram codec apparatus in accordance with the invention.

FIGS. 3 and 4 are flow diagrams respectively depicting encoder and decoder processing methods in accordance with the principles of the invention.

## DETAILED DESCRIPTION

FIG. 1a and 1b respectively show two superimposed blocks of luminance or chrominance picture elements in the x-y plane. For simplicity of illustration, each block includes 4*4 picture elements instead of 8*8 picture elements. In general, the blocks could also have a size of $(2*n)*(2*m)$ where n=1, 2, 3, . . . , m=1, 2, 3, . . . , instead of 8*8. The two digit numbers respectively designate the spatial position of a picture element. The first digit of each number represents the block number, and the second digit represents the line number within a block.

The picture elements which are to be coded or decoded in progressively scanned form by a known hybrid coder are arranged as shown in FIG. 1a. This arrangement also applies for picture elements associated with static interlace scanned images. Before coding a dynamic image, the lines of two superimposed blocks are interchanged in accordance with FIG. 1b, and after decoding they are re-arranged in accordance with FIG. 1a.

FIG. 2 shows a known type of hybrid coder 25 for processing a signal according to the MPEG standard. An interlaced signal derived from a picture n is supplied via an input 21 to inputs of a picture storage unit 22 and a motion detector 24. Items of data (two superimposed blocks) of a picture n-1, needed by motion detector 24, and the line sections of the respective two blocks involved, are read out from picture store 22 into a block storage unit 23. From unit 23 coder 25 selects 8*8 blocks on each occasion. Picture elements for static images corresponding to FIG. 1a, and those for dynamic images corresponding to FIG. 1b, are stored in a buffer in block storage unit 23.

Motion detector 24 can be implemented in accordance with various known methods. For example, the absolute value differences of picture elements from blocks having the same spatial position of picture n and picture n-1 may be formed for each block or double block that has to be coded. Alternatively, motion vectors (e.g., for two superimposed blocks on each occasion) formed by coder 25 can be used instead of the motion detector. Thus transform coder 25 may provide a Motion Vector to indicate a motion condition for rearranging the line structure of an interlaced signal. If the instantaneous sum of the absolute value differences, and/or the amount of the corresponding motion vectors for this block or these blocks, exceeds a predetermined

5,422,676

**3**

threshold (i.e., dynamic picture content is present), the picture elements shown in FIG. 1b, otherwise those corresponding to FIG. 1a, are stored in unit 23. Otherwise, the picture elements shown in FIG. 1a are stored in unit 23. A Control Signal from motion detector 24 in FIG. 2 indicating the occurrence of a rearranged line structure may be provided to transform coder 25 for adding the control signal to be coded signal.

The described re-sorting operation may be performed in accordance with the following program:

```
        DO y = 1,N/2
        DO x = 1,N
            B_out1(x,y) = B_in1(x,2*y-1)
            B_out2(x,y) = B_in1(x,2*y)
        ENDDO
        ENDDO
        DO y = 1,N/2
        DO x = 1,N
            B_out1(x,y + N/2) = B_in2(x,2*y-1)
            B_out2(x,y + N/2) = B_in2(x,2*y)
        ENDDO
        ENDDO,
```

where $B_{in1}$ is the block located in the higher (upper) position and N is an even number.

Coder 25 may be a standard coder such as described in CCITT H.261, and in the MPEG standard ISO/IEC 11172-2. Integrated circuit coders of this type are commercially available (eg., GEC Plessey VP 2611 and SGS-Thomson STI3230). Unit 22 may include a standard frame storage device such as may be used for image processing, and unit 23 may include a standard Random Access Memory (RAM). As noted above, unit 24 may be a standard motion detector which operates by obtaining the absolute values of pixel block differences and comparing a sum of these values to a threshold to determine the presence or absence of motion.

FIG. 3 is a flow chart illustrating a method as described above in accordance with the principles of the invention. In method step 30 an input signal is evaluated to determine if it exhibits interlaced or progressive scan form. A progressive scan signal is transformed and coded without further processing at step 32 via node 31. If an interlaced signal is detected at step 30, the interlaced signal is evaluated at step 34 to determine if it contains motion. If it does not, the interlaced signal is coupled via step 36 without rearranging its original line structure to step 32 where the interlaced signal is transformed and coded. If step 34 senses that the interlaced signal contains motion, the processing of step 36 is controlled so as to rearrange the line structure of the interlaced signal (as previously discussed). The interlaced signal with rearranged line structure is transformed and subsequently coded by step 32. In step 38 a control signal indicating a rearranged line structure when an interlaced signal with motion is detected is provided to the coding function in step 32. The coding function in step 32 may provide a motion vector to motion detection step 34 to indicate a motion condition for rearranging the line structure of an interlaced signal. Picture and block storage steps as may be required to facilitate the process illustrated by FIG. 3 have been discussed previously in connection with FIG. 2 and have not been shown to simplify FIG. 3.

FIG. 4 is a flowchart illustrating decoder processing steps associated with the coding process discussed in connection with FIG. 3. An input signal transform coded as discussed previously is decoded and inverse transformed by step 40. Before being ap-

**4**

plied to an output, the decoded signal is processed by a step 42, which rearranges the line structure back to an original structure if the signal exhibits an interlaced line format with motion. For this purpose step 44 determines if the input signal exhibits an interlaced line structure. If it does, step 46 determines if the interlaced signal contains motion. If motion is detected, a control signal is provided to step 42 to effect rearranging of the lines of the interlaced signal back to an original structure.

We claim:

1. A method for coding a signal representing an image comprising picture element (pixel) blocks of predetermined size using a hybrid coder suitable for transforming blocks of scanned pixels, comprising the steps of:

transforming progressively scanned pixel blocks independent of dynamic image content;

for static images, transforming interlaced scanned pixel blocks with an original line structure; and

for images with dynamic content, (a) rearranging the original line structure of an interlace scanned image signal so as to produce first and second vertically superimposed pixel blocks of similar predetermined size, said first block containing pixels associated with image lines of a first field, said second block containing pixels associated with image lines of an associated adjacent second field; and (b) transforming said first and second blocks.

2. A method according to claim 1, further comprising the step of:

generating a control signal indicating the occurrence of said rearranging of said line structure; and

adding said control signal to a coded signal produced by transforming said first and second blocks, for each pair of transformed first and second blocks.

3. A method according to claim 1, comprising the further step of:

rearranging said line structure in response to an output signal from a motion detector.

4. A method according to claim 1, comprising the further step of:

rearranging said line structure in response to a motion vector generated by said hybrid coder.

5. A method according to claim 1, wherein said blocks are 8×8 pixel blocks.

6. A method according to claim 5, wherein said vertically superimposed blocks are arranged within a group of four blocks arranged in a square pattern, each block of said group comprising 8×8 luminance pixels.

7. A method according to claim 6, further comprising the step of:

generating, for each said group of four blocks, a control signal indicating the occurrence of said rearranging of said line structure; and

adding said control signal to a coded signal produced by transforming said first and second blocks, for each pair of transformed first and second blocks.

8. A method for decoding a signal representing an image comprising picture element (pixel) blocks of predetermined size, said signal having been coded using a hybrid coder suitable for transforming blocks of scanned pixels, said coding comprising the steps of: (a) transforming progressively scanned pixel blocks independent of motion, (b) transforming interlaced scanned pixel blocks with an original line structure in the pres-

5,422,676

5

ence of a static image; (c) rearranging the original line structure of an interlace scanned image signal in the presence of motion so as to produce first and second vertically superimposed pixel blocks of similar predetermined size, said first block containing pixels associated with image lines of a first field, said second block containing pixels associated with image lines of an associated adjacent second field; and (d) transforming said first and second blocks in the presence of motion; said decoding method comprising the steps of:

   inverse transforming progressively scanned pixel blocks independent of image motion;

   inverse transforming said interlace scanned pixel blocks with an original line structure in the presence of a static image;

   inverse transforming said first and second blocks in the presence of image motion; and

   rearranging said line structure of said interlace scanned image signal back to said original line structure after said inverse transforming in the presence of motion.

   9. A decoding method according to claim 8 and further including the step of

6

evaluating a control signal indicative of said rearranging of said line structure.

   10. A method for decoding a signal representing an image comprising picture element (pixel) blocks of predetermined size, said decoding method comprising the steps of:

   inverse transforming progressively scanned pixel blocks independent of dynamic image content;

   for static images, inverse transforming interlace scanned pixel blocks with an original line structure; and

   for images with dynamic content, (a) inverse transforming first and second blocks of pixels of an interlaced scanned image, said first and second blocks being vertically superimposed pixel blocks of similar predetermined size, said first block containing pixels associated with image lines of a first field, said second block containing pixels associated with image lines of an associated adjacent second field; and (b) rearranging said line structure of said interlace scanned image signal back to said original line structure after said inverse transforming for images with dynamic content.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

**PATENT NO.** : 5,422,676

**DATED** : June 6, 1995

**INVENTOR(S)** : Carsten Herpel; Heinz-Werner Keesen

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

TITLE PAGE: item [30],

Add under "Foreign Application Priority Data"

---Apr. 14, 1992  PCT/EP 92/00843---

Signed and Sealed this

Twenty-first Day of January, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

Attesting Officer          *Commissioner of Patents and Trademarks*

# Exhibit 12

US007020204B2

(12) **United States Patent**
Auvray et al.

(10) Patent No.: **US 7,020,204 B2**
(45) Date of Patent: **Mar. 28, 2006**

(54) **ADAPTIVE METHOD OF ENCODING AND DECODING A SERIES OF PICTURES BY TRANSFORMATION, AND DEVICES FOR IMPLEMENTING THIS METHOD**

(75) Inventors: **Eric Auvray**, Orvault (FR); **Claude Perron**, Rennes (FR); **Alain Ferre**, Cesson Sevigne (FR)

(73) Assignee: **Thomson Licensing**, Boulogne-Billancourt (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 396 days.

(21) Appl. No.: **10/071,352**

(22) Filed: **Feb. 8, 2002**

(65) **Prior Publication Data**

US 2002/0110195 A1    Aug. 15, 2002

**Related U.S. Application Data**

(60) Division of application No. 09/978,376, filed on Oct. 17, 2001, now Pat. No. 6,563,875, which is a continuation of application No. 07/408,515, filed as application No. PCT/FR88/00649 on Dec. 30, 1988, now abandoned.

(30) **Foreign Application Priority Data**

Dec. 30, 1987    (FR)    .................................. 87 18371

(51) Int. Cl.
*H04N 7/12*    (2006.01)
(52) U.S. Cl. ............................ 375/240.25; 375/240.18; 375/240.24
(58) Field of Classification Search ........... 375/240.12, 375/240.13, 240.24, 240.25; 348/400.1; 382/236, 238, 248, 250; 386/109, 111
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,761,613 A | 9/1973 | Limb | 178/7.1 |
| 4,196,448 A | 4/1980 | Whitehouse et al. | 358/135 |
| 4,217,609 A | 8/1980 | Hatori et al. | 358/136 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0 084 270 A3    7/1983

(Continued)

OTHER PUBLICATIONS

Gakkaishi, Terebijon, International Standardization of Colour Still Picture Coding, edited by Hiroshi Yasuda, The Journal of the Institute of the Television Engineers of Japan, vol. 41, No. 9 (Ser. No. 469), Sep. 20, 1987 pp. 815-820, translation attached.

(Continued)

*Primary Examiner*—Vu Le
(74) *Attorney, Agent, or Firm*—Joseph S. Tripoli; Joseph J. Laks; Frank Y. Liao

(57) **ABSTRACT**

A method and a device for coding and decoding a sequence of images or pictures is disclosed. One exemplary embodiment disclosed codes by dividing each picture into blocks of picture elements. Each element of a block being represented by a digital value. Two types of coding are utilized in order to reduce the amount of data; inter-coding, which takes into account a corresponding block in a previous picture and intra coding, which is independent from a previous picture. Blocks being thus coded so that a further reduction of data is obtained by transmitting high spatial frequencies with less weight than low spatial frequencies. This is accomplished with the use of weighting coefficients. Weighting coefficients are variable as a function of the quantity of information to be transmitted.

**1 Claim, 8 Drawing Sheets**



**US 7,020,204 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,245,248 A | | 1/1981 | Netravali et al. ............ 358/136 |
| 4,302,775 A | * | 11/1981 | Widergren et al. .... 375/240.06 |
| 4,394,774 A | | 7/1983 | Widergren et al. ............ 382/56 |
| 4,447,886 A | | 5/1984 | Meeker ...................... 364/725 |
| 4,541,012 A | | 9/1985 | Tescher ..................... 358/133 |
| 4,581,638 A | | 4/1986 | Chiariglione et al. ....... 358/135 |
| 4,583,114 A | | 4/1986 | Catros ......................... 358/13 |
| 4,672,427 A | | 6/1987 | Rzeszewski ................. 358/13 |
| 4,672,441 A | | 6/1987 | Hoelzlwimmer et al. ... 358/135 |
| 4,707,738 A | | 11/1987 | Ferre et al. ................ 358/135 |
| 4,734,767 A | * | 3/1988 | Kaneko et al. ........ 348/400.1 |
| 4,901,075 A | | 2/1990 | Vogel .......................... 341/63 |
| 4,918,523 A | * | 4/1990 | Simon et al. ......... 375/240.23 |
| 4,969,055 A | | 11/1990 | Oberjatzas et al. ........... 360/32 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 189 703 A1 | 8/1986 |
| FR | 2 589 020 | 4/1987 |
| JP | 60-194875 | 10/1985 |
| JP | 62-272632 | 11/1987 |

## OTHER PUBLICATIONS

Kaneko, Masahide et al., "Selection of Transformed Coefficients to be Quantized in Hybrid Coding Method", edited by Masahide Kaneko et al., National Convention Record (1987), The Institute of Electronics, Information and Communication Engineers (Part 5), p. 33, translation attached.

H. Bacchi et al., "Real-Time Orthogonal Transformation Of Colour-Television Pictures", Philips Technical Review, vol. 38, No. 4/5. 1978/1979, pp. 119-129.

A. G. Tescher, "Adaptive Transform Coding Of Color Images At Low Rates", National Telecommunications Conference, Houston, Nov. 30-Dec. 4, 1980, vol. 2, pp. 36.3.1-36.3.4, IEEE, New York.

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

# FIG.7



# FIG.8





FIG.9



FIG.10

FIG. 11

FIG.12



FIG.13

US 7,020,204 B2

| 1 | 2 |

# ADAPTIVE METHOD OF ENCODING AND DECODING A SERIES OF PICTURES BY TRANSFORMATION, AND DEVICES FOR IMPLEMENTING THIS METHOD

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of application Ser. No. 09/978,376, filed Oct. 17, 2001, now U.S. Pat. No. 6,563, 875, which is a continuation of application Ser. No. 07/408, 515, filed Nov. 30, 1995 now abandoned claiming the benefit and priority of PCT International Application No. PCT/ FR88/00649, filed Dec. 30, 1988, and French Application No. 87 18371, filed Dec. 30, 1987.

The invention relates to an adaptive method of encoding and decoding a series of pictures by transformation, and devices for implementing this method. The object of such a method is to reduce the quantity of information to be transmitted, or to be stored, when pictures have been digitized. It is applicable, for example, to digital video transmission systems or to digital video recorders.

It is known to encode a digitized picture by using a two-dimensional transformation of the cosine or Fourier, or Hadamard, or Haar, or Karhunen-Loeve type. Such an encoding consists in: dividing each picture into blocks of picture elements, each picture element being represented by a digital value which is the value of its brightness or of a colour difference: applying the transformation to each block in order to obtain a matrix of values called the transformation coefficients of the block; and in transmitting these transformation coefficients in an encoded form, for example using a Huffmann code. The decoding then consists in: decoding the Huffmann code words in order to obtain the transformation coefficients; then in restoring the digital values representing each picture element by applying, to the transformation coefficients corresponding to a block of picture elements, the two-dimensional transformation which is the inverse of that used for the encoding. The transformations used in practice are transformations for which there exists fast algorithms, for example the cosine transformation.

The French Patent Application 2,575,351 describes an adaptive method of encoding and decoding consisting in:

dividing each picture into blocks of picture elements;

applying the cosine transformation to each block, the latter being represented by a block of brightness values in order to obtain a block of transformation coefficient;

determining, for each block, if it represents a scene with much movement or little movement;

transmitting the value of the transformation coefficients of the block if the latter represents a scene with much movement, or transmitting the differences in the value of these coefficients with respect to the coefficients of the similar block in the previous picture, if the block represents a scene with little movement;

transmitting an information indicating the type of encoding used for each block, these two types of encoding being called respectively intra-picture encoding and inter-picture encoding. The coefficients or differences of coefficients are transmitted in the form of Huffmann code words.

According to this known method, the decoding consists, before applying the inverse transformation, in determining a value of the transformation coefficients of each block representing a scene with little movement, by adding the difference in value of each of its coefficients respectively to the value of the coefficients of the similar block in the previous picture.

According to this known method, the encoding furthermore consists in applying a weighting to the values of the coefficients or to the values of the differences of coefficients, with a greater weight for the coefficients or the differences of coefficients corresponding to the low spatial frequencies of the picture, with respect to the coefficients or to the differences of the coefficients corresponding to the high spatial frequencies of the picture; and in quantifying according to a linear scale the weighted coefficients and differences of coefficients. The quantification step is variable according to the quantity of information to be transmitted. This is equivalent to multiplying all of the coefficients or all the differences of transformation coefficients of a block by a same coefficient called the quantification coefficient which is variable according to the quantity of information to be transmitted for the blocks of picture elements encoded before the block concerned; and in retaining only the whole part of the result of the multiplication.

The information to be transmitted is stored in a buffer memory enabling a transmission at a constant rate. A regulating device supplies a value of the quantification coefficient which continuously diminishes while the buffer memory is filling and which continuously increases while the buffer memory is emptying.

Naturally, the decoding furthermore consists in multiplying each transmitted coefficient value or each transmitted difference of coefficients value, by a coefficient equal to the inverse of the weighting coefficient used for the encoding; and then in multiplying it by a coefficient equal to the inverse of the quantification coefficient used for the encoding.

When a series of pictures represents a scene containing much movement, the quantity of information to be transmitted is high, and consequently the quantification coefficient is small in order to reduce the amplitude of the values of the transformation coefficients or differences of transformation coefficients to be transmitted. Furthermore, the weighting coefficients give greater weight to the transformation coefficients corresponding to the low spatial frequencies of the picture in order to transmit the essential information of the picture while sacrificing less essential information which corresponds to the high spatial frequencies of the picture.

When the series of pictures represents a scene with little movement or a static scene, the encoding of each block is of the inter-picture type in order to exploit the correlation existing between these successive pictures. From one picture to the next, the values of the differences of transformation coefficients of similar blocks have a decreasing amplitude and the quantity of information to be transmitted tends to reduce. The regulation then reacts by increasing the quantification coefficient. On the other hand, the information remaining to be transmitted no longer relates to the low spatial frequencies of the picture as it has been favoured by the weighting and has therefore been transmitted. The information remaining to be transmitted relates only to the high spatial frequencies of the picture and the latter are then transmitted with a large amount of information. After a time interval corresponding to several pictures, the totality of the information representing a static scene is then transmitted and enables the reconstruction of the scene with very good fidelity.

For the encoding and decoding of colour television pictures, the previously mentioned document suggests process-

US 7,020,204 B2

3

ing in parallel three series of digital values corresponding to a brightness signal and to two colour difference signals respectively.

This known method has two disadvantages: the fact of the parallel processing of these three series of digital values leads to the use of three buffer memories which must restore the encoded information with data rates having constant ratios because the transmission channel has a constant data rate. Now, the information data rates corresponding to a brightness signal and to two colour difference signals have extremely variable ratios because the saturation of the colours is very variable and can even be zero in the case of pictures containing only whites, greys and blacks. The fact of imposing a constant ratio between these three information data rates leads in practice to uselessly increasing the quantity of information transmitted, or in sacrificing a portion of the information corresponding to colour differences, which is harmful to the fidelity of the reproduction.

Another disadvantage results from the regulation used in this method. When, in a same picture, there is a succession of blocks encoded by an inter-picture encoding, the quantity of information to be transmitted being small, the regulation reacts by increasing the quantification coefficient and tends to maintain a filling of the buffer memory. If an isolated block, or several blocks are to then be encoded by an intra-picture encoding, because they correspond to a limited area which is in motion, it is suddenly necessary to transmit large amounts of information. The buffer memory being maintained practically full, the regulation can only react by sacrificing a large portion of the information to be transmitted, i.e. by suddenly reducing the quantification coefficient when the buffer memory approaches saturation. In such a case, the blocks of picture elements encoded by the inter-picture encoding are restored with excellent fidelity while the adjacent blocks, encoded by an intra-picture encoding are restored with mediocre fidelity. The difference in quality is then very noticeable because these two types of blocks are adjacent in the same picture.

The purpose of the invention is to overcome these two disadvantages of the known method. The object of the invention is an adaptive method of encoding consisting in particular in storing in a same buffer memory the information to be transmitted corresponding to the values of brightness and to the values of the two colour difference signals, and consisting in using weighting coefficients and identical quantification coefficients, except for the application of a constant, for the transformation coefficients or the differences of transformation coefficients corresponding to these three types of signals.

According to another feature, the method according to the invention consists in using weighting coefficients which, in addition to giving a greater weight to information corresponding to the low spatial frequencies of the picture, are also variable according to the quantity of information to be transmitted, in order to further reduce the weight given to the information corresponding to the high spatial frequencies of the picture when the filling of the buffer memory increases and approaches the maximum.

According to another feature of the method according to the invention, the quantification coefficient is variable as a function of the filling rate of the buffer memory, but with a discontinuity corresponding to a fixed filling threshold, in order to be constant below this filling threshold and in order to increase when the filling rises above this threshold.

According to the invention, an adaptive method of encoding and decoding of a series of pictures by transformation, the encoding consisting in:

4

dividing each picture into blocks of picture elements, each block being represented by a block of brightness values, a block of blue colour difference values and a block of red colour difference values;

applying a two-dimensional transformation to each block of values in order to obtain a block of transformation coefficients of the block of values concerned;

transmitting, for each block of values, either the value of transformation coefficients of the block, or the difference in value of these transformation coefficients, with respect to the value of the transformation coefficients of a similar block in the picture preceding the picture being encoded, in order to minimize the quantity of information to be transmitted for the block in question, the encoding being called intra-picture or inter-picture respectively;

furthermore consisting in multiplying the transformation coefficients and the differences of transformation coefficients, before they are transmitted, by a coefficient called the weighting coefficient, favouring the low spatial frequencies of the pictures; and also in multiplying them by a coefficient called the quantification coefficient which is variable as a function of the quantity of information to be transmitted;

the decoding consisting for each block in:

multiplying each transmitted value of transformation coefficient or each transmitted value of transformation coefficient difference, by a coefficient equal to the inverse of the weighting coefficient used for the encoding and by a coefficient equal to the inverse of the quantification coefficient used for the encoding;

adding, to the value of each difference of transformation coefficients, the value of a transformation coefficient, similar to the coefficient in question in a similar block to the block in question and belonging to the picture preceding the picture being decoded;

applying to each transformation coefficient a transformation which is the inverse of the transformation applied for the encoding, in order to obtain a block of values representing a portion of the decoded picture;

is characterized in that it furthermore consists in regulating the data rate of the transmitted information, in storing in a same buffer memory, the information to be transmitted corresponding to the 3 types of blocks of values, and in multiplying the transformation coefficients and the differences of transformation coefficients of the 3 types of blocks by a same variable weighting coefficient and by a same variable quantification coefficient, except for the application of a constant multiplication factor.

The invention will be better understood and other characteristics will appear with the help of the following description and of the accompanying figures in which:

FIG. 1 shows the order of scanning the transformation coefficients or the differences of transformation coefficients of a block of Picture elements, in one example of implementation of the method according to the invention;

FIG. 2 shows a graph illustrating a weighting performed in this example of implementation;

FIG. 3 shows a graph illustrating a quantification performed in this example of implementation;

FIGS. 4 to 6 illustrate the regulation of the data rate of the transmitted information in this example of implementation;

FIG. 7 and 8 illustrate the implementation of a variant of the method according to the invention;

FIG. 9 shows the synchronization signals of an encoder and a decoder, in an example of implementation of the method according to the invention;

US 7,020,204 B2

5

FIGS. 10 and 11 show the block diagram of an embodiment of an encoding device for the implementation of the method according to the invention;

FIGS. 12 and 13 show the block diagram of an embodiment of a decoding device for the implementation of the method according to the invention.

In one example of implementation, the series of pictures is constituted by a series of colour television frames, sampled and digitized. Each picture element is represented by a brightness value, a red colour difference value and a blue colour difference value, each of these values having eight bits. The brightness is sampled at a frequency of 10.125 MHz while each of the colour difference signals is sampled at a frequency of 5.0625 MHz. The data rate of the encoded information is constant and in the order to 10 Mbits per second.

Each television picture to be encoded is constituted by two interlaced frames analysed in a conventional way by a television camera. Each frame is encoded separately.

In this example of implementation the transformation used is the cosine transformation. It is applied to blocks of 16×16 brightness values, blocks of 16×8 red colour difference values, and blocks of 16×8 blue colour difference values. Any other known two-dimensional transformation can be used for the implementation of the method according to the invention. The transformation is applied in parallel to each of these three types of block. For each block of values it supplies a matrix of values called transformation coefficients of the block of values concerned. The block of transformation coefficients has dimensions identical to those of the block to be transformed. The transformation coefficients have real values.

The transformation coefficients of the brightness values f(i,j) are computed according to the formula:

$$F(u, v) = \sum_{i=0}^{15} \sum_{j=0}^{15} f(i, j) \cdot c(u) \cdot c(v) \cdot \cos\frac{(2i+1) \cdot u \cdot \pi}{32} \cdot \cos\frac{2(j+1) \cdot v \cdot \pi}{32} \quad (1)$$

where c(u)=1/√2 if u=0
    c(u)=1 if u≠0

The transformation coefficients of the colour difference values f'(i,j) are computed according to the formula:

$$F'(u, v) =$$

$$\sum_{i=0}^{15} \sum_{j=0}^{15} f'(i, j) \cdot c(u) \cdot c(v) \cdot \cos\frac{(2i+1) \cdot u \cdot \pi}{32} \cdot \cos\frac{2(j+1) \cdot v \cdot \pi}{16} \quad (2)$$

i and j are respectively the line index and the column index in the block of values to be encoded; u and v are respectively the line and column indices of the transformation coefficients in the block of these coefficient. The transformation coefficient situated in the first column and on the first line is equal to twice the average value of the coefficients of a block of transformation coefficients. It has a value which is always positive. This value must be encoded with the greatest possible accuracy since the slightest error in this transformation coefficient results in a very visible difference between a block of picture elements and the adjacent blocks.

The other coefficients of a transformation block correspond to spatial frequencies of the picture which are increasing as u and v increase. For the highest values of u and v, the

6

transformation coefficients are generally zero. In the series, the coefficients of a block of transformation coefficients are considered according to a scanning order which is graphically represented in FIG. 1 and which corresponds to increasing values of the sum $u^2+v^2$. The scanning path of the transformation coefficients is chosen in such a way as to optimize the compression ratio for the type of picture which is to be encoded, according to their statistical characteristics.

The implementation of the method according to the invention then consists in performing, in parallel, an encoding called the inter-picture encoding and an encoding called the intra-picture encoding for each type of value to be encoded: brightness value, blue colour difference value and red colour difference value. The inter-picture encoding consists in computing the difference in value between the transformation coefficients of a block of picture elements in question, respectively with regard to the transformation coefficients of a similar block to the block in question in the picture preceding the picture being encoded. The intra-picture encoding consists in directly using the value of the transformation coefficients of the block. In both cases, the method of encoding then consists in applying a weighting, a quantification and then a Huffman encoding.

In general, the intra-picture encoding of a block representing a portion of a picture in motion requires a larger amount of information than the inter-picture encoding. Conversely, the inter-picture encoding of a block representing a static portion of picture generally requires less information than the intra-picture encoding. The choice of the type of encoding is common for all three types of signal to be encoded. In this example of implementation, the choice of the type of encoding consists in precisely determining the quantities of information respectively necessary in both cases for a same block of digital values to be encoded. Each quantity of information is computed by counting the number of encoded data bits supplied by the following series of operations: weighting, quantification, Huffmann encoding. The method then consists in transmitting the data supplied by the encoding requiring the smallest amount of information.

