08 CV 3689

JUDGE ROBINSON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Mitsubishi Electric Corporation, et al., Plaintiff, -v- Target Corporation, et al., Defendant. | Case No._____ **Rule 7.1 Statement** APR 17 2008 U.S.D.C. S.D. N.Y. CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiffs                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 04/17/2008

Signature of Attorney

**Attorney Bar Code:** GRB1345

Form Rule7_1.pdf   SDNY Web 10/2007

Rule 7.1 Disclosure Statement

1. No public company owns 10% or more stock of Mitsubishi Electric Corporation.

2. No public company owns 10% or more stock of Samsung Electronics Co., Ltd.

3. Thomson Licensing is a wholly owned private subsidiary of Thomson.

4. No public company owns 10% or more stock of U.S. Philips Corporation.

5. Koninklijke Philips Electronics, N.V. is a public company and no public entity owns 10% or more of its stock.

6. The Trustees of Columbia University in the City of New York is a private independent entity. No public company owns 10% or more of its stock.