| TO: Commissioner Of Patents<br>P.O. Box 1450<br>Alexandria, VA 22313   (571) 272-8800 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>08 CV 3689 | DATE FILED<br>4/17/08 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| PLAINTIFF<br>Mitsubishi Electric Corp., et al | | DEFENDANT<br>Target Corporation, et al |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,422,676 | 6/6/95 | Thomson |
| 2. 7,020,204 | 3/28/06 | Thomson |
| 3. 5,606,539 | 2/25/97 | KPENV |
| 4. 5,844,867 | 12/1/98 | U.S. Philips |
| 5. 35,093 | 11/21/95 | Columbia |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1   Upon *initiation* of action, mail this copy to Commissioner
Copy 2   Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3   Upon *termination of action*, mail this copy to Commissioner
Copy 4   Case file Copy

| TO: | Commissioner Of Patents |  | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A *PATENT* OR *TRADEMARK* |
|---|---|---|---|
|  | P.O. Box 1450 |  |  |
|  | Alexandria, VA 22313 | (571) 272-8800 |  |

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Southern District___ on the following    ☑ Patents   or   ☐ Trademarks:

| DOCKET NO. | DATE FILED | United States District Court |
|---|---|---|
| 08 CV 3689 | 4/17/08 | Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,072,295 | 12/10/91 | Mitsubishi |
| 2. 5,990,960 | 11/23/99 | Mitsubishi |
| 3. 6,097,759 | 8/1/00 | Mitsubishi |
| 4. 5,654,706 | 8/5/97 | Samsung |
| 5. 6,680,975 | 1/20/04 | Samsung |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. |  |  |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1   Upon *initiation* of action, mail this copy to Commissioner
Copy 2   Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3   Upon *termination of action*, mail this copy to Commissioner
Copy 4   Case file Copy