AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Mitsubishi Electric Corporation, Samsung Electronics Co., Ltd., Thomson Licensing, Koninklijke Philips Electronics, N.V., U.S. Philips Corporation, and The Trustees of Columbia University in the City of New York,

V.

Target Corporation and Doe Corporations 1-10, fictitious names for corporations unknown to Plaintiffs, who supply Target with its Trutech brand MPEG-2 compliant products,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CV 3689

JUDGE ROBINSON

TO: (Name and address of Defendant)

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403
(612) 304-6073

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    APR 17 2008

STATE OF MINNESOTA

AFFIDAVIT OF SERVICE

COUNTY OF HENNEPIN

**METRO LEGAL SERVICES**

Christine A. Hafner, being duly sworn, on oath says:
that on April 18, 2008, at 1:30 PM she served the attached:

Summons; Complaint; Rule 7.1 upon:

Target Corporation, therein named, personally at:

1000 Nicollet Mall, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Laquan Johnson,, an expressly authorized agent for said Target Corporation, a true and correct copy thereof.

_____

Subscribed and sworn to before me on
_april 22_, 2008

_Marvin Maritsch_

MARVIN MARITSCH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

866215 - 1                                                                                                                RE: 08CV3689