AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Mitsubishi Electric Corporation, et al.,

        Plaintiffs,

V.

Target Corporation, et al.,

        Defendants.

**APPEARANCE**

Case Number: 08 CV 3689 (SCR)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiffs Mitsubishi Electric Corporation, Samsung Electronics Co., Ltd., Thomson Licensing, Koninklijke Philips Electronics, N.V., U.S. Philips Corporation, and The Trustees of Columbia University in the City of New York.

    I certify that I am admitted to practice in this court.

| 4/29/2008 | /s/ Garrard R. Beeney | |
|---|---|---|
| Date | Signature | |
| | Garrard R. Beeney | GRB 1345 |
| | Print Name | Bar Number |
| | 125 Broad Street | |
| | Address | |
| | New York | NY | 10004 |
| | City | State | Zip Code |
| | (212) 558-4000 | (212) 558-3588 |
| | Phone Number | Fax Number |