Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., | ) 08 Civ. 03689 (SCR) |
| | ) ECF CASE |
| Plaintiffs, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| TARGET CORPORATION, et al., | ) |
| Defendants. | ) |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant TARGET CORPORATION.  I certify that I am admitted to practice in this court.

Dated: New York, NY                               STORCH AMINI & MUNVES PC
       May 28, 2008

By:  /s/ Lita Beth Wright
    Lita Beth Wright (LW 0442)
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Tel. (212) 490-4100
Fax (212) 490-4208

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000

**Attorneys for Defendants Target Corporation and Target Brands, Inc.**