Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., | ) <br> 08 Civ. 03689 (SCR) <br> ) <br> ECF CASE <br> ) <br> **RULE 7.1 STATEMENT OF DEFENDANT TARGET CORPORATION** <br> ) |
| Plaintiffs, | |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendants. | |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation, through its undersigned attorneys, certifies that Target Corporation has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       May 28, 2008

STORCH AMINI & MUNVES P.C.

_____
Lita Beth Wright (LW 0442)
Two Grand Central Tower
140 East 45th Street, 25 Floor
New York, New York 10017
Telephone (212) 490-4100
Fax (212) 490-4208

OF COUNSEL:
Kenneth A. Liebman (MN Bar 236731)
James R. Steffen (MN Bar 204717)
Matthew A. Stump (MN Bar 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone (612) 766-7000
Fax (612) 766-1600

**Attorneys for Defendant
Target Corporation**