Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., | ) |
| Plaintiffs, | 08 Civ. 03689 (SCR) ) ECF CASE |
| v. | ) **RULE 7.1 STATEMENT OF** |
| TARGET CORPORATION, et al., | ) **DEFENDANT TARGET CORPORATION** |
| Defendants. | ) ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation, through its undersigned attorneys, certifies that Target Corporation has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

| | |
|---|---|
| Dated:  New York, New York<br>May 28, 2008 | STORCH AMINI & MUNVES P.C.<br><br>/S/ Lita Beth Wright<br>Lita Beth Wright (LW 0442)<br>Two Grand Central Tower<br>140 East 45th Street, 25 Floor<br>New York, New York 10017<br>Telephone (212) 490-4100<br>Fax (212) 490-4208 |
| OF COUNSEL:<br>Kenneth A. Liebman (MN Bar 236731)<br>James R. Steffen (MN Bar 204717)<br>Matthew A. Stump (MN Bar 387623)<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone (612) 766-7000<br>Fax (612) 766-1600 | **Attorneys for Defendant<br>Target Corporation** |