Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

SCANNED

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

MITSUBISHI ELECTRIC CORPORATION, et al.,

    Plaintiffs,

v.

TARGET CORPORATION, et al.,

    Defendants.

08 Civ. 03689 (SCR)

ECF CASE

**MOTION FOR AN ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, defendant Target Corporation ("Target"), by its undersigned attorneys, as and for its motion, respectfully represents:

1.    By this motion and the accompanying Declaration of Lita Beth Wright, dated June 2, 2008, Target seeks an order permitting Matthew Stump to appear *pro hac vice* for the

purpose of representing Target as co-counsel in this action.

2. Mr. Stump is a member in good standing and entitled to practice law before the United States District Court for the District of Minnesota.

3. During the twelve (12) months immediately preceding the filing of this Motion, Mr. Stump did not seek, nor was he admitted *pro hac vice* in this Court.

4. Mr. Stump has never been disbarred, suspended or denied admission to practice.

5. Mr. Stump is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, the Federal Rules of Evidence, and the New York State Lawyers' Code of Professional Responsibility, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. Co-counsel for Mr. Stump in this proceeding will be Lita Beth Wright of the law firm of Storch Amini & Munves PC who is formally admitted to the bar of the Court.

7. Mr. Stump understands that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

WHEREFORE, defendant Target Corporation respectfully requests that this motion be granted in its entirety and for such other and further relief as is just and proper.

Dated: New York, New York
       June 2, 2008

STORCH AMINI & MUNVES P.C.

_____
Lita Beth Wright (LW 0442)
Two Grand Central Tower
140 East 45th Street, 25 Floor
New York, New York 10017
Telephone (212) 490-4100
Fax (212) 490-4208

OF COUNSEL:
Kenneth A. Liebman (MN Bar 236731)
James R. Steffen (MN Bar 204717)
Matthew A. Stump (MN Bar 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone (612) 766-7000
Fax (612) 766-1600

**Attorneys for Defendant
Target Corporation**

fb.us.2940496.01

Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., | 08 Civ. 03689 (SCR) |
| Plaintiffs, | ECF CASE |
| v. | **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| TARGET CORPORATION, et al., | |
| Defendants. | |

LITA BETH WRIGHT declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an officer with the firm of Storch Amini & Munves PC and I am fully familiar with the facts set forth herein. My firm and the firm of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402, are co-counsel for

defendant Target Corporation ("Target") in this action. I respectfully submit this declaration in support of Target's motion for an order admitting Matthew Stump, Esq. of Faegre & Benson LLP *pro hac vice* to represent Target as co-counsel in this action.

2. This action was commenced by service of plaintiffs' summons and complaint upon Target on or about April 18, 2008.

3. Defendants respectfully move for the admission *pro hac vice*, of Matthew Stump, Esq. Mr. Stump is a member of the firm of Faegre & Benson LLP, co-counsel for Target. Mr. Stump is a member in good standing and entitled to practice law before The United States District Court for the District of Minnesota. Mr. Stump is familiar with Target's claims and defenses relating to the subject matter in plaintiffs' complaint. I believe that he will competently and professionally represent Target's interests in this action.

4. Annexed as Exhibit A is the Certificate of Good Standing for Mr. Stump issued by The United States District Court for the District of Minnesota on May 23, 2008.

5. Annexed hereto as Exhibit B is a proposed Order admitting Matthew Stump, Esq. *pro hac vice* to appear before this court and in these proceedings on behalf of Target in all aspects of these proceedings.

6. I contacted counsel for plaintiffs to seek their consent on this motion. Plaintiffs' counsel has no objection to the foregoing motion.

7. In light of the foregoing, I respectfully move for the admission *pro hac vice* of Matthew Stump, Esq. for purposes of defending this action on behalf of Target.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of June 2008.

_____
LITA BETH WRIGHT

fb.us.2940464.01

May 23, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Matthew A. Stump, Bar # 387623, was duly admitted

to practice in this Court on October 5, 2007, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on May 23, 2008.

RICHARD D. SLETTEN, CLERK

(By) _____
Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION, et al., <br><br> Defendants. | 08 Civ. 03689 (SCR) <br><br> ECF CASE <br><br> **ORDER ADMITTING MATTHEW STUMP PRO HAC VICE** |

Upon the motion of defendant Target Corporation, by its attorneys, Storch Amini & Munves PC, seeking an order for admission, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, and there being no opposition from plaintiff to the motion, and sufficient cause appearing, therefore, it is

ORDERED, that Matthew Stump, Esq. is hereby admitted *pro hac vice* to appear before

2

this Court and in these proceedings on behalf of defendant Target Corporation in all aspects of these proceedings. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

                                                                   _____
                                                                   Honorable Stephen C. Robinson
                                                                   United States District Judge

fb.us.2940430.01

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  )ss.:
COUNTY OF NEW YORK )

Noam Weissman, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, NY.

On June 2, 2008, deponent served a true and correct copy of the within **MOTION FOR PRO HAC VICE ADMISSION OF MATTHEW STUMP and supporting papers** upon:

Garrard Russ Beeney
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

at the address designated by said attorneys for that purpose, by depositing a true and correct copy thereof, enclosed in postpaid wrappers addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                        _____
                                            Noam Weissman

Sworn to before me this
2nd day of June, 2008.

_____
Notary Public

JASON B. LEVIN
Notary Public, State of New York
No. 02LE6139282
Qualified in New York County
Commission Expires on January 3, 2010