Lita Beth Wright (LW # 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100

OF COUNSEL:
Kenneth A. Liebman (MN # 236731) *(Admitted Pro Hac Vice)*
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)   *(Admitted Pro Hac Vice)*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000
Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MITSUBISHI ELECTRIC CORPORATION,   :
et al.,                                                             :
                                                                        :
            Plaintiff,                                          :    08-CV-03689 (SCR)
                                                                        :
      v.                                                            :    ECF CASE
                                                                        :
TARGET CORPORATION, et al.,              :    **NOTICE OF APPEARANCE**
                                                                        :
            Defendants.                                      :
---------------------------------------------------------------x


To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for defendant TARGET Corporation. I certify that I have been admitted Pro Hac Vice to practice in this court.

Dated: June 26, 2008
New York, New York

By:   /S/ Kenneth A. Liebman
      Kenneth A. Liebman (MN # 236731)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000
*Attorneys for Defendant*

LOCAL COUNSEL:
Lita Beth Wright (LW # 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100

**Attorneys for Defendants Target Corporation and Target Brands, Inc.**