Lita Beth Wright (LW # 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100

OF COUNSEL:
Kenneth A. Liebman (MN # 236731) *(Admitted Pro Hac Vice)*
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)   *(Admitted Pro Hac Vice)*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000
Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., | : | |
| | : | |
| Plaintiff, | : | 08-CV-03689 (SCR) |
| | : | |
| v. | : | ECF CASE |
| | : | |
| TARGET CORPORATION, et al., | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x


To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant TARGET Corporation. I certify that I have been admitted Pro Hac Vice to practice in this court.

Dated: June 26, 2008
New York, New York

By:   /S/ Matthew A. Stump
          Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 766-7000
*Attorneys for Defendant*

LOCAL COUNSEL:
Lita Beth Wright (LW # 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100

**Attorneys for Defendants Target
Corporation and Target Brands, Inc.**