Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Attorneys for Defendant Target Corporation

OF COUNSEL:
Kenneth A. Liebman (MN # 236731)
James R. Steffen (MN # 204717)
Matthew A. Stump (MN # 387623)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUBISHI ELECTRIC CORPORATION, et al., | ) 08 Civ. 03689 (SCR) |
| | ) |
| Plaintiffs, | ) ECF CASE |
| | ) |
| v. | ) **ORDER ADMITTING** |
| | ) **JAMES STEFFEN** |
| | ) **PRO HAC VICE** |
| TARGET CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

Upon the motion of defendant Target Corporation, by its attorneys, Storch Amini & Munves PC, seeking an order for admission, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, and there being no opposition from plaintiff to the motion, and sufficient cause appearing, therefore, it is

ORDERED, that James Steffen, Esq. is hereby admitted *pro hac vice* to appear before

this Court and in these proceedings on behalf of defendant Target Corporation in all aspects of these proceedings. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 27, 2008

_____
Honorable Stephen C. Robinson
United States District Judge

fb.us.2929779.01