The weighting enables the exploitation of the fact that a suppression of information encoding certain transformation coefficients of a block of picture elements does not give rise to much degradation in the decoded picture. The coefficients corresponding to the low spatial frequencies of the picture are more sensitive to suppressions of information than the coefficients corresponding to the high spatial frequencies of the picture. The weighting is such that the coefficients corresponding to the low spatial frequencies are favoured. It consists in multiplying the value of the transformation coefficients or of the differences of the transformation coefficients of a block by a weighting coefficient which is given, for the brightness, by the following formula:

$$p^{lum}(u, v) = \exp\left[-\frac{R \cdot u^2 + v^2}{Pon^2 \cdot Nor}\right] \quad (3)$$

where u and v are respectively the index of the column and of the line of the coefficient or of the difference of coefficients to which the weighting applies; where R is a constant which depends on the size of the block and on the sampling frequency of the picture, its value being 1.4 for a sampling frequency of 10.125 MHz and for a block of size 16×16; where Nor is a constant parameter but depending on R which is given by the following formula:

US 7,020,204 B2

7                                                                        8

$$Nor = \frac{2 \times 16^2}{R \times 16^2 + 16^2} \quad (4)$$

Nor=0.42 for a sampling frequency of 10.125 MHz;
and where Pon is a variable parameter which defines the
severity of the weighting. Its value depends on the filling of
the buffer memory storing the encoded information to be
transmitted, corresponding to the three types of signal rep-
resenting the picture elements. This information is the
information relating to the blocks preceding the block of
picture elements being encoded. The number of bits in
question is that obtained after the Huffmann encoding of the
non-zero values, the encoding by sequences of zero values,
and after insertion of data separating words. The severity of
the weighting is an increasing function of the filling of the
buffer memory, in order to act against this filling.

In this example of implementation, the capacity of the
buffer memory is 64 kilobits. The value of the parameter
Pon, and the weighting ratio obtained, between the high and
the low spatial frequencies of the picture are given in the
following table:

| Filling of buffer memory | Value of the Pon parameter | Value obtained for the weighting ratio high/low frequencies |
|---|---|---|
| 64 to 48 Kb | 18 | 5 |
| 48 to 40 Kb | 18.5 | 4.5 |
| 40 to 32 Kb | 19 | 4 |
| 32 to 24 Kb | 20 | 3.5 |
| 24 to 16 Kb | 22 | 3 |
| 16 to 8 Kb | 24 | 2.5 |
| 8 to 0 Kb | 27 | 2 |

The value of the transformation coefficients or of the dif-
ferences of the transformation coefficients for the colour
difference signals, is weighted by a coefficient given by the
formula:

$$p^{ch}(u, v) = \exp - \left[ \frac{R' \cdot \left( \frac{u}{2} + 1 \right)^2 + v^2}{Pon^2 \cdot Nor'} \right] \quad (5)$$

where R' is a constant which depends on the size of the
block and on the sampling frequency for the colour differ-
ence signal and which is equal to 0.7 for blocks of 16×8 and
for a sampling frequency of 5.0625 MHz; and where Nor' is
a constant which is given by the following formula:

$$Nor' = \frac{2 \times 16^2}{R' \times 16^2 + 16^2} \quad (6)$$

Nor'=0.59 for a sampling frequency of 5.0625 MHz.
The weighting coefficient $P^{ch}(u, v)$ is also a function of
the filling of the buffer memory, by means of the variable
Pon, in order to participate in the process of regulation of the
data rate of the transmitted encoded information. The
weighting coefficient is the same for the data encoded by the
inter-picture encoding and for that encoded by the intra-
picture encoding.

The method of regulation furthermore consists in multi-
plying the value of the transformation coefficient or of the
differences of transformation coefficients of a block by a
quantification coefficient which is a function of the filling of
the buffer memory, the latter containing the encoded data
corresponding to the blocks preceding the block being
encoded.

The quantification operation is performed in parallel on
the transformation coefficients obtained by the intra-picture
encoding and on the differences of transformation coeffi-
cients obtained by the inter-picture encoding, after the
weighting operation. For a given block of picture elements,
all of the transformation coefficients and all of the differ-
ences of transformation coefficients corresponding to the
brightness are multiplied by the same quantification coeffi-
cient value. All of the transformation coefficients and all of
the differences of transformation coefficients corresponding
to the two colour difference signals are multiplied by a
weighting coefficient which has the same value as that
corresponding to the brightness, except for the application of
a constant multiplication factor. This constant is equal to
1.41 in order to compensate for a constant multiplication
factor introduced during the computation of the cosine
transforms and which is slightly different for blocks of
different sizes, as is the case for the brightness on the one
hand and for the colour differences on the other hand.

The quantification coefficient is constant for a filling $E_b$ of
the buffer memory, less than a threshold value; it is expo-
nentially decreasing when the filling $E_b$ is above this thresh-
old value. In this example, in which the capacity of the
buffer memory is equal to 64000 bits, the filling threshold
value is taken as equal to 56000 bits. For the brightness, the
quantification coefficient is given by the following formula:

$$N^{lum} = \exp \left( -\frac{E_b - 56000}{Nor} \right) \text{ if } E_b \geqslant 56000 \text{ bits} \quad (7)$$

$$N^{lum} = 1 \text{ if } E_b < 56000 \text{ bits}$$

For the colour difference signals, the quantification coef-
ficient is given by the following formula:

$$N^{chr} = 1,41 \cdot \exp \left( -\frac{E_b - 56000}{Nor'} \right) \text{ if } E_b \geqslant 56000 \text{ bits} \quad (8)$$

$$N^{chr} = 1,41 \text{ if } E_b < 56000 \text{ bits}$$

where the constants Nor and Nor' have the previously
defined values.

The values of the transformation coefficients or of the
differences of transformation coefficients are truncated after
the weighting and the quantification in order to round them
to the closest whole value.

FIG. 2 shows the graph of the ratio between the weighting
coefficient applied to the high spatial frequencies and the
weighting coefficient applied to the low spatial frequencies
of the picture, for the brightness, as a function of the fitting
$E_b$ of the buffer memory. It increases in steps as the filling
varies from 0 to 64 Kbits.

FIG. 3 shows the graph of the quantification coefficient
$N^{lum}$, corresponding to the brightness, as a function of the
fitting $E_b$. It can clearly be seen on this graph that the
quantification coefficient is constant for most of the filling
values and that it decreases very rapidly when the filling is
close to its maximum. The relationship between the quan-

US 7,020,204 B2

9     10

tification coefficient and the filling, in the method according
to the invention, is therefore clearly different from those
used conventionally and which vary continuously. A conventional quantification coefficient does not include such a
horizontal level but decreases regularly as a function of the
filling.

FIGS. 4, 5 and 6 illustrate the regulation process, in the
case in which three successive pictures represent a static
scene. Each of these figures shows a graph in which the
quantity of information actually transmitted is plotted vertically and in which the rank of the transformation coefficients or of the differences of transformation coefficients of
each of these pictures is plotted horizontally, this rank being
determined on the scanning path shown in FIG. 1. The
quantities of information concerned are those obtained after
the weighting, the quantification and the Huffmann encoding.

However, the quantity of information corresponding to
the first transformation coefficient, i.e. having 0 as a line
index and as a column index, is not shown in FIGS. 4 to 6
as it is not subject to the data rate regulation. The first
coefficient is not weighted and is not standardized in order
to avoid showing visible discontinuities between the blocks
on the restored picture. FIGS. 4 to 6 therefore show the
quantity of information corresponding only to the other
transformation coefficients or differences of transformation
coefficients.

The first picture of these three successive pictures is
assumed to be different from the pictures having possibly
preceded it. The transformation coefficients of this first
picture are therefore all encoded by an intra-picture encoding necessitating a large amount of information, which is
particularly distributed over the transformation coefficients
having a low rank. In addition, the weighting has the effect
of also favouring the coefficients of low rank. And, finally,
certain coefficients of high rank are rounded to zero during
the operation consisting in rounding to the closest whole
value. Everything happens as if there were a threshold at
+0.5 and −0.5. For all of these reasons, in FIG. 4, the
coefficients of high rank are not transmitted by any quantity
of information. In particular, many coefficients of high rank
are rounded to the zero value because they are less than 0.5
in absolute value. The number of coefficients or differences
of coefficients rounded to zero increases when there is a
reduction in the quantification coefficient resulting from a
large amount of filling of the buffer memory. The threshold
effect combined with the quantification therefore tends also
to suppress information corresponding to high spatial frequencies.

FIG. 5 corresponds to a second picture which immediately follows the first one and which is identical to it. The
transformation coefficients of the second picture are therefore theoretically strictly identical to those of the first
picture. They will be encoded by an inter-picture encoding
in order to exploit the correlation between the first and
second pictures. The inter-picture encoding is performed by
computing the difference between the transformation coefficients of the second picture and the transformation coefficients of the first picture after having submitted the latter
to an encoding and then to a decoding in order to subtract a
same value during the encoding step and during the decoding step.

The weighting and quantification operations suppress
information and therefore cause encoding errors which
result in a non-zero difference between the transformation
coefficients before encoding and the transformation coefficients after encoding followed by decoding. There are

therefore non-zero differences between the coefficients
encoded and then decoded for the first picture and the
coefficients which will be encoded for the second picture.
These differences are in particular due to the fact that the
weighting coefficient and the quantification coefficient vary
from one picture to another.

FIG. 5 shows the quantity of information corresponding
to these differences of coefficients, these differences having
undergone a weighting, a quantification and a Huffmann
encoding. The quantity of information constituted by these
differences is lower than the quantity of information corresponding to the values of the transformation coefficients of
the first picture for several reasons. Firstly, because the
differences of coefficients have low values, since the first
picture and the second picture are identical. This quantity of
information corresponds above all to the average frequencies and to the high frequencies, i.e. to the average ranks and
to the high ranks, because the weighting and quantification
performed during the encoding of the first picture have
sacrificed the information corresponding to the average
ranks and to the high ranks. This information will enable the
addition of details in the second restored picture. The
encoding of all of the blocks of the second picture being an
inter-picture encoding, using the correlation with the first
picture, the quantity of information to be transmitted diminishes the buffer memory empties in consequence and the
regulation process causes an increase in the quantification
coefficient and then its maintenance at the constant value: 1.

The increase in the quantification coefficient increases the
amplitude of the differences of transformation coefficients
and therefore tends to increase the quantity of information to
be transmitted for the coefficients of average and high ranks,
and therefore tends to fill the buffer memory. However, the
levelling of the quantification coefficients slows down this
tendency. Furthermore, the information to be transmitted
corresponds in particular to the average and high spatial
frequencies since the information corresponding to the low
spatial frequencies has been transmitted to a large degree
during the encoding of the first picture. The weighting acts
progressively against the high frequencies as the buffer
memory becomes filled. Therefore the weighting itself also
tends to reduce the quantity of information transmitted for
the second picture. Finally, this quantity if distinctly less
than that transmitted for the first picture.

The encoding of a third picture identical to the two
previous ones is also an inter-picture encoding and only has
to transmit information corresponding to high spatial frequencies which have not been able to be transmitted during
the encoding of the first and second pictures. This information will enable the addition of fine details to the restored
third picture. Thus when there is a series of static pictures,
the restored pictures rapidly achieve a very good fidelity.

FIG. 6 shows the quantity of information to be transmitted
for the third picture, as a function of the rank of the
coefficients. It should be noted that this quantity of information corresponds in particular to the very high spatial
frequencies and that it is generally smaller with respect to
the quantity of information to be transmitted for the encoding of the second picture and for the encoding of the first
picture, because the weighting very much acts against the
very high frequencies, even though the buffer memory is
beginning to empty. The severity of the quantification and
the weighting is chosen such that the regulation does not
tend to maintain the filling at a constant level, but tends to
reduce the filling during each inter-picture encoding.

In the most general case, each picture comprises static
areas and areas in motion. The blocks located in the areas in

US 7,020,204 B2

11

motion require an intra-picture encoding which tends to saturate the buffer memory. The severity of the weighting and the quantification is chosen such that the memory is not saturated by the information corresponding to these blocks. The weighting is a function of the filling of the buffer memory in such a way that it acts to a lesser degree against the coefficients or the differences of coefficients corresponding to the high spatial frequencies, as the filling diminishes. But the severity of the weighting remains such that the buffer memory empties when there is a series of blocks encoded by the inter-picture encoding, in order to have a capacity available for the encoding of blocks encoded by an intra-picture encoding which produces a large amount of information to be transmitted.

Thus when one or more successive blocks have to be encoded by an intra-picture encoding, the buffer memory is not close to saturation and consequently the quantification coefficient does not have to be suddenly increased in order to avoid an overshooting of the capacity of the buffer memory when a block to be encoded by the intra-picture encoding arrives. By avoiding sudden variations in the quantification coefficient, this regulation process avoids suddenly degrading the quality of restoration of the picture from one block to another in the same picture. This makes it possible to avoid a visible contrast in the quality of restoration, between blocks encoded by inter-picture encoding and blocks encoded by intra-picture encoding, close to each other in the same picture.

Since the method according to the invention consists in multiplying the transformation coefficients or differences of transformation coefficients corresponding to the brightness and to the colour difference signals, by the same weighting coefficient and by the same quantification coefficient, apart from the application of a constant multiplication factor, these three types of signals are therefore encoded with the same quality within a same block, and the information to be transmitted can be stored in a common buffer memory. This storage in a common buffer memory enables the transmission of the encoded information with any ratio between the quantities of information corresponding to the three types of signals. The absence of an imposed ratio between the quantities of information transmitted for the three types of signals enables, with equal fidelity, an important gain in the compression rate of the pictures.

In fact, the quantity of information to be transmitted for the two colour difference signals is extremely variable depending on the scenes represented by the pictures. When the pictures have colours which are not very saturated, the quantity of information to be transmitted for the colour difference signals is low. In this case, the common regulation enables the transmission of a reduced quantity of information for the colour difference signals, unlike the conventional method of independent regulation for the three types of signals, which leads to the use of three independent buffer memories and imposes a constant ratio between the quantities of information transmitted for the three types of signals.

The filling $E_b$ of the buffer memory must be known before starting the encoding of a block in question. It must take into account the encoded information corresponding to all of the blocks which precede the block in question. It is computed by adding the quantities of information to be transmitted for all of the blocks preceding the block in question, and by subtracting from this sum the quantity of information transmitted, computed by taking the product of the data rate of the transmission channel and the duration which has elapsed

12

between the start of the transmission and the end of the transmission of the information encoding the block preceding the block in question.

After the quantification, each value of a transformation coefficient or difference of transformation coefficients, with the exception of the first coefficient in each block, and with the exception of the zero values, is encoded by a Huffmann code. The transformation coefficients or differences of transformation coefficients of one block are considered successively in the order of scanning corresponding to increasing $u^2+v^2$, according to FIG. 1. The coefficients or differences of coefficients which are zero are encoded by sequences, the lengths of the sequences being encoded by a Huffmann code. The order of scanning chosen is such that the series of coefficients or of differences of coefficients of a block always ends with a long sequence of zero values. The first coefficient or the first difference of coefficients of each block, having 0 as a line index and as a column index, is transmitted without Huffmann encoding.

In order to optimize the reduction of the data rate, the Huffmann encoding is performed according to 8 different trees;

A1, for encoding the transformation coefficients corresponding to the brightness signal, which are preceded by a sequence of zeroes;

A2, for encoding the transformation coefficients corresponding to the brightness signal, which are not preceded by a sequence of zeroes;

A3, for encoding the differences of transformation coefficients corresponding to the brightness signal, which are preceded by a sequence of zeroes;

A4, for encoding the differences of transformation coefficients corresponding to the brightness signal, which are not preceded by a sequence of zeroes;

A5, for encoding the transformation coefficients corresponding to any of the colour difference signals, which are preceded by a sequence of zeroes;

A6, for encoding the transformation coefficients corresponding to any of the colour difference signals, which are not preceded by a sequence of zeroes;

A7, for the encoding of the differences of transformation coefficients corresponding to any of the colour difference signals, which are preceded by a sequence of zeroes;

A8, for the encoding of differences of transformation coefficients corresponding to any of the colour difference signals, which are not preceded by a sequence of zeroes.

However, it is possible to use identical encoding trees A5 and A7; and identical encoding trees A4, A6 and A8, at the cost of a certain degradation in the compression rate. It should also be noted that the encoding trees also encode particular events: packing bits and data separator words.

The fact of using two different trees for encoding the values of coefficients or of differences of coefficients which are not zero and which are not preceded by a sequence of zeroes and for encoding the coefficients or differences of coefficients which are not zero and which are preceded by a sequence of zeroes, results in a reduction in the quantity of information to be transmitted in the order of 10% with respect to the known methods in which a single encoding tree is used for these two separate cases. The reason for this reduction is as follows: a priori, it would be necessary to have two separate trees, with a prefix to distinguish them from each other, in order to encode on the one hand a sequence of zeroes and, on the other hand, to encode a coefficient or a non-zero coefficient difference. But there are never two consecutive sequences of zeroes, as in this case they would be encoded as a single sequence. Consequently,

US 7,020,204 B2

13

it is certain that after a sequence of zeroes there is a coefficient or a difference of coefficients which is not zero. It is known information which does not therefore have to be transmitted. The use of the two trees mentioned above enables this redundancy of information to be exploited in order to reduce the quantity of information to be transmitted.

In this example of implementation, the Huffmann codes used for encoding the coefficients have a dynamic range limited to −63, +63. Those used for encoding the differences of coefficients have a dynamic range limited to −31, +31. In the case of overshoot, at least one overshoot prefix is added. In order to distinguish the 0 modulo +64 and the 0 modulo −64 values, two distinct code words are added. The multiple values of +64 and −64 are respectively denoted 0+ and 0− in the following description and they encoded using several overshoot prefixes. The last sequence of zeroes in each block is not encoded, the encoded data corresponding to each block being separated by an inter-block synchronization word. The value of the first coefficient or of the first difference of coefficients in each block is represented in clear by nine bits.

The eight Huffmann trees satisfy the following conditions:

the code words all have a length less than 16 bits;

no licit concatenation of code words must make a series of 10 zeroes appear, consequently:

the code words cannot terminate, unless by exception, in more than 5 zeroes;

the word "00000" is reserved for precise uses;

the code words cannot begin with more than 4 zeroes;

only the encoding trees corresponding to the colour difference signals include synchronization words.

The encoding tree A1 encodes 195 events. The non-zero coefficients give rise to 129 possible events which are: the values −63, . . . , −1, 1, . . . , +63; an overshoot prefix relating to the coefficients; a value which is a multiple of +64, which is referenced 0+; a value which is a multiple of −64, which is referenced 0−.

The sequences of zeroes give rise to 65 possible events: the values of length: 1, . . . , 63: an overshoot prefix relating to the sequences of zeroes; and a zero value $0_p$ associated with the sequences of zeroes.

A particular event is constituted by a packing.

The conditions which this tree A1 must satisfy are as follows: the event 0+ must be encoded by "00000"; the code words must end in at least 3 zeroes; and the overshoot prefix for the coefficients must end in 1.

The tree A2 encodes 129 events: the values −63, . . . , −1, 1, . . . , 63; an overshoot prefix relating to the coefficients; a value which is a multiple of +64, referenced 0+; a value which is a multiple of −64, referenced 0−. This tree must satisfy the following condition: the shortest code word must have a length of two bits and be constituted by "00". There is no prohibited event.

The tree A3 encodes 195 events and has the following characteristics:

the non-zero coefficients give rise to 129 events: the values −63, . . . , −1, 1, . . . , 63; an overshoot prefix relating to the coefficients; a value which is a multiple of +64; and a value of which is a multiple of −64;

the sequences of zeroes give rise to 65 events: the values 1, . . . , 63; an overshoot prefix relating to the sequences of zeroes; a value $0_p$ relating to the sequences of zeroes;

a particular event is constituted by a packing.

This tree A3 must satisfy the following conditions: the value which is a multiple of +64 is encoded by "00000"; the code words must not end in more than 4 zeroes; the length

14

of the code words, for the lengths of sequences of zeroes, is greater than three bits; and the overshoot prefix relating to the coefficients must end in a 1.

The tree A4 must encode 65 events which are: the values of non-zero coefficients: −31, . . . , −1, +1, . . . , 31; an overshoot prefix relating to coefficients; a value which is a multiple of +31; a value which is a multiple of −31. This tree must satisfy the following condition: the shortest code word must have a length of one bit and be equal to 0. There is no prohibited event.

The tree A5 encodes 131 events and must have the following characteristics: 65 events for the coefficients, constituted by the values −31, . . . , −1, +1, . . . , 31; an overshoot prefix relating to coefficients, 0+, 0−; 65 events for the sequences of zeroes; the values 1, . . . , 63, an overshoot prefix associated with the sequences of zeroes, and the zero length; a particular event which is constituted by an intra-block synchronization word. This tree must satisfy the following conditions: the value 0+ must be encoded by 00000; the sequences of zeroes cannot end in more than 4 zeroes; the length of the sequences of zeroes must be greater than 3; and the code of the overshoot prefix relating to the coefficients must end in 1.

A particular event is constituted by an intra-block synchronization word.

The tree A6 encodes 65 events and it is identical to the tree A4.

The tree A7 encodes 131 events and it is identical to the tree A5.

The tree A8 encodes 65 events and it is identical to the tree A5.

An optional refinement of the method according to the invention consists in making the weighting coefficient and the quantification coefficient functions of a parameter called the category of the block of elements being encoded. This parameter represents the difficulty of restoration of this block of picture elements. In fact, experience shows that the worst restored blocks are characterized by the fact that they contain at least one relatively uniform dark area extending over at least one block of picture elements adjacent to the block in question, the boundary between the two blocks passing through the dark area over a relatively long length. In such a case the dark area is encoded differently on either side of the boundary, which makes the division of the picture into blocks visible, particularly because the granular noise is not restored in the same way and is visible particularly in a dark area.

In one example of implementation, the method consists in classifying the blocks of picture elements into eight categories numbered from 1 to 8 according to the increasing difficulty in restoring them without making the boundaries between the blocks appear. It consists in sub-dividing each block of 16×16 elements into blocks of 4×4 elements, then in computing the average value of the brightness in each of the sub-blocks of 4×4 elements. In practice, only the sub-blocks located at the periphery of a block are considered.

FIG. 7 shows an example of a block, with the twelve sub-blocks for which an average value of the brightness is computed. The latter are cross-hatched. The method then consists in computing an average value of brightness in areas of elongated shape located at the periphery of the blocks of picture elements and covering two adjacent sub-blocks. These areas partially overlap. In FIG. 7 the sub-blocks are numbered in the clockwise direction starting from the one located in the upper left-hand corner. In FIG. 8 the areas are numbered in the clock-wise direction starting from the one located in the top left corner. For example the area

US 7,020,204 B2

15
16

N°1 covers the sub-block N°1 and sub-block N°2. The area N°2 covers the sub-block N°2 and the sub-block N°3. The average brightness value in an area is equal to the half-sum of the average brightness values of the two sub-blocks enclosed by this area. This average brightness value is computed according to the following formula:

$$L(\text{area } N^\circ i) = \frac{1}{2}(L(\text{block } N^\circ i) + L(\text{block } N^\circ (i+1))) \qquad (9)$$

For i=1 to 12; and where L(block N°i) and L(block N°i(+1)) respectively represent the average brightness value in block N°i and the average brightness value in block N°i+1.

The method then consists in determining the area having the smallest average brightness value. This minimum brightness value is referenced L min and determines the difficulty of encoding the block in question. The method then consists in classifying the block in question into a category of difficulty from among eight categories, by comparing the minimum brightness value with seven threshold values and consists in determining a weighting coefficient and a quantification coefficient depending on the category of difficulty determined for the block in question.

The severity of the weighting and of the quantification coefficient is reduced as the difficulty of encoding a block becomes greater, i.e. as the determined minimum brightness becomes lower. The distribution of the blocks into eight categories of difficulty enables a progressiveness in the reduction of severity in the weighting and quantification when the encoding difficulty increases.

Another optional characteristic of the method according to the invention consists in the protection against the propagation of errors, a propagation associated with the differential inter-picture encoding method. If similar blocks in a series of pictures, i.e. having the same position in each of the pictures in the series, are encoded using inter-picture encoding, an error in the first block is repeated in all of the following similar blocks. When such an error can be detected, it is possible to replace all of the incorrect block by the similar block of picture elements in the picture preceding the one containing the incorrect block. As the pictures are, in this example, constituted of two separately encoded frames, the similar block is a block of elements of the frame preceding the frame in question and having the same parity. However, this correction method does not restore a perfect picture and, consequently, it is therefore necessary to limit the propagation of errors by imposing an intra-picture encoding for each block having a given position, with a fixed maximum interval corresponding, for example, to 30 pictures. If the intra-picture encoding is imposed at random or periodic times, the cost in data rate is significantly increased.

The method according to the invention enables the limitation of the propagation of errors with a slight increase in the information data rate. It comprises a first criterion consisting in imposing the intra-picture encoding when, for a given block, the relative difference of the cost of inter-picture encoding and the cost of intra-picture encoding is less than a first threshold value, or when the given block has not been encoded by an intra-picture encoding for a number of pictures N(i,j) greater than a second fixed threshold value; (i,j) being coordinates marking the position of the block in a picture. The first threshold value can be a function f(N(i,j)) of the number of pictures since the given block was encoded by an intra-picture encoding. It is an increasing function in such a way that it causes an intra-picture encoding at the end of a certain time, even if the relative cost difference remains constant.

The relative difference between encoding costs is computed by taking the difference between the number of bits necessary for the encoding of the block using an intra-picture encoding and the number of bits necessary for encoding the block using an inter-picture encoding, and in dividing this difference by the number of bits necessary for encoding the block using an inter-picture encoding. The function f(N(i,j)) can be a function of the form $A.N^2(i,j)$ or $A.N^3(i,j)$, in which A is a constant chosen such that the forcing takes place at the latest after 50 frames encoded by inter-picture encoding. In practice, it is necessary to provide a second criterion enabling the number of pictures during which a given block is encoded by inter-picture encoding to be limited in a definite way. This second criterion consists in comparing the number of pictures during which the given block has been encoded by inter-picture encoding with a second threshold value No fixed for example at 50, which corresponds to 50 frames and therefore to a duration of 1 second in a European television standard.

In certain cases, these criteria can lead to a large number of intra-picture encoding forcings in a same picture. In order to avoid a sudden increase in the quantity of information to be transmitted, it is necessary to stagger in time the intra-picture encoding forcing operations. For this purpose, the method furthermore consists in imposing an intra-picture encoding only for successive blocks separated by an interval greater than a third fixed threshold value. For example, it can consists in only allowing the forcing for blocks whose number, in the frame in question, is equal to $N_1$ modulo 4, $N_1$ being a whole value varying from 0 to 3 and changing at each frame. In this example, any block is encoded by an intra-picture encoding with an interval at most equal to $N_0+4$ frames.

The encoding method according to the invention furthermore consists in transmitting with the encoded data synchronization information enabling the sampling frequency of the pictures to be recovered after transmission over an asynchronous channel; and furthermore consists in transmitting separators enabling the nature of the various encoded data which are transmitted in series over the transmission channel to be recovered.

In order to recover the frequency called the video frequency of the picture sampling, two types of synchronization patterns are transmitted independently from the encoded data and their separators, while freezing the transmission of these encoded data. A picture synchronization pattern is transmitted at a frequency of 25 Hz, before the encoded data of each even frame; and a line synchronization pattern is transmitted at the frequency of 15625 Hz, in order to slave a clock to the picture elements sampling frequency. These two types of synchronization pattern do not have a fixed position with respect to the encoded data and are not shown in FIG. 9.

These two types of synchronization pattern do not have to be such that they cannot be imitated by concatenations of data, because these patterns are separated by a given number of bits, determined to the nearest 1 bit. A learning process, consisting in checking the presence of successive patterns at times provided for this, enables them to be distinguished from data.

The encoded data separators are shown in FIG. 9. The encoded data corresponding to two frames are preceded by a picture separator which is repeated 8 times in this example. Each picture separator comprises a 16-bit prefix comprising 15 zeroes and 1 one; and includes a 3-bit binary word giving the rank of the separator in the repetition. In practice, the number of repetitions is chosen as a function of the error rate

17

in the transmission channel. The prefix is a binary word which cannot be imitated by a licit concatenation of Huffmann code words and of inter-block separator words. The repetition of the picture separators enables them to be protected from isolated errors and small packets of errors. The detection of a picture separator is only validated if it is made several times and the exact position of the picture separators is known by means of the 3 bits encoding the rank of each picture separator.

The encoded data corresponding to block N°1 are transmitted after the picture separator repeated 8 times. Then an inter-block separator is transmitted and precedes the encoded data for block N°2. The inter-block separator comprises an 11-bit radical constituted of 10 zeroes and 1 one; a two-bit binary word representing the rank of the block, modulo 4; and a two-bit binary word representing the sum modulo 4 of the rank of the block and the number of events encoded in the block following the inter-block separator. The radical thus constituted can be imitated by a licit concatenation of code words belonging to the eight Huffmann encoding trees. For this purpose the encoding trees comprise code words beginning with at most four 0 and ending in at most five 0. A code word including only 0 is prohibited since, if it were repeated, there would be imitation of the inter-block separator.

The lower section of FIG. 9 shows the format of the encoded data for a block. It comprises: a three-bit binary word representing the category of the block; a bit indicating the type of encoding, inter-picture or intra-picture, encoded data of the red colour difference signal; then these data, with a number of variable bits; then an intra-block separator constituted by a Huffmann code word; then one bit called the inter-intra bit, indicating the type of encoding of the encoded data for the blue colour difference signal; then an intra-block separator, constituted by a Huffmann code word; then a bit indicating the type of encoding for the brightness signal encoded data; then the encoded data of the brightness signal.

It should be noted that the picture separators introduce a negligible redundancy considering their rarity. The intra-block separators are essential since the last sequence of zeroes of each block is not encoded. They are not protected and do not therefore introduce redundancy. On the other hand, there is a redundancy in the inter-block separators. According to the prior art, the inter-block separators belonged to the inter-picture and intra-picture encoding trees of the brightness signal and had a length of 5 bits. The one used in this example of implementation has a length of 15 bits, giving a redundancy of 10 bits. Furthermore, the Huffmann encoding Furthermore, the Huffmann encoding trees of the colour difference signals include a reserved word formed of five consecutive 0 for encoding the value 0+, which increases the average length of the Huffmann codes with respect to those used in the prior art. Redundancy of information in the inter-block separators is estimated as equal to at least 1% of the total transmitted information. This redundancy is low but enables the protection against errors of inter-block separators to be considerably improved.

A good detection of inter-block separators is essential as the loss of a single bit of the encoded data causes a total loss of synchronization of the decoding with respect to the encoding and therefore causes the loss of a complete picture.

In the case in which an inter-block separator is incorrect, it is possible to resynchronize the decoding with the encoding by means of the binary word representing the rank of the block, modulo 4.

18

There are at least four possibilities of detecting an error in a block, at inter-block separator level:

by detecting an inter-block separator before having detected the two intra-block separators contained in any normal block;

by detecting an inter-block separator whose beginning does not correspond with the end of the data of the preceding block, the end of these data being provided by means of the two-bit binary word representing the rank of the block plus the number of events modulo 4;

by detecting a block rank, modulo 4, not equal to the rank of the previous block incremented by 1;

by detecting a sum of a block rank and of a number of events, modulo 4, which is not equal to the sum of the rank of the block and of the number of events received.

The reception of a block is only validated if none of these conditions occurs. Experience shows that the use of the rank of the block, modulo 4, and of the sum of the rank of the block and of the number of events, modulo 4, which are transmitted in the inter-block separators, enables a large majority of errors affecting the blocks to be detected.

When a block is detected as being incorrect, the method then consists in masking it by replacing it with the similar block in the frame which immediately precedes the frame being decoded. It should be noted that an isolated error in an inter-block separator gives rise to the masking of the block which precedes it and the block which follows it, since the end of the first and the start of the second are not correctly identifiable.

The most annoying type of error is constituted by packets of errors affecting at least four consecutive blocks, because in this case is it not possible to resynchronize the decoding with the encoding since the rank of the block is transmitted modulo 4. All of the following blocks, in the same picture, are shifted. The synchronization is only regained at the start of the next picture. Furthermore, the error propagates over the following images in the blocks encoded by inter-image encoding. It is possible to increase resistance to errors of the inter-block separators by increasing the modulo of the word representing the rank of the block and of the word representing the sum of the rank of the block and the number of events.

FIG. 10 shows the block diagram of an embodiment of an encoding device for the implementation of the method according to the invention. This example comprises: an input terminal 1; a frame memory 2; a first and a second block memory 3 and 4; a device 5 for the classification of the blocks; a brightness encoding device 6; a colour difference encoding device 7; a device 8 for computing the quantification coefficient and the weighting coefficient; a memory 9; a Huffmann encoder and separator generator device 10; a sequencer 11; a shift register 12; a picture synchronization and line synchronization generator 13; a device 14 for computing the filling of the buffer memory, constituted by the memory 9, the device 10 and the register 12; a device 15 for computing the quantity of transmitted information; and an output terminal 19 connected to an asynchronous transmission channel having a constant data rate of 10 Mb per second.

The input terminal 1 receives in parallel a brightness value Y, a red colour difference value DR, and a blue colour difference value DS in the form of a triplet of binary words. Each triplet represents an element of a picture. The series of pictures concerned is a conventional series of television pictures in which each picture is constituted from two interlaced frames but these two frames are independently encoded. The brightness signal is sampled at the frequency

US 7,020,204 B2

**19**

of 10.125 MHz and each of the colour difference signals is sampled at a frequency of 5.06 MHz. The encoding devices 6 and 7 operate in parallel. While the device 6 encodes two brightness values, the device 7 encodes a red colour difference value and a blue colour difference value.

A data input of the frame memory 2 is connected to the input terminal 1. Read and write control inputs of this memory 2 are connected to the outputs of the sequencer 11 by links which are not shown. The sequencer 11 controls the storage of the values Y, DR, DS, as they become available. A data output of the memory 2 is connected to data inputs of the block memories 3 and 4. Control inputs of the memories 3 and 4 are connected to outputs of the sequencer 11 by links which are not shown. The sequencer 11 controls the reading from the memory 2 and the writing into the memory 3 of 16×16 brightness values representative of a block of 16×16 picture elements. It simultaneously controls the reading from the memory 2 and the writing into the memory 4 of 8×16 red colour difference values and of 8×16 blue colour difference values representative of the same block of picture elements.

A data output of the block memory 3 is connected to an input terminal 20 of the device 6 and to an input of the classification device 5. A data output of the block memory 4 is connected to an input of the device 7. Another input of the device 7 and an input terminal 21 of the device 6 are connected to an output of the device 8. The device 8 supplies the value of a quantification coefficient and of a weighting coefficient, calculated in order to regulate the data rate of the encoded information transmitted on the transmission channel. The device 8 has a first input connected to an output of the classification device 5, and a second input connected to an output of the computing device 14. The device 14 has a first input connected to an output of the device 15, a second input connected to an output terminal 22 of the device 6 and a third input to a first output of the device 7.

The memory 9 has: a first data input connected to an output terminal 23 of the device 6 and to a second output of the device 7; a second data input connected to an output terminal 24 of the device 6 and to a third output of the device 7; and a third data input connected to an output of the sequencer 11.

The function of the memory 9 is to store the values of cosine transformation coefficients or of cosine transformation coefficient differences, or the lengths of sequences of zeroes, representing the brightness values or the colour difference values in order to enable a regulation of the data rate of the encoded information sent in the channel. The data received by the first data input of the memory 9 are transformation coefficient values or transformation coefficient difference values or lengths of sequences of zeroes. The data received by the second data input of the memory 9 are indicators corresponding to the data applied to the first data input, in order to indicate the type of encoding, inter- or intra-picture, and the type of data: data corresponding to brightness values or to a red colour difference or to a blue colour difference, and indicating their coefficients or differences of coefficients which are not zero on the one hand, and the lengths of sequences of zeroes on the other hand.

The data received by the third data input of the memory 9 also corresponds to the data received by the first input and indicate the start of a block or, within a block, the start of the brightness data, or the start of the red colour difference data or the start of the blue colour difference data. These two indicators are stored in the memory 9 at the same time as a datum representing the brightness or a colour difference and constitute an instruction for controlling the device 10, a

**20**

Huffmann encoder and separator generator, in order to encode the data according to eight distinct Huffmann trees, and in order to supply the inter-block separators, the intra-block separators and the inter-picture separators. The memory 9 has two outputs respectively connected to two inputs of the device 10 in order to supply it in parallel with a datum and a corresponding instruction.

The memory 9 also has read and write control inputs respectively connected to outputs of the sequencer 11 by links which are not shown. The sequencer 11 controls the reading of data and of the corresponding instructions progressively as the device 10 encodes and transmits these data on the channel. The device 10 indicates to the sequencer 11 its availability by a link which is not shown.

The device 10 has an output connected to a parallel input of the shift register 12. The register 12 has an output connected to the output terminal 16 of the encoding device and has a control input receiving a clock signal HC which defines the transmission frequency an the channel. The picture synchronization and line synchronization generator 13, has an output also connected to the output terminal 14 in order to supply synchronization patterns at picture frequency and at line frequency. The generator 13 is controlled by the sequencer 11 by means of a link which is not shown. The transmission of the synchronization patterns is performed completely independently from the transmission of the encoded data and their separators while periodically freezing the transmission of these encoded data in order to transmit the synchronization patterns. These patterns will enable, after the decoding, the recovery of the picture and line frequencies which are asynchronous with respect to the channel frequency.

The device 10 is essentially constituted by a sequencer and by read only memories. The read only memories enable the performance of a transcoding from data supplied by the memory 9; this transcoding is a function of the type of data and the type of data is indicated by the instruction accompanying them. The sequencer is controlled by these instructions to select a read only memory corresponding to a Huffmann code appropriate to the data to be transcoded. The sequencer also supplies the binary words constituting the inter-block separators, the intra-block separators and the picture separators. This sequencer comprises counters for determining the rank of each picture separator, the rank of each block, modulo 4, and the sum of the rank of each block and of the number of events encoded in this block, modulo 4, in order to include these values in the separators, according to the previously described method.

The sequencer 11 supplies clock signals to all of the components of this encoding device and it supplies in particular control signals to the devices 6 and 7 with a period corresponding to the processing of a block of 16×16 picture elements. It should be noted that the values representative of the picture elements are stored in the frame memory 2 with stop time intervals corresponding to the line suppression and to the frame suppression. But these representative values are re-read from the memory 2 at a slightly slower rate, such that the reading is performed at a regular frequency without taking account of the line suppression and frame suppression time intervals.

An output of the device 10 is connected to a parallel input of the shift register 12 to supply it with a binary word corresponding to an encoded datum or to a separator. The shift register 12 transmits the bits of this binary word successively to the output terminal 19 under the effect of the clock HC which corresponds to the transmission frequency on the channel in question.

US 7,020,204 B2

21

The device 8 supplies a weighting coefficient which is the same for the brightness encoding device 6 and for the colour difference encoding device 7, and it supplies a quantification coefficient which is the same, except for the application of a multiplication coefficient, for the devices 6 and 7. These two coefficients therefore provide a common regulation for the data rate of the information to be transmitted corresponding to the brightness and for the information to be transmitted corresponding to the colour differences. The memory 9 stores both of these types of information to be transmitted together with indicators enabling these different types of information to be identified and constituting instructions for controlling the device 8.

As the memory 9 is placed upstream of the Huffmann encoder 10, the regulation of the flow of bits on the channel consists in fact in acting on the amplitude of the coefficients or coefficient differences, by the variable weighting and quantification, before encoding them by means of the Huffmann encoder. A reduction in the amplitude is represented by a reduction in the number of bits at the output of the Huffmann encoder. Everything happens as if there were, instead of the memory 9, the device 10 and the register 12, only a buffer memory storing the binary data in series and restoring them in series to the channel. The device 14 in fact computes, not the filling of the memory 9, but the filling of this buffer memory. The filling of the buffer memory is equal to the quantity of binary information, in the form of Huffmann codes, remaining to be transmitted at the time in question. There is no mathematical relationship between the filling of the memory 9 and the filling of the buffer memory. Consequently, the capacity of the memory 9 is chosen by considering the average length of the Huffmann codes. In this example, the average length is equal to 2 bits. The memory 9 has a capacity of 32K words, each word being constituted by a datum and an instruction, and corresponds to a capacity of 64K bits for the buffer memory as defined before.

The device 15 supplies to the device 14 the value of the quantity of information transmitted on the channel. The devices 6 and 7 supply to the device 14 the cost of encoding each coefficient or difference of coefficients. The device 14 computes the value of the filling of the buffer memory by accumulating the costs of encoding and by subtracting the transmitted quantity. Then it supplies the value of the filling to the computing device 8 which determines a quantification coefficient and a weighting coefficient according to the formulae (3) to (8), by modulating the severity of the quantification and of the weighting as a function of the category of the block determined by the device 5.

The counting device 15 determines the number of transmitted bits, from the clock signal HC which indicates to it the frequency of transmission on the channel, which is known and constant but which is asynchronous with respect to the sampling frequency of the pictures. The value of the ratio of weighting of the high frequencies with respect to the low frequencies corresponds to the values shown in FIG. 2. The brightness quantification coefficient has a constant value for a buffer memory filling varying from 0 to 56 Kb and then decreases exponentially for a filling varying from 56 Kb to 64 Kb.

The device comprises, in series, between its input and its output: a device 16 for computing the average brightness in the peripheral areas of each block of picture elements; a device 17 for determining the minimum brightness in each block; and a device 18 for determining the category of a block.

22

The device 5 computes the average brightness in 12 sub-blocks of 4×8 picture elements, at the periphery of each block, then computes the average brightness in 12 areas of 4×8 elements, according to the method previously described and illustrated in FIGS. 7 and 8. The device 17 determines the minimum value from among the average values computed by the device 16. The device 18 compares this average value with the 7 fixed threshold values and derives from this a binary word whose value can vary between 0 and 7 and which constitutes the category number of the block, representing the difficulty of encoding and of restoration of this block. The device 5 is controlled by the sequencer 11 by means of links which are not shown. The device 5 can be produced in the form of a hard-wired logic circuit or in the form of microprocessor and a program memory. In both cases, its embodiment is within the scope of a person skilled in the art.

FIG. 11 shows the block diagram of the brightness encoding device 6. The device 7 has an entirely similar block diagram. In this embodiment the device 6 comprises: a device 43 for computing a two-dimensional cosine transformation over blocks of size 16×16. The device 43 has an input connected to the input terminal 20 in order to successively receive the brightness values corresponding to a picture block. The two-dimensional transformation is computed in two stages corresponding to two one-dimensional transformations, implementing the known Beyong Gi Lee algorithm. The device 43 can be embodied for example according to the description given in the French Patent Application N°2,581,463.

The encoding device 6 furthermore comprises means enabling the computation in parallel of the transformation coefficients of a block of brightness values and the differences between these values and the transformation coefficients of the similar block in the previous frame. It performs the operations of weighting, quantification and encoding of the sequences of zeroes, in parallel on the coefficients and on the differences of transformation coefficients.

The transformation coefficients computed by the device 43 are successively processed by a weighting device 45, a quantification device 46; and a device for encoding the sequences of zeroes 47. The latter has a first output and a second output respectively supplying encoded data and an indicator indicating the type of data supplied, i.e.: the value of a transformation coefficient or length of a sequence of zeroes. These two outputs are respectively connected to two inputs of a memory 52 intended for storing data and the corresponding indicators, for a block of picture elements encoded according to the intra-image encoding. The memory 52 has two data outputs respectively connected to two inputs $a_1$ and $a_2$ of a multiplexer 51, in order to respectively supply it with a data word and an indicator word.

The device 6 also comprises a subtracter 44 having a first input connected to the output of the device 43 in order to receive the value of a transformation coefficient and having a second input connected to an output of a memory 42 storing the values of the transformation coefficients of the similar block to the one being processed, in the frame encoded immediately previously. The subtracter 44 therefore computes the difference between a transformation coefficient and the similar transformation coefficient in the preceding frame. This difference is then successively processed by a weighting device 48, a quantification device 49, and a device 50 for encoding sequences of zeroes. The device 50 has two outputs respectively supplying an encoded datum constituted by a difference of transformation

US 7,020,204 B2

23

coefficients or by a length of a sequence of zeroes, and supplying an indicator corresponding to this type of data.

These two outputs are respectively connected to two data inputs of the block memory 53, intended for storing data and corresponding indicators for a block of picture elements encoded according to the inter-picture encoding. The memory 53 has two data outputs respectively connected to two imputs $b_1$ and $b_2$ of the multiplexer 51 in order to supply it with a data word and an indicator word respectively, the latter constituting an instruction for controlling the device 10.

The multiplexer 51 has a control input connected to an output of a device 39 for selecting the type of encoding. It also has two outputs respectively connected to the output terminals 23 and 24 of the device 6 in order to respectively supply an instruction and a data word constituted by a transformation coefficient value or a transformation coefficient difference value, or a length of a sequence of zeroes value. Depending on the value of a control signal supplied by the device 39, the multiplexer 51 connects the inputs $a_1$ and $a_2$ respectively to its two outputs or connects the inputs $b_1$ and $b_2$ respectively to its two outputs, depending on whether the encoding is to be performed is of the intra-picture type or of the inter-picture type respectively.

The weighting devices 45 and 48, and the quantification devices 46 and 49 have control inputs connected to the input terminal 21 of the device 6 in order for each of them to receive a binary word respectively defining the weighting coefficient and the quantification coefficient applied to the transformation coefficients and to the differences of transformation coefficients of the brightness values. The input terminal 21 is also connected to an input of a device 34 computing the computing the inverse of the weighting coefficient and the inverse of the quantification coefficient.

The device 6 furthermore comprises a device 31 for decoding sequences of zeroes corresponding to the transformation coefficients, this device 31 having two inputs respectively connected to the two outputs of the device 47, and having an output supplying either a non-zero transformation coefficient supplied by the first output of the device 47, or a sequence of zero values, depending on the value of the indicator supplied by the second output of the device 47. The zero or non-zero transformation coefficient values supplied by the device 31 are then successively processed by an inverse quantification device 32 and by an inverse weighting device 33 and are then supplied to a first input of a multiplexer 34.

The device 6 furthermore comprises a device 35 for decoding the sequences of zeroes corresponding to differences of transformation coefficients, having two inputs respectively connected to the first output and to the second output of the device 50 for respectively receiving data, constituted by differences of transformation coefficient or lengths of sequences of zeroes, and indicators indicating the type of these data. The device transmits the non-zero transformation coefficient differences without modifying them, and it supplies a sequence of zero values in order to restore the sequences of zero transformation coefficient differences. These transformation coefficient difference values are supplied by an output of the device 35 and are successively processed by an inverse quantification device 36 and by an inverse weighting device 37 and are then applied to the second input of the multiplexer 34.

The inverse weighting devices 33 and 37, and the inverse quantification devices 32 and 36 have control inputs connected to an output of the device 30 in order to respectively receive the inverse weighting coefficient and the inverse

24

quantification coefficient corresponding to the brightness values of the block being processed, which are computed by the device 30. The multiplexer 34 has an output which is connected either to its first input or to its second input, depending on the value of a binary signal applied to a control input which is connected to the output of the encoding type selection device 39. The output of the multiplexer 34 is connected to a data input of a memory 41 storing the values of the transformation coefficients of all of the blocks of picture elements of the frame having been processed immediately previously.

A data output of the memory 41 is connected to a data input of a memory 42 storing only the transformation coefficients of the block in the previous frame which is similar to the block of picture elements being processed. The memories 41 and 42 have write and read control inputs connected to outputs of the sequencer 11 by links which are not shown. A data output of the memory 42 is connected to the second input of the subtracter 44 in order to supply it with the value of the transformation coefficients of the similar block, in an order corresponding to the order of transformation coefficients computed by the device 43, this order for example being the zigzag order shown in FIG. 1. The memory 42 and the memory 41 act as a digital delay line providing a one-frame delay.

The device 6 furthermore comprises a device 38 for computing the cost of intra-picture encoding and a device 40 for computing the cost of inter-picture encoding, for a same block of picture elements. The device 38 has two inputs respectively connected to the two outputs of the device 47 and has an output connected to an input of the device 39 for selecting the type of encoding. The device 40 has two inputs respectively connected to the two outputs of the encoding device 50 and has an output connected to another input of the device 39. The devices 38 and 40 compute a cost of encoding taking account of the inter-block, intra-block and inter-picture separators; and taking account of the Huffmann code words used for encoding each transformation coefficient, each difference of transformation coefficient, and each sequence of zeroes. The selection device 39 therefore simultaneously receives two binary words indicating the cost of encoding by intra-picture encoding and by inter-picture encoding.

The device 39 determines which is the lowest cost and in principle selects the type of encoding corresponding to this cost. But it can also impose an intra-picture encoding. The device 39 has a first output connected to the control inputs of the multiplexers 34 and 51 in order to control the inter-picture encoding or the intra-picture encoding; and it has a second output connected to the output terminal 22 in order to supply the cost of encoding of the block. This cost is used for computing the filling of the virtual buffer memory.

In order to compare the encoding costs and for imposing the intra-picture encoding in certain cases, the device 39 can be constituted from a microprocessor and a read only memory containing a program corresponding to the implementation of this method.

The method of forcing comprises three criteria. A first criterion consists: in computing the difference between the cost of the intra-picture encoding and the cost of inter-picture encoding; then in dividing this difference by the cost of the inter-picture encoding; then in comparing the result with a first variable threshold value. This first threshold value is computed by counting the number $N(i,j)$ of blocks having the coordinates $(i,j)$ and having been encoded by an inter-picture encoding since the last time that a block of

US 7,020,204 B2

25                                                                                    26

coordinates (i,j) was encoded by an intra-image encoding; then in computing a function of N(i,j), divided by a constant. This function can be N²(i,j), for example.

A second forcing criterion consists in comparing the number N(i,j) with a second threshold value, N₀, which is fixed at 30 for example. The encoding is forced to be an intra-picture encoding when N(i,j) exceeds 30.

A third criterion, intended to stagger the forcing operations in time, consists in only allowing the forcing for blocks whose number, in the frame in question, is equal to a value N₁ modulo 4. The value N₁ is a whole value varying from 0 to 3 and changing at each frame.

The production of this computing program for a microprocessor is within the capabilities of a person skilled in the art.

FIG. 12 is the block diagram of an embodiment of a picture decoder for the implementation of the method according to the invention. This example comprises: an input terminal 57 connected to a transmission channel; a Huffmann decoder 58; a set 59 of synchronization registers; a memory 60; means of decoding the brightness 80; means of decoding the colour difference signals 81; a device 64 for recovery of the channel frequency; a device 65 for detecting the inter-block separators; a device 66 for detecting the inter-picture separators; a device 67 for detecting the picture synchronization patterns; a device 68 for detecting the line synchronization patterns; a clock 69 at the video signals frequency; a counter 70 of write addresses of the buffer memory; a counter 71 of the cost of a block; a memory 72 for storing the parameters of a block; a counter 73 of read addresses of the buffer memory; a device 74 for computing the inverse quantification coefficient and the inverse weighting coefficient; a counter 90 of the initial filling; a device 91 for computing the filling of the buffer memory constituted by the memory 60, the decoder 58, and the registers 59; a counter 92 of the number of bits received; a category decoder 93; a sequencer 94; a counter 95 of write addresses of the parameters memory; a counter 96 of the read addresses of the parameters memory; and three output terminals, 83 to 85, respectively supplying a brightness value Y, a red colour difference value DR, and a blue colour difference value DB.

The device 67 for detecting the Picture synchronization patterns and the device 68 for detecting the line synchronization patterns have inputs connected to the input terminal 57 and have outputs respectively connected to the two inputs of the clock 69. The clock 69 supplies a clock signal HV which will determine the frequency of the brightness values, and of the colour difference values restored by the decoder.

The sequencer 94 supplies control signals to all of the components of the decoding device in synchronism with the video clock signal. For purposes of simplification, this block diagram shows only one type of video clock signal, referenced HV, but there are in fact several video clock signals having frequencies which are sub-multiples of the sampling frequency of the brightness signal. The production of these clock signals is within the capabilities of a person skilled in the art.

The device 64 for recovering the channel frequency has an input connected to the input terminal 57 and has an output supplying a clock signal HC corresponding to the frequency of the bits transmitted on the channel. This clock signal is applied in particular to a clock input of the counter 71 counting the cost of a block in order to count the number of bits corresponding to each block received.

The Huffmann decoder 58 has an input, connected to a transmission channel by the input terminal 57, for receiving

a series of binary values at a constant frequency of 10 Mb per second, this series being transmitted by an encoding device such as described previously. It also has a clock input receiving the clock signal HC, and a synchronization input connected to a first output of the inter-block separator detection device 65. The latter supplies a signal which reinitializes the decoder 58 at the start of the transmission of the encoded data of each block. The decoder 58 can only decode a code word corresponding to an event if it has correctly decoded the code word corresponding to the preceding event. In the case of a transmission error, the Huffmann decoder remains unsynchronized until the detection of the next inter-block separator.

The device 65 has an input connected to the input terminal 57 in order to receive the transmitted bits and to (sic) an input connected to an output of the decoder 68 (sic) in order to receive a logic signal each time that the decoder 58 has decoded an event.

The function of the device 65 is to recognize each inter-block separator by means of the pattern constituting the radical, and to check the absence of transmission error by means of the two binary words which follow the radical. For this purpose, it compares the rank of the block, modulo 4, transmitted in the inter-block separator, and the rank of block counted according to the number of previously received separators. Furthermore the device 65 checks the number of code words received, i.e, the number of events in the previous block, by comparing the transmitted value of the sum of the rank of the block and the number of events, modulo 4, with the sum computed from the number of previously detected blocks and from the number of previously detected events, modulo 4. An inter-block separator is recognized as valid by the device 65 when it is followed by two other inter-block separators checking these two conditions.

When one of these three checks gives a negative result, a second output of the detection device 65 supplies a masking command constituted by a binary word NBM indicating the number of blocks to be masked, to a first input of the memory 72. The association of this error detection and the process of masking incorrect blocks enables incorrect transmissions to be corrected in most cases.

In general, error correcting devices, adapted to the type of channel, are respectively interposed between the output terminal 19 of the encoding device and the input terminal 57 of the decoding device. These devices are conventional and are not shown in the figures. They enable the correction of small packets of errors, by means of a small redundancy of the transmitted bits. The checks Performed by the inter-block separator detection device 65 enable the detection of the errors which remain. The latter can be serious for the restored picture because they can falsify not only the brightness or the colours of a block but can affect the position of the whole of the block if an inter-block separator is not recognized. The checking of the rank of each inter-block separator and the checking of the number of decoded events enables a precise computation of the number NBM of blocks to be masked and therefore enables them to be masked and the restoration of an image having a much better quality than if the blocks were restored in inaccurate positions.

The first output of the device 65 is also connected to a zero reset input of the counter 71 for counting the cost of a block; to a clock input of the counter 95 of write addresses of the memory 72; and to an input of the sequencer 94 by means of a link which is not shown.

When an inter-block separator is valid, the binary signal supplied by the first output of the device 65 reinitializes the

US 7,020,204 B2

27

Huffmann decoder 58, resets to zero the counter 71 counting the cost of a block, increments the counter 95 of write addresses by one unit, and initiates the sequencer 94 such that it commands a writing, in the memory 72, of the parameters of the block which is recognized as valid. The parameters written into the memory 72 are: the address, ADB, of writing the first word of the encoded data of the block, into the memory 60; the cost of this block, CB, i.e. the number of bits between the two inter-block separators enclosing these data; and the value of MBN which is equal to the number of blocks to be possibly masked, this number being zero when there is no block to be masked. These three parameters are respectively supplied by the output of the counter 70 write addresses of the buffer memory; the output of the counter 71 counting the cost of a block; and by the third output of the inter-block separator detection device 65. These three outputs are respectively connected to three data inputs of the memory 72. The latter has a first, second and third data output for respectively restoring the values of these three parameters. It also has read and write control inputs connected to outputs of the sequencer 94 by links which are not shown.

When an inter-block separator is recognized as valid, the sequencer 94 controls a writing into the memory 72 for storing the parameters of the block which follows this separator. The counter 95 of write addresses has an output connected to a write address input of the memory 72 in order to supply it with a write address for the parameters each time that an inter-block separator is validated. When one or more inter-block separators are not recognized as valid, a single set of parameters is written into the memory 72 for the data of several blocks, as everything happens as though the data corresponded to a single block. These data are stored in the buffer memory 60 even if they are incorrect, and they are read from the memory 60, but they are not used for restoring a picture. The counter 95 also has a zero reset input connected to the output of the picture synchronization detection device 67 in order to be reset to zero at the start of each picture.

The output of the counter 70 of write addresses is also connected to a write address input of the buffer memory 60. An input for loading the counter of read addresses, 73, is connected to the first data output of the memory 72 in order to receive a start of block address, ADB; and has an output connected to a read address input of the buffer memory 60. The counter 70 has a clock input receiving the video clock signal HV, and has a zero reset input connected to the output of the device 67. The output of the device 67 is also connected to a zero reset input of the counter 73 of read addresses of the buffer memory. The counter 73 has a clock input connected to an output of the sequencer 94 by a link which is not shown.

The second output of the memory 72 is connected to an input of the device 91 for computing the filling of the buffer memory in order to supply it with the cost of a block, CB. The third output of the memory 72 is connected to an input of the sequencer 94 and to an input terminal 86 of the means 80 and 81 for supplying them with the value of the number of blocks to be masked, NBM.

The Huffmann decoder has a first output and a second output respectively connected to two inputs of registers 59 which are called synchronization registers as they enable the synchronization of the encoded data with the video clock HV, while the Huffmann decoder 58 operates at the channel clock frequency HC. The decoder 58 has a third output supplying an encoding selection binary signal: inter-picture encoding or intra-picture encoding, to an input terminal 75

28

of the means 80 and 81. Two outputs of the synchronization registers 59 are respectively connected to two data inputs of the buffer memory 60, respectively corresponding to encoded data and to a binary instruction word indicating the type of encoded data. The buffer memory 60 has a first output and a second output respectively connected to input terminals 77 and 76 of the means 80 and 81 in order to supply them respectively with encoded data and a binary instruction word.

The memory 60 also has a write clock input and a read clock input respectively connected to two outputs of the sequencer 94 by links which are not shown. When an inter-block separator has been recognized as valid, the sequencer 94 commands the writing into the memory 60, of the encoded data corresponding to at least one block, at a series of addresses supplied by the counter 70, following the start address of the block ADB, which is the only one stored in the memory 72.

For reading the encoded data stored in the memory 60, the sequencer 94 commands, for each block or group of blocks (if an error has been detected):

a reading, from the memory 72, of the address ADB corresponding to the start of the block;

a loading of this address into the counter of read addresses 73;

a reading at the address ADS, from the buffer memory 60, the address ADS having been supplied to the read address input by the counter 73;

a series of incrementations of the content of the counter 73;

a series of readings, from the buffer memory 60, at addresses supplied by the counter 73.

As the memory 60 is placed downstream of the Huffmann decoder 58, everything occurs as if, instead of the decoder 58 and the memory 60, there were a buffer memory storing in series the binary data transmitted by the channel and restoring them in series. The computing device 91 in fact computes the filling of this buffer memory, which is not related mathematically to the filling of the memory 60 as the latter contains binary words supplied by the Huffmann decoder. The filling of the buffer memory is equal to the quantity of binary information, in the form of Huffmann codes, which remains to be decoded at the instant in question. The capacity of the memory 60 is identical to the capacity of the memory 9 of the encoding device and is sufficient in all cases. In this example it is 32K words, each word being constituted by a datum and an instruction.

The device 74 for computing the quantification coefficient and the weighting coefficient has two outputs respectively connected to input terminals 78 and 79 of the means 80 and 81, and has two inputs respectively connected to an output of the computing device 91 and to an output of the category decoder 93. The computing device 91 has a first input connected to the second data output of the memory 72, supplying a binary word CB which is the cost of encoding a block; a second input connected to an output of the initial filling counter 90, supplying a value OCI; a third input connected to an output of the counter 72, supplying the number of bits received NCANAL; and a fourth input, a zero reset input, connected to an output of the picture synchronization detection device 67.

The initial filling counter, 90, has a clock input receiving the video clock signal HV; a stop input connected to the output the inter-picture separator detection device 66; and a zero reset input connected to the output of the picture synchronization pattern detection device 67. The counter 90 counts the number of bits supplied by the channel to the

29

30

buffer memory, between the instant at which a picture synchronization pattern is detected and the instant at which an inter-picture separator is detected. The result of this count constitutes the value of the initial filling OCI of the buffer memory, at the start of the each picture.

The counter 92 of the number of received bits has an input connected to the input terminal 57 and an input connected to an output of the sequencer 94. The counter 92 measures the exact number of bits received by the buffer memory since the start of a block, this number not being known in advance in an accurate way as the channel is asynchronous. The counter 92 is reset to zero by a signal supplied by the sequencer 94, in principle at the start of the reception of each block, but the sequencer 94 skips one or more zero resets when the binary word NBM is not zero, i.e. when there is at least one block to be masked. For example, if there are two blocks to be masked, the sequencer 94 only commands a zero reset of the counter 92 at the end of the second masked block.

The category decoder 93 has an input connected to the input terminal 57 for decoding a binary word indicating a category and located just after each inter-block separator. It supplies this binary word to the computing device 74 which takes it into account for computing the quantification coefficient and the inverse weighting coefficient in the same way as the device for computing the quantification and weighting coefficients in the previously described encoding device.

The device 74 for computing the inverse quantification coefficient and the inverse weighting coefficient operate in a similar way to the device 30 computing the quantification coefficient and the weighting coefficient, but in addition it performs the computation of the inverse of the quantification coefficient and the inverse of the weighting coefficient obtained by the formulae (3) to (8).

In these formulae the filling of the buffer memory of the encoding device is replaced by a value which is equal to a constant less the filling of the buffer memory of the decoding device. In fact, the sum of the filling of these two buffer memories is equal to a constant when the regulation is correctly operating in the encoding device and the decoding device, the consequence of this regulation being that each encoded datum undergoes a constant delay between the time at which it enters into the buffer memory of the encoding device and the time at which it leaves the buffer memory of the decoding device, since the data rate of the channel is constant. This delay corresponds to the constant value of the sum of the two fillings.

This constant is determined by measuring the initial filling OCI of the buffer memory of the decoding device, by means of the initial filling counter 90, which measures the number of bits entering into the device 58 between the time at which the device detects the picture synchronization pattern, which is transmitted independently from the flow of encoded data, and the time at which the device 66 detects the presence of an inter-picture separator in the encoded data arriving at the input of the device. The maintenance of the complementary nature of the filling of the two buffer memories enables the inverse quantification coefficient and the inverse weighting coefficient to be computed exactly in the decoder. No information representing the filling of the buffer memory is sent in clear on the transmission channel and consequently this information is not disturbed by the errors.

FIG. 13 shows the more detailed block diagram of the brigtness decoding means 80. The means 81 have a similar

block diagram and are used alternately for decoding the red colour difference signals and blue colour difference signals. The means 80 comprise: an inverse quantification device 101; an inverse weighting device 102; three multiplexers 103 to 105, each having two inputs and one output; a memory 106 storing a block of transformation coefficients; an adder 107; a sequencer 108; a register 109 for storing a similar coefficient; a memory 110 for storing the blocks of similar coefficients in the frame preceding the current frame; a device 111 for decoding the sequences of zeroes; a frame memory 112; and a device 113 for computing the two-dimensional inverse cosine transforms.

The device 101 has a data input connected to the input terminal 77 which receives encoded data supplied by the buffer memory 60, and has a control input connected to the input terminal 78 which receives the value of an inverse quantification coefficient computed by the device 74. An output of the device 101 is connected to an input of the device 102. The latter also has an input connected to the input terminal 79 in order to receive the value of an inverse weighting coefficient computed by the device 74, and has an output connected to a first input of the multiplexer 103. The multiplexer 103 has a second input continuously receiving a zero value, and has an output which is connected either to the first input or to the second input depending on the value of a binary signal applied to a control input, connected to an output of the device 111.

The device 111 decodes the sequences of zeroes from the data and from an instruction, applied respectively to a first input and to a second input which are respectively connected to the input terminal 77 and to the input terminal 76 of the means 80. The output of the multiplexer 103 therefore supplies the value of a coefficient or a difference of transformation coefficient. It is connected to a first input of the multiplexer 104 and to a first input of the adder 107. A second input of the adder 107 is connected to an output of the register 109 which supplies it with the value of the transformation coefficient similar to the coefficient being decoded and occurring in the picture preceding the picture being decoded.

The output of the adder 107 therefore supplies the value of a transformation coefficient when its first input receives the value of a difference of transformation coefficient. This output is connected to the second input of the multiplexer 104. The multiplexer 104 has a control input connected to the input terminal 75 in order to receive the value of a control bit selecting an inter-picture decoding or an intra-picture decoding, and it has an output connected to a first input of the multiplexer 105. A second input of the multiplexer 105 is connected to the output of the register 109 in order to receive the value of the coefficient similar to the coefficient being decoded. A control input of the multiplexer 105 is connected to an output of the sequencer 108 in order to possibly receive a masking control signal. When this masking signal is applied to the multiplexer 105, the latter transmits the value of the similar coefficient supplied by the register 109 instead of transmitting the value of the transformation coefficient supplied by the multiplexer 104.

The output of the multiplexer 105 is connected to a data input of the memory 106. The memory 106 has write and read control inputs respectively connected to the outputs of the sequencer 108, the latter commanding the memory 106 to store all the transformation coefficients of a block before commanding the inverse cosine transformation of these coefficients. The sequencer 108 has an input receiving the video clock signal HV, an input connected to the input terminal 76 in order to receive an instruction depending on

US 7,020,204 B2

31

the type of data to be decoded and an input connected to the input terminal 86 in order to receive the value NBM of the number of blocks to be masked. If NBM=0 the sequencer 108 does not command the masking. If NBM is other than 0, the sequencer 108 commands the masking of the number of indicated blocks.

The memory 110 has a data input connected to a data output of the memory 106 in order to store all of the blocks of transformation coefficients resulting from the decoding of a frame in order to be able to supply the coefficients similar to the transformation coefficients of the following frame. The memory 110 has a data output connected to a data input of the register 109, and has read and write control inputs connected to the outputs of the sequencer 108.

The data output of the memory 106 is also connected to an input of the computing device 113. The latter has a zero reset input connected to an output of the sequencer 108, and has an output connected to a data input of the picture memory 112. The frame memory 112 has a read and write control input connected to outputs of the sequencer 108 and has a data output connected to the output terminal 83 of the decoder, in order to supply a series of brightness values Y. The frame memory 112 has the function of restoring the series of brightness values in the conventional scanning order of a frame while the computing device 113 supplies the decoded brightness values in the order of division of the blocks in the frame. The embodiment of the computing

32

device 113 for performing inverse cosine transformations is conventional. It can be embodied according to the description in the French Patent Application No. 2,581,463.

The scope of the invention is not limited to the examples of embodiment described above and numerous variant embodiments are within the capabilities of a person skilled in the art.

The invention claimed is:

1. A method for decoding a sequence of pictures coded in such a way that a picture is divided into blocks of picture elements, each block being represented by corresponding luminance and chrominance blocks and that an inter coding takes into account a previous picture and an intra coding is independent from a previous picture, and coding using weighting coefficients, high spatial frequencies being less weighted than low spatial frequencies, and using the same weighting coefficients for coding of the corresponding luminance and the chrominance blocks; wherein same coding type (inter or intra) is specified at a block level and the same coding type is applied to the corresponding luminance and chrominance blocks; and a picture separator word is inserted between encoded data corresponding to two consecutive pictures, each picture separator word comprises a pattern which cannot be imitated by licit concatenations of encoded data.

* * * * *

# Exhibit 13

US005606539A

# United States Patent [19]

## De Haan et al.

| [11] | Patent Number: | 5,606,539 |
|---|---|---|
| [45] | Date of Patent: | Feb. 25, 1997 |

[54] **METHOD AND APPARATUS FOR ENCODING AND DECODING AN AUDIO AND/OR VIDEO SIGNAL, AND A RECORD CARRIER FOR USE WITH SUCH APPARATUS**

[75] Inventors: **Wiebe De Haan; Jan van der Meer,** both of Eindhoven, Netherlands

[73] Assignee: **U.S. Philips Corporation,** New York, N.Y.

[21] Appl. No.: **299,027**

[22] Filed: **Aug. 31, 1994**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 86,402, Jun. 30, 1993, abandoned, which is a continuation of Ser. No. 711,186, Jun. 5, 1991, abandoned.

[30] **Foreign Application Priority Data**

Jun. 5, 1990 [GB] United Kingdom ................ 9012538

[51] Int. Cl.$^6$ ............................................. H04N 5/76
[52] U.S. Cl. ..................... 369/59; 369/48; 348/461; 348/419; 386/104
[58] Field of Search ............................. 369/48, 99, 54, 369/59, 60; 360/19.1, 40, 48, 35.1, 8, 15; 358/342, 343, 335, 133, 146, 135, 136; 370/110.1; 348/384, 390, 461, 419, 387, 474

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,215,369 7/1980 Iijima ............................ 358/146

| 4,382,299 | 5/1983 | Dieterich | 369/48 X |
| 4,472,803 | 9/1984 | Iijima | 370/110.1 |
| 4,512,006 | 4/1985 | Murakami et al. | 369/59 X |
| 4,680,647 | 7/1987 | Moriyama | 360/19.1 X |
| 4,816,928 | 3/1989 | Sasaki et al. | 360/35.1 |
| 4,985,784 | 1/1991 | Tsuboi et al. | 369/59 X |
| 5,130,816 | 7/1992 | Yoshio | 369/49 X |

OTHER PUBLICATIONS

Takahashi et al., "Interframe CODEC for NTSC Color Television Signals", Fujitsu Scientific & Technical Journal, vol. 13, No. 4, 1977, pp. 21–52.

*Primary Examiner*—Thang V. Tran
*Attorney, Agent, or Firm*—Richard A. Weiss

[57] **ABSTRACT**

Methods and apparatus for encoding and decoding an audio and/or video signal, and a record carrier for use with such apparatus. One or more audio and/or full motion video signals, e.g., a video signal (and possibly computer data), are recorded on an interactive compact disc. The video signal prior to being recorded is encoded into code blocks of variable lengths, each corresponding to a picture or picture pair. A decoder delay time parameter associated with one or more of the code blocks, which parameter represents a length of time (i.e., a delay time) with which the corresponding picture of a code block is to be displayed after that code block has been received by a decoding apparatus is determined and included in the video signal prior to being recorded.

**29 Claims, 4 Drawing Sheets**





FIG.1A

FIG.1B

FIG.1C

FIG.1D

FIG.1E



FIG.2



FIG.5



FIG.3A

FIG.3B

FIG.3C



FIG.4A

FIG.4B

FIG.4C

FIG.4D

5,606,539

1

## METHOD AND APPARATUS FOR ENCODING AND DECODING AN AUDIO AND/OR VIDEO SIGNAL, AND A RECORD CARRIER FOR USE WITH SUCH APPARATUS

### CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of Application Ser. No. 08/086,402, filed Jun. 30, 1993 and now abandoned, which was a continuation of Application Ser. No. 07/711,186, filed Jun. 5, 1991 and now abandoned.

### BACKGROUND OF THE INVENTION

The invention relates to a method of encoding audio and/or video signals for transmissions via a transmission medium More particularly, the transmission medium is preferably an optically readable disc. Nevertheless, the transmission medium may also be a magnetic tape or disc, or a direct connection between a transmitter and a receiver. The invention also relates to a transmission medium on which audio and/or video signals are recorded, to an encoding apparatus for encoding and transmitting the audio and/or video signals, and to a decoding apparatus for receiving those signals after unloading and transmission.

The interactive compact disc (CDI) on which data for text and graphic images and digital audio is stored has been developed in the last few years. The presentation possibiliti: of CDI are considerably enhanced if ful. motion video p ∶res are also recorded on it. The known analog recording oɩ ‿ video signal on compact disc video (CDV) is not suitable for this purpose. For this reason, a video signal on CDI is digitized.

A full-motion video scene is considered as a sequence of pictures (of that video scene) of which there are, for example, 25 or 30 per second. Each picture comprises, for example, 256 picture lines and 352 pixels per picture line. The sequence of pictures is converted by means of a suitably chosen encoding method into a series of video blocks, each comprising so much digital information that each picture can be reconstructed without any noticeable loss of quality. Together with the audio signal and further data, the encoded video signal is recorded optically. A CDI may comprise various video scenes.

The most efficient encoding methods convert successive signal portions into successive code blocks of variable lengths. In the case of a video signal, these signal portions are formed, for example, by the pictures or picture pairs of which the signal is composed. Some pictures may be subjected to intraframe coding and are then converted into code blocks from which the picture can be reconstructed completely. Other pictures may be subjected to interframe coding, which means that the pictures can only be reconstructed with the aid of previous pictures. The code blocks of a video signal will hereinafter be referred to as video blocks. Due to their variable length, the successive video blocks are read at irregular instants when a disc in which they are stored is being played. Moreover, the video blocks on the disc may alternate with (or may even be interrupted by) other data signals, for example, a lip-synchronous digital audio signal corresponding to the video scene.

The pictures corresponding to the video blocks should be displayed at a constant frequency of, for example, 25 frames per second. However, the instant when a video block of the disc is being read hardly ever corresponds exactly to the

2

instant when the corresponding picture from the video scene is to be displayed. In a player, the video blocks are, therefore, applied to a memory buffer at a frequency which is entirely determined by the way in which they are "packed" on the disc. Subsequently, the video block are read from the buffer at the picture frequency required for display. On an average, the number of video blocks applied per second from the disc to the buffer equals the number of pictures displayed per second. The video block corresponding to the next picture to be displayed will always have to be stored completely in the buffer. Moreover, the buffer will already comprise a subsequent video block, a portion thereof or even a number of subsequent video blocks. As soon as a picture has been decoded, the corresponding video block may be removed from the buffer. The buffer space then released is written by one or more subsequent video blocks or a portion thereof. The number of video blocks stored in the buffer for later display is thus variable, and is greatly dependent on the encoding efficiency and the presence of signals other than the relevant video signal on the disc.

It would seem that the display of a video scene can start as soon as the first video block has been received completely and is stored in the buffer. However, this is not the case. It is possible that a subsequent video block is too large to be scanned (and stored in the buffer) within the required time (⅕₅ sec) to (decode and) display the picture corresponding to the first video blank. As a result, the corresponding picture of the subsequent video block cannot be displayed in time. The absence of a complete video block in the buffer at the instant when the corresponding picture has to be decoded and displayed is sometimes referred to as underflow of the buffer.

Underflow of the buffer also occurs if a large quantity of other (non-video) data has been packed together with the video blocks of a scene causing the buffer to be temporarily not filled with video blocks. Because of that other data the buffer empties, and at a given instant the video block for the corresponding next picture to be displayed is not yet present. The display of the video scene then stalls, and the pictures are not smooth moving.

If the display of a picture of a video scene starts too late after the corresponding video block has been received, it is probable that the buffer will fill so that the display of the video scene also stalls. This is referred to as overflow of the buffer.

The same problems occur with audio signals which may also be recorded on the disc in a non-contiguous manner,

### SUMMARY OF THE INVENTION

It is an object of the invention to provide a method of encoding audio and/or video signals (for transmission) in which the occurrence of overflow and underflow of a decoder buffer is prevented so that the display of pictures can proceed in an undisturbed manner.

According to the invention, a parameter is associated with at least one selected code block, which parameter indicates the quantity of delay with which that code block must be decoded after it has been received. If the corresponding picture is decoded with this delay, it can be displayed without the risk of overflow or underflow of the buffer. This ensures an undisturbed display. The transmission of the parameter, sometimes referred to as a decoder delay parameter (or decoder delay for short), also enables synchronous display of two signals, for example, a video signal with a time-division multiplexed associated audio signal, or two

5,606,539

3

video signals jointly representing a three-dimensional video
scene.

In principle, it is sufficient to associate the parameter with
one video block. This will preferably be the first block of the
video scene. All further pictures can then be read at a
constant picture frequency without a further risk of overflow
or underflow of the buffer.

In a further embodiment of the method, the decoder delay
parameter is regularly associated with video blocks. The
constant picture frequency can then be obtained in a favor-
able manner. Moreover, this provides the possibility of a
so-called "random-access" display. This means the display
of a fragment of a video scene from the video block with
which the decoder delay is associated.

The decoder delay parameter may assume various for-
mats, but it preferably indicates the state of a counter which
is regularly loaded with a reference value which is also
transmitted and which counter further receives a predeter-
mined clock signal.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A–E show diagrammatically an optically readable
disc with an audio and/or video signal recorded thereon and
the format of that disc.

FIG. 2 shows the general structure of a transmission
circuit suitable for performing the method according to the
invention.

FIGS. 3A–C show some time diagrams which help
lain the circuit of FIG. 2.

IG. 4 shows some further time diagrams to explain the
circuit of FIG. 2.

FIG. 5 shows some time diagrams to explain the trans-
mission of two simultaneously transmitted signals.

DETAILED DESCRIPTION OF PREFERRED
EMBODIMENTS OF THE INVENTION

FIG. 1A shows diagrammatically an optically readable
disc 1 with an information track 2 recorded thereon. A
so-called sector, of which there may be about 300,000, is
present between every two successive points A, B, C, D, etc.
The structure of such a sector is shown diagrammatically in
FIG. 1B. It is divided into a sector header H or 24 bytes and
a data field DF of 2324 bytes. The sector head H comprises
a synchronization word SYN of 12 bytes, a sector number
SCTNR of 4 bytes and a service word SW of 8 bytes. The
synchronization word SYN marks the start of a sector. The
sector number SCTNR indicates the ordinal number of the
sector on the disc 1. The service word SW indicates whether
the data field DF of the sector comprises video data, audio
data or computer data. In conformity with that data, a sector
is sometimes referred to as a video sector, an audio sector or
a data sector.

The conventional rate of revolution of the disc 1 is such
that 75 sectors per second are scanned. This corresponds to
a bit rate, hereinafter referred to as channel bit rate, of
approximately 1.4 Mbit/sec. If a disc comprises video sec-
tors only, the video bit rate is equal to the channel bit rate.
If a disc also comprises audio and data sectors, the video bit
rate decreases accordingly.

FIG. 1C shows a part of the track 2 in which the sectors
are denoted by SCT. More particularly the video sectors
therein are shaded. The video sectors alternate with other
sectors.

4

There are many encoding methods for reducing the num-
ber of bits per picture without deteriorating picture quality.
The most efficient encoding methods convert successive
pictures of a video scene into video blocks of distinct
number of bits. In FIG. 1D, this is shown in the form of
video blocks V1, V2, etc., each having a distinct length. For
example, video block V1 has a length of 4 sectors on the disc
1, video block V2 has a length of 1¼ sector, etc.

FIG. 1E shows the data format of a video block. The start
of a video block is marked by the presence of a unique
start-of-frame word SOF. The video block also comprises a
label LBL in which specific control information is stored for
the corresponding video block.

FIG. 2 shows the general structure of a circuit for trans-
mitting audio and video signals. The circuit comprises an
encoding apparatus 3, a compact disc 4 and a decoding
apparatus 5.

The encoding apparatus 3 of FIG. 2 comprises a video
encoder 31 to which a video signal v(t) is applied. The video
encoder 31 encodes successive pictures of the video signal,
of which there are 25 per second, into video blocks VB of
variable lengths. These pictures are applied video block by
video block to an encoder buffer 32. To prevent overflow and
underflow of the encoder buffer 32, a buffer status signal
BFST is fed back to the video encoder 31 so that the video
encoder 31 can adapt the encoding efficiency to the contents
of the encoder buffer 32. If the encoder buffer 32 tends to get
filled and there is a risk of overflow, the video signal is
temporarily quantized in a coarser manner. If the encoder
buffer 32 tends to get empty, the video signal is quantized
more accurately, or pseudo-video data is possibly tempo-
rarily applied to the encoder buffer 32. The buffer status
signal BFST is also applied to an encoder control circuit 33.
The encoder control circuit 33 of FIG. 2 is adapted to
generate, at a predetermined degree of occupation of the
encoder buffer 32, a clock signal F1 with which the encoder
buffer 32 is read. The encoder control circuit 33 also
determines the value of a parameter $T_d$ for each video block
in a manner to be described hereinafter. This parameter ($T_d$)
is associated with a video block by means of an inserter 34
and transmitted in the label LBL of that block (see FIG. 1E).

As is shown in FIG. 2, the encoder buffer 32 may be
considered to be divided into a first buffer 321 to which the
video blocks VB are applied and which is read at a constant
video bit rate C, and a sector allocation buffer 322 which
converts this constant bit stream into video sectors VS. The
video sectors VS are applied from the encoder buffer 32 to
a first input of a multiplexer 35 which receives audio sectors
AS at a second input and data sectors DS at a third input. The
resultant bit stream is recorded on the compact disc 4.

When the compact disc 4 is played at a later stage, the
sectors are scanned and applied to a demultiplexer 51 in
which the video sectors VS' are separated from audio sectors
AS' and data sectors DS' by reference to each sectors service
word SW (see FIG. 1B). The video sectors VS' are applied
to a decoder buffer 52 and a video block detector 53. The
video block detector 53 detects the occurrence of a start-of-
frame code SOF (see FIG. 1E) and reads from the subse-
quent label LBL the parameter $T_d$ transmitted therein. The
parameter $T_d$ is applied to a decoder control circuit 54 which
is adapted to read the decoder buffer 52 with a clock signal
F2. In a manner to be described hereinafter, the parameter $T_d$
determines the instant when each video block is read from
the decoder buffer 52.

As is shown in the FIG. 2, the decoder buffer 52 may be
considered to be divided into a data rate equalization buffer

5,606,539

| 5 | 6 |

521 to which the video sectors VS' are applied and which is read at a constant video bit rate C', and a second buffer 522 which converts this constant bit stream into successive video blocks VB' Finally, each video block is applied to a video decoder 55 for conversion into a picture. The successive pictures which are obtained are applied as a video signal v' (t) to a display device (now shown).

In practice the actual instant when a disc is being played does not play any role at all. Therefore, it will be assumed hereinafter that the output of the encoding apparatus 3 is directly connected to the input of the decoding apparatus 5. This is indicated by means of a broken line in FIG. 2.

It will be assumed for the time being that only video signals are transmitted. This means that the encoder buffer 32 can apply an uninterrupted bit stream to the disc 4 at the full channel bit rate of 1.4 Mbit/sec (75 sectors per second). This means that the sector allocation buffer 322 and the multiplexer 35, on the one hand, and the demultiplexer 51 and the data rate equalization buffer 521, on the other hand, of FIG. 2 do not play a role in the following discussion.

The operation of the circuit shown in FIG. 2 will be explained with reference to some time diagrams which are shown in FIGS. 3A–C. More particularly, FIG. 3B shows a number of successive pictures enumerated 1, 2, 3, etc. These pictures occur at a picture frequency of 25 frames per second and are applied to the video encoder 31 of FIG. 2. As soon as each picture has been encoded, the corresponding video block is written into the encoder buffer 32 of FIG. 2. For the sake of simplicity, it is assumed that this is effected time-le    The quantity of video data cumulatively applied to the en    r buffer 32 and expressed in disc sectors increases step wise for each video block. This is denoted by means of the curve $n_e(t)$ in FIG. 3A.

Reading of the encoder buffer 32 of FIG. 2 and applying data to the output of the encoding apparatus 3 of FIG. 2 starts from instant t1. This instant t1 is determined, for example, by reaching a predetermined degree B of occupation of the encoder buffer 32 and may be different for each video scene. Reading is effected at a constant rate of 75 sectors per second, i.e., 1.4 Mbit/sec. The quantity of video data cumulatively withdrawn from the encoder buffer 32 increases linearly. This is denoted by means of the curve $n_r(t)$ in FIG. 3A. The curves $n_e(t)$ and $n_r(t)$ must not intersect each other because this would mean that a video block is read from the encoder buffer 32 before it is written into it (underflow of the encoder buffer 32). As already previously stated, underflow of the encoder buffer 32 is prevented by adapting the quantization of the video scene to the contents of the encoder buffer 32.

Based on the assumption that the output of the encoding apparatus 3 of FIG. 2 is directly connected to the input of the decoding apparatus 5 of FIG. 2, the curve $n_r(t)$ shown in FIG. 3A also indicates the cumulative quantity of video data applied to the decoder buffer 52 of FIG. 2. The decoder buffer 52 must be read in such a manner that the curve $n_r(t)$ is not exceeded, because underflow of the decoder buffer 52 could then occur. Overflow of the decoder buffer 52 should not occur either. In FIG. 3A line $n_1(t)$ at a distance B (the buffer size) from the line $n_r(t)$ indicates the threshold of overflow of the encoder buffer 52. The 52 line $n_1(t)$ should not be exceeded by the curve $n_r(t)$.

The decoder buffer 52 is read video block by video block. For the sake of simplicity, it is assumed that a video block is read timelessly. The quantity of video data cumulatively withdrawn from the decoder buffer 52 and expressed in disc sectors increases step-wise for each video

block. This is denoted by means of the curve $n_d(t)$ in FIG. 3A. As soon as a video block has been read and decoded, the corresponding picture is displayed in ¹⁄₂₅ sec. FIG. 3C shows the display of the decoded pictures 1, 2, 3, etc.

The curve $n_d(t)$ is a replica of the curve $n_r(t)$ shifted over a time interval $T_e+T_d$. Here $T_e$, also referred to as an encoder delay, is the delay time between the instant when the first video block of the video scene is written into the encoder buffer 32 of FIG. 2 and the instant t1 when the transmission of this video block begins. In a corresponding manner $T_d$, also referred to as a decoder delay, is the delay time between the instant when the reception of the first video block in the decoder buffer 52 of FIG. 2 begins and the instant when this video block is read from the decoder buffer 52. The time interval $T_e+T_d$ represents the delay time occurring between writing a video block into the encoder buffer 32 and reading the same video block from the decoder buffer 52. This delay time is constant. As previously noted, t1, and consequently $T_e$, may be different for each video scene. In addition (and in conformity therewith), the decoder delay $T_d$ may be different for each video scene as well.

The instant when the decoding apparatus of FIG. 2 starts reading the decoder buffer 52 of FIG. 2 is of great importance. In fact, if the decoder 5 should start reading too early, there may be underflow of the decoder buffer 52 because the curve rid $n_d(t)$ will intersect the boundary line $n_r(t)$. If the decoder 5 starts reading too late, there may be overflow of the decoder buffer 52 because the curve rid $n_d$ (t) will intersect the boundary line $n_1(t)$. Both underflow and overflow may become manifest in the video scene at a possibly later stage.

Overflow and underflow of the decoder buffer 52 of FIG. 2 do not occur if the curve rid $n_d$ iS always as far remote from the boundaries lines $n_1(t)$ and $n_1(t)$ as the curve $n_r(t)$ is from boundaries lines $n_2(t)$ and $n_r(t)$. Line $n_2(t)$ is a line at a distance B (the decoder buffer size) from the line $n_r(t)$. This is realized by choosing a suitable value for the decoder delay $T_d$, as well as by the previously mentioned mechanism of adaptive quantization in the encoding apparatus 3 of FIG. 2, which ensures that the curve $n_e(t)$ remains completely between the two boundaries lines $n_2(t)$ and $n_r(t)$.

A suitable value for decoder delay $T_d$ can be obtained by considering the fact that the previously mentioned delay time $T_e+T_d$ iS equal to a time interval T shown in FIG. 3A. The time interval T corresponds to the time required to fully read a completely filled encoder buffer or to completely fill a still empty decoder buffer, and is entirely determined by the buffer size B and the video bit rate at which that buffer is read or written. Accordingly, the value of $T_d$ can be derived from the computation of the different $T-T_e$. Here both $T_e$ and T are known to the encoding apparatus.

The encoding apparatus 3 of FIG. 2 associates the decoder delay $T_d$ as a parameter with the first video block of the scene so as to enable the decoding apparatus 5 of FIG. 2 to determine the instant when reading of the decoder buffer 52 of FIG. 2 should start. After the decoding apparatus 5 has read the video block with the delay $T_d$ from the encoder buffer 52, the reading process can be continued at the picture frequency in an autonomic manner without the risk of underflow or overflow of the decoder buffer 52. The picture frequency of 25 Hz can be obtained by dividing the channel bit rate (75 sectors/sec*2324 bytes/sector*8 bits/byte) by 55776. The coupling of the picture frequency to the channel bit rate which is necessary for this purpose is, however, superfluous if the decoder delay parameter has regularly been associated with video blocks. In such a case, the

5,606,539

**7**

decoder delay will generally be different for each video block.

If the difference between the actual instant when a video block is read and the instant determined by the corresponding decoder delay parameter occurs at a given picture frequency, the picture frequency or the rate of revolution of the disc can be corrected in response to this difference. FIG. 3A shows by way of example a decoder delay $T_{d7}$ for picture 7. At the instant denoted by t2 the video block corresponding to picture 7 is written into the encoder buffer 32 of FIG. 2. After encoder delay $T_{e7}$, transmission of the video block corresponding to picture 7 from the encoder buffer 32 to the encoder buffer 52 of FIG. 2 starts, and after a subsequent decoder delay $T_{d7}$, that video block must be decoded. The encoding apparatus 3 of FIG. 2 associates the decoder delay $T_{d7}=T-T_{e7}$ for picture 7 with video block 7 and transmits it in the label LBL of this block (see FIG. 1E).

The regular transmission of the decoder delay also provides the possibility of a so-called "random-access" playback mode. This means playing a fragment of the video scene from a picture other than the first picture. For example, the decoder delay $T_{d7}$ shown in FIG. 3A can be used to play the fragment of the video scene from picture 7. Picture 7 is preferably an intraframe-encoded picture and can therefore be reconstructed without the aid of previous pictures. In principle, it is possible to compute the decoder delay $T_{d7}$ for picture 7 from the previous signal. However, such computations are complicated and also require the availability of previous information. In the case of random-access display, the previous signal is, however, not available.

The situation described above will be more complicated if all disc sectors are allocated to video data. If the disc also comprises sectors with audio and computer data, they will alternate with video sectors on the disc. The average video bit rate for a video scene will now be lower than 75 sectors per second. The average video bit rate will hereinafter be expressed in a number S indicating which part of the channel bit rate is suitable for video transmission. For example, S=½ means that on an average 1 out of 2 sectors is a video sector. This corresponds to a video bit rate of ½*75=37.5 sectors per second, i.e., 0.7 Mbit/sec.

For the purpose of illustration, FIG. 4 shows some time diagrams of the encoding and decoding process if S=½. FIG. 4B shows diagrammatically the successive pictures 1, 2, etc. of a video scene applied to the encoding apparatus 3 of FIG. 2. The curve $n_3(t)$ in FIG. 4A indicates the quantity of video data applied for each picture to the encoder buffer 32 of FIG. 2 and expressed in the number of disc sectors. In comparison with the curve $n_e(t)$ in FIG. 3A, the encoding is now such that on average each picture is encoded in 1.5 sectors instead of in 3 sectors. The contents of the encoder buffer 32 are applied to selected sectors of the disc. This is effected in accordance with a given pattern, an example of which is shown in FIG. 4C. In the pattern shown in FIG. 4C, the shaded sectors represent video sectors and the other sectors are audio sectors or data sectors. FIG. 4C also shows the signal controlling the multiplexer 35 of FIG. 2. The average bit rate is reached in this example by writing video information on 8 out of each 16 sectors on the disc. The quantity of video data cumulatively applied to the disc is indicated in FIG. 4A by means of the curve $n_c(t)$.

When the disc is being played, the reverse operations take place. The curve $n_c(t)$ now represents the number of video sectors cumulatively read from the disc. These sectors are applied to the decoder buffer 52 of FIG. 2, from which they are subsequently read video block by video block in accordance with the curve rid $n_e(t)$.

**8**

In FIG. 4A, $n_c(t)-n_e(t)$ indicates the actual contents of the encoder buffer 32 of FIG. 2. To prevent underflow of the encoder buffer 32, the curves $n_c(t)$ and $n_e(t)$ should not intersect each other. This condition is certainly met if, as already shown in FIG. 2, the encoder buffer 32 is considered to be divided into a first buffer 321 to which the video blocks are applied and which is read at a constant video bit rate, and a sector allocation buffer 322 which converts this constant bit stream into the sector-sequential supply of sectors to the disc. That constant bit stream is denoted by the straight line $c_e(t)$ in FIG. 4A. The slope of the line $c_e(t)$ iS the average bit rate, 0.7 Mbit/sec in this example. As long as the two curves $n_c(t)$ and $n_e(t)$ do not intersect the line $c_e(t)$, there is no encoder buffer underflow.

In a corresponding manner, $n_c(t)-n_e(t)$ represents the actual contents of the decoder buffer 52 of FIG. 2. To prevent underflow of the decoder buffer 52, the curve $n_e(t)$ should not intersect the curve $n_c(t)$. This condition is certainly met if, as already shown in FIG. 2, the decoder buffer 52 is considered to be divided into a data rate equalization buffer 521 having a size of B1 to which the video sectors of the disc are applied and which is read at the constant bit rate, and a second buffer 522 of the size B2 which converts this constant bit stream into video blocks. That constant bit stream is denoted by the straight line $C_d(t)$ in FIG. 4A. The slope of the line $C_d(t)$ corresponds to the average video bit rate of 0.7 Mbit/sec. As long as the two curves $n_c(t)$ and $n_e(t)$ do not intersect the line $C_d(t)$, there is no decoder buffer underflow.

The previously mentioned decoder delay parameter $(T_d)$ which indicates when the decoding apparatus 5 of FIG. 2 can read a video block from the decoder buffer 52 of FIG. 2 after the first bit of the video scene has been scanned (i.e. read from the disc), is now equal to $T_{ed}+T_{wd}$ shown in FIG. 4A. Its value is completely determined by the encoding apparatus 3 of FIG. 2 and transmitted in the label LBL (see FIG. 1E) of a corresponding video block.

The decoder delay parameter is determined as follows. The value of $T_{ed}+T_{wd}$ follows from the consideration that $T_{we}+T_{ee}+T_{ed}+T_{wd}$ corresponds to the delay of the video signal (from being read into the encoder buffer 32 of FIG. 2 to being read out of decoder buffer 52 of FIG. 2) if the output of the encoding apparatus 3 of FIG. 2 is directly coupled to the input of the decoding apparatus 5 of FIG. 2. This delay is equal to the interval T shown in FIG. 4A and is dependent on the average video bit rate which is S*75 sectors per second and the size B (=B1 +B2) of the decoder buffer 52 of FIG. 2. More particularly, it can be derived from FIG. 4A that

$$T=B/S*75$$

and

$$T_{ed}+T_{wd}=T-(T_{we}+T_{ee}).$$

Here. S is fixed when writing the disc. As for the decoder buffer size B, it holds that it may be a predetermined fixed value which is fixed in the encoding apparatus 3 of FIG. 2 as well as in the decoding apparatus 5 of FIG. 2. The encoding apparatus 3 may also be adapted to transmit the buffer size B to be reserved in the decoding apparatus 5 as a further parameter. It is notably sensible to render the decoder buffer size B dependent on S. The (encoder) delay $(T_{we}+T_{ee})$, being the time between the encoding of a video picture and its transmission, is determined by the encoding apparatus 3 itself. As already previously stated, the instant when the first video block is transmitted may be determined

5,606,539

9

by reaching a predetermined degree of occupation of the encoder buffer 32.

The form of the transmitted decoder delay parameter may assume several formats. For example, it is possible to transmit a value indicating at which degree of occupation of the decoder buffer 52 of FIG. 2 the decoder 5 of FIG. 2 should start reading. This degree of occupation may be expressed in an absolute value (number of bits) or in a relative value (fraction of the buffer size B). The decoder delay parameter may also indicate the time delay in suitably chosen units with respect to the instant when a video block is written into the decoder buffer 52. Suitable units are, for example, (m) sec or the number of clock periods of a predetermined clock signal. It has been found useful to have the decoder delay parameter indicate the state of a counter at which the decoding of a video block should start The counter is then regularly loaded with a reference value which is also transmitted. The counter is further clocked by a predetermined clock signal. The transmitted reference value may form part of the service word SW (see FIG. 1B). A suitable frequency of the clock signal is 90 kHz. This value is an integral multiple of the picture frequencies 24 Hz, 25 Hz, 30 Hz and 29.97 Hz which are suitable for display.

Finally, it is to be noted that in the foregoing the decoder delay parameter is only described for one signal, in this case a video signal. However, the decoder delay parameter also enables the synchronous display of a plurality of signals. These may be, for example, a video signal and an associated lipsynchronous audio signal. However, they may also be two vide signals multiplexed on the compact disc, which signals may not only be displayed separately but, also if desired, simultaneously. This is shown diagrammatically in FIG. 5 for two video signals A and B.

FIG. 5 shows a video block VA(n) and VB(n) of the two signals, in which n is the ordinal number of the corresponding picture to be displayed. As is apparent from FIG. 5, the decoder delay parameters $T_A(n)$ and $T_B(n)$ transmitted in the video block have such a value that the corresponding pictures A(n) and B(n) are displayed simultaneously.

We claim:

1. A method for encoding an audio and/or video signal into an encoded signal which can be decoded by a decoding device including a decoder buffer for receiving the encoded signal and a decoder for decoding the encoded signal, the method comprising:

encoding successive portions of the audio and/or video signal into corresponding successive code blocks making up the encoded signal;

determining a delay time parameter for a code block of the code blocks, which delay time parameter represents a length of time during which the code block is to be stored within the decoder buffer before decoding by the decoder in order to ensure that the decoder buffer will not experience overflow or underflow of the code blocks; and

inserting the delay time parameter into the encoded signal.

2. The method as claimed in claim 1, wherein the method is used to encode at least two audio and/or video signals into at least two respective encoded signals which each includes a respective delay time parameter therein, and further comprises combining the at least two respective encoded signals.

3. The method as claimed in claim 1, wherein the audio and/or video signal is a video signal, and the method further comprises combining an encoded audio and/or data signal with the encoded signal after insertion of the delay time parameter to obtain in a combination signal.

10

4. The method as claimed in claim 3, further comprising recording the combination signal on an optically readable or magnetic record carrier.

5. The method as claimed in claim 3, further comprising recording the combination signal produced on a record carrier.

6. A recorded record carrier having the combination signal produced by the method claimed in claim 5.

7. The method as claimed in claim 1, further comprising recording the encoded signal after insertion of the delay time parameter on an optically readable or magnetic record carrier.

8. The method as claimed in claim 1, further comprising recording the encoded signal on a record after insertion of the delay time parameter carrier.

9. A recorded record carrier having the encoded signal produced by the method claimed in claim 8.

10. The method as claimed in claim 1, wherein the delay time parameter is included in the code block.

11. The method as claimed in claim 1, wherein the code block is a first code block of the code blocks.

12. The method as claimed in claim 1, wherein the delay time parameter represents the length of time during which each of the code blocks is to be stored within the decoder buffer before decoding by the decoder in order to ensure that the decoder buffer will not experience overflow or underflow of the code blocks.

13. The method as claimed in claim 1, wherein a respective delay time parameter is determined for a plurality of the code blocks, and each respective delay time parameter is inserted into the code block for which that respective delay time parameter is determined.

14. The method as claimed in claim 1, wherein the delay time parameter is a time indication.

15. The method as claimed in claim 1, wherein the delay time parameter is a number of clock period of a predetermined clock signal.

16. The method as claimed in claim 1, wherein the delay time parameter is the state of a counter.

17. The method as claimed in claim 1, wherein the delay time parameter is the degree of occupation the decoder buffer must be at before the code block, after being stored therein, is to be decoded.

18. An encoding apparatus for use with a system for encoding and decoding an audio and/or video for signal, which system includes the encoding apparatus for encoding the audio and/or video signal into an encoded signal, and a decoding apparatus having a decoder buffer for receiving the encoded signal and a decoder for decoding the encoded signal, the encoding apparatus comprising:

means for encoding successive portions of the audio and/or video signal into corresponding successive code blocks making up the encoded signal;

means for determining a delay time parameter for a code block of the code blocks, which delay time parameter represents a length of time during which the code block is to be stored within the decoder buffer before decoding by the decoder in order to ensure that the decoder buffer will not experience overflow or underflow of the code blocks; and

means for inserting the delay time parameter into the encoded signal.

19. The encoding apparatus as claimed in claim 18, wherein the means for inserting the delay time parameter into the encoded signal inserts the delay time parameter into the code block.

20. The encoding apparatus as claimed in claim 19, wherein the audio and/or video signal is a video signal, and

5,606,539

11

the encoding device further comprises means for combining an encoded audio and/or data signal with the encoded signal after insertion of the delay time parameter to obtain a combination signal.

21. The encoding apparatus as claimed in claim 20, further comprising means for recording the combination signal on an optically readable or magnetic record carrier.

22. The encoding apparatus as claimed in claim 18, further comprising means for recording the encoded signal after insertion of the delay time parameter on an optically readable or magnetic record carrier.

23. A decoding apparatus for use with a system for encoding and decoding an audio and/or video signal, which system includes an encoding apparatus for encoding the audio and/or video signal into code blocks making up an encoded signal, determining a delay time parameter for a code block of the code blocks and inserting the delay time parameter into the encoded signal, and the decoding device for decoding the encoded signal, the decoding device comprising:

 a) means for obtaining the delay time parameter from the encoded signal;

 b) a decoder buffer for receiving the code blocks from the encoded signal; and

 c) a decoder for decoding the code blocks after receipt by the decoder buffer, which decoder decodes the code block when the code block has been stored in the decoder buffer for a length of time represented by the delay time parameter which ensures that the decoder buffer will not experience overflow or underflow of the code blocks.

24. The decoding apparatus as claimed in claim 23, further comprising control means for controlling the decoder buffer and the decoder so that the code block is stored in the decoder buffer for the length of time represented by the delay time parameter before the decoder decodes that code block.

12

25. The decoding apparatus as claimed in claim 23, wherein the audio and/or video signal is a video signal, and the encoded signal after insertion of the delay time parameter has been combined with an encoded audio and/or data signal in a combination signal; and said decoder apparatus further comprises means for separating the encoded signal from the encoded audio and/or data signal.

26. The decoding apparatus as claimed in claim 25, further comprising means for receiving the combination signal from an optically readable or magnetic record carrier.

27. The decoding apparatus as claimed in claim 25, further comprising means for receiving the encoded signal, including the delay time parameter, from an optically readable or magnetic record carrier.

28. The decoding apparatus as claimed in claim 23, wherein the decoder decodes each of the code blocks when that code block has been stored in the decoder buffer for a length of time represented by the delay time parameter in order to ensure that the decoder buffer will not experience overflow or underflow of the code blocks.

29. A method for decoding an audio and/or video signal encoded in successive code blocks making up an encoded signal, which encoded signal further includes a delay time parameter, the method comprising:

 a) obtaining the delay time parameter from the encoded signal;

 b) supplying the code blocks of the encoded signal to a decoder buffer; and

 c) decoding the code blocks after receipt by the decoder buffer in a manner whereby at least one of the code blocks is decoded when that code block has been stored in the decoder buffer for a length of time represented by the delay time parameter which ensures that the decoder buffer will not experience overflow or underflow of the code blocks.

*     *     *     *     *

# Exhibit 14

US005844867A

# United States Patent [19]

## De Haan et al.

[11] Patent Number: 5,844,867

[45] Date of Patent: *Dec. 1, 1998

[54] **METHODS AND APPARATUS FOR ENCODING AND DECODING AN AUDIO AND/OR VIDEO SIGNAL, AND A RECORD CARRIER USED THEREWITH OR PRODUCED THEREFROM**

[75] Inventors: **Wiebe De Haan; Jan Van Der Meer,** both of Eindhoven, Netherlands

[73] Assignee: **U.S. Philips Corporation,** New York, N.Y.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,606,539.

[21] Appl. No.: **707,845**

[22] Filed: **Sep. 9, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 299,027, Aug. 31, 1994, Pat. No. 5,606,539, which is a continuation of Ser. No. 86,402, Jun. 30, 1993, abandoned, which is a continuation of Ser. No. 711,186, Jun. 5, 1991, abandoned.

[30] **Foreign Application Priority Data**

Jun. 5, 1990 [GB] United Kingdom .................... 9012538

[51] Int. Cl.⁶ ................................. G11B 7/00; H04N 5/76

[52] U.S. Cl. ............................... 369/59; 369/48; 369/60; 386/104; 386/109; 386/95

[58] Field of Search ................................ 369/59, 47, 48, 369/49, 60, 124, 275.3; 370/110.1; 348/432, 384, 390, 461, 419, 387, 474; 386/95, 104, 109, 111, 112, 33

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,215,369 | 7/1980 | Iijima | 358/146 |
| 4,382,299 | 5/1983 | Dieterich | 371/8 |
| 4,472,803 | 9/1984 | Iijima | 370/110.1 |
| 4,512,006 | 4/1985 | Murakami et al. | 369/50 |
| 4,680,647 | 7/1987 | Moriyama | 358/343 |
| 4,816,928 | 3/1989 | Sasaki et al. | 360/35.1 |
| 4,985,784 | 1/1991 | Tsuboi et al. | 358/342 |
| 5,130,816 | 7/1992 | Yoshio | 358/341 |
| 5,606,539 | 2/1997 | De Haan et al. | 369/59 |
| 5,608,697 | 3/1997 | De Haan et al. | 369/48 |

#### OTHER PUBLICATIONS

Takahashi et al., Interframe CODEC for NTSC Color Television Signals, Fujitsu Scientific & Technical Journal, vol. 13, No. 4, 1977, pp. 21–52.

*Primary Examiner*—Thang V. Tran

[57] **ABSTRACT**

Methods and apparatus for encoding and decoding an audio and/or video signal, and a record carrier for use with such apparatus. One or more audio and/or full motion video signals, e.g., a video signal, and possibly computer data) are recorded on an interactive compact disc. The video signal is encoded into code blocks of variable lengths, each corresponding to a picture or picture pair. A decoder delay time parameter is associated with one or more of the code blocks, which parameter represents a length of time (i.e., a delay time) with which the corresponding picture of a code block is to be displayed after that code block has been received by a decoding apparatus.

**37 Claims, 4 Drawing Sheets**





FIG.1A

FIG.1B

FIG.1C

FIG.1D

FIG.1E



FIG.2



FIG.5



FIG. 3A

FIG. 3B

FIG. 3C



FIG.4A

FIG.4B

FIG.4C

FIG.4D

5,844,867

1

## METHODS AND APPARATUS FOR ENCODING AND DECODING AN AUDIO AND/OR VIDEO SIGNAL, AND A RECORD CARRIER USED THEREWITH OR PRODUCED THEREFROM

### CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of application Ser. No. 08/299,027, filed on Aug. 31, 1994, now U.S. Pat. No. 5,606,539, which is a continuation of application Ser. No. 08/086,402, filed Jun. 30, 1993 and now abandoned, which was a continuation of application Ser. No. 07/711,186, filed Jun. 5, 1991 and now abandoned.

### BACKGROUND OF THE INVENTION

The invention relates to a method of encoding audio and/or video signals for transmissions via a transmission medium. More particularly, the transmission medium is preferably an optically readable disc. Nevertheless, the transmission medium may also be a magnetic tape or disc, or a direct connection between a transmitter and a receiver. The invention also relates to a transmission medium on which audio and/or video signals are recorded, to an encoding apparatus for encoding and transmitting the audio and/or video signals, and to a decoding apparatus for receiving those signals after unloading and transmission.

The interactive compact disc (CDI) on which data for text and graphic images and digital audio is stored has been developed in the last few years. The presentation possibilities of CDI are considerably enhanced if full motion video pictures are also recorded on it. The known analog recording of a video signal on compact disc video (CDV) is not suitable for this purpose. For this reason, a video signal on CDI is digitized.

A full-motion video scene is considered as a sequence of pictures (of that video scene) of which there are, for example, 25 or 30 per second. Each picture comprises, for example, 256 picture lines and 352 pixels per picture line. The sequence of pictures is converted by means of a suitably chosen encoding method into a series of video blocks, each comprising so much digital information that each picture can be reconstructed without any noticeable loss of quality. Together with the audio signal and further data, the encoded video signal is recorded optically. A CDI may comprise various video scenes.

The most efficient encoding methods convert successive signal portions into successive code blocks of variable lengths. In the case of a video signal, these signal portions are formed, for example, by the pictures or picture pairs of which the signal is composed. Some pictures may be subjected to intraframe coding and are then converted into code blocks from which the picture can be reconstructed completely. Other pictures may be subjected to interframe coding, which means that the pictures can only be reconstructed with the aid of previous pictures. The code blocks a video signal will hereinafter be referred to as video blocks. Due to their variable length, the successive video blocks are read at irregular instants when a disc in which they are stored is being played. Moreover, the video blocks on the disc may alternate with (or may even by interrupted by) other data signals, for example, a lip-synchronous digital audio signal corresponding to the video scene.

The pictures corresponding to the video blocks should be displayed at a constant frequency of, for example, 25 frames per second. However, the instant when a video block of the

2

disc is being read hardly ever corresponds exactly to the instant when the corresponding picture from the video scene is to be displayed. In a player, the video blocks are, therefore, applied to a memory buffer at a frequency which is entirely determined by the way in which they are "packed" on the disc. Subsequently, the video block are read from the buffer at the picture frequency required for display. On an average, the number of video blocks applied per second from the disc to the buffer equals the number of pictures displayed per second. The video block corresponding to the next picture to be displayed will always have to be stored completely in the buffer. Moreover, the buffer will already comprise a subsequent video block, a portion thereof or even a number of subsequent video blocks. As soon as a picture has been decoded, the corresponding video block may be removed from the buffer. The buffer space then released is written by one or more subsequent video blocks or a portion thereof. The number of video blocks stored in the buffer for later display is thus variable, and is greatly dependent on the encoding efficiency and the presence of signals other than the relevant video signal on the disc.

It would seem that the display of a video scene can start as soon as the first video block has been received completely and is stored in the buffer. However, this is not the case. It is possible that a subsequent video block is too large to be scanned (and stored in the buffer) within the required time (½s sec) to decode and) display the picture corresponding to the first video blank. As a result, the corresponding picture of the subsequent video block cannot be displayed in time. The absence of a complete video block in the buffer at the instant when the corresponding picture has to be decoded and displayed is sometimes referred to as underflow of the buffer.

Underflow of the buffer also occurs if a large quantity of other (non-video) data has been packed together with the video blocks of a scene causing the buffer to be temporarily not filled with video blocks. Because of that other data the buffer empties, and at a given instant the video block for the corresponding next picture to be displayed is not yet present. The display of the video scene then stalls, and the pictures are not smooth moving.

If the display of a picture of a video block starts too late after the corresponding video block has been received, it is probable that the buffer will fill so that the display of the video scene also stalls. This is referred to as overflow of the buffer.

The same problems occur with audio signals which may also be recorded on the disc in a non-contiguous manner.

### SUMMARY OF THE INVENTION

It is an object of the invention to provide a method of encoding audio and/or video signals (for transmission) in which the occurrence of overflow and underflow of a decoder buffer is prevented so that the display of pictures can proceed in an undisturbed manner.

According to the invention, a parameter is associated with at least one selected code block, which parameter indicates the quantity of delay with which that code block must be decoded after it has been received. If the corresponding picture is decoded with this delay, it can be displayed without the risk of overflow or underflow of the buffer. This ensures an undisturbed display. The transmission of the parameter, sometimes referred to as a decoder delay parameter (or decoder delay for short), also enables synchronous display of two signals, for example, a video signal with a time-division multiplexed associated audio signal, or two video signals jointly representing a threedimensional video scene.

5,844,867

**3**

In principle, it is sufficient to associate the parameter with one video block. This will preferably be the first block of the video scene. All further pictures can then be read at a constant picture frequency without a further risk of overflow or underflow of the buffer.

In a further embodiment of the method, the decoder delay parameter is regularly associated with video blocks. The constant picture frequency can then be obtained in a favorable manner. Moreover, this provides the possibility of a so-called "random-access" display. This means the display of a fragment of a video scene from the video block with which the decoder delay is associated.

The decoder delay parameter may assume various formats, but it preferably indicates the state of a counter which is regularly loaded with a reference value which is also transmitted and which counter further receives a predetermined clock signal.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A–E show diagrammatically an optically readable disc with an audio and/or video signal recorded thereon and the format of that disc.

FIG. 2 shows the general structure of a transmission circuit suitable for performing the method according to the invention.

FIGS. 3A–C show some time diagrams which help explain the circuit of FIG. 2.

FIG. 4 shows some further time diagrams to explain the circuit of FIG. 2.

FIG. 5 shows some time diagrams to explain the transmission of two simultaneously transmitted signals.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS OF THE INVENTION

FIG. 1A shows diagrammatically an optically readable disc 1 with an information track 2 recorded thereon. A so-called sector, of which there may be about 300,000, is present between every two successive points A, B, C, D, etc. The structure of such a sector is shown diagrammatically in FIG. 1B. It is divided into a sector header H or 24 bytes and a data field DF of 2324 bytes. The sector head H comprises a synchronization word SYN of 12 bytes, a sector number SCTNR of 4 bytes and a service word SW of 8 bytes. The synchronization word SYN marks the start of a sector. The sector number SCTNR indicates the ordinal number of the sector on the disc 1. The service word SW indicates whether the data field DF of the sector comprises video data, audio data or computer data. In conformity with that data, a sector is sometimes referred to as a video sector, an audio sector or a data sector.

The conventional rate of revolution of the disc 1 is such that 75 sectors per second are scanned. This corresponds to a bit rate, hereinafter referred to as channel bit rate, of approximately 1.4 Mbit/sec. If a disc comprises video sectors only, the video bit rate is equal to the channel bit rate. If a disc also comprises audio and data sectors, the video bit rate decreases accordingly.

FIG. 1C shows a part of the track 2 in which the video sectors are denoted by SCT. More particularly the video sectors therein are shaded. The video sectors alternate with other sectors.

There are many encoding methods for reducing the number of bits per picture without deteriorating picture quality. The most efficient encoding methods convert successive pictures of a video scene into video blocks of distinct

**4**

number of bits. In FIG. 1D, this is shown in the form of video blocks V1, V2, etc., each having a distinct length. For example, video block V1 has a length of 4 sectors on the disc 1, video block V2 has a length of 1½ sector, etc.

FIG. 1E shows the data format of a video block. The start of a video block is marked by the presence of a unique start-of-frame word SOF. The video block also comprises a label LBL in which specific control information is stored for the corresponding video block.

FIG. 2 shows the general structure of a circuit for transmitting audio and video signals. The circuit comprises an encoding apparatus 3, a compact disc 4 and a decoding apparatus 5.

The encoding apparatus 3 of FIG. 2 comprises a video encoder 31 to which a video signal v(t) is applied. The video encoder 31 encodes successive pictures of the video signal, of which there are 25 per second, into video blocks VB of variable lengths. These pictures are applied video block by video block to an encoder buffer 32. To prevent overflow and underflow of the encoder buffer 32, a buffer status signal BFST is fed back to the video encoder 31 so that the video encoder 31 can adapt the encoding efficiency to the contents of the encoder buffer 32. If the encoder buffer 32 tends to get filled and there is a risk of overflow, the video signal is temporarily quantized in a coarser manner. If the encoder buffer 32 tends to get empty, the video signal is quantized more accurately, or pseudo-video data is possibly temporarily applied to the encoder buffer 32. The buffer status signal BFST is also applied to an encoder control circuit 33. The encoder control circuit 33 of FIG. 2 is adapted to generate, at a predetermined degree of occupation of the encoder buffer 32, a clock signal F1 with which the encoder buffer 32 is read. The encoder control circuit 33 also determines the value of a parameter $T_d$ for each video block in a manner to be described hereinafter. This parameter ($T_d$) is associated with a video block by means of an inserter 34 and transmitted in the label LBL of that block (see FIG. 1E).

As is shown in FIG. 2, the encoder buffer 32 may be considered to be divided into a first buffer 321 to which the video blocks VB are applied and which is read at a constant video bit rate C, and a sector allocation buffer 322 which converts this constant bit stream into video sectors VS. The video sectors VS are applied from the encoder buffer 32 to a first input of a multiplexer 35 which receives audio sectors AS at a second input and data sectors DS at a third input. The resultant bit stream is recorded on the compact disc 4.

When the compact disc 4 is played at a later stage, the sectors are scanned and applied to a demultiplexer 51 in which the video sectors VS' are separated from audio sectors AS' and data sectors DS' by reference to each sectors service word SW (see FIG. 1B). The video sectors VS' are applied to a decoder buffer 52 and a video block detector 53. The video block detector 53 detects the occurrence of a start-of-frame code SOF (see FIG. 1E) and reads from the subsequent label LBL the parameter $T_d$ transmitted therein. The parameter $T_d$ is applied to a decoder control circuit 54 which is adapted to read the decoder buffer 52 with a clock signal F2. In a manner to be described hereinafter, the parameter $T_d$ determines the instant when each video block is read from the decoder buffer 52.

As is shown in the FIG. 2, the decoder buffer 52 may be considered to be divided into a data rate equalization buffer 521 to which the video sectors VS' are applied and which is read at a constant video bit rate C', and a second buffer 522 which converts this constant bit stream into successive video blocks VB'. Finally, each video block is applied to a video

5,844,867

5

decoder 55 for conversion into a picture. The successive pictures which are obtained are applied as a video signal v'(t) to a display device (now shown).

In practice the actual instant when a disc is being played does not play any role at all. Therefore, it will be assumed hereinafter that the output of the encoding apparatus 3 is directly connected to the input of the decoding apparatus 5. This is indicated by means of a broken line in FIG. 2.

It will be assumed for the time being that only video signals are transmitted. This means that the encoder buffer 32 can apply an uninterrupted bit stream to the disc 4 at the full channel bit rate of 1.4 Mbit/sec (75 sectors per second). This means that the sector allocation buffer 322 and the multiplexer 35, on the one hand, and the demultiplexer 51 and the data rate equalization buffer 521, on the other hand, of FIG. 2 do not play a role in the following discussion.

The operation of the circuit shown in FIG. 2 will be explained with reference to some time diagrams which are shown in FIGS. 3A–C. More particularly, FIG. 3B shows a number of successive pictures enumerated 1, 2, 3, etc. These pictures occur at a picture frequency of 25 frames per second and are applied to the video encoder 31 of FIG. 2. As soon as each picture has been encoded, the corresponding video block is written into the encoder buffer 32 of FIG. 2. For the sake of simplicity, it is assumed that this is effected timelessly. The quantity of video data cumulatively applied to the encoder buffer 32 and expressed in disc sectors increases step-wise for each video block. This is denoted by means of the curve $n_e(t)$ in FIG. 3A.

Reading of the encoder buffer 32 of FIG. 2 and applying data to the output of the encoding apparatus 3 of FIG. 2 starts from instant t1. This instant t1 is determined, for example, by reaching a predetermined degree b of occupation of the encoder buffer 32 and may be different for each video scene. Reading is effected at a constant rate of 75 sectors per second, i.e., 1.4 Mbit/sec. The quantity of video data cumulatively withdrawn from the encoder buffer 32 increases linearly. This is denoted by means of the curve $n_e(t)$ in FIG. 3A. The curves $n_e(t)$ and $n_e(t)$ must not intersect each other because this would mean that a video block is read from the encoder buffer 32 before it is written into it (underflow of the encoder buffer 32). As already previously stated, underflow of the encoder buffer 32 is prevented by adapting the quantization of the video scene to the contents of the encoder buffer 32.

Based on the assumption that the output of the encoding apparatus 3 of FIG. 2 is directly connected to the input of the decoding apparatus 5 of FIG. 2, the curve $n_e(t)$ shown in FIG. 3A also indicates the cumulative quantity of video data applied to the decoder buffer 52 of FIG. 2. The decoder buffer 52 must be read in such a manner that the curve $n_e(t)$ is not exceeded, because underflow of the decoder buffer 52 could then occur. Overflow of the decoder buffer 52 should not occur either. In FIG. 3A line $n_1(t)$ at a distance B (the buffer size) from the line $n_e(t)$ indicates the threshold of overflow of the encoder buffer 52. The 52 line $n_1(t)$ should not be exceeded by the curve $n_e(t)$.

The decoder buffer 52 of FIG. 2 is read video block by video block. For the sake of simplicity, it is assumed that a video block is read timelessly. The quantity of video data cumulatively withdrawn from the decoder buffer 52 and expressed in disc sectors increases step-wise for each video block. This is denoted by means of the curve $n_e(t)$ in FIG. 3A. As soon as a video block has been read and decoded, the corresponding picture is displayed in 1⁄25 sec. FIG. 3C shows the display of the decoded pictures 1, 2, 3, etc.

6

The curve $n_d(t)$ is a replica of the curve $n_e(t)$ shifted over a time interval $T_e+T_d$. Here $T_e$, also referred to as an encoder delay, is the delay time between the instant when the first video block of the video scene is written into the encoder buffer 32 of FIG. 2 and the instant t1 when the transmission of this video block begins. In a corresponding manner $T_d$, also referred to as a decoder delay, is the delay time between the instant when the reception of the first video block in the decoder buffer 52 of FIG. 2 begins and the instant when this video block is, read from the decoder buffer 52. The time interval $T_e+T_d$ represents the delay time occurring between writing a video block into the encoder buffer 32 and reading the same video block from the decoder buffer 52. This delay time is constant. As previously noted, t1, and consequently $T_e$, may be different for each video scene. In addition (and in conformity therewith), the decoder delay $T_d$ may be different for each video scene as well.

The instant when the decoding apparatus of FIG. 2 starts reading the decoder buffer 52 of FIG. 2 is of great importance. In fact, if the decoder 5 should start reading too early, there may be underflow of the decoder buffer 52 because the curve $n_d(t)$ will intersect the boundary line $n_e(t)$. If the decoder 5 starts reading too late, there may be overflow of the decoder buffer 52 because the curve $n_d(t)$ will intersect the boundary line $n_1(t)$. Both underflow and overflow may become manifest in the video scene at a possibly later stage.

Overflow and underflow of the decoder buffer 52 of FIG. 2 do not occur if the curve $n_d(t)$ is always as far remote from the boundaries lines $n_e(t)$ and $n_1(t)$ as the curve $n_e(t)$ from boundaries lines $n_e(t)$ and $n_1(t)$. Line $n_2(t)$ is a line at a distance B (the decoder buffer size) from the line $n_1(t)$. This is realized by choosing a suitable value for the decoder delay $T_d$, as well as by the previously mentioned mechanism of adaptive quantization in the encoding apparatus 3 of FIG. 2, which ensures that the curve $n_e(t)$ remains completely between the two boundaries lines $n_2(t)$ and $n_e(t)$.

A suitable value for decoder delay $T_d$ can be obtained by considering the fact that the previously mentioned delay time $T_e+T_d$ is equal to a time interval T shown in FIG. 3A. The time interval T corresponds to the time required to fully read a completely filled encoder buffer or to completely fill a still empty decoder buffer, and is entirely determined by the buffer size B and the video bit rate at which that buffer is read or written. Accordingly, the value of $T_d$ can be derived from the computation of the different $T-T_e$. Here both $T_e$ and T are known to the encoding apparatus.

The encoding apparatus 3 of FIG. 2 associates the decoder delay $T_d$ as a parameter with the first video block of the scene so as to enable the decoding apparatus 5 of FIG. 2 to determine the instant when reading of the decoder buffer 52 of FIG. 2 should start. After the decoding apparatus 5 has read the video block with the delay $T_d$ from the encoder buffer 52, the reading process can be continued at the picture frequency in an autonomic manner without the risk of underflow or overflow of the decoder buffer 52. The picture frequency of 25 Hz can be obtained by dividing the channel bit rate (75 sectors/sec*2324 bytes/sector*8 bits/byte) by 55776. The coupling of the picture frequency to the channel bit rate which is necessary for this purpose is, however, superfluous if the decoder delay parameter has regularly been associated with video blocks. In such a case, the decoder delay will generally be different for each video block.

If the difference between the actual instant when a video block is read and the instant determined by the corresponding decoder delay parameter occurs at a given picture

5,844,867

7

frequency, the picture frequency or the rate of revolution of the disc can be corrected in response to this difference. FIG. 3A shows by way of example a decoder delay $T_{d7}$ for picture 7. At the instant denoted by t2 the video block corresponding to picture 7 is written into the encoder buffer 32 of FIG. 2. After encoder delay $T_{e7}$, transmission of the video block corresponding to picture 7 from the encoder buffer 32 to the encoder buffer 52 of FIG. 2 starts, and after a subsequent decoder delay $T_{d7}$, that video block must be decoded. The encoding apparatus 3 of FIG. 2 associates the decoder delay $T_{d7}=T−T_{e7}$ for picture 7 with video block 7 and transmits it in the label LBL of this block (see FIG. 1E).

The regular transmission of the decoder delay also provides the possibility of a so-called "random-access" playback mode. This means playing a fragment of the video scene from a picture other than the first picture. For example, the decoder delay $T_{d7}$ shown in FIG. 3A can be used to play the fragment of the video scene from picture 7. Picture 7 is preferably an intraframe-encoded picture and can therefore be reconstructed without the aid of previous pictures. In principle, it is possible to compute the decoder delay $T_{d7}$ for picture 7 from the previous signal. However, such computations are complicated and also require the availability of previous information. In the case of random-access display, the previous signal is, however, not available.

The situation described above will be more complicated if not all disc sectors are allocated to video data. If the disc also comprises sectors with audio and computer data, they will alternate with video sectors on the disc. The average video bit rate for a video scene will now be lower than 75 sectors per second. The average video bit rate will hereinafter be expressed in a number S indicating which part of the channel bit rate is suitable for video transmission. For example, S=½ means that on an average 1 out of 2 sectors is a video sector. This corresponds to a video bit rate of ½*75=37.5 sectors per second, i.e., 0.7 Mbit/sec.

For the purpose of illustration, FIG. 4 shows some time diagrams of the encoding and decoding process if S=½. FIG. 4B shows diagrammatically the successive pictures 1, 2, etc. of a video scene applied to the encoding apparatus 3 of FIG. 2. The curve $n_3(t)$ in FIG. 4A indicates the quantity of video data applied for each picture to the encoder buffer 32 of FIG. 2 and expressed in the number of disc sectors. In comparison with the curve $n_e(t)$ in FIG. 3A, the encoding is now such that on average each picture is encoded in 1.5 sectors instead of in 3 sectors. The contents of the encoder buffer 32 are applied to selected sectors of the disc. This is effected in accordance with a given pattern, an example of which is shown in FIG. 4C. In the pattern shown in FIG. 4C, the shaded sectors represent video sectors and, the other sectors are audio sectors or data sectors. FIG. 4C also shows the signal controlling the multiplexer 35 of FIG. 2. The average bit rate is reached in this example by writing video information on 8 out of each 16 sectors on the disc. The quantity of video data cumulatively applied to the disc is indicated in FIG. 4A by means of the curve $n_s(t)$.

When the disc is being played, the reverse operations take place. The curve $n_s(t)$ now represents the number of video sectors cumulatively read from the disc. These sectors are applied to the decoder buffer 52 of FIG. 2, from which they are subsequently read video block by video block in accordance with the curve $n_d(t)$.

In FIG. 4A, $n_s(t)−n_e(t)$ indicates the actual contents of the encoder buffer 32 of FIG. 2. To prevent underflow of the encoder buffer 32, the curves $n_3(t)$ and $n_s(t)$ should not intersect each other. This condition is certainly met if, as

8

already shown in FIG. 2, the encoder buffer 32 is considered to be divided into a first buffer 321 to which the video blocks are applied and which is read at a constant video bit rate, and a sector allocation buffer 322 which converts this constant bit stream into the sector-sequential supply of sectors to the disc. That constant bit stream is denoted by the straight line $c_s(t)$ in FIG. 4A. The slope of the line $C_s(t)$ is the average bit rate, 0.7 Mbit/sec in this example. As long as the two curves $n_3(t)$ and $n_s(t)$ do not intersect the curve $c_s(t)$, there is no encoder buffer underflow.

In a corresponding manner, $n_s(t)−n_d(t)$ represents the actual contents of the decoder buffer 52 of FIG. 2. To prevent underflow of the decoder buffer 52, the curve $n_s(t)$ should not intersect the curve $n_d(t)$. This condition is certainly met if, as already shown in FIG. 2, the decoder buffer 52 is considered to be divided into a data rate equalization buffer 521 having a size of B1 to which the video sectors of the disc are applied and which is read at the constant bit rate, and a second buffer 522 of the size B2 which converts this constant bit stream into video blocks. That constant bit stream is denoted by the straight line $c_d(t)$ in FIG. 4A. The slope of the line $c_d(t)$ corresponds to the average video bit rate of 0.7 Mbit/sec. As long as the two curves $n_s(t)$ and $n_d(t)$ do not intersect the line $c_d(t)$, there is no decoder buffer underflow.

The previously mentioned decoder delay parameter ($T_d$) which indicates when the decoding apparatus 5 of FIG. 2 can read a video block from the decoder buffer 52 of FIG. 2 after the first bit of the video scene has been scanned (i.e. read from the disc), is now equal to $T_{cd}+T_{vd}$ shown in FIG. 4A. Its value is completely determined by the encoding apparatus 3 of FIG. 2 and transmitted in the label LBL (see FIG. 1E) of a corresponding video block.

The decoder delay parameter is determined as follows. The value of $T_{cd}+T_{vd}$ follows from the consideration that $T_{ve}+T_{ce}+T_{cd}+T_{vd}$ corresponds to the delay of the video signal (from being read into the encoder buffer 32 of FIG. 2 to being read out of decoder buffer 52 of FIG. 2) if the output of the encoding apparatus 3 of FIG. 2 is directly coupled to the input of the decoding apparatus 5 of FIG. 2. This delay is equal to the interval T shown in FIG. 4A and is dependent on the average video bit rate which is S*75 sectors per second and the size B (=B1+B2) of the decoder buffer 52 of FIG. 2. More particularly, it can be derived from FIG. 4A that

$$T=\frac{B}{S*75}$$

and

$$T_{cd} + T_{vd} = T − (T_{ve} + T_{ce}).$$

Here, S is fixed when writing the disc. As for the decoder buffer size B, it holds that it may be a predetermined fixed value which is fixed in the encoding apparatus 3 of FIG. 2 as well as in the decoding apparatus 5 of FIG. 2. The encoding apparatus 3 may also be adapted to transmit the buffer size B to be reserved in the decoding apparatus 5 as a further parameter. It is notably sensible to render the decoder buffer size B dependent on S. The (encoder) delay ($T_{ve}+T_{ce}$), being the time between the encoding of a video picture and its transmission, is determined by the encoding apparatus 3 itself. As already previously stated, the insant when the first video block is transmitted may be determined by reaching a predetermined degree of occupation of the encoder buffer 32.

The form of the transmitted decoder delay parameter may assume several formats. For example, it is possible to

5,844,867

9

transmit a value indicating at which degree of occupation of the decoder buffer 52 of FIG. 2 the decoder 5 of FIG. 2 should start reading. This degree of occupation may be expressed in an absolute value (number of bits) or in a relative value (fraction of the buffer size B). The decoder delay parameter may also indicate the time delay in suitably chosen units with respect to the instant when EL video block is written into the decoder buffer 52. Suitable units are, for example, (m)sec or the number of clock periods of a predetermined clock signal. It has been found useful to have the decoder delay parameter indicate the state of a counter at which the decoding of a video block should start The counter is then regularly loaded with a reference value which is also transmitted. The counter is further clocked by a predetermined clock signal. The transmitted reference value may form part of the service word SW (see FIG. 1B). A suitable frequency of the clock signal is 90 kHz. This value is an integral multiple of the picture frequencies 24 Hz, 25 Hz, 30 Hz and 29.97 Hz which are suitable for display.

Finally, it is to be noted that in the foregoing the decoder delay parameter is only described for one signal, in this case a video signal. However, the decoder delay parameter also enables the synchronous display of a plurality of signals. These may be, for example, a video signal and an associated lipsynchronous audio signal. However, they may also be two vide signals multiplexed on the compact disc, which signals may not only be displayed separately but, also if desired, simultaneously. This is shown diagrammatically in FIG. 5 for two video signals A and B.

FIG. 5 shows a video block VA(n) and VB(n) of the two signals, in which n is the ordinal number of the corresponding picture to be displayed. As is apparent from FIG. 5, the decoder delay parameters $T_A(n)$ and $T_B(n)$ transmitted in the video block have such a value that the corresponding pictures A(n) and B(n) are displayed simultaneously.

We claim:

1. A method for encoding an audio and/or video signal, the method comprising:

encoding successive portions of the audio and/or video signal into corresponding successive code blocks;

determining a delay time parameter for at least one code block of the code blocks, which delay time parameter indicates how long after the code block has been received by a decoding device it is to be decoded; and

inserting the delay time parameter into the code block.

2. The method as claimed in claim 1, wherein the delay time parameter is inserted into a predetermined position of the code block.

3. The method as claimed in claim 2, wherein the code block is a first code block of the code blocks.

4. The method as claimed in claim 2, wherein the delay time parameter indicates how long before decoding the code block the code block is to be stored within a decoder buffer, which receives the code blocks before decoding.

5. The method as claimed in claim 4, wherein the delay time parameter indicates how long each code block of the code blocks is to be stored in the decoder buffer before being decoded.

6. The method as claimed in claim 4, wherein the delay time parameter is the degree of occupation the decoder buffer must be at before the code block, after being stored therein, is to be decoded.

7. The method as claimed in claim 2, wherein the delay time parameter is a time indication.

8. The method as claimed in claim 2, wherein the delay time parameter is a number of clock period of a predetermined clock signal.

10

9. The method as claimed in claim 2, wherein the delay time parameter is the state of a counter.

10. The method as claimed in claim 2, further comprising recording the code blocks after insertion of the delay time parameter on an optically readable or magnetic record carrier.

11. A record carrier produced by the method claimed in claim 10.

12. The method as claimed in claim 2, further comprising transmitting the code blocks after insertion of the delay time parameter to a decoding device.

13. The method as claimed in claim 1, wherein a respective delay time parameter is determined for a plurality of the code blocks, and each respective delay time parameter is inserted into a same predetermined position of the code block for which that respective delay time parameter is determined.

14. The method as claimed in claim 13, wherein the code blocks have variable lengths.

15. An apparatus for encoding an audio and/or video signal, the apparatus comprising:

an encoder which encodes successive portions of the audio and/or video signal into corresponding successive code blocks;

a parameter determining unit which determines a delay time parameter for at least one code block of the code blocks, which delay time parameter indicates how long after the code block has been received by a decoding device it is to be decoded; and

an inserting unit which inserts the delay time parameter into the code block.

16. The apparatus as claimed in claim 15, wherein the inserting unit inserts the delay time parameter into a predetermined position of the code block.

17. The apparatus as claimed in claim 16, further comprising means for recording the encoded signal after insertion of the delay time parameter on an optically readable or magnetic record carrier.

18. A transmitting device, comprising the apparatus as claimed in claim 16, for transmitting the code blocks after insertion of the delay time parameter.

19. A record carrier, including:

successive code blocks representing successive portions of an audio and/or video signal; and

a delay time parameter for at least one code block of the code blocks indicating how long after that code block is obtained by a decoder it is to be decoded.

20. The record carrier as claimed in claim 19, wherein the delay time parameter is located at a predetermined position within the code block.

21. The record carrier as claimed in claim 20, wherein the code block is a first code block of the code blocks.

22. The record carrier as claimed in claim 20, wherein the delay time parameter indicates how long before decoding the code block the code block is to be stored within a decoder buffer, which receives the code blocks before decoding.

23. The record carrier as claimed in claim 22, wherein the delay time parameter indicates how long each code block of the code blocks is to be stored in the decoder buffer before being decoded.

24. The record carrier as claimed in claim 22, wherein the delay time parameter is the degree of occupation the decoder buffer must be at before the code block, after being stored therein, is to be decoded.

25. The record carrier as claimed in claim 20, wherein the delay time parameter is a time indication.

5,844,867

**11**

26. The record carrier as claimed in claim 20, wherein the delay time parameter is a number of clock period of a predetermined clock signal.

27. The record carrier as claimed in claim 20, wherein the delay time parameter is the state of a counter.

28. The record carrier as claimed in claim 20, further comprising a plurality of delay time parameters which are each associated with and included in a different one of the code blocks at a same respective predetermined position therein.

29. A method for decoding an audio and/or video signal which has been encoded into corresponding successive code blocks, the method comprising:

obtaining the code blocks and a delay time parameter for at least one code block of the code blocks, which delay time parameter indicates how long after the code block has been obtained it is to be decoded; and

decoding the code blocks in a manner whereby the decoding of the code block is delayed with respect to when it is obtained for a period of time indicated by the delay time parameter.

30. The method as claimed in claim 29, wherein the delay time parameter is obtained from a predetermined position of the code block.

31. The method as claimed in claim 30, wherein the code blocks and the delay time parameter are obtained from a record carrier.

32. The method as claimed in claim 30, wherein the code blocks and the delay time parameter are obtained from a transmission medium.

33. The method as claimed in claim 30, wherein the code blocks are decoded in a manner whereby the decoding of each code block is delayed with respect to when it is obtained for the period of time indicated by the delay time parameter.

34. The method as claimed in claim 29, wherein a respective delay time parameter is obtained for a plurality of

**12**

the code blocks from a same predetermined position in the code block to which that respective delay time parameter relates; and the code blocks are decoded in a manner whereby the decoding of each code block of the plurality of code blocks is delayed with respect to when it is obtained for a period of time indicated by the delay time parameter obtained from that code block.

35. An apparatus for decoding an audio and/or video signal which has been encoded into corresponding successive code blocks, the apparatus comprising:

receiving means for receiving the code blocks;

parameter obtaining means for obtaining a delay time parameter for at least one code block of the code blocks, which delay time parameter indicates how long after the code block has been received it is to be decoded; and

means for decoding the code blocks in a manner whereby the decoding of the code block is delayed with respect to when it is obtained for a period of time indicated by the delay time parameter.

36. The apparatus as claimed in claim 35, wherein the parameter obtaining means obtains the delay time parameter from a predetermined position of the code block.

37. The apparatus as claimed in claim 36, wherein the decoding means comprises

a decoder buffer for receiving the code blocks prior to decoding; and

a decoder, coupled to the decoder buffer, for receiving the code blocks from the decoder buffer and decoding them;

wherein the decoder buffer stores the block code for a period of time indicated by the delay time parameter.

* * * * *

# Exhibit 15

US00RE35093E

## United States Patent [19]

### Wang et al.

[11] E    Patent Number:    Re. 35,093

[45] Reissued    Date of Patent:    Nov. 21, 1995

[54] **SYSTEMS AND METHODS FOR CODING EVEN FIELDS OF INTERLACED VIDEO SEQUENCES**

[75] Inventors: **Feng M. Wang**, Milpitas, Calif.; **Dimitris Anastassiou**, Tenafly, N.J.

[73] Assignee: **The Trustees of Columbia University In the City of New York**, New York, N.Y.

[21] Appl. No.: **353,968**

[22] Filed: **Dec. 9, 1994**

### Related U.S. Patent Documents

Reissue of:
[64] Patent No.: **5,193,004**
Issued: **Mar. 9, 1993**
Appl. No.: **621,343**
Filed: **Dec. 3, 1990**

U.S. Applications:
[63] Continuation of Ser. No. 218,970, Mar. 25, 1994, abandoned.

[51] Int. Cl.[6] ........................................ H04N 7/36
[52] U.S. Cl. ............................... 348/413; 348/420
[58] Field of Search ............................ 348/402, 413, 348/420; H04N 7/133, 7/36

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,821,119 | 4/1989 | Gharui | 348/402 |
| 4,873,573 | 10/1989 | Thomas et al. | 348/416 |
| 4,897,720 | 1/1990 | Wu et al. | 348/412 |
| 4,999,705 | 3/1991 | Puri | 348/412 |
| 5,001,559 | 3/1991 | Gonzales | 348/400 |
| 5,008,746 | 4/1991 | Bernard et al. | 348/429 |
| 5,049,991 | 9/1991 | Niihara | 348/416 |
| 5,134,480 | 7/1992 | Wang | 348/620 |

#### FOREIGN PATENT DOCUMENTS

0374548    6/1990    European Pat. Off. .

Primary Examiner—Howard W. Britton
Attorney, Agent, or Firm—Brumbaugh, Graves, Donohue & Raymond

[57]    **ABSTRACT**

In accordance with the invention, a method, for coding multi-mode predictive interpolative coded fields of video, includes the steps of:

(a) providing a current field of interlaced pixel data, and past and future fields of such data;

(b) providing estimated pixel data at omitted line positions in the past and future fields of data to form enhanced fields of pixel data;

(c) comparing a block of pixel data from the current field with corresponding blocks of data from such past and future fields to derive motion vector signals indicative of best matched blocks of data;

(d) developing pixel error signals representing pixel by pixel errors based on utilization of best matched blocks in different modes for comparison with the block of pixel data from the current field and developing best mode signals indicative of which of such modes represents the least overall error; and

(e) providing the best mode signals, motion vector signals, pixel error signals, and the future odd field of data for transmission for use by a decoder.

**56 Claims, 9 Drawing Sheets**



FIG. 1

Case 7:08-cv-03689-SCR    Document 1-16    Filed 04/17/2008    Page 4 of 27

U.S. Patent    Nov. 21, 1995    Sheet 2 of 9    Re. 35,093



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

FIG. 8



FIG. 9



FIG. 10



FIG. 13



FIG. 11



FIG. 12



FIG. 14



FIG. 15 (a)



FIG. 15 (b)

Re. 35,093

1

# SYSTEMS AND METHODS FOR CODING EVEN FIELDS OF INTERLACED VIDEO SEQUENCES

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

*The U.S. Government has a paid-up license in this invention and the right in limited circumstances to require the patent owner to license others on reasonable terms as provided for by the terms of contract No. CDR-88-1111 awarded by the National Science Foundation.*

*This application is a continuation of application Ser. No. 08/218,970, filed on Mar. 25, 1994, now abandoned, and is a reissue of U.S. Pat. No. 5,193,004.*

## BACKGROUND OF THE INVENTION

This invention relates to methods and systems for coding alternate fields of an interlaced video format and has particular applicability to arrangements wherein the other fields have already been coded.

Interlaced scanning is an efficient method of bandwidth compression for television transmission. Further bandwidth compression can be achieved by downsampling the interlaced video sequence by deleting either all the even or all the odd fields. This scheme is used, for example, in the current Motion Picture Experts Group (MPEG) proposal relating to coding and decoding protocols for the compression of video data. In that proposed format only the odd fields of an interlaced video sequence are encoded and transmitted. The present invention, utilizing the fact that even and odd fields are highly correlated, makes it possible to code the missing even fields very efficiently.

It is therefore the object of this invention to provide methods and systems for efficiently coding one field of an interlaced video.

It is a further object of this invention to provide methods and systems for coding interlaced video data so as to permit efficient and accurate decoding using methods and systems also in accordance with the invention.

## SUMMARY OF THE INVENTION

In accordance with the present invention, a system, for multi-mode predictive interpolative coding of fields of video, includes input means for coupling current and later fields of interlaced data, such fields including even fields having pixel data for line positions at which pixel data is omitted in prior and later odd fields, separator means for separating even fields of data from odd fields of data and delayed coupling means for providing past odd field data. The system also includes storage means for storing data and for providing past even field data from storage and interpolation means, coupled to receive current even, future odd and past odd fields of data, for deriving and coupling to the storage means enhanced fields of data corresponding to each of such fields of data and having estimated pixel data at omitted line positions. Block matching means are included for comparing current even enhanced field data with each of the future odd and past odd enhanced fields and past even field data to develop motion vector signals indicative of location of best matched blocks of future odd, past odd and past even data, and for coupling motion-vector signals to the storage means. The system further includes comparator means for utilizing blocks of pixel data retrieved from

2

storage in response to motion vector signals for performing a plurality of mode comparisons of a block of current even pixel data with different ones of the best matched blocks alone or on an averaged basis for deriving a best mode signal representative of a single best mode block having the least error and deriving pixel error signals representative by pixel errors in the best mode block, and output means for providing pixel error signals, best matched block location signals based on motion vector signals corresponding to the best mode signal, and odd field pixel data signals for transmission for use by a decoder.

Also in accordance with the invention a system, for decoding coded fields of video, includes input means for coupling location signals providing location data for best matched blocks, pixel error signals representative of pixel value errors in a best mode block relative to a current even field of pixel data, and odd field pixel data signals, and storage means for storing fields of pixel data, including a future odd field and past odd and even fields. Address generator means are included for providing address signals for retrieving one or more blocks of pixel data from stored future odd and past odd and even fields, and block coupling means provide a single best mode data block regardless of the number of blocks of pixel data simultaneously retrieved, and includes means for averaging simultaneously retrieved blocks of pixel data. Also included are block adder means for combining pixel error signals with the single best mode data block to provide a block of current even field pixel data, and combiner means for providing video signals including alternating odd and even fields of data.

Further in accordance with the invention, a method, for coding multi-mode predictive interpolative coded fields of video, includes the steps of:

(a) providing a current field of interlaced pixel data, and past and future fields of such data;

(b) providing estimated pixel data at omitted line positions in the past and future fields of data to form enhanced fields of pixel data;

(c) comparing a block of pixel data from the current field with corresponding blocks of data from such past and future fields to derive motion vector signals indicative of best matched blocks of data;

(d) developing pixel error signals representing pixel by pixel errors based on utilization of best matched blocks in different modes for comparison with the block of pixel data from the current field and developing best mode signals indicative of which of such modes represents the least overall error; and

(e) providing the best mode signals, motion vector signals, pixel error signals, and the future odd field of data for transmission for use by a decoder.

Also in accordance with the invention a method, for decoding coded fields of video, includes the steps of:

(a) receiving location signals providing location data for best matched blocks of data, pixel error signals representative of pixel value errors in a best mode block relative to a current even field of data, and odd field pixel data signals;

(b) storing fields of pixel data which, relative to the current even field, include a future odd field and past odd and even fields;

(c) deriving, with use of location signals, address signals used in retrieving from storage one or more blocks of pixel data from stored future odd and past odd and even fields;

Re. 35,093

3

(d) providing an averaging function, responsive to blocks of pixel data retrieved in step (c), to provide a single best mode data block regardless of the number of blocks of pixel data simultaneously retrieved from storage;

(e) combining the best mode data block with such pixel error signals to derive a block of current even field pixel data; and

(f) assembling even fields of data for combination with the odd fields of data to provide video signals including alternating odd and even fields.

For a better understanding of the present invention, together with other and further objects, reference is made to the following description, taken in conjunction with the accompanying drawings, and its scope will be pointed out in the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the a system diagram of an encoder in accordance with the invention.

FIG. 2 shows a field splitter useful in the FIG. 1 encoder.

FIG. 3 shows a linear interpolator useful in the FIG. 1 encoder.

FIG. 4 shows a block data encoder useful in the FIG. 1 encoder.

FIG. 5 shows a uniform quantization table used for coding block data.

FIG. 6 shows a zig-zag scanning diagram of an 8×8 DCT block.

FIG. 7 shows a block data decoder useful in the FIG. 1 encoder and the FIG. 13 decoder.

FIG. 8 shows a best mode generator useful in the FIG. 1 encoder.

FIG. 9 shows an error generator useful in the FIG. 8 best mode generator.

FIG. 10 shows an average error generator useful in the FIG. 8 best mode generator.

FIG. 11 shows a comparator useful in the FIG. 8 best mode generator.

FIG. 12 shows a block selector useful in the FIG. 8 best mode generator.

FIG. 13 is a system diagram of a decoder according to the invention.

FIG. 14 is a block coupling unit useful in the FIG. 13 decoder.

FIG. 15(a) shows an alternative arrangement of a best mode generator useful in the FIG. 1 encoder.

FIG. 15(b) shows a coupling unit corresponding to the FIG. 15(a) best mode generator.

## DESCRIPTION OF THE INVENTION

Referring now to FIG. 1, there is illustrated a system for coding alternate fields of an interlaced video sequence for transmission to a decoder. Thus, for frames of video made up of successive odd and even fields of video data, the FIG. 1 system is useable for coding the even fields for example.

As used herein:

"field" refers to an incomplete frame of data, for example, the alternate fields of an NTSC television signal;

"frame" refers to a complete frame of data, for example, the composite of two fields of NTSC data;

4

In FIG. 1 the encoder includes input means shown as terminal 20 for receiving an interlaced video sequence and separator means, shown as field splitter 22, for separating odd fields of data O(t) from even fields of data E(t). FIG. 2 is an illustration of a suitable field splitter. A de-multiplexer, shown as DMUX unit 25 takes an interlaced video sequence and uses a counter as a control signal. When the output of the counter is even, the "Even" output port of the 2-to-1 DMUX is selected, otherwise the "Odd" output port is selected.

The odd field data is encoded by unit 21 and provided to modulator unit 68. Encoded odd field data is decoded by unit 23. In this way any errors introduced by coding and decoding will be taken into account during the block matching process. Decoded odd field data is designated Oc(t).

Delayed coupling means, including delay units 19 and 24 are arranged so that when an odd field of data, denoted as Oc(t) for reference timing purposes, is supplied to a point 26, the previous odd field of data denoted as Oc(t−1) and the even field of data E(t) are simultaneously supplied to points 28 and 30. Thus at any given iteration of the system's operation, the fields Oc(t), Oc(t−1) and E(t) are simultaneously available at 26, 28 and 30 respectively.

The encoder also includes interpolation means, shown as linear interpolators (LI) 32, 34, and 36 which may be separate channels of a single interpolation unit, effective to fill in an approximation of the pixel data at missing lines of each individual field of data by interpolation of pixel data at corresponding positions in preceding and succeeding lines of the same individual field. This provides full frames of alternating lines of actual input pixel data and interleaved lines of interpolated data, at the frame rate. These interpolated fields will be referred to as enhanced fields. Non-linear interpolation is also possible. As shown, unit 32 receives the current odd field input data Oc(t) from the separator means, via encoder unit 21 and decoder unit 23, and its output is an enhanced field version Oci(t). Similarly, unit 34 receives past odd field Oc(t−1) from delay unit 24 and its output is an enhanced field version Oci(t−1). Similarly, interpolation unit 36 receives the current even field of input data E(t) from the separator and its output is an enhanced field version Ei(t). The interpolation means provide Oci(t), Oci(t−1) and Ei(t) to memory bank 50 and to block matching means.

Referring to FIG. 3, there is illustrated an embodiment of an interpolation circuit suitable for units 32, 34 and 36. In FIG. 3, linear interpolations are performed between two scanning lines of one field to generate the missing intermediate line. This is done by a full adder means 31 and a shift register 29 for each missing pixel. As shown, the input field containing only even or odd lines of a frame is input to field buffer 35. Under the control of values provided by counter means, two pixels are selected which are at the same horizontal position on two consecutive lines (i.e., the lines before and after the missing line position) and stored separately in the two registers 37 and 39. The values of the two pixels are then added in means 31 and shifted to the right by one bit one bit in shift register 29, which is the equivalent to dividing the sum of the two pixel values by a factor of two. The same process is applied for every missing pixel of the field, sequentially. In practice, this sequence of operations is performed in parallel through use of additional adder and register combinations. The output signal of units 32, 34 and 36 are linearly interpolated enhanced fields. As indicated, inputting Oc(t) to unit 32 results in the interpolated output Oci(t) and similarly, interpolating of input OC(t−1) results in interpolated output Oci(t−1) and interpolating of E(t) results in interpolated output Ei(t).

Block matching means, shown as forward, backward and

Re. 35,093

5

cosited block matching (BM) units 40, 42 and 44, may also
be separate channels of a single unit. The block matching
means receive as input the enhanced fields of data Ei(t),
Oci(t), Oci(t−1) and Eci(t−1). Eci(t−1), the previous even
field of data, is received from memory bank 50 where it has
been stored after having been derived in the previous
iteration of the encoder.

The block matching means finds for each given block of
pixels in Ei(t), the corresponding blocks in Oci(t), Oci(t−1)
and Eci(t−1) which match the given block in Ei(t) most
closely. These can be referred to as the best matched
forward, backward and cosited blocks. The block matching
means then calculates an appropriate motion vector to each
of the identified best matching blocks and outputs that data
to memory bank 50. Thus "fmv" is the appropriate motion
vector indicating which block in Oci(t) best matches the
appropriate block in Ei(t). Similarly "bmv" is the appropri-
ate motion vector indicating which block in Oci(t−1) best
matches the appropriate block in Ei(t). Finally, "cmv" rep-
resents the appropriate motion vector indicating which block
in Eci(t−1) best matches the appropriate block in Ei(t). In the
present embodiment, blocks of 16×16 pixels are used for
motion compensated block matching. Block matching tech-
niques are known and block matching units 40, 42, and 44
may appropriately use block matching as shown in U.S. Pat.
No. 4,897,720 by Wu and Yang.

The counter 52 and best-match selector 54 use the motion
vector information to generate addresses for the best
matched blocks in memory bank 50 corresponding to block
in Ei(t) being matched.

Memory bank 50 can be composed of random access
memory (RAM) chips which have to be big enough to hold
five M×N images (M and N are the width and height in terms
of pixels of one image) and three sets of N/16×M/16 motion
vectors.

Best mode generator means 60 receives as input each
block of Ei(t) and the best matched forward, backward and
cosited blocks found by the block matching means. Con-
currently, motion vector selector, shown as unit 62, receives
the motion vector values for each of the best matched
blocks. The best mode generator determines which of the
best matched blocks most closely matches the appropriate
block in Ei(t). These different comparisons are known as
modes. Thus there can be a forward mode, a backward mode
and a cosited mode based on a comparison of a specific
block of pixel data from Ei(t) with the best matched blocks
of future odd, past odd and past even pixel data, respectively.
The best mode generator can also create and compare blocks
which are averages of two or more of the best matched
blocks which are received from the block matching means.
These averaged modes can be based on any averaged
combination of the best matched blocks. In certain applica-
tions, the most useful averaged modes have been found to be
combinations of the past even and future odd blocks and of
the past and future odd blocks from their respective
enhanced fields of pixel data. The best mode generator then
picks from among those modes the overall best matched
block, also known as the best mode block.

After selecting the best mode block, the best mode
generator generates three different outputs; the best mode
block, a difference block and a signal to motion vector
selector unit 62 and modulator unit 68 indicating which
mode has been selected. Motion vector selector unit 62 then
sends the motion vector information regarding the appro-
priate block or blocks (in the case of an averaged mode) to
motion vector encoder 64. Unit 64 encodes the motion

6

vector data and provides it to modulator 68. The motion
vector encoder uses variable length coding (VLC) which is
based on a look-up table that stores the binary codes for all
possible motion vectors. The look-up table is custom defin-
able, however the present invention uses the same one which
is used in the current MPEG proposal.

The difference block is the result of a pixel by pixel
subtraction of the values of the overall best mode block from
the block in Ei(t). The difference block is then coded by
block data encoder 41 and provided to modulator unit 68.
Data encoder 41 is illustrated in more detail in FIG. 4. Unit
48 converts the 16×16 blocks received from the best mode
generator to four 8×8 blocks. A discrete cosine transform is
applied to the difference block data by DCT unit 43. The
transform is performed on blocks of an 8×8 size The 8×8
discrete cosine transform is defined as:

$$X(u,v) =$$

$$(\alpha)C(u)C(v) \sum_{i=0}^{7} \sum_{j=0}^{7} x(i,j)\cos\left(\frac{(2i+1)u\pi}{16}\right)\cos\left(\frac{(2j+1)v\pi}{16}\right)$$

where x(i,j), i,j=0, . . . , 7, is the pixel value, X(u,v), u,v=0,
. . . , 7, is the transformed coefficient,

$$C(0) = \frac{1}{\sqrt{2}}.$$

and C(u)= 1, u,v=1, . . . , 7. DCT is well known in the art,
and there are IC chips available for this purpose.

To achieve higher coding efficiency, the DCT coefficients
are quantized by a uniform quantizer, shown in FIG. 5, with
a fixed step S. The values of S, which are stored in a
quantization table, typically vary from one coefficient to
another. While FIG. 5 shows linear quantization, non-linear
quantization is also possible. In the present instance the
quantization table which is used is the current MPEG
standard. Other quantization tables, however, are useable.
After quantization, the DCT coefficients contain a large amount
of zero coefficients. Known techniques of zig-zag scanning
may be applied to the DCT blocks in order to maximize the
runs of zero coefficients and thereby effectuate higher data
compression. The zig-zag scanning is implemented by a
look-up table, shown in FIG. 6, which maps coordinates of
DCT coefficient blocks to values between 0 and 63. This
represents the order of variable length coding. A known form
of Huffman coding may then be applied to convert the
quantized DCT coefficients to binary codes. In the present
instance, the MPEG VLC table is used for these purposes
although other tables are also useable.

The coded difference block data is also provided to block
data decoder 58 shown in FIG. 7. The block data decoder
performs the reverse operations in the reverse order of the
encoder. First the coded data is Huffman decoded and next
unzig-zag scanning is applied. The data is then unquantized
and an inverse discrete cosine transform is applied using
known techniques. The decoder uses the same tables as the
encoder. The output of block data decoder 58 is provided to
block adder 56. Block adder 56 also receives the best mode
block from the best mode generator. It adds the difference
block to the best mode block to create the same even field
which will be recreated by the decoder. That even field is
then provided to memory bank 50 where it will be used as
the cosited past even field by cosited block matching unit 44
during the next iteration of the system.

Re. 35,093

<table>
<tr><td>7</td><td>8</td></tr>
</table>

Modulator unit 68 then combines the four sets of data it has received (odd field data, coded motion vector data, coded difference block data and best mode signal data) and provides an appropriate signal to terminal 70. From there the data can be sent to an appropriate decoder.

FIG. 8 illustrates a suitable embodiment of the best mode generator 60. The best mode generator includes four error generators shown as forward error generator (FEG) 92, average error generator (FCEG) 94, average error generator (BFEG) 96 and cosited error generator (CEG) 98. The error generators receive as input a block from Ei(t) and the appropriate best matched blocks.

The forward error generator FEG compares the appropriate block in Ei(t) to the best matched forward block. The cosited error generator CEG compares the appropriate block in Ei(t) to the best matched cosited block.

The average error generators receive two or more best matched blocks which they average together to produce an average block. This average block is then compared to the appropriate block in Ei(t). Thus average error generator BFEG creates a block which is the average of the best matched backwards block and the best matched forward block. Similarly average error generator FCEG creates a block which is the average of the best matched forward block and the best matched cosited block. Averaging can be done by adding pixel values from the two blocks on a pixel by pixel basis and reducing each resulting pixel value by a factor of two (i.e. dividing each value in half).

From these inputs the error generators produce three outputs; a prediction block, a difference block and an absolute error.

The prediction block is the block which the error generator compares to the appropriate block in Ei(t). Thus in the case of FEG or CEG, the prediction block is just the best matched block received from the block matching units. In the case of the average error generators, the prediction block is the average of two or more best matched blocks. The prediction blocks are outputted to the prediction block selector 93.

The difference block is calculated by subtracting the value of a pixel in one block from the value of the corresponding pixel in the other block on a pixel by pixel basis. This value of this difference is then assigned to a corresponding pixel in the difference block. The sum of the absolute value of all of these pixels in the difference block is the absolute error.

The difference blocks are provided to the difference block selector unit 95. The absolute errors are outputted to comparator unit 97. Based on the absolute errors the comparator chooses the best mode. Typically this is the mode having the least absolute error, however, other selections are possible. This is referred to as the best mode. The comparator then supplies a signal indicating the best mode to the difference block selector unit 95, modulator unit 68, motion vector selector unit 62 and to the prediction block selector 93. Upon receipt of the signal the difference block selector sends the appropriate difference block to block data encoder 41, and the prediction block selector sends the appropriate prediction block (the best mode block) to block adder 56.

Referring to FIG. 9, there is illustrated an embodiment of the suitable error generator circuit for either the forward error generator FEG or the cosited error generator CEG, in FIG. 9 buffer block unit 67 and buffer block unit 69 receive a block from Ei(t) and the best matched block from either Oci(t) or Eci(t−1). Subtraction unit 51 calculates the difference in value of each set of corresponding pixels in the two blocks and assigns that value to a corresponding pixel value in block buffer 55. This is known as the difference block.

Absolute value generator 53 converts the value of the difference for each set of pixels to an absolute value and provides that information to the adder unit 57. The adder unit 57 sums all of the absolute values for the differences of the two blocks being compared to create an absolute error value.

Referring to FIG. 10, an embodiment of a suitable average error generator circuit is shown. Block buffer 78 receives a block in Ei(t). Block buffers 79 and 83 receive the best matched blocks from the fields being averaged to create a block. In the case of average error generator BFEG, the best matched blocks from Oci(t−1) and Oci(t) are used. In the case of average error generator FCEG, the best matched blocks from Oci(t) and Eci(t−1) are used. The values of each of the corresponding pixels in each of the best matched blocks is added and divided by two to create an average block. This is accomplished by unit 81. This average block is then subtracted from the corresponding block in Ei(t) by subtraction unit 77. In the same fashion as the other error generators, both a difference block and an absolute error value is created.

Referring to FIG. 11, a suitable embodiment of the comparator unit 97 is shown. Minimum decision unit 74 picks the least value of the four absolute error inputs and outputs an appropriate best mode signal. While the current embodiment picks the mode with the least possible absolute error, other decision criterion are also available.

Referring to FIG. 12, a suitable embodiment of a difference block selector is shown. Multiplexer unit 73 receives the four difference blocks as input. Responsive to the best mode signal, unit 73 outputs the appropriate difference block.

### Decoder Description

Because the implemented coding scheme is very unsymmetrical, the decoder is simpler than the encoder. This is due largely to the fact that the decoder does not have to perform block matching or make a best mode determination.

In FIG. 13, the decoder includes input means, shown as terminal 80, for receiving encoded data. Demodulating means, shown as demodulator unit 82 separates the encoded data into four bit streams: location signals in the form of a motion vector bit stream, a best mode signal bit stream, pixel error signals in the form of a difference block bit stream and an odd field data signal bit stream.

The first bit stream, containing the motion vector data, is decoded by a motion vector decoder 84 which uses the same VLC table as used in the encoder. The motion vector decoder 84 segments the bit stream into portions which represent one or two different motion vectors. Using the VLC table, the decoder provides the corresponding motion vectors. The motion vectors represent the displacement of the best matched blocks from the original blocks in Ei(t). The motion vector decoder supplies the motion vectors to address generator unit 88. The address generator also receives the best mode signal from demodulator unit 82. The address generator uses the decoded motion vectors and the best mode signal to generate memory addresses of one or more of the best matched future odd, past odd and past even blocks, depending on the specific motion vector signals and the best mode signal. These blocks are sometimes referred to as the best matched forward, backward and cosited blocks, respectively.

In an alternative arrangement, only three bit streams need to be sent. In this arrangement the best mode signal and the motion vector would be combined in to an address bit stream

Re. 35,093

9

which would describe where in the receiver's memory the appropriate best matched blocks could be found.

Block coupling means, shown as prediction block generator unit 85, receives the best matched forward, backward and cosited blocks from storage means shown as memory bank 86. It also receives the best mode signal from demodulator 82. Unit 85 then generates the same mode data block which was identified in the encoder. The mode data block is then provided to block adder unit 87. Referring more specifically to FIG. 14, a suitable embodiment of block generator 85 is shown. The best matched block or blocks representing the best mode data block are received from memory bank 86 into the appropriate block buffers. In this embodiment the two average modes are created by units 102 and 103. The two other modes which merely use best matched blocks, are already available as received in the appropriate buffers. In operation, only the best matched block or blocks needed to provide the desired best mode block are supplied to block generator unit 85. Thus, if either the future odd block or past even block represents the best mode block, only the respective desired block is received by unit 85 and it is coupled by unit 85 to block adder unit 87. If, however, the best mode block is the block of data representing an average of the past even block and the future odd block, those blocks are provided from memory to buffers 100 & 101, respectively, for averaging in unit 103 and coupling to block adder unit 87. Operation is similar via buffers 99 and 100 and unit 102, when the best mode block represents the average of the past and future odd field best matched blocks. As illustrated, unit 85 is responsive to the best mode signal in implementing the averaging function however, in other applications unit 85 need only be arranged to simply pass through any single input block and, in response to the input of two blocks simultaneously, to provide an averaged output to unit 87 whenever two blocks are received. In operation of unit 85 as illustrated, the appropriate mode is then loaded into MUX unit 106, which outputs the appropriate prediction block to block adder unit 87.

Block decoder unit 89 decodes the difference blocks and then provides the difference block to the block adder unit 87 where it is added to the single best mode data block from unit 85. Referring more specifically to FIG. 7 there is an illustration of the decoder 89. This decoder is of the same design as the decoder unit 58 in the FIG. 1 encoder. Units 59, 61, 63, and 65 respectively perform the following functions in sequence: Huffman decode, unzig-zag scan, unquantize and inverse discrete cosine transform, upon the incoming coded difference block data. Unit 66 reassembles the four 8×8 blocks into one 16×16 block.

The combination by block adder unit 87 of the best mode block and the difference block creates the coded field Eci(t). This field is then provided to memory bank 86 where it can be used to recreate the next even field. It is also provided to combiner means shown as unit 90.

The fourth bit stream outputted by demodulator unit 82 is the coded odd field data. This data is provided to decoder unit 91, which may provide MPEG type coding compatible with prior encoding. The decoded odd field data is provided to linear interpolator 107 which operates in the same fashion as the linear interpolator units in the encoder. Thus enhanced field of data Oci(t) is created and sent to combiner unit 90 and memory bank 86. Memory bank 86 uses Oci(t) and Oci(t−1) pixel field data which was created in the system's previous iteration, to generate the appropriate blocks for block coupling means 85. As previously mentioned, Eci(t) and hence Eci(t−1) are available also from storage in memory bank 86.

Combiner unit 90 drops half the lines out of both the even

10

and odd enhanced fields of data it receives. Eci(t) and Oci(t) and sequentially combines them to provide reconstruction of the interlaced sequence of data that was originally inputed into terminal 20 of the encoder. As shown in FIG. 13, the interlaced video data is supplied to delay unit 72 to permit viewing of the video sequence.

The term "best mode" as used herein is used to identify a selected mode. Normally the mode selection is made to minimize pixel error signals to be transmitted to a decoder, however, the term is used to include reference to any available mode selected for use in a particular application.

Combinations of modes, other than those described above are also available. FIG. 15(a) shows an arrangement of a best mode generator which uses a different set of modes. The FIG. 15(a) best mode generator compares the appropriate block in Ei(t) to the best matched future odd block, the best matched past odd block, the best matched past even block and to a block which is the average of the best matched future odd block and the best matched past even block. Error generator 110–113 carry out the appropriate comparisons. The other operations of the FIG. 15(a) best mode generator block are similar to that of the FIG. 8 best mode generator block.

FIG. 15(b) shows a suitable embodiment of a prediction block generator corresponding to the FIG. 15(a) best mode generator. Unit 125 generates the average of the future odd and past even best matched blocks while units 121–123 couple as appropriate the best matched past odd, future odd and past even blocks to unit 127. Unit 127 outputs the appropriate block responsive to the best mode signal.

Other arrangements are also possible. Original odd field data can be used for block matching purposes even if the odd field is being coded.

In another arrangement, the best mode generator could make comparisons based on only the past even field and the future odd field. Thus the best mode generator would require only 3 inputs.

In another alternative arrangement, the data received at terminal 20 can be interlaced data which has been compressed in to fall frames of data. In arrangements of this type, field delay unit 19 is not necessary.

In summary, methods and systems according to the invention contain various modes of operation. The following four modes were found to be most useful, but it is possible to have more, at the expense of increased complexity, including intrafield, backward, or even three-way averaging.

1. A "recursive", predictive, mode in which the past cosited even field is used for prediction. A motion vector must be sent, which often has zero values for stationary objects.

2. A "forward" mode, in which the future odd field is used for prediction. A motion vector must be sent.

3. An "averaged" mode, in which both past and future odd fields are used, by averaging the pixel values of the two optimum blocks. In that case, two motion vectors must be sent.

4. A "recursive averaged" mode, in which the previous even cosited field is combined as above, with the future odd field.

Methods and systems according to the invention, when combined with appropriate coding of the progressive sequence resulting from dropping the even fields of interlaced video, yields high quality compression with reasonable encoder complexity. This technique can be used for about 5 Mbits/s coding of standard-quality video coding, or

Re. 35,093

**11**

for high-compression distribution quality digital HDTV coding. Coding the quantized DCT coefficients must be optimized depending on their statistical nature, which, in turn, depends on the desired quality of the final reconstructed signal. If horizontal downsampling is avoided, then the resulting asymmetry between the horizontal and vertical frequencies must be considered when coding the DCT blocks, for optimum results. We have used 16×16 blocks for motion estimation and 8×8 blocks for DCT coding, but other configurations may be optimum, depending on the application, including, e.g., a quadtree-based segmented block-matching approach using both 16×16 and 8×8 blocks. In our simulations, we have found that the even fields are coded with about 60% of the bit rate of the odd fields, with the same quality. The same concept can be used for HDTV coding at low bit rates (e.g. below 20 Mbits/s). There are various proposals for HDTV coding, using at least 70 Mbits/s. We also found that nonlinear edge preserving noise smoothing preprocessing greatly enhances coding performance, particularly in the case of coding noisy HDTV video signals.

While there have been described what are believed to be the preferred embodiments of the invention, those skilled in the art will recognize that other and further modifications may be made thereto without departing from the of the invention, and it is intended to claim all such embodiments as fall within the true scope of the invention.

We claim:

1. A system, for multi-mode predictive interpolative coding of fields of video, comprising:

input means for coupling current and later fields of interlaced data, such fields including even fields having pixel data for line positions at which pixel data is omitted in prior and later odd fields;

separator means, coupled to said input means, for separating said even fields of data from said odd fields of data;

delayed coupling means, coupled to said separation means to receive odd fields of data, for providing past odd field data;

storage means for storing data and for providing past even field data from storage;

interpolation means, coupled to said separation means and delayed coupling means to receive current even, future odd and past odd fields of data, for deriving and coupling to said storage means enhanced fields of data corresponding to each of said fields of data and having estimated pixel data at omitted line positions;

block matching means, coupled to said interpolation means and storage means, for comparing said current even enhanced field data with each of said future odd and past odd enhanced fields and said past even field data to develop motion vector signals indicative of location of best matched blocks of future odd, past odd and past even data, and for coupling said motion-vector signals to said storage means;

comparator means, coupled to said storage means, for utilizing blocks of pixel data retrieved from said storage means in response to said motion vector signals for performing a plurality of mode comparisons of a block of current even pixel data with different ones of said best matched blocks alone or on an averaged basis for deriving a best mode signal representative of a single best mode block having the least error and deriving pixel error signals representing pixel by pixel errors in said bets mode block; and

**12**

output means, coupled to said comparator means and separator means, for providing said pixel error signals, best matched block location signals based on motion vector signals corresponding to said best mode signal, and odd field pixel data signals for transmission for use by a decoder.

2. An encoding and decoding system, comprising:

(a) a system in accordance with claim 1, for coding fields of interlaced video to provide output signals; and

(b) a system, for decoding said output signals, comprising:

input means for coupling said output signals;

storage means, coupled to said input means, for storing fields of pixel data, including a future odd field and past odd and even fields;

address generator means, responsive to said location signals, for providing address signals to said storage means for retrieving one or more blocks of pixel data from said stored future odd and past odd and even fields;

block coupling means, responsive to blocks of data retrieved from said storage means, for providing a single best mode data block regardless of the number of blocks of pixel data simultaneously retrieved, and including means for averaging simultaneously retrieved blocks of pixel data;

block adder means, coupled to said input means and block coupling means, for combining said pixel error signals with said single best mode data block to provide a block of current even field pixel data; and

combiner means, responsive to blocks of said current even field data and to said odd fields of pixel data, for providing video signals including alternating odd and even fields of data.

3. A coding system in accordance with claim 1, wherein said output means also provides said best mode signals for transmission for use by a decoder.

4. A coding system in accordance with claim 1, wherein said comparator means includes means for averaging blocks of pixel data from a past even field and a future odd field in deriving said best mode signal.

5. A system m accordance with claim 1, wherein said comparator means includes means for averaging blocks of pixel data from a past even field and a future odd field and averaging blocks of such data from past and future odd fields in denying said best mode signal.

6. A cooing system in accordance with claim 1, 4 or 5 wherein said comparator means includes means for averaging blocks of pixel data by adding two blocks of data on a pixel by pixel basis and reducing each resulting pixel value by a factor of two.

7. A coding system in accordance with claim 1, wherein said comparator means comprises:

first error generator means for deriving pixel error signals based on comparison of a block of current even field data with an average data block obtained by averaging a block of past even field data and a block of future odd field data.

8. A coding system in accordance with claim 7, wherein said comparator means additionally comprises:

second error generator means for deriving pixel error signals based on comparison of a block of current even field data with a block of past even field data.

9. A coding system in accordance with either of claims 7 or 8, wherein said comparator means additionally comprises:

Re. 35,093

13

third error generator means for denying pixel error signals based on comparison of a block of current even field data with an average data block obtained by averaging a block of past odd field data and a block of future odd field data.

10. A coding system in accordance with either of claims 7 or 8, wherein said comparator means additionally comprises:

fourth error generator means for deriving pixel error signals based on a comparison of a block of current field data with a block of future odd field data; and

means for comparing the overall error represented by each of said pixel error signals to derive a best mode signal indicative of the pixel error signal representing the least overall error.

11. A system, for multi-mode predictive interpolative coding of fields of video, comprising:

input means for coupling current and later fields of interlaced data, such fields including current even fields having pixel data for line positions at which pixel data is omitted in past and future odd fields;

separator means, coupled to said input means, for separating said even fields of data from said odd fields of data;

delayed coupling means, coupled to said separation means to receive odd fields of data, for providing past odd field data;

storage means for storing data and for providing past even field data from storage;

block matching means, coupled to said separation means, delayed coupling means and storage means, for comparing current even field data with each of said future odd and past odd and even field data to develop motion vector signals indicative of locations of best matched blocks of future odd, past odd and past even data, and for coupling said motion-vector signals to said storage means;

comparator means, coupled to said storage means, for utilizing blocks of pixel data retrieved from said storage means in response to said motion vector signals for performing a plurality of mode comparisons of a block of current even field data with different ones of said best matched blocks alone or on an averaged basis for deriving a best mode signal representative of a single best mode block having the least error and deriving pixel error signals representing pixel by pixel errors in said best mode block; and

output means, coupled to said comparator means and separator means, for providing said pixel error signals, best matched block location signals based on motion vector signals corresponding to said best mode signal, and odd field pixel data signals for transmission for use by a decoder.

12. A coding system in accordance with claim 11, wherein said comparator means includes means for averaging blocks of pixel data from a past even field and a future odd field in deriving said best mode signal.

13. A system, for decoding coded fields of video, comprising:

input means for coupling location signals providing location data for best matched blocks, pixel error signals representative of pixel value errors in a best mode block relative to a current even field of pixel data, and odd field pixel data signals;

storage means, coupled to said input means, for storing

14

fields of pixel data, including a future odd field and past odd and even fields;

address generator means, responsive to said location signals, for providing address signals to said storage means for retrieving one or more blocks of pixel data from said stored future odd and past odd and even fields;

block coupling means, responsive to blocks of data retrieved from said storage means, for providing a single best mode data block regardless of the number of blocks of pixel data simultaneously retrieved, and including means for averaging simultaneously retrieved blocks of pixel data;

block adder means, coupled to said input means and block coupling means, for combining said pixel error signals with said single best mode data block to provide a block of current even field pixel data; and

combiner means, responsive to blocks of said current even field data and to said odd fields of pixel data, for providing video signals including alternating odd and even fields of data.

14. A decoding system in accordance with claim 13, additionally comprising interpolation means, responsive to said odd fields of pixel data, for deriving and coupling to said storage means enhanced fields of data corresponding to said odd fields of data and having estimated pixel data inserted at omitted line positions.

15. A receiver, for decoding and displaying fields of video, comprising:

a decoder in accordance with claim 13; and

display means for displaying said video signals.

16. A decoding system in accordance with claim 13, wherein signals coupled by said input means also include best mode signals indicative of a block of data representing the least overall error and wherein said best mode signals are coupled to said address generator means for use in deriving address signals and to said block coupling means for controlling operation of said averaging means.

17. A decoding system in accordance with claim 16 wherein said input means couples location signals comprising said motion vector signals.

18. A decoding system in accordance with claim 13, wherein said block coupling means includes means for averaging blocks of pixel data from a past even field and a future odd field for deriving a best mode data block.

19. A decoding system in accordance with claim 13, wherein said block coupling means includes means for averaging blocks of pixel data from a past even field and a future odd field, and means for averaging blocks of pixel data from a past odd field and a future odd field, for deriving a best mode data block.

20. A decoding system in accordance with claim 13, wherein said block coupling means includes means for averaging blocks of pixel data when two blocks of such data are simultaneously retrieved, and for coupling to an output without modification singly retrieved blocks of such data.

21. A decoding system in accordance with claim 13, 18, 19 or 20 wherein said block coupling means includes means for averaging blocks of pixel data by adding two blocks of data on a pixel by pixel basis and reducing each resulting pixel value by a factor of two.

22. A method, for coding multi-mode predictive interpolative coded fields of video, comprising the steps of:

(a) providing a current field of interlaced pixel data, and past and future fields of such data;

(b) providing estimated pixel data at omitted line posi-

Re. 35,093

15

tions in said past and future fields of data to form
enhanced fields of pixel data;

(c) comparing a block of pixel data from said current field
with corresponding blocks of data from said past and
future fields to derive motion vector signals indicative
of best matched blocks of data;

(d) developing pixel error signals representing pixel by
pixel errors based on utilization of said best matched
blocks in different modes for comparison with said
block of pixel data from said current field and devel-
oping best mode signals indicative of which of said
modes represents the least overall error; and

(e) providing said best mode signals, motion vector sig-
nals, pixel error signals, and said future field of data for
transmission for use by a decoder.

23. A decoding method comprising:

(a) receiving signals provided in accordance with claim
22, including pixel error signals representative of pixel
value errors in a best mode block relative to a current
even field of data;

(b) storing fields of pixel data which, relative to said
current even field, include a future odd field and past
odd and even fields;

(c) deriving, with use of said location signals, address
signals used in retrieving from storage one or more
blocks of pixel data from said stored future odd and
past odd and even fields;

(d) providing an averaging function, responsive to blocks
of pixel data retrieved in step (c), to provide a single
best mode data block regardless of the number of
blocks of pixel data simultaneously retrieved from
storage;

(e) combining said best mode data block with said pixel
error signals to derive a block of current even field pixel
data; and

(f) assembling even fields of data for combination with
said odd fields of data to provide video signals includ-
ing alternating odd and even fields.

24. A method in accordance with claim 22, wherein the
fields of pixel data provided in step (a) include a current
even field, a future odd field and past odd and even fields of
data and step (d) includes a comparison mode in which said
block of pixel data from said current even field is compared
with a block of data representing an average of correspond-
ing blocks of data from said future odd and past even fields
of data.

25. A method in accordance with claim 22, wherein the
fields of pixel data provided in step (a) include a current
even field, a future odd field and past odd and even fields of
data and step (d) includes a comparison mode in which said
block of pixel data from said current even field is compared
with a block of data representing an average of correspond-
ing blocks of data from said future odd and past even fields
of data and an additional comparison mode in which said
current even field block is compared with a block of data
representing an average of corresponding blocks of data
from said past and future odd fields of data.

26. A method in accordance with claim 22, 24 or 25
additionally comprising the step of receiving an interlaced
video signal and separating said signal into odd and even
fields of interlaced pixel data.

27. A method in accordance with claim 22, 24 or 25
additionally comprising the steps of storing and retrieving
fields of pixel data and motion vector signals.

28. A method in accordance with claim 22, 24 or 25
additionally comprising the steps of compression coding

16

odd fields of pixel data and combining best mode signals,
motion vector signals, pixel error signals and said coded odd
fields into a combined signal for transmission for use by a
decoder.

29. A method, for coding multi-mode predictive interpo-
lative coded fields of video, comprising the steps of:

(a) providing a current field of interlaced pixel data, and
past and future fields of such data;

(b) comparing a block of pixel data from said current field
with corresponding blocks of data from said past and
future fields to derive motion vector signals indicative
of best matched blocks of data;

(c) developing pixel error signals representing pixel by
pixel errors based on utilization of said best matched
blocks in different modes for comparison with said
block of pixel data from said current field and devel-
oping best mode signals indicative of which of said
modes represents the least overall error; and

(d) providing said best mode signals, motion vector
signals, pixel error signals, and said future field of data
for transmission for use by a decoder.

30. A method, for decoding coded fields of video, com-
prising the steps of:

(a) receiving location signals providing location data for
best matched blocks of data, pixel error signals repre-
sentative of pixel value errors in a best mode block
relative to a current even field of data, and odd field
pixel data signals;

(b) storing fields of pixel data which, relative to said
current even field, include a future odd field and past
odd and even fields;

(c) deriving, with use of said location signals, address
signals used in retrieving from storage one or more
blocks of pixel data from said stored future odd and
past odd and even fields;

(d) providing an averaging function, responsive to blocks
of pixel data retrieved in step (c), to provide a single
best mode data block regardless of the number of
blocks of pixel data simultaneously retrieved from
storage;

(e) combining said best mode data block with said pixel
error signals to derive a block of current even field pixel
data; and

(f) assembling even fields of data for combination with
said odd fields of data to provide video signals includ-
ing alternating odd and even fields.

31. A decoding method in accordance with claim 30,
additionally comprising the step of decoding said odd fields
of pixel data in a manner compatible with data compression
coding provided prior to data transmission.

32. A decoding method in accordance with claim 30,
wherein said signals received in step (a) also include best
mode signals indicative of a block of data representing the
least overall error, and wherein said best mode signals are
made available for use in deriving address signals in step (e)
and for controlling said averaging function in step (d).

33. A decoding method in accordance with claim 32,
wherein step (d) includes averaging on a pixel by pixel basis
corresponding blocks of data from said future odd and past
odd blocks of data, when said two blocks of data are
simultaneously retrieved in step (c).

34. A decoding method in accordance with claim 30,
wherein step (d) includes averaging on a pixel by pixel basis
corresponding blocks of data from said future odd and past
even blocks of data, when said two blocks of data are

Re. 35,093

17

simultaneously retrieved in step (c).

35. A decoding method in accordance with claim 30, 34 or 33 wherein said step (d) includes averaging blocks of data, when two blocks are simultaneously retrieved in step (c), by adding said two blocks on a pixel by pixel basis and reducing each resulting pixel value by a factor of two.

36. A system, for multi-mode predictive interpolative coding of fields of video, comprising:

input means for coupling current and later fields of interlaced data, such fields including current even fields having pixel data for line positions at which pixel data is omitted in past and future odd fields;

separator means, coupled to said input means, for separating said even fields of data from said odd fields of data;

storage means for storing data and for providing the nearest in time past even field data then available, relative to said current even field of data;

block matching means, coupled to said separation means and storage means, for comparing current even field data with said future odd and past even field data to develop motion vector signals indicative of locations of best matched blocks of future odd and past even data, and for coupling said motion-vector signals to said storage means;

comparator means, coupled to said storage means, for utilizing blocks of pixel data retrieved from said storage means in response to said motion vector signals for performing a plurality of mode comparisons of a block of current even pixel data with different ones of said best matched blocks alone or on an averaged basis for deriving a best mode signal representative of a single best mode block having the least error and deriving pixel error signals representing pixel by pixel errors in said best mode block; and

output means, coupled to said comparator means and separator means, for providing said pixel error signals, best matched block location signals based on motion vector signals corresponding to said best mode signal, and odd field pixel data signals for transmission for use by a decoder.

37. A system, for multi-mode predictive interpolative coding of fields of video, comprising:

input means for coupling current and later fields of interlaced data, such fields including current even fields having pixel data for line positions at which pixel data is omitted in past and future odd fields;

separator means; coupled to said input means, for separating said even fields of data from said odd fields of data;

delayed coupling means, coupled to said separation means to receive odd fields of data, for providing the nearest in time past odd field data then available, relative to said current even field of data;

storage means for storing data and for providing the nearest in time past odd field data then available, relative to said current even field of data;

block matching means, coupled to said separation means and storage means, for comparing current even field data with said future odd and even past field data to develop motion vector signals indicative of locations of best matched blocks of future odd and past even data, and for coupling said motion-vector signals to said storage means;

comparator means, coupled to said storage means, for

18

utilizing blocks of pixel data retrieved from said storage means in response to said motion vector signals for performing a plurality of mode comparisons of a block of current even pixel data with different ones of said best matched blocks alone or on an averaged basis for deriving a best mode signal representative of a single best mode block having the least error and deriving pixel error signals representing pixel by pixel errors in said best mode block; and

output means, coupled to said comparator means and separator means, for providing said pixel error signals, best matched block location signals based on motion vector signals corresponding to said best mode signal, and odd field pixel data signals for transmission for use by a decoder.

38. A coding system in accordance with claim 36 or 37, wherein said comparator means includes means for averaging blocks of pixel data from a past even field and a future odd field in denying said best mode signal.

39. A coding system in accordance with claim 36 or 37, additionally including interpolation means, coupled to said separation means, for deriving and coupling to said block matching means odd and even field data corresponding to odd and even fields of data having estimated pixel data at omitted line positions.

[40. A system, for decoding coded fields of video, comprising:

input means for coupling location signals providing location data for best matched blocks, pixel error signals representative of pixel value errors in a best mode block relative to a current even field of pixel data, and odd field pixel data signals;

storage means, coupled to said input means, for storing fields of pixel data, including a future odd field and a past even field;

address generator means, responsive to said location signals, for providing address signals to said storage means for retrieving one or more blocks of pixel data from said stored future odd and past even fields;

block coupling means, responsive to blocks of data retrieved from said storage means, for providing a single best mode data block regardless of the number of blocks of pixel data simultaneously retrieved, and including means for averaging simultaneously retrieved blocks of pixel data;

block adder means, coupled to said input means and block coupling means, for combining said pixel error signals with said single best mode data block to provide a block of current even field pixel data; and

combiner means, responsive to blocks of said current even field data and to said odd fields of pixel data, for providing video signals including alternating odd and even fields of data.]

[41. A decoding system in accordance with claim 40, wherein said block coupling means includes means for averaging blocks of pixel data from a past even field and a future odd field for deriving a best mode data block.]

[42. A decoding system in accordance with claim 40, wherein said block coupling means includes means for averaging blocks of pixel data when two blocks of such data are simultaneously retrieved, and for coupling to an output without modification singly retrieved blocks of such data.]

[43. A method, for decoding coded fields of video, comprising the steps of:

(a) receiving location signals providing location data for best matched blocks of data, pixel error signals repre-

Re. 35,093

## 19

sentative of pixel value errors in a best mode block relative to a current even field of data, and odd field pixel data signals;

(b) storing fields of pixel data which, relative to said current even field, include a future odd field and past even fields;

(c) deriving, with use of said location signals, address signals used in retrieving from storage one or more blocks of pixel data from said stored future odd and past even fields;

(d) providing an averaging function, responsive to blocks of pixel data retrieved in step (c), to provide a single best mode data block regardless of the number of blocks of pixel data simultaneously retrieved from storage;

(e) combining said best mode data block with said pixel error signals to derive a block of current even field pixel data; and

(f) assembling even fields of data for combination with said odd fields of data to provide video signals including alternating odd and even fields.]

[44. A decoding method in accordance with claim 43, wherein said signals received in step (a) also include best mode signals indicative of a block of data representing the least overall error, and wherein said best mode signals are made available for use in deriving address signals in step (c) and for controlling said averaging function in step (d).]

[45. A decoding method in accordance with claim 43, wherein step (d) includes averaging on a pixel by pixel basis corresponding blocks of data from said future odd and past even blocks of data, when said two blocks of data are simultaneously retrieved in step (c).]

46. A method, for decoding coded fields of video data, wherein frames of video data consist of first and second fields of video data, comprising the steps of:

(a) receiving location signals providing location data for best matched blocks of data, pixel error signals representative of pixel value errors in a best mode block relative to a first field of a current frame of data, and second field data signals;

(b) selecting, with use of said location signals, one or more blocks of pixel data from a second field of said current frame and a first field of a past frame of data;

(c) providing an averaging function, responsive to blocks of pixel data selected in step (b), to provide a single best mode data block regardless of the number of blocks of pixel data selected;

(d) combining said single best mode data block with said pixel error signals to derive a block of first field of a current frame pixel data; and

(e) assembling first fields of data for combination with said second fields of data to provide video signals including frames of first and second fields.

47. A decoding method in accordance with claim 46, further including the additional step of storing fields of pixel data which, relative to said first field of said current frame, include a second field of said current frame and a first field of a past frame of data, wherein said storing step is performed prior to step (b).

48. A decoding method in accordance with claim 47, wherein said blocks of pixel data selected from said second field of said current frame and said first field of said past frame of data are retrieved from storage.

49. A decoding method in accordance with claim 48, wherein step (b) includes using said location signals to

## 20

derive address signals which are used in said retrieval.

50. A decoding method in accordance with claim 46, wherein step (b) includes using said location signals to derive address signals which are used in said selection.

51. A decoding method in accordance with claim 50, wherein said signals received in step (a) also include best mode signals indicative of a block of data representing the least overall error, and wherein said best mode signals are made available for use in deriving said address signals in step (b) and for controlling said averaging function in step (c).

52. A decoding method in accordance with claim 46, wherein said first fields of video data are even fields and said second fields of video data are odd fields.

53. A decoding method in accordance with claim 46, wherein step (c) includes averaging on a pixel by pixel basis corresponding blocks of data, when two blocks of data are simultaneously selected.

54. A system, for decoding coded fields of video data, wherein frames of video data consist of first and second fields of video data, comprising:

(a) input means for coupling location signals providing location data for best matched blocks of data, pixel error signals representative of pixel value errors in a best mode block relative to a first field of a current frame of data, and second field data signals;

(b) selection means, responsive to said location signals, for selecting one or more blocks of pixel data from a second field of said current frame and a first field of a past frame of data;

(c) block coupling means, responsive to blocks of data selected in step (b), for providing a single best mode data block regardless of the number of blocks of pixel data selected, and including means for averaging simultaneously selected blocks of pixel data;

(d) block adder means, coupled to said input means and block coupling means, for combining said single best mode data block with said pixel error signals to derive a block of first field of a current frame pixel data; and

(e) combiner means, responsive to said first fields of data and to said second fields of data, for providing video signals including frames of first and second fields.

55. A decoding system in accordance with claim 54, further including storage means, coupled to said input means, for storing fields of pixel data which, relative to said first field of said current frame, include a second field of said current frame and a first field of a past frame of data.

56. A decoding system in accordance with claim 55, wherein said blocks of pixel data selected from said second field of said current frame and said first fields of said past frame of data are retrieved from said storage means.

57. A decoding system in accordance with claim 56, wherein said selection means include address generator means, responsive to said storage means, for providing address signals for said retrieval to said storage means.

58. A decoding system in accordance with claim 57, wherein said signals received by said input means also include best mode signals indicative of a block of data representing the least overall error; and wherein said best mode signals are made available for use in deriving said address signals by said address generator means and for controlling said averaging means.

59. A decoding system in accordance with claim 54, wherein said first fields of video data are even fields and said second fields of video data are odd fields.

60. A decoding system in accordance with claim 54,

Re. 35,093

<table>
<tr><td>21</td><td>22</td></tr>
</table>

*wherein said block coupling means includes means for averaging on a pixel by pixel basis corresponding blocks of data, when two blocks of data are simultaneously selected by said selection means.*

61. *A method, for coding multi-mode predictive interpolative coded fields of video, wherein frames of video data consist of first and second fields of video data, comprising the steps of:*

(a) *providing a first and a second field of a current frame of interlaced pixel data, and fields of past frames of such data;*

(b) *comparing a block of pixel data from said first field of said current frame with corresponding blocks of data from said second field of said current frame and fields from past frames to derive motion vector signals indicative of best matched blocks of data;*

(c) *developing pixel error signals representing pixel by pixel errors based on utilization of said best matched blocks in different modes for comparison with said block of pixel data from said first field of said current frame and developing best mode signals indicative of which of said modes represents the least overall error; and*

(d) *providing said best mode signals, motion vector signals, pixel error signals, and said second field of said current frame of data for transmission for use by a decoder.*

62. *A system, for coding multi-mode predictive interpolative coded fields of video, wherein frames of video data consist of first and second fields of video data, comprising:*

(a) *input means for coupling a first and a second field of a current frame of interlaced pixel data, and fields of past frames of such data;*

(b) *storage means, coupled to said input means, for storing data and for providing data;*

(c) *block matching means, coupled to said storage means, for comparing a block of pixel data from said first field of said current frame with corresponding blocks of data from said second field of said current frame and fields from past frames to develop motion vector signals indicative of best matched blocks of data, and for coupling said motion vector signals to said storage means;*

(d) *comparator means, coupled to said storage means, for utilizing blocks of pixel data retrieved from said storage means in response to said motion vector signals for performing a plurality of mode comparisons of a block of pixel data from said first field of said current frame with different ones of said best matched blocks alone or on an averaged basis for deriving a best mode block having the least error and deriving pixel error signals representing pixel by pixel errors in said best mode block; and*

(e) *output means, coupled to said comparator means, for providing said best mode signals, motion vector signals, pixel error signals, and said second field of said current frame of data for transmission for use by a decoder.*

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. :  RE. 35,093                    Page 1 of 3

DATED      :  November 21, 1995

INVENTOR(S) :
                 Feng M. Wang et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item [56]:    OTHER PUBLICATIONS

Puri, A. et al. Video Coding with Motion-Compensated Interpolation for CD-ROM Applications, Image Communication, vol. 2, No. 2 pp. 127-144  Aug. 1990.

Burt, P. J. et al., The Laplacian Pyramid as a Compact Image Code, IEEE Transactions on Communications, vol. COM-31, No. 4 Apr. 1983.

Uz, K. M. et al., A Multiresolution Approach to Motion Estimation and Interpolation with Application to Coding of Digital HDTV, Proceedings,  1990 International Symposium on Circuits and Systems, p. 1298.

Barbero, M. et al., A System for the Transmission of HDTV Signals Based on the Discrete Cosine Transform, Proceedings, 1990 IEEE International Symposium on Circuits and Systems, pp. 1887-1890.

Yashima, Y. et al. HDTV/Standard-TV Compatible Coding Based on DCT, Proceedings, 1990 International Symposium on Circuits and Systems, pp. 1894-1898.

Fleischler, P.E. et al., Coding of Advanced TV for BISDN Using Multiple Subbands, Proceedings, 1990 International Symposium on Circuits and Systems, pp. 1314-1317.

Anastassiou, Dimitris et al., Gray-Scale Image Coding for Freeze-Frame Videoconferencing, IEEE Transactions or Communications, vol. 34, No. 4  Apr. 1986.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :   RE. 35,093                    Page 2 of 3

DATED       :   November 21, 1995

INVENTOR(S) :
                Feng M. Wang et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

International Organization for Standardization Simulation Model Editorial Group, MPEG Video Simulation Mode Three, Jul. 25, 1990.

Anastassiou, D., Generalized Three-Dimensional Pyramid Coding for HDTV Using Nonlinear Interpolation, Columbia University.

Anastassiou, D., Generalized Pyramid Coding Using Nonlinear Interpolation for HDTV Coding, Proceedings, 1990 Picture Coding Symposium.

Wang, F. and Anastassiou, D., Time Recursive Deinterlacing for HDTV and Pyramid Coding, Image Communication, Vol. 2, No. 3, Oct. 1990.

Netravali, A. N. and Haskell, B.G. "Digital Pictures: Representation and Compression", Plenum Press, 1988.

    Col. 4, line 64, "OC(t-1)" should read --Oc(t-1).
    Col. 6, line 22, at the beginning of the equation, "(x)" should read --1/4--.
    Col. 7, line 28, "half." should read --half).--.
    Col. 7, line 61, "CEG, in" should read --CEG.  In--.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  :   RE. 35,093                         Page 3 of 3

DATED       :   November 21, 1995

INVENTOR(S) :
                Feng M. Wang et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

```
    Col. 12, line 48, "cooing" should read --coding--.
    Col. 16, line 57, "step (e)" should read --step (c)--.
    Col. 18, line 19, "denying" should read --deriving--.
    Col. 20, line 51, "first fields" should read --first
field--.
```

Signed and Sealed this

Twenty-ninth Day of October 1996

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*                    *Commissioner of Patents and Trademarks*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : RE 35,093                                    Page 1 of 2
DATED          : November 21, 1995
INVENTOR(S)    : Wang et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [56], before "Preliminary Examiner" insert

-- OTHER PUBLICATIONS

Puri, A. et al., "Video Coding with Motion-Compensated Interpolation for CD-ROM Applications", Image Communications, Vol. 2, No. 2, pp. 127-144, August 1990.

Burt, P.J. et al., "The Laplacian Pyramid as a Compact Image Code", IEEE Transaction on Communications, Vol. COM-31, No. 4, April 1983.

Uz, K.M. et al., "A Multiresolution Approach to Motion Estimation and Interpolation with Application to Coding of Digital HDTV", Proceedings, 1990 International Symposium on Circuits and Systems, p. 1298.

Barbero, M. et al., "A System for the Transmission of HDTV Signals Based on the Discrete Cosine Transform", Proceedings, 1990 IEEE International Symposium on Circuits and Systems, pp. 1887-1890.

Yashima, Y. et al., "HDT/Standard-TV Compatible Coding Based on DCT", Proceedings, 1990 International Symposium on Circuits and Systems, pp. 1894-1898

Fleischer, P.E. et al., "Coding of Advanced TV for BISDN using Multiple Subbands", Proceedings, 1990 International Syposium on Circuits and Systems, pp. 1314-1317.

Anastassiou, D. et al., "Gray-Scale Image Coding for Freeze-Frame Videoconferencing", IEEE Transactions or Communications, Vol. 34, No. 4, April 1986.

International Organization for Standardization Simulation Model Editorial Group, MPEG Video Simulation Model Three, July 25, 1990.

Anastassiou, D., "Generalized Three-Dimensional Pyramid Coding for HDTV Using Nonlinear Interpolation", Columbia University.

Anastassiou, D., "Generalized Pyramid Coding Using Nonlinear Interpolation for HDTV Coding", Proceedings, 1990 Picture Coding Symposium.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : RE 35,093                                Page 2 of 2
DATED          : November 21, 1995
INVENTOR(S)    : Wang et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Wang, F. et al., "Time Recursive Deinterlacing for IDTV and Pyramid Coding",
Image Communications, Vol. 2, No. 3, October 1990

Netravali, A.N. and Haskell, B.G. Digital Pictures: Representation and
Compression, Plenum Press, 1988. --

Signed and Sealed this

Twelfth Day of February, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